IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 2782 (CBS)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NORTHERN COLORADO WATER CONSERVANCY DISTRICT, *et al.*,

    Defendants.

and Consolidated Cases:

| | |
|---|---|
| In the Matter of the Adjudication of Priorities of Water Rights in Water District No. 36 for Purposes of Irrigation: | Civil Action No. 5016 |
| Petitioners: COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT, PALISADE IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION COMPANY, and MIDDLE PARK WATER CONSERVANCY DISTRICT | |
| In the Matter of the Adjudication of Priorities of Water Rights in Water District No. 36 for Purposes Other Than Irrigation: | Civil Action No. 5017 |
| Petitioners: COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT, PALISADE IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION COMPANY, and MIDDLE PARK WATER CONSERVANCY DISTRICT | |

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary


The "Substitution of Counsel" filed March 14, 2005 shall be treated as a motion to withdraw by David M. Scanga and is GRANTED. If any other member of Hoskin, Farina, Aldrich & Kampf wishes to withdraw, he or she shall do so in compliance with local rule 83.3D. This court does not recognize an entry of appearance or withdrawal of an entire law firm from a case (see D.C.COLO.LCivR 83.3B).

The change of address for Frederick G. Aldrich, who has already entered an appearance in this case, is noted. Mr. Aldrich is directed to inform the court in writing within ten days if wishes to continue receiving electronic notice pursuant to his Notice of Consent to Electronic Service.

Dated: March 15, 2005

I hereby certify that a copy of this Minute Order was served on March  16 , 2005 by hand-delivery, where a "D.C." box number or asterisk (*) is indicated after the recipient's name, by electronic mail to the address specified where a double asterisk (**) is indicated after the recipient's name, or otherwise by depositing it in the United States mail, postage prepaid, addressed to the recipient:


Magistrate Judge Craig B. Shaffer*

Anne J. Castle, Esq.**
Peter C. Houtsma, Esq.**
Douglas L. Abbott, Esq.**
Holland & Hart LLP
D.C. Box 6
**via electronic mail to:**
acastle@hollandhart.com
phoutsma@hollandhart.com
dabbott@hollandhart.com
*Attorneys for Colorado River Water Conservation District*

Peter C. Fleming, Esq.**
Colorado River Conservation District
P.O. Box 1120
200 Centennial Street, Suite 200
Glenwood Springs, CO 81602
**via electronic mail to:**
pfleming@crwcd.org
*Attorney for Colorado River Water Conservation District*

Mark A. Hermundstad, Esq.**
Williams, Turner & Holmes
200 N. 6th Street
P.O. Box 338
Grand Junction, CO 81502
**via electronic mail to:**
mherm@wth-law.com
*Attorney for Grand Valley Water Users Association, and Orchard Mesa Irrigation District*

Frederick G. Aldrich, Esq.**
601A 28¼ Road
Grand Junction, CO 81506
**via electronic mail to:**
faldrich@hfak.com
*Attorney for Grand Valley Irrigation Company*

Nathan A. Keever, Esq.**
Dufford, Waldeck, Milburn & Krohn, LLP
744 Horizon Court, Suite 300
Grand Junction, CO 81506
**via electronic mail to:**
dwmk@dwmk.com
*Attorney for Palisade Irrigation District*

Stanley W. Cazier, Esq.
Cazier & McGowan
P.O. Box 500
Granby, CO 80446
*Attorney for Middle Park Water Conservancy District*

James J. Dubois, Esq.**
United States Department of Justice
Environment & Natural Resources Division
999 18th Street, Suite 945
Denver, CO 80202
**via electronic mail to:**
james.dubois@usdoj.gov
*Attorney for the Unites States of America*

Casey S. Funk, Esq.**
Michael L. Walker, Esq.**
Denver Water Department
1600 West 12th Avenue
Denver, CO 80204
**via electronic mail to:**
casey.funk@denverwater.org
mike.walker@denverwater.org
*Attorneys for City & County of Denver*

David G. Hill, Esq.**
Kathleen M. Morgan, Esq.**
Berg, Hill, Greenleaf & Ruscitti LLP
1712 Pearl Street
P.O. Box 1719
Boulder, CO 80302
**via electronic mail to:**
dgh@bhgrlaw.com
kmm@bhgrlaw.com
*Attorneys for City of Englewood*

Gregory L. Johnson, Esq.**
Anderson, Dude & Lebel, P.C.
111 S. Tejon, Suite 400
P.O. Box 240
Colorado Springs, CO 80901-0240
**via electronic mail to:**
gjohnson@adplebel.com
*Attorney for City of Colorado Springs*

Donald E. Phillipson, Esq.
14325 Braun Road
Golden, CO 80401
*Attorney for Northern Colorado Water Conservancy District*

Steven O. Sims, Esq.
Chad M. Wallace, Esq.
Assistant Attorneys General
Natural Resources and Environment Section
**D.C. Box 20**
*Attorneys for Intervenor Colorado Division of Water Resources*

Robert V. Trout, Esq.**
Peggy E. Montano, Esq.**
Paul L. Benington, Esq.**
Trout, Witwer & Freeman, P.C.
1120 Lincoln Street, Suite 1600
Denver, CO 80203
**via electronic mail to:**
rtrout@troutlaw.com
pmontano@troutlaw.com
pbenington@troutlaw.com
pwilber@troutlaw.com
*Attorneys for Northern Colorado Water Conservation District*

| | |
|---|---|
| Bureau of Reclamation | Office of the Attorney General |
| U.S. Department of the Interior | U.S. Department of Justice |
| 1849 C Street NW | 950 Pennsylvania Avenue, NW |
| Washington, DC 20240-0001 | Washington, DC 20530-0001 |

David M. Scanga, Esq.
Hoskin, Farina, Aldrich & Kampf
P.O. Box 40
Grand Junction, CO 81502

                        GREGORY C. LANGHAM, CLERK

                        By   s/
                            Secretary or Deputy Clerk