IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE EDWARD W. NOTTINGHAM



2005 APR 22 PM 4:40

GREGORY C. LANGHAM
CLERK

BY _____ DEP. CLK

**CONSOLIDATED CASES**

| | |
|---|---|
| UNITED STATES OF AMERICA v. NORTHERN COLORADO WATER CONSERVANCY DISTRICT, et al., | CIVIL NO. 2782 |
| IN THE MATTER OF THE ADJUDICATION OF PRIORITIES OF WATER RIGHTS IN WATER DISTRICT NO. 36 FOR PURPOSES OF IRRIGATION | CIVIL NO. 5016 |
| PETITIONERS: COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT, PALISADE IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION COMPANY AND MIDDLE PARK WATER CONSERVANCY DISTRICT | |
| IN THE MATTER OF THE ADJUDICATION OF PRIORITIES OF WATER RIGHTS IN WATER DISTRICT NO. 36 FOR PURPOSES OTHER THAN IRRIGATION | CIVIL NO. 5017 |
| | Reference No. 49-N-2782 (CBS) |
| PETITIONERS: COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT, PALISADE IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION COMPANY AND MIDDLE PARK WATER CONSERVANCY DISTRICT | |

**JOINT STATUS REPORT**

Pursuant to the Court's February 24, 2005 Minute Order, the parties represented by the undersigned counsel jointly file this status report in advance of the status conference scheduled for May 2, 2005.[1]

## I. Scope of Discovery and Discovery Schedule.

The Minute Order specified that this Status Report should contain the parties' views on scope of discovery and the discovery schedule. The order anticipated that the Court may have ruled on the United States' Motion to Limit Judicial Review to the Administrative Record, which would have given the parties guidance on the scope of discovery. As of this writing, the Court has not yet ruled on the United States' motion. Pending the Court's ruling, the parties do not have any different or additional views on the scope of discovery than those set forth in the motions and related briefs.

The parties propose that the Court adopt the discovery schedule set out below, which is designed to allow for a resolution before the high demand for water during the 2006 irrigation season while still allowing the parties the opportunity to focus on mediation in the near term. The number of parties involved, and the mediator's schedule, have caused the mediation sessions to require more time than originally anticipated, but progress has been made and extending the schedule will maximize the chances of success.

The parties propose the following schedule if the Court denies the United States' Motion to Limit Judicial Review:

---

[1] Counsel for parties the City of Denver and the City of Englewood have authorized the undersigned to represent that they have no objection to this status report.

2

Dispositive motion deadline (or deadline for other motions or papers consistent with the Court's Order): **February 3, 2006.**

Initial expert witness disclosures: **October 14, 2005.**

Rebuttal expert witness disclosures: **November 15, 2005.**

Discovery cutoff: **December 15, 2005.**

The parties propose the following schedule if the Court grants the United States' Motion:

> Dispositive motion deadline (or deadline for other motions or papers consistent with the Court's Order): **February 3, 2006.**
>
> Completion of discovery permitted by denial of the United States' Motion for Protective Order: **December 15, 2005.**

## II. Status of Mediation

The parties have continued to actively participate in mediation. In addition to the mediation session held on February 9, 2005, a second mediation session was held on March 10, 2005. The parties are working on a draft agreement that would resolve the core issues of this dispute. A third mediation is scheduled to occur on May 2, 2005, immediately before and after the status conference with the Court.

DATED: April 22, 2005.

_____
(Signing on behalf of all Petitioners)
Anne. J. Castle, Esq.
Christopher L. Thorne, Esq.
Douglas L. Abbott, Esq.
Holland & Hart LLP
500 17th Street, Suite 3200
Denver, CO 80201-8749
303-295-8000

Peter C. Fleming
Colorado River Water Conservation District
P.O. Box 1120
200 Centennial Street, Suite 200
Glenwood Springs, CO 81602
Phone: (970) 945-8522
Fax:   (970) 945-8799

**ATTORNEYS FOR COLORADO RIVER WATER CONSERVATION DISTRICT**

Mark A. Hermundstad, Esq.
Williams, Turner & Holmes P.C.
P. O. Box 338
Grand Junction CO  81502
Phone: (970) 242-6262
Fax:   (970) 241-3026

**ATTORNEYS FOR GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT**

Frederick G. Aldrich, Esq.
Frederick G. Aldrich LLC
601 A 28 ¼  Road
Grand Junction, CO  81506
Phone: (970) 245-7950
Fax:   (970)   [NEW]

**ATTORNEYS FOR GRAND VALLEY IRRIGATION COMPANY**

Nathan A. Keever, Esq.
Dufford Waldeck Milburn & Krohn LLP
744 Horizon Ct., Suite 300
Grand Junction CO  81506
Phone: (970) 241-5500
Fax:   (970) 243-7738

**ATTORNEYS FOR PALISADE IRRIGATION DISTRICT**

Stanley W. Cazier, Esq.
John D. Walker, Esq.
Cazier & McGowan
P.O. Box 500
Granby, CO 80446
Phone: (970) 887-3376
Fax: (970) 887-9430

**ATTORNEYS FOR MIDDLE PARK
WATER CONSERVANCY DISTRICT**

_____
James J. DuBois, Esq.
U.S. Department of Justice
Environment & Natural Resources Division
999 18th Street, Suite 945
Denver, CO 80202
303-312-7341

**ATTORNEY FOR THE UNITED STATES
OF AMERICA**

_____
Robert V. Trout, Esq.
Trout, Witwer & Freeman PC
1120 Lincoln Street, Suite 1600
Denver, CO 80203
303-861-1963


**ATTORNEYS FOR NORTHERN COLORADO
WATER CONSERANCY DISTRICT**

_____
Chad M. Wallace, Esq.
Assistant Attorney General
Natural Resources & Environment Section
Division of Water Resources
1525 Sherman Street, Fifth Floor
Denver, CO 80203
303-866-5461

**ATTORNEY FOR STATE OF COLORADO**

3367507_1.DOC