# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: [49-N] 2782 (CBS) | FTR   Reporter Deck   Courtroom A402 |
| Date: May 02, 2005 | Courtroom Deputy, Ellen E. Miller |

Civil Action No. [49-N-] 2782(CBS)

UNITED STATES OF AMERICA,

      **Plaintiff,**

v.

NORTHERN COLORADO WATER CONSERVANCY DISTRICT,
*et al.*
      **Defendant(s).**

**and Consolidated Cases:**

In the Matter of the Adjudication of Priorities of Water Rights in Water Civil Action No. 5016
District No. 36 for Purposes of Irrigation:

Petitioners: COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT, PALISADE IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION COMPANY, and MIDDLE PARK WATER CONSERVANCY DISTRICT

In the Matter of the Adjudication of Priorities of Water Rights in Water Civil Action No. 5017
District No. 36 for Purposes Other Than Irrigation:

Petitioners: COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT, PALISADE IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION

COMPANY, and MIDDLE PARK WATER CONSERVANCY DISTRICT

_____
_____

**COURTROOM MINUTES**
_____
_____

(more)

Page:            2
Case No.:        [49-N] 2782 (CBS)
Date:            May 02, 2005

**HEARING**:     **STATUS CONFERENCE**

**Court in session:** 1:29 p.m.

Court calls case.  Appearance of counsel.
    Counsel addressing the Court are Anne J. Castle and James J. Dubois,
    Also seated at counsel tables are Robert V. Trout and Donald E. Phillipson; and Peter C. Fleming.

Discussion is held regarding the status of the case and pending motions.

It is noted negotiations continue and private mediation conferences are scheduled JUNE 6th and JUNE 13th.

**It is ORDERED:**   A TELEPHONIC STATUS CONFERENCE is set
                     **JUNE 23, 2005 at 1:00 p.m.**

Only counsel designated as primary representatives for the case must appear by telephone. Other counsel are invited by the Court to participate in the conference call, but are not required to be in attendance.

HEARING CONCLUDES.

Court in recess:    1:42   p.m.
Total In-Court Time:    00:13