IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 02 2005

GREGORY C. LANGHAM
                    CLERK

Civil Action No. 49-cv-02782-EWN-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NORTHERN COLORADO WATER CONSERVANCY DISTRICT,
et al.

    Defendant(s).

and Consolidated Cases:

In the Matter of the Adjudication of Priorities of Water Rights in Water Civil Action No. 5016
District No. 36 for Purposes of Irrigation:

Petitioners: COLORADO RIVER WATER CONSERVATION
DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION,
ORCHARD MESA IRRIGATION DISTRICT, PALISADE
IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION
COMPANY, and MIDDLE PARK WATER CONSERVANCY
DISTRICT

In the Matter of the Adjudication of Priorities of Water Rights in Water Civil Action No. 5017
District No. 36 for Purposes Other Than Irrigation:

Petitioners: COLORADO RIVER WATER CONSERVATION
DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION,
ORCHARD MESA IRRIGATION DISTRICT, PALISADE
IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION
COMPANY, and MIDDLE PARK WATER CONSERVANCY
DISTRICT

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

Consistent with the Court's rulings from the bench during the hearing on May 2, 2005, it is hereby **ORDERED** that the discovery deadline has been set for **December 15, 2005**, and the dispositive motion deadline has been set as **February 3, 2006**. It is further

**ORDERED** that a telephonic status conference has been set for **June 23, 2005, at 1:00 p.m. (Mountain Time)**. Only counsel designated as primary representatives for the case must appear by telephone. Other counsel are invited by the court to participate in the conference call, but are not required to participate.

## **INSTRUCTIONS FOR TELEPHONIC PARTICIPATION**

Parties are directed to consult with each other, prior to the set hearing, to make arrangements for one complete conference call (Courtroom technology requires that all participating parties are to be on the line, *before* the Court is contacted).

Once the call is complete, the Court may be reached by dialing **(303) 844-2117** at the scheduled date/time.

**DATED:**     May 2, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

**CERTIFICATE OF MAILING**
Civil Action No. 49-cv-02782-EWN-CBS

---

I hereby certify on ~~May 2~~, 2005, a copy of the foregoing document entered by Magistrate Judge Shaffer was served by (*) hand delivery to, (**) electronic service or (**) depositing the same in the United States mail, to the following persons:

| | |
|---|---|
| **James J. Dubois, Esq.<br>UNITED STATES DEPARTMENT OF JUSTICE<br>ENVIRONMENT AND NATURAL<br>RESOURCES DIVISION<br>james.dubois@usdoj.gov<br>*Counsel for the United States of America* | ***Stanley W. Cazier, Esq.<br>John D. Walker, Esq.<br>CAZIER & MCGOWAN<br>P.O. Box 500<br>Granby, CO 80446<br>*Counsel for Middle Park Water Conservancy District* |
| **Nathan A. Keever, Esq.<br>DUFFORD, WALDECK<br>MILBURN & KROHN, LLP<br>dwmk@dwmk.com<br>*Counsel for Palisade Irrigation District* | **Anne J. Castle, Esq.<br>Peter C. Houtsma, Esq<br>Douglas L. Abbott, Esq.<br>HOLLAND & HART, LLP<br>acastle@hollandhart.com<br>phoutsma@hollandhart.com<br>dabbott@hollandhart.com<br>*and*<br>**Peter C. Fleming, Esq.<br>COLORADO RIVER WATER<br>CONSERVATION DISTRICT<br>pfleming@crwcd.org<br>*Counsel for Colorado River Water Conservation District* |
| **David G. Hill, Esq.<br>Kathleen M. Morgan, Esq.<br>Melissa M. Heidman, Esq.<br>BERG, HILL, GREENLEAF & RUSCITTI, LLP<br>dgh@bhgrlaw.com<br>kmm@bhgrlaw.com<br>mmh@bhgrlaw.com<br>*Counsel for City of Englewood* | |
| **Frederick G. Aldrich, Esq.<br>faldrich@aldrich-law.com<br>*Counsel for Grand Valley Irrigation Company* | **Mark A. Hermundstad, Esq.<br>WILLIAMS, TURNER & HOLMES<br>mherm@wth-law.com<br>*Counsel for Grand Valley Water Users Association, and Orchard Mesa Irrigation District* |

\*\*Casey S. Funk, Esq.
Michael L. Walker, Esq.
DENVER WATER DEPARTMENT
casey.funk@denverwater.org
mike.walker@denverwater.org
*Counsel for City & County of Denver*

\*\*Gregory L. Johnson, Esq.
ANDERSON, DUDE & LEBEL, PC
gjohnson@adplebel.com
*Counsel for City of Colorado Springs*

\*\*\*Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

\*\*\*Bureau of Reclamation
U.S. Department of the Interior
1849 C Street NW
Washington, D.C. 20240-0001

\*\*\*Donald E. Phillipson, Esq.
14325 Braun Road
Golden, CO 80401
*Counsel for Northern Colorado Water Conservancy District*

\*\*Robert V. Trout, Esq.
Peggy E. Montano, Esq.
Paul L. Benington, Esq.
TROUT, WITWER & FREEMAN, PC
rtrout@troutlaw.com
pmontano@troutlaw.com
pbenington@troutlaw.com
pwilber@troutlaw.com
*Counsel for Northern Colorado Water Conservation District*

\*Steven O. Sims, Esq.
Chad M. Wallace, Esq.
Assistant Attorneys General
Natural Resources and Environment Section
OFFICE OF THE COLORADO
ATTORNEY GENERAL
**U.S.D.C. Box. No. 20**
*Counsel for Intervenor Colorado Division of Water Resources*

_____
[signature: Yvonne A. Moffatt]
Judicial Assistant