FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 6 - 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE EDWARD W. NOTTINGHAM

| | |
|---|---|
| UNITED STATES OF AMERICA v. NORTHERN COLORADO WATER CONSERVANCY DISTRICT, et al., | Civil Action No. 2782 (CBS) and Consolidated Cases: |
| In the Matter of the Adjudication of Priorities of Water Rights in Water District No. 36 for the Purpose of Irrigation | Civil Action No. 5016 |
| Petitioners: COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION COMPANY AND MIDDLE PARK WATER CONSERVANCY DISTRICT | |
| In the Matter of the Adjudication of Priorities of Water Rights in Water District No. 36 for the Purposes Other than Irrigation | Civil Action No. 5017 |
| | Reference No. 49-N-2782 (CBS) |
| Petitioners: COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION COMPANY AND MIDDLE PARK WATER CONSERVANCY DISTRICT | |

ENTRY OF APPEARANCE OF COUNSEL
FOR THE CITY OF COLORADO SPRINGS

William A. Paddock and Mary M. Hammond of the law firm Carlson, Hammond & Paddock, LLC, hereby enter their appearance as counsel for the City of Colorado Springs in these cases.

Dated: May 5th, 2005.

*[signature: William A. Paddock]*

William A. Paddock
Mary M. Hammond
Carlson, Hammond & Paddock, LLC.
1700 Lincoln Street, Suite 3900
Denver, CO  80203-4539
Phone Number:  (303) 861-9000
bpaddock@chp-law.com
mhammond@chp-law.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2005, I filed a true and correct copy of the foregoing ENTRY OF APPEARANCE OF COUNSEL FOR THE CITY OF COLORADO SPRINGS in Consolidated Cases, Civil Nos. 2782, 5016, 5017, and that copies of the same, addressed as follows, were mailed via U.S. mail, first-class postage prepaid, to all parties:

Anne J. Castle, Esq.
Peter C. Houtsma, Esq.
Douglas L. Abbott, Esq.
Holland & Hart, LLP
555 17th Street, Suite 3200
Denver, CO 80202

Peter C. Fleming, Esq.
Colorado River Water Conservation District
P.O. Box 1120
Glenwood Springs, CO 81602-1120

Mark A. Hermundstad, Esq.
Williams, Turner & Holmes, P.C.
P.O. Box 338
Grand Junction, CO 81502-0338

Frederick G. Aldrich, Esq.
Frederick G. Aldrich, LLC
601A 28 1/4 Road
Grand Junction, CO 81506

Nathan A. Keever, Esq.
Dufford, Waldeck, Milburn & Krohn, LLP
744 Horizon Court, Suite 300
Grand Junction, CO 81506

John Chaffin
316 N. 26th Street, Room 3005
Billings, MT 59101

Michael L. Walker, Esq.
Casey Funk, Esq.
Denver Water Board
1600 West 12th Avenue
Denver, CO 80204-3412

David G. Hill, Esq.
Kathleen M. Morgan, Esq.
Berg Hill Greenleaf & Ruscitti, LLP
1712 Pearl Street
P.O. Box 1719
Boulder, CO 80302

Stanley W. Cazier, Esq.
John D. Walker, Esq.
Cazier and McGowan
P.O. Box 500
Granby, CO 80446

Robert V. Trout, Esq.
Peggy E. Montano, Esq.
Trout, Raley, Montaño, Witwer & Freeman, P.C.
1120 Lincoln Street, Suite 1600
Denver, CO 80203

Donald Phillipson, Esq.
14325 Braun Road
Golden, Colorado 80401

James J. DuBois, Esq.
General Litigation Secction
Environment & Natural Resources Division
U.S. Department of Justice
999 18th Street, Suite 945, North Tower
Denver, CO 80202

Chad M. Wallace
Assistant Attorney General
Environment & Natural Resources Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____
/s/ Joyce Chase