IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 10 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 49-cv-2782-EWN-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v

NORTHERN COLORADO WATER CONSERVANCY DISTRICT,
et al.

    Defendant(s)

and Consolidated Cases

In the Matter of the Adjudication of Priorities of Water Rights in Water Civil Action No. 5016
District No. 36 for Purposes of Irrigation:

Petitioners: COLORADO RIVER WATER CONSERVATION
DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION,
ORCHARD MESA IRRIGATION DISTRICT, PALISADE
IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION
COMPANY, and MIDDLE PARK WATER CONSERVANCY
DISTRICT

In the Matter of the Adjudication of Priorities of Water Rights in Water Civil Action No. 5017
District No. 36 for Purposes Other Than Irrigation:

Petitioners: COLORADO RIVER WATER CONSERVATION
DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION,
ORCHARD MESA IRRIGATION DISTRICT, PALISADE
IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION
COMPANY, and MIDDLE PARK WATER CONSERVANCY
DISTRICT

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Gregory L. Johnson's Uncontested Motion for Withdrawal of Counsel for the City of Colorado Springs (filed May 6, 2005) is **GRANTED**. Attorney Johnson is relieved of any further representation of the City of Colorado Springs in the above referenced action.

**DATED:**     May 10, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

**CERTIFICATE OF MAILING**
Civil Action No. 49-cv-02782-EWN-CBS

---

I hereby certify on **May 10th**, 2005, a copy of the foregoing document entered by Magistrate Judge Shaffer was served by (*) hand delivery to, (**) electronic service or (**) depositing the same in the United States mail, to the following persons:

\*\*James J. Dubois, Esq.
UNITED STATES DEPARTMENT OF JUSTICE
ENVIRONMENT AND NATURAL
RESOURCES DIVISION
james.dubois@usdoj.gov
*Counsel for the United States of America*

\*\*Nathan A. Keever, Esq.
DUFFORD, WALDECK
MILBURN & KROHN, LLP
dwmk@dwmk.com
*Counsel for Palisade Irrigation District*

\*\*David G. Hill, Esq.
Kathleen M. Morgan, Esq.
Melissa M. Heidman, Esq.
BERG, HILL, GREENLEAF & RUSCITTI, LLP
dgh@bhgrlaw.com
kmm@bhgrlaw.com
mmh@bhgrlaw.com
*Counsel for City of Englewood*

\*\*Frederick G. Aldrich, Esq.
faldrich@aldrich-law.com
*Counsel for Grand Valley Irrigation Company*

\*\*\*Stanley W. Cazier, Esq.
John D. Walker, Esq.
CAZIER & MCGOWAN
P.O. Box 500
Granby, CO 80446
*Counsel for Middle Park Water Conservancy District*

\*\*Anne J. Castle, Esq.
Peter C. Houtsma, Esq
Douglas L. Abbott, Esq.
HOLLAND & HART, LLP
acastle@hollandhart.com
phoutsma@hollandhart.com
dabbott@hollandhart.com
*and*
\*\*Peter C. Fleming, Esq.
COLORADO RIVER WATER
CONSERVATION DISTRICT
pfleming@crwcd.org
*Counsel for Colorado River Water Conservation District*

\*\*Mark A. Hermundstad, Esq.
WILLIAMS, TURNER & HOLMES
mherm@wth-law.com
*Counsel for Grand Valley Water Users Association, and Orchard Mesa Irrigation District*

**Casey S. Funk, Esq.
Michael L. Walker, Esq.
DENVER WATER DEPARTMENT
casey.funk@denverwater.org
mike.walker@denverwater.org
*Counsel for City & County of Denver*

**Gregory L. Johnson, Esq.
ANDERSON, DUDE & LEBEL, PC
gjohnson@adplebel.com

***William A. Paddock, Esq.
Mary M. Hammond, Esq.
Carlson, Hammond & Paddock, LLC
1700 Lincoln Street, Ste. 3900
Denver, CO 80203-4539
*Counsel for City of Colorado Springs*

***Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

***Bureau of Reclamation
U.S. Department of the Interior
1849 C Street NW
Washington, D.C. 20240-0001

***Donald E. Phillipson, Esq.
14325 Braun Road
Golden, CO 80401
*Counsel for Northern Colorado Water Conservancy District*

**Robert V. Trout, Esq.
Peggy E. Montano, Esq.
Paul L. Benington, Esq.
TROUT, WITWER & FREEMAN, PC
rtrout@troutlaw.com
pmontano@troutlaw.com
pbenington@troutlaw.com
pwilber@troutlaw.com
*Counsel for Northern Colorado Water Conservation District*

*Steven O. Sims, Esq.
Chad M. Wallace, Esq.
Assistant Attorneys General
Natural Resources and Environment Section
OFFICE OF THE COLORADO
ATTORNEY GENERAL
**U.S.D.C. Box. No. 20**
*Counsel for Intervenor Colorado Division of Water Resources*

/s/ Yvonne A. Moffatt
Judicial Assistant