# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: [49-cv]-02782-EWN-CBS** | FTR   Reporter Deck   Courtroom A402 |
| **Date:   June 23, 2005** | Courtroom Deputy,  Ellen E. Miller |

_____

Civil Action No. [49-cv]-02782 - EWN - CBS

UNITED STATES OF AMERICA,

    **Plaintiff,**

v.

NORTHERN COLORADO WATER CONSERVANCY DISTRICT,
*et al.*
    **Defendant(s).**

**and Consolidated Cases:**

In the Matter of the Adjudication of Priorities of Water Rights in Water Civil Action No. 5016
District No. 36 for Purposes of Irrigation:

Petitioners: COLORADO RIVER WATER CONSERVATION
DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION,
ORCHARD MESA IRRIGATION DISTRICT, PALISADE
IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION
COMPANY, and MIDDLE PARK WATER CONSERVANCY
DISTRICT

In the Matter of the  Adjudication of Priorities of Water Rights in Water Civil Action No. 5017
District No. 36 for Purposes Other Than Irrigation:

Petitioners:  COLORADO RIVER WATER CONSERVATION
DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION,
ORCHARD MESA IRRIGATION DISTRICT, PALISADE
IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION
COMPANY, and MIDDLE PARK WATER CONSERVANCY
DISTRICT

_____

### COURTROOM    MINUTES
_____

**HEARING**:   TELEPHONIC  STATUS  CONFERENCE

**Court in session:**  1:10  p.m.

Court calls case.  Appearance of counsel.
    Counsel addressing the Court are   Anne J. Castle,   Douglas L.  Abbott, and   James J. Dubois.
    Present on the conference call  but  not  addressing the Court  are:   Peter C. Fleming;  Robert V. Trout;  Chad M. Wallace;  Casey S.  Funk.

Ms. Castle notes drafts of agreements have been exchanged and interlineated and will be exchanged again  on June 27, 2005.

Ms. Castle notes   mediation has been held on   May 2nd,  June 6th , and   June   13th.
Further mediation is currently scheduled   July 11,   August 17,   and   August 18, 2005.

Mr. Abbott presents to the Court concerns regarding the governments responses to Interrogatories 2 and 3.

The Court anticipates the government will supplement its answers to more thoroughly identify the provisions of Senate Document 80 or any other documents they believe support their position.
The government expects it   will   supplement its responses by the end of next week.

The Court refers counsel to review  *Alta Health Strategies, Inc.  V.  Kennedy,*  790 F. Supp. 1085 (D. Utah 1992).

**It is ORDERED:**    Within   SEVENTY-TWO HOURS   of the conclusion of the final scheduled mediation,   counsel shall contact chambers to   set a   STATUS CONFERENCE.


HEARING CONCLUDED.

**Court in recess:**  1:36  p.m.
Total    In-Court Time:    00:26