IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 49-cv-02782-EWN-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NORTHERN COLORADO WATER CONSERVANCY DISTRICT,
*et al.*

    Defendant(s).

and Consolidated Cases:

In the Matter of the Adjudication of Priorities of Water Rights in Water Civil Action No. 5016
District No. 36 for Purposes of Irrigation:

Petitioners: COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT, PALISADE IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION COMPANY, and MIDDLE PARK WATER CONSERVANCY DISTRICT

In the Matter of the Adjudication of Priorities of Water Rights in Water Civil Action No. 5017
District No. 36 for Purposes Other Than Irrigation:

Petitioners: COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT, PALISADE IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION COMPANY, and MIDDLE PARK WATER CONSERVANCY DISTRICT

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

During a hearing held by this court on June 23, 2005, the court was advised by the parties of their intent to pursue formal mediation. Rather than setting a further status conference the parties are **ORDERED** to create a conference call and contact the court within **72 (seventy-two)** hours of completion of the scheduled mediation to set a status conference.

**DATED:**   June 27, 2005