IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 49-2782 (EWN)(CBS)

| | |
|---|---|
| UNITED STATES OF AMERICA v. NORTHERN COLORADO WATER CONSERVANCY DISTRICT, et al., | No. 2782 |
| IN THE MATTER OF THE ADJUDICATION OF PRIORITIES OF WATER RIGHTS IN WATER DISTRICT NO. 36 FOR PURPOSES OF IRRIGATION<br><br>PETITIONERS: COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT, PALISADE IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION COMPANY, AND MIDDLE PARK WATER CONSERVANCY DISTRICT | No. 5016 |
| IN THE MATTER OF THE ADJUDICATION OF PRIORITIES OF WATER RIGHTS IN WATER DISTRICT NO. 36 FOR PURPOSES OTHER THAN IRRIGATION<br><br>PETITIONERS: COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT, PALISADE IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION COMPANY, AND MIDDLE PARK WATER CONSERVANCY DISTRICT. | No. 5017 |

UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY

Steven O. Sims hereby moves the Court for leave to withdraw as attorney of record for the Colorado Division of Water Resources in the above-captioned matter because he is no longer employed by the Colorado Department of Law.

The Colorado Division of Water Resources will continue to be represented in this matter by Chad M. Wallace, Assistant Attorney General. All pleadings and correspondence should be served on Mr. Wallace at the address shown below:

Chad M.Wallace
Colorado Department of Law
1525 Sherman Street, 5th Floor
Denver, CO  80203
(303) 866-5461
(303) 866-3558 (fax)
chad.wallace@state.co.us

Mr. Wallace has conferred with counsel for Petitioners, Northern Colorado Water Conservancy District, and the United States, who do not oppose this motion.

Dated this 12th day of August 2005.

        BROWNSTEIN HYATT & FARBER, P.C.

        /s/ Steven O. Sims
        STEVEN O. SIMS
        410 17th Street
        22nd Floor
        Denver, CO  80202
        Telephone:  (303) 223-1149
        Fax:  (303) 223-0949
        SSims@BHF-Law.com

        JOHN W. SUTHERS
        Attorney General

        /s/ Chad M. Wallace
        CHAD M. WALLACE, 30022*
        Assistant Attorney General
        Federal & Interstate Water Rights Unit
        Natural Resources and Environment Section
        Attorneys for Colorado Division of Water
          Resources

        1525 Sherman Street, 5th Floor
        Denver, Colorado 80203
        Telephone:  (303) 866-5461
        chad.wallace@state.co.us
        *Counsel of Record

CERTIFICATE OF SERVICE

This is to certify that on the 12th day of August 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following parties at their e-mail addresses and by hand-delivery to the Colorado Division of Water Resources as shown below:

Jim DuBois
U.S. Department of Justice, Environment &
Natural Resources Division
General Litigation Section
999 18th St., #945
Denver, CO 80202
Phone (303) 312-7344
Fax (303) 312-7331
james.dubois@usdoj.gov

Donald E. Phillipson
14325 Braun Road
Golden, CO 80401
dbls99@comcast.net

Melissa Heidman
Berg, Hill, Greenleaf & Ruscutti
1712 Pearl St.
Boulder, CO 80302
mmh@bhgrlaw.com

William A. Paddock
Carlson, Hammond & Paddock
1700 Lincoln, #3900
Denver, CO 80202
bpaddock@chp-law.com

Patricia L. Wells
Michael L. Walker
Henry Tiegen
Casey Funk
Denver Water Board
1600 W. 12th Ave.
Denver, CO 80204-3412
Phone (303) 628-6000
Fax (303) 628-6478
casey.funk@denverwater.org

Robert V. Trout
Peggy E. Montano
Trout, Witwer & Freeman
1120 Lincoln St., #1600
Denver, CO 80203
Phone (303) 861-1963
Fax (303) 832-4465
rtrout@troutlaw.com

| | |
|---|---|
| Anne J. Castle<br>Peter C. Houtsma<br>Douglas L. Abbott<br>Holland & Hart<br>Box 8749<br>Denver, CO 80201-8749<br>Phone (303) 295-8229<br>Fax (303) 975-5435<br>acastle@hollandhart.com | Peter C. Fleming<br>Colorado River Water Conservation Dist.<br>Box 1120<br>Glenwood Springs, CO 81602<br>Phone (970) 945-8522<br>Fax (970) 945-8799<br>Pfleming@crwcd.org |
| Mark A. Hermundstad<br>Williams, Turner & Holmes, P.C.<br>Box 338<br>Grand Junction, CO 81502<br>Phone (970) 242-6262<br>Fax (970) 241-3026<br>mherm@wth-law.com | Stanley W. Cazier<br>John D. Walker<br>Cazier & McGowan<br>Box 500<br>Granby, CO 80446<br>Phone (970) 887-3376<br>Fax (970) 887-9430<br>cazier_mcgowan@hotmail.com |
| Nathan A. Keever<br>Michael C. Santo<br>Nathan A. Keever<br>Dufford, Waldeck Milburn & Krohn<br>744 Horizon Ct., #300<br>Grand Junction, CO 81506<br>Phone (970) 241-5500<br>Fax (970) 243-7738<br>davis@dwmk.com | Frederick G. Aldrich<br>Frederick G. Aldrich LLC<br>601 A 28 ¼ Road<br>Grand Junction, CO 81506<br>faldrich@aldrich-law.com<br><br>Colorado Division of Water Resources<br>1313 Sherman Street, 8th Floor<br>Denver, CO 80203<br>Served by hand-delivery |

JOHN W. SUTHERS
Attorney General


/s/Chad M. Wallace
_____
CHAD M. WALLACE, 30022*
Assistant Attorney General
Natural Resources Section
Attorneys for Colorado Division of Water Resources

5

1525 Sherman Street, 5th Floor
Denver, Colorado  80203
Telephone:  (303) 866-5461
*Counsel of Record