IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 49–cv–02782–EWN–CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NORTHERN COLORADO WATER CONSERVANCY DISTRICT, *et al.*,

    Defendants.

and Consolidated Cases:

| | |
|---|---|
| In the Matter of the Adjudication of Priorities of Water Rights in Water District No. 36 for Purposes of Irrigation: | Civil Action No. 5016 |
| Petitioners:  COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT, PALISADE IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION COMPANY, and MIDDLE PARK WATER CONSERVANCY DISTRICT | |
| In the Matter of the Adjudication of Priorities of Water Rights in Water District No. 36 for Purposes Other Than Irrigation: | Civil Action No. 5017 |
| Petitioners: COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT, PALISADE IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION COMPANY, and MIDDLE PARK WATER CONSERVANCY DISTRICT | |

**MINUTE ORDER**

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

The "Unopposed Motion to Withdraw as Attorney" (Document 142) filed by Steven O. Sims on August 12, 2005 is GRANTED.

Dated: August 12, 2005