IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 49-CV-02782-EWN-CBS
 a/k/a Consolidated Cases: Civil Action No. 2782
Civil Action No. 5016
Civil Action No. 5017

UNITED STATES OF AMERICA v.
NORTHERN COLORADO WATER
CONSERVANCY DISTRICT, et al.

IN THE MATTER OF THE ADJUDICATION
OF PRIORITIES OF WATER RIGHTS IN
WATER DISTRICT NO. 36
FOR PURPOSES OF IRRIGATION

PETITIONERS:
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

IN THE MATTER OF THE ADJUDICATION
OF PRIORITIES OF WATER RIGHTS IN
WATER DISTRICT NO. 36
FOR PURPOSES OTHER THAN IRRIGATION

PETITIONERS:
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

_____

## ALL PARTIES' STIPULATION AND
## UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE

_____

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the undersigned parties jointly move for dismissal without prejudice, each party to bear its own costs and attorneys' fees, of the pending action ("2003 Petition Action"), which resulted from the filing of a "Petition to Enforce the Provisions of the Blue River Decree" on August 7, 2003 ( with a renumbered Petition filed on October 6, 2003) (collectively, the "Petition"), and the filing of a "Petition in Intervention for Declaratory and Injunctive Relief" by the State of Colorado under authority of the Court's August 5, 2004 Order and Memorandum of Decision (the "Intervention Petition"); and for the entry of an Order of Dismissal substantially in the form submitted herewith pursuant to D.C.COLO.LCiv.R 7.1.F.

In support of this motion, the parties represent to the Court as follows:

1.  The 2003 Petition Action has been settled on the terms contained in the "Agreement on Operating Procedures for Green Mountain Reservoir Concerning Operating Limitations and in Resolution of the Petition Filed August 7, 2003 in Case No. 49-CV-2782," and its appended Exhibits (the "Settlement Agreement") that is attached hereto. The Settlement Agreement addresses those operating limitations that could affect Green Mountain Reservoir and that are currently foreseen by the parties, including the specific operating limitations that precipitated the 2003 Petition Action. In the Settlement Agreement, the parties have agreed to dismiss the 2003 Petition Action without prejudice. The parties do not request that the Court

approve the Settlement Agreement or this Stipulation.

2.     All parties have stipulated that nothing in the Settlement Agreement shall be construed to interpret, alter, or modify any provision or term of the Findings of Fact and Conclusions of Law, the Final Judgment, and the Final Decree entered on October 12, 1955 in Consolidated Civil Action Nos. 2782, 5016, and 5017 in the U.S. District Court for the District of Colorado, as subsequently amended (the "Blue River Decree") or any provision or term of any supplemental orders, judgments or decrees entered in Civil Action Nos. 2782, 5016, and 5017 (the "Consolidated Cases") to date pursuant to the continuing jurisdiction of the U.S. District Court for the District of Colorado in the Consolidated Cases.

3.     All parties have stipulated that no claim was asserted against the City and County of Denver, the City of Englewood, or the City of Colorado Springs, which have participated in the 2003 Petition Action only because they are parties to the Consolidated Cases. Therefore, all parties stipulate that nothing in the Settlement Agreement shall be construed to interpret, alter, modify, or adversely affect the rights or obligations of the City and County of Denver, the City of Englewood, or the City of Colorado Springs under the Blue River Decree or under any supplemental orders, judgments or decrees entered in the Consolidated Cases to date, or under any existing substitution agreements or arrangements, or under any existing or pending decrees regarding Green Mountain Reservoir substitution operations.

Because of the nature of the 2003 Petition Action as a part of the continuing Consolidated Cases, the parties respectfully move the Court, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, to enter an order dismissing the Petition, Intervention Petition,

and 2003 Petition Action without prejudice, each party to bear its own costs and attorneys' fees, substantially in the form of the proposed order that is submitted with this motion pursuant to D.C.COLO.LCivR 7.1.F.

Dated:  December 12, 2005.

