IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-EWN-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. _____

---

APPLICATION FOR FINDING OF REASONABLE DILIGENCE AND TO MAKE ABSOLUTE A CONDITIONAL WATER RIGHT

---

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

---

THIS APPLICATION is filed pursuant to C.R.S. § 37-92-301(4); by Order of the United States District Court dated December 14, 2000; and pursuant to the United States District Court's Order dated August 4, 1977 (Attached as Exhibit A).

1.  Name, address and telephone number of Applicant:

    City and County of Denver, acting by and through its Board of Water Commissioners ("the Board"), 1600 W. 12th Avenue, Denver, Colorado 80204, telephone (303) 628-6460.

2.  Name of Structure:   Blue River Diversion Project

3.  Describe the conditional water right, giving the following from the Referee's Ruling and Judgment and Decree.

    A.  Date of original decree: March 10, 1952 and incorporated and confirmed by Findings of Fact, Conclusions of Law, Judgment and Decree in Consolidated

Application for Finding of Diligence
And to Make Absolute
Blue River Diversion Project

Cases Civil Nos. 2782, 5016 and 5017 in the United States District Court in and for the District of Colorado dated October 12, 1955.

Civil Action Nos. 1805 and 1806 in the District Court of the County of Summit, State of Colorado, and Civil Case Nos. 5016 and 5017, which are Federal District Court Numbers, corresponding to Summit County District Court Nos. 1805 and 1806.

Court: District Court for the County of Summit, State of Colorado, and the United States District Court in and for the District of Colorado.

B. Location:

The Blue River Diversion Project diverts water from Dillon Reservoir though the Montezuma Tunnel (now called the Harold D. Roberts Tunnel), the west portal of which is located at a point whence the East quarter corner of Section 18, Township 5 South, Range 77 West of the 6th P.M. bears South 81°07' East 941.6 feet.

C. Source:

The sources of water for the Blue River Diversion Project are the Blue River, the Snake River, and Ten Mile Creek, all of which are tributaries of the Colorado River; and the waters which would naturally become part of said streams.

D. Appropriation Date:   June 24, 1946

E. Amount:               268 cfs conditional

                         <u>520</u> cfs absolute

                         788 cfs total

2

Application for Finding of Diligence
And to Make Absolute
Blue River Diversion Project

F. Use:

Municipal use, domestic use, mechanical use, manufacturing use, fire protection, street sprinkling, watering of parks, lawns and grounds, and irrigation.

4. The Blue River Diversion Project is an integral part of the Denver Municipal Water Works System. The following is a list of activities and work that have been completed or are in the process of being completed since December of 2000, pertaining to the collection, development, storage, treatment and distribution of water which is the subject of this application. The list is not meant to be all inclusive.

A. Completed annual dam safety inspection and prepared report for Dillon Dam and Reservoir. Reviewed the Federal Energy Regulatory Commission's report for Dillon Dam, Dillon Reservoir and Roberts Tunnel.

B. Contracted $54,489 for inspection and repair of the hydroelectric turbine at the Roberts Tunnel.

C. Engineered and received proposals for a new pre-cast concrete bridge deck on the access road to the vent shaft of the Roberts Tunnel.
Prepared a study for the installation of a new standby generator for the Roberts Tunnel hydroelectric facility.

D. Performed annual drill of the Emergency Preparedness Plan (EPP).

E. Engineered upgrades to the elevator at the West Portal of the Roberts Tunnel to address safety and reliability concerns.

3

Case No. 1:49-cv-02782-MSK-CBS    Document 146    filed 12/26/06    USDC Colorado
pg 4 of 18

Application for Finding of Diligence
And to Make Absolute
Blue River Diversion Project

F.  Replaced the roof on the Roberts Tunnel Access Shaft House and Dillon Dam Control House.

G.  Installed steel lining in the Morning Glory spillway shaft to prevent erosion of the concrete at Dillon Dam at a cost to the Board of over $1.9 million.

H.  Conducted control of section and property corners using Global Positioning System (GPS) at Dillon Reservoir.

J.  Reviewed parcel maps of the Board's property for the potential purchase, trade, and/or to retain around Dillon Reservoir.

