IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:49-CV-02782-EWN-CBS

WATER RIGHTS, et al.,

    Plaintiffs,

v.

NOTICE (OTHER),

    Defendants.

## ATTORNEY MICHAEL C. SANTO'S MOTION TO WITHDRAW AS COUNSEL FOR PALISADE IRRIGATION DISTRICT

Michael C. Santo, Esq., for his Motion to Withdraw as Counsel for Palisade Irrigation District, states as follows:

1. Pursuant to D.C.Colo.LCivR 83.3(D), Michael C. Santo requests the Court's permission to withdraw as counsel for Palisade Irrigation District, as he is no longer associated with the firm of Dufford, Waldeck, Milburn & Krohn, and he does not represent Palisade Irrigation District.

2. This withdrawal will not affect Palisade Irrigation District because it will continue to be represented by Dufford, Waldeck, Milburn & Krohn.

3. Michael C. Santo's only involvement in this case was one appearance in court because Palisade Irrigation District's counsel, Nathan Keever, was unable to attend court that day.

4. For this reason, and because no party will be prejudiced by the withdrawal of Mr. Santo as Mr. Keever has been lead counsel since the case's inception, undersigned counsel does not anticipate any objection to this Motion.

5. Pursuant to D.C.Colo.LCivR 7.1(A), undersigned counsel has contacted Palisade Irrigation District's current counsel, Mr. Keever, who consents to this Motion. However, due to the large number of parties involved in this case, and because undersigned counsel has no involvement in this case, undersigned counsel has not contacted all of the attorneys in this matter in order to obtain their consent.

6. A proposed Order granting this Motion is attached.

WHEREFORE, Michael C. Santo, Esq., requests that this Honorable Court enter an Order allowing him to withdraw as counsel of record for Palisade Irrigation District.

RESPECTFULLY SUBMITTED this 12th day of January, 2007.

BECHTEL & SANTO, LLP

By: ___s/Michael C. Santo_____
Michael C. Santo, #24083
Betty C. Bechtel, #10856
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Telephone (970) 683-5888
Fax (970) 683-5887
E-mail santo@bechtelsanto.com

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the foregoing **ATTORNEY MICHAEL C. SANTO'S MOTION TO WITHDRAW AS COUNSEL FOR PALISADE IRRIGATION DISTRICT** has been sent via Electronic Filing/Mail this 12th day of January 2007, to the following:

Nathan Keever, Esq.
davis@dwmk.com, keever@dwmk.com
Douglas L. Abbott, Esq.
dabbott@hollandhart.com, IntakeTeam@HollandHart.com
Frederick G. Aldrich, Esq.
faldrich@aldrich-law.com, kdavis@aldrich-law.com
Anne Jamieson Castle, Esq.
acastle@hollandhart.com, IntakeTeam@HollandHart.com
Stanley W. Cazier, Esq.
cazier_mcgowan@hotmail.com
James J. DuBois, Esq.
james.dubois@usdoj.gov, judy.tetreault@usdoj.gov, linda.shummard@usdoj.gov
Casey S. Funk, Esq.
casey.funk@denverwater.org, karel.moseley@denverwater.org
Austin C. Hamre, Esq.
ahamre@dodpc.com, dodpc@dodpc.com
Mark A. Hermundstad, Esq.
mherm@wth-law.com, clr@wth-law.com
David G. Hill, Esq.
dgh@bhgrlaw.com, pag@bhgrlaw.com
Kathleen M. Morgan, Esq.
kathi_M8@yahoo.com, kim@moriarty.com, merci@moriarty.com, myrna@moriarty.com
William A. Paddock, Esq.
bpaddock@chp-law.com, skirschenbaum@chp-law.com
Donald E. Phillipson, Esq.
dbls99@comcast.net
Robert V. Trout, Esq.
rtrout@troutlaw.com
Chad Matthew Wallace, Esq.
chad.wallace@state.co.us, terrie.sandoval@state.co.us

                                                    s/Paula Illian Moore