IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:49-CV-02782-EWN-CBS

WATER RIGHTS, et al.,

    Plaintiffs,

v.

NOTICE (OTHER),

    Defendants.

## ORDER GRANTING ATTORNEY MICHAEL C. SANTO'S MOTION TO WITHDRAW AS COUNSEL FOR PALISADE IRRIGATION DISTRICT

THIS MATTER, having come before this Court on Attorney Michael C. Santo's Motion to Withdraw for Palisade Irrigation District; and

THE COURT, being fully advised, hereby orders that Attorney Santo's Motion be and hereby is GRANTED, and Michael Santo is withdrawn as counsel from the above captioned matter.

DATED this ____ day of _____, 2007.

                    BY THE COURT:

                    _____
                    Judge, United States District Court for Colorado