IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:49-CV-02782-EWN-CBS

WATER RIGHTS, et al.,

    Plaintiffs,

v.

NOTICE (OTHER),

    Defendant.

---

## STATEMENT OF OPPOSITION

---

Pursuant to the Order Regarding Further Proceedings Consonant with the Colorado Water

Right Determination and Administration Act of 1969 dated August 4, 1977 (Consolidated Cases

Nos. 2782, 5016 and 5017), Grand Valley Irrigation Company, through undersigned counsel, submits

its Statement of Opposition to the Application for Water Rights of The City and County of Denver,

Acting by and Through Its Board of Water Commissioners, District Court, Water Division 5 Case

Number 06 CW255, in the form attached hereto.

Dated the _20th_ date of February, 2007.

FREDERICK G. ALDRICH LLC

By: /s Frederick G. Aldrich‘
Frederick G. Aldrich, Reg. No. 428
Attorney for Opposer Grand Valley Irrigation Company
601 A 28 ¼ Road
Grand Junction, Colorado 81506
Phone:  (970) 245-7950
Fax:  (970) 245-0664
E-mail:  faldrich@aldrich-law.com

THE ORIGINAL SIGNED DOCUMENT IS ON FILE AT THE OFFICE OF FREDERICK G. ALDRICH LLC.

CERTIFICATE OF SERVICE

The undersigned certifies that on the 20th day of February, 2007, service of the foregoing
STATEMENT OF OPPOSITION was made, via electronic service and filing, as follows:

Patricia L. Wells
Michael L. Walker
Casey S. Funk
Daniel J. Arnold
City and County of Denver, acting by and
 through its Board of Water Commissioners
1600 West 12th Avenue
Denver, Colorado 80204

/s Karen Davis