Respectfully submitted,

/s/_____
Anne J. Castle
Douglas L. Abbott
Holland & Hart, LLP
555 Seventeenth Street, Suite 3200
P.O. Box 8749
Denver, CO 80201-8749
Telephone: 303-295-8000
Fax: 303-295-8261
E-mail: Acastle@hollandhart.com

Peter C. Fleming
Colorado River Water Conservation District
200 Centennial Street, Suite 200
P.O. Box 1120
Glenwood Springs, CO 81602
Telephone: 970-945-8522
Fax: 970-945-8799
E-mail: pfleming@crwcd.gov

ATTORNEYS FOR PETITIONER
COLORADO RIVER WATER CONSERVATION DISTRICT

/s/_____
Mark A. Hermundstad
Williams, Turner & Holmes, P.C.
P.O. Box 338
Grand Junction, CO 81502
Telephone: 970-242-6262
Fax: 970-241-3026
E-mail: mherm@wth-law.com

ATTORNEY FOR PETITIONERS
GRAND VALLEY WATER USERS ASSOCIATION AND
ORCHARD MESA IRRIGATION DISTRICT


/s/_____
Frederick G. Aldrich
601A 28 ¼ Road
Grand Junction, CO 81506
Telephone: 970-245-7950
Fax:
E-mail: faldrich@aldrich-law.com

ATTORNEY FOR PETITIONER
GRAND VALLEY IRRIGATION COMPANY


/s/_____
Nathan A. Keever, Esq.
Michael C. Santo, Esq.
Dufford, Waldeck, Milburn & Krohn, LLP
744 Horizon Court, Suite 300
Grand Junction, CO 81506
Telephone: 970-241-5500
Fax: 970-243-7738
E-mail: keever@dwmk.com

ATTORNEYS FOR PETITIONER
PALISADE IRRIGATION DISTRICT

/s/_____
Stanley W. Cazier, Esq.
John D. Walker, Esq.
Cazier & McGowan
P.O. Box 500
Granby, CO 80446
Telephone: 970-887-3376
Fax: 970-887-9430
E-mail: cazier_mcgowan@hotmail.com

ATTORNEYS FOR PETITIONER
MIDDLE PARK WATER CONSERVANCY DISTRICT

/s/_____
James J. Dubois, Esq.
United States Department of Justice
Environment & Natural Resources Division
999 18th Street, Suite 945
Denver, CO 80202
Telephone: 303-312-7341
Fax: 303-312-7331
E-mail: James.Dubois@usdoj.gov

ATTORNEY FOR THE UNITED STATES OF AMERICA

/s/_____
Chad M. Wallace, Esq.
Colorado Attorney General's Office
Natural Resources and Environmental Section
1525 Sherman Street, 5th Floor
Denver, CO 80203
Telephone: 303-866-5461
Fax:
E-mail: chad.wallace@state.co.us

ATTORNEYS FOR INTERVENOR
STATE OF COLORADO,  DIVISION OF WATER RESOURCES

/s/_____
Robert V. Trout
Peggy E. Montaño
TROUT, RALEY, MONTAÑO, WITWER & FREEMAN, P.C.
1120 Lincoln Street, Suite 1600
Denver, CO 80203
Telephone: 303-861-1963
Fax: 303-832-4465
E-mail: rtrout@troutlaw.com

Donald E. Phillipson
14325 Braun Road
Golden, CO 80401
Telephone: 303-279-1577
Fax: 303-279-8845
E-mail: dbls99@comcast.net

ATTORNEYS FOR NORTHERN COLORADO
WATER CONSERVANCY DISTRICT


/s/_____
Patricia L. Wells, Esq.
Casey S. Funk, Esq.
Denver Water Department
1600 W. 12th Avenue
Denver, CO 80204
Telephone: 303-628-6460
Fax: 303-628-6478
E-mail: casey.funk@denverwater.org

ATTORNEYS FOR THE
CITY AND COUNTY OF DENVER acting by
and through its BOARD OF WATER COMMISSIONERS

/s/_____
David G. Hill, Esq.
Melissa M. Heidman, Esq.
Berg, Hill, Greenleaf & Ruscitti, LLP
1712 Pearl Street
P.O. Box 1719
Boulder, CO 80302
Telephone: 303-402-1600
Fax: 303-402-1601
E-mail: mmh@bhgrlaw.com

ATTORNEYS FOR CITY OF ENGLEWOOD


/s/_____
William A. Paddock, Esq.
Mary M. Hammond, Esq.
Carlson Hammond & Paddock, LLC
1700 Lincoln Street, Suite 3900
Denver, CO 80203-4539
Telephone: 303-861-9000
Fax: 303-861-9026
E-mail: bpaddock@chp-law.com

ATTORNEYS FOR CITY OF COLORADO SPRINGS

3439702_3.DOC