K.  The Board continued its maintenance and rehabilitation program for facilities necessary to utilize the conditionally decreed water rights of the various units of the Denver Municipal water system, including:

   1.  Completed annual safety inspections and prepared reports for Strontia Springs Dam, High-line Dam and Intake and Marston Dam.

   2.  Replaced Dillon Reservoir's outlet works hydraulic system piping.

   3.  Replaced river gauge on the Blue River at Dillon Reservoir.

   4.  Completed replacement of the standby generator at Strontia Springs Dam and Reservoir.

L.  Awarded contract to JCOR Mechanical, Inc. in the amount of $166,400 for flocculation/sedimentation storm runoff drainage improvement project at Foothills Treatment Plant. The project includes installation of drain piping to re-route storm water drainage out of and away from flocculation and sedimentation basin.

4

Application for Finding of Diligence<br>
And to Make Absolute<br>
Blue River Diversion Project

M. Annual Reports of Beneficial Use were filed with the Department of Agriculture, U.S. Forest Service. These reports show the Board's activities related to the Right-of-Way No. D-027915, Williams Fork Diversion Project and Right-of-Way No. 032121, Two Forks Reservoir Project, where the waters that are the subject of this application can be stored.

N. Continued studies in conjunction with the Summit Water Quality Committee concerning water quality at Dillon Reservoir.

O. Prepared and submitted the Annual Colorado River Return Flow Report as required by the Blue River Decree, demonstrating the uses of that water and steps taken to make successive uses thereof, including water that is the subject of this application.

P. In the fall of 1992, the Board's staff initiated development of a long-range planning process using Integrated Resource Planning (IRP) techniques. IRP is a comprehensive form of utility resource planning which considers a wide range of potential supply-side and demand management resource options, features extensive public involvement, deals explicitly with future uncertainties, and lists tradeoffs among carefully-defined policy objectives. The product of IRP is a small number of well-documented resource strategies that have been evaluated against measurable evaluation criteria, which are tied to policy objectives agreed upon by stakeholders.

5

Application for Finding of Diligence<br>And to Make Absolute<br>Blue River Diversion Project

Since the inception of the IRP effort, multiple configurations and options have been evaluated to supply build-out demand of Denver's contract service area, including reuse, demand management and supply projects which involve both system refinements and cooperative projects with other water supply entities. The efforts culminated in the issuance of the October 15, 1996, Board Resource Statement, which addressed issues concerning current supply and delivery obligations, future strategies for water supply for the near-term and long-term, and involvement with other metropolitan water supply purveyors. The initial IRP effort also resulted in the issuance of a report in 1997. The updated and re-issuance of the 1997 report was completed in February of 2002, reflecting changes resulting from numerous initiatives set out in the initial 1997 report. The Board's staff has begun updating the IRP for anticipated publication in 2007. The implementation of the IRP is an on-going effort and the Board continues instituting recommendations resulting from the 2002 IRP report. In December 2006, the Board adopted the 2007 Supplement to the Board Resource Statement dated October 15, 1996. The Supplement augments and elaborates on the 1996 Statement, and describes some of the issues that will influence the Board's direction in coming years.

These resource strategies will help the Board pursue its effort toward the continued development of water available from the Blue River Diversion Project. Since 2000, the Board has expended approximately $298,000 on the IRP update

Application for Finding of Diligence
And to Make Absolute
Blue River Diversion Project

efforts, which costs exclude any design and construction costs of projects identified by the IRP.

Q. The Board has undertaken the Lawn Irrigation Return Flow Project (LIRF). Portions of water delivered to the Board's customers for lawn irrigation reaches the South Platte River as return flow. LIRFs include both surface water and groundwater returns. Under Colorado water law, the Board is entitled to take credit for that portion of return flow attributable to its imported and fully consumable water supplies, including water diverted under the subject water rights. The Board's LIRF project is designed to quantify reusable return flows with sufficient detail and accuracy to obtain Water Court approval. In 1999, staff completed the Phase I scoping study of the effort needed to quantify LIRFs. In 2000, the Board approved a $2 million Phase II analysis. In 2004, an application was filed with the Water Court seeking approval of the analysis and a proposed decree allowing the use of LIRFs in the Board's system. A final report is expected in 2007.

R. Discussed with the Town of Dillon the requirements necessary for construction of an additional caretaker's house. Continued discussions with the Town of Frisco regarding the expansion and improvements of the marina and purchase of surplus parcels of land.

S. The Board, in cooperation with the South Adams County Water and Sanitation District (South Adams), is developing storage on the South Platte River downstream of Denver to enhance the yield of its municipal water system. This

7

Application for Finding of Diligence<br>And to Make Absolute<br>Blue River Diversion Project

storage will recapture and regulate the Board's reusable return flow presently unusable due to the lack of timely upstream exchange potential or demand, including return flows resulting from the use of water that is the subject of this application. The stored returns will be released to the river when upstream exchange potential exists. Additionally, downstream storage will be used to augment the delivery of water to the Recycling Plant when there is legally insufficient reusable return flow available to the plant. Prior to 2006, the projected capacity of these downstream storage sites, which are principally gravel pits already mined or in the process of being mined, was approximately 20,000 acre-feet. These reclaimed gravel pits are clustered in two complexes; the North Complex, to be supplied water through an enlarged Fulton Ditch, and the South Complex, to be supplied water through the Burlington Ditch. The Board subsequently determined that a total of 30,000 acre feet of downstream reservoir storage is required to optimize the Board's reusable return flows for replacement purposes. In order to optimize the use of these reusable return flows for replacement purposes, the Board acquired the $27 million Lupton Lakes site in 2006, which is situated on the east side of the South Platte River approximately 25 miles downstream from Denver. The 353 acre property is currently being mined for its sand and gravel deposits. Mining is anticipated to be complete by 2020, and upon reclamation and conversion to a water storage facility, will have a predicted capacity of 11,400 acre feet. In consideration for the Board's agreement to use its facilities to regulate and deliver to South Adams the Board's existing

8

obligation to provide 5,000 acre feet supply of its reusable supplies (5K Water), South Adams and the Farmers Reservoir and Irrigation Company paid approximately $14 million of the $27 million acquisition costs, with the balance paid by the Board. As part of the arrangement, South Adams also agreed to convey to the Board all of its interests in the North and South Complexes, bringing the total amount of anticipated downstream storage ultimately owned and controlled by Denver to over 30,000 acre feet.

Between 2001 and 2006, a total of approximately $30.3 million has been spent on development of the downstream storage system.

T. In January of 1999, the United States Fish and Wildlife Service (FWS) issued the Programmatic Biological Opinion (PBO) for the 15-Mile Reach of the Colorado River. The PBO streamlines Endangered Species Act (ESA) consultation for the Board and other water users by providing compliance for all current depletions (averaging about one million acre-feet per year) in the Colorado River above the confluence of the Colorado and Gunnison Rivers near Grand Junction, Colorado. It also provides ESA compliance for up to 120,000 acre-feet per year of new depletions. The continued and successful implementation of the PBO facilitates diversion of water through the Blue River Diversion Project, including water diverted under the subject water rights. It further addresses fish recovery actions that affect the Colorado River, including the 15-Mile Reach from Palisade, Colorado, to the confluence with the Gunnison River. The Board worked as part of a group comprised of other water users, the FWS, the U.S. Bureau of

9

Reclamation, environmental groups and the State of Colorado to develop mechanisms for improving habitat in the Colorado River. These mechanisms are included in the PBO and are as follows:

- Continuation of the Coordinated Reservoir Operations Study, a voluntary program to enhance peak flow conditions in the 15-Mile Reach. The study has been ongoing since 1995. Its goal is to enhance habitat in the 15-Mile Reach through re-operation of upstream storage reservoirs, including Williams Fork and Dillon reservoirs, to achieve higher peak flow conditions. The Board has provided water releases to the fish under this Coordinated Reservoir Operations program. In 2006 alone, the Board's operations contributed over 10,000 acre feet to this effort.

- Water users made a commitment to provide a permanent supply of up to 10,825 acre-feet of water to the Recovery Program. In this regard, the Board has expended significant effort to develop the Sulphur Gulch Project as described below. In the interim, the Board entered into a memorandum of agreement in April of 2000 with the Colorado Water Conservation Board (CWCB) and FWS to provide on a temporary basis up to 5,412.5 acre-feet per year of deliveries from West slope reservoirs to enhance 15-Mile Reach flows in late summer and fall low flow periods. The Board has released water as directed by the FWS to enhance flows for

10

Application for Finding of Diligence
And to Make Absolute
Blue River Diversion Project

endangered fish. Between 2001 and 2006, the Board released a total of approximately 25,000 acre feet of water from its west slope storage facilities for these flow enhancement purposes.

- Coordinated Facilities Operations Study. The state has sponsored a study to evaluate options to obtain an additional 20,000 acre-feet for peak flow enhancement. The study will evaluate many alternatives, including re-operation of existing facilities and use of conditional water rights to obtain an additional 20,000 acre-feet of water for peak flow deliveries in average water years.

- Non-flow related participation includes support of long term funding legislation. Long term funding legislation was signed into law on October 30, 2000. However, substantial efforts have been required in the last several legislative budget cycles to assure funding for the Colorado River Program. In 2005, the Board sent multiple letters to legislators and congressmen in Washington D.C. supporting efforts to continue funding for the Colorado River Program. Water users also support successful completion and implementation of non-flow related habitat improvements such as acquisition of flooded bottomlands, non-native species control, and construction of fish ladders.

Application for Finding of Diligence<br>
And to Make Absolute<br>
Blue River Diversion Project

U. In December of 1999, the Board adopted a resolution of its intent to appropriate water and filed a joint water right application for storage rights from the Colorado River in Mesa County, Colorado. The proposed Sulphur Gulch Reservoir project is to be a joint effort with the Northern Colorado Conservancy District and its Municipal Subdistrict. The project includes a reservoir on Sulphur Gulch; a tributary of the Colorado River in Mesa County located 4 miles west of DeBeque, Colorado, and a pumping plant for diverting water from the Colorado River. Water stored in the reservoir will then be released back to the Colorado River and thereby help fulfill obligations under the Colorado River Recovery Program for threatened and endangered fish species. This, in turn, will facilitate the diversion of water to be used under the water rights that are the subject of this application. A feasibility level geotechnical study was performed in late 2000 by GEI Consultants for the Sulphur Gulch site at a cost of approximately $70,000. In 2001, a physical availability study, a report on environmental resource and permitting issues, and a proposed decree was prepared in support of water right applied for in Case No. 99CW279. In 2004, the USGS finished and published a report prepared in cooperation with Denver Water and Northern Colorado Water Conservancy District. The report summarizes the results of a study of the probable effects of the proposed Sulphur Gulch Reservoir on the water quality and quantity in Colorado River near Grand Junction, Colorado. In 2005, interested parties began discussions to resolve issues related to the project. Other

Application for Finding of Diligence<br>And to Make Absolute<br>Blue River Diversion Project

east slope municipalities and water users agreed to enter into a MOU to support and assist in the completion of Sulphur Gulch Reservoir or another project.

V. Denver Water commissioned the design of its non-potable water recycling plant and associated distribution facilities in 1997. The system captures effluent water from the Metro Wastewater Plant before it is discharged to the South Platte River for subsequent reuse. The water delivered to the Recycling Project includes water diverted under the water rights that are the subject of this application. The recycled water will be used by outdoor irrigation and industrial customers located primarily in the north and central sections of Denver. Construction of the project's first phase of a 30 million gallon per day treatment plant including distribution lines, storage reservoirs, and pumping plants was started in 2001 and was completed in February 2004 at a cost of $110.9 million. Service of recycled water to customers began in the spring of 2004. In 2005, the Board began designing several key additions to expand its distribution system for delivery of the recycled water. When complete, these additions will include a new 6 million gallon basin at Capitol Hill in central Denver and a new pump station at 11th & Quebec in east Denver. The basin and pump station will feed new conduits serving the redeveloped areas around the former Stapleton Airport and Lowry Air Force Base. Construction of these additions began in 2006 with a completion target of 2007 at an estimated direct cost $14.6 million.

13

    W. Planning, design, construction and completion of clear water storage reservoirs necessary for the storage of treated water for the purpose of maintaining peak hour demands placed upon the components of the Board's water system.

    X. Planning, design, construction and completion of conduits, pumping plants and distribution systems necessary for carrying treated water to and from the Board's water system.

    Y. Planning, design, construction and litigation necessary for the eventual completion of various components of the Denver Municipal Water System, including the Foothills Treatment Plant, and the Blue River Diversion Project.

    Z. During the subject diligence period over $268 million has been spent on the planning, design, construction and litigation necessary to meet for the eventual completion of various components of the Denver Municipal Water System.

5.    Water applied to beneficial use:

    A. Date water applied to beneficial use: On or about June 23, 2006, the Applicant diverted 654 cfs through the Roberts Tunnel and subsequently placed the water to beneficial use.

    Use:   Its decreed beneficial uses.

    B. Description of place of use where water is applied to beneficial use: The water was placed to beneficial use in the area served by the Denver Municipal Waterworks System.

14

Application for Finding of Diligence<br>
And to Make Absolute<br>
Blue River Diversion Project

6. Names(s) and address(es) of owner(s), or reputed owners of the land upon which any new diversion or storage structure, or modification to any existing diversion or storage structure, is or will be constructed, or upon which water is or will be stored, including any modification to the existing storage pool: Not applicable. The Blue River Diversion Project is an existing diversion structure that has not been modified.

 WHEREFORE, it is requested that in view of the magnitude of the project and in view of the planning, design and construction of the integral parts of the Board's water system and the expenditures associated with the costs of the completion of the facilities of the Board's water system, of which the Blue River Diversion Project is an integral part, that the Court enter a Finding and Decree of Reasonable Diligence for the Blue River Diversion Project and continuing the remaining conditional decree in full force and effect.

 The Board further requests this Court to make absolute 654 cfs which was diverted and placed to beneficial use in the area served by the Denver Municipal Waterworks System.

[signature page follows on the next page]

15

Application for Finding of Diligence<br>
And to Make Absolute<br>
Blue River Diversion Project

Respectfully submitted this 26th day of December 2006.

                Patricia L. Wells, General Counsel
                Michael L. Walker, No. 2828
                Casey S. Funk, No. 11638
                Daniel J. Arnold, No. 35458

By: _____Casey S Funk_____
Attorneys for Applicant,
City and County of Denver, acting by and through its Board of Water Commissioners
1600 W. 12th Avenue
Denver, Colorado 80204
Telephone: (303)628-6460
casey.funk@denverwater.org

18

Application for Finding of Diligence
And to Make Absolute
Blue River Diversion Project

## VERIFICATION

STATE OF COLORADO            )
                             ) ss.
CITY AND COUNTY OF DENVER    )

I, William G. Bates being first duly sworn, state under oath that I have read this Application for Finding of Diligence and verify its content.

The above and foregoing was subscribed and sworn to before me this *19* day of December, 2006,

Witness my hand and official seal.
My commission expires: *3-15-2008*

Karel B Moseley
Notary Public

KAREL B. MOSELEY
Notary Public
State of Colorado

11

## Certificate of Service

I certify that on December 26, 2006, I served a copy of the foregoing *Application for finding of Reasonable Diligence and to make Absolute a Conditional Water Right of the City and County of Denver, acting by and through its Board of Water Commissioners, in Summit County* to the following by:

☐ U. S. Mail, postage prepaid
☒ Electronic Mail
☐ Fax

Kathy Hall
Division 5, Water Clerk
109 8th St., Suite 104
Glenwood Springs, CO 81601

United States District Court
District of Colorado
901 Stout Street
Denver, CO 80294

~~Karel B. Moseley~~
Catherine L. Mock