| | |
|---|---|
| **DISTRICT COURT, WATER DIVISION 5, COLORADO**<br>Court Address: 109 8th Street, Suite 104<br>Glenwood Springs, Colorado 81601<br>**CONCERNING THE APPLICATION FOR WATER RIGHTS OF:**<br><br>The City and County of Denver, Acting by and Through Its Board of Water Commissioners,<br><br>IN SUMMIT COUNTY, COLORADO | ▲ COURT USE ONLY ▲ |
| Attorney: Frederick G. Aldrich<br>Name: Frederick G. Aldrich LLC<br>Address: 601A 28¼ Road<br>Grand Junction, Colorado 81506<br>Phone Number: (970) 245-7950<br>Fax Number: (970) 245-0664<br>E-mail: *faldrich@aldrich-law.com*<br>Atty. Reg. #: 428 | Case Number: 06 CW 255<br><br>Div.:        Ctrm.: |

## STATEMENT OF OPPOSITION

1. Name, address and telephone number of Opposer:

   Grand Valley Irrigation Company
   ℅ Phil Bertrand, Superintendent
   688 26 Road
   Grand Junction, Colorado 81506
   (970) 242-2762

   ℅ Frederick G. Aldrich
   Frederick G. Aldrich LLC
   601A 28¼ Road
   Grand Junction, Colorado 81506
   (970) 245-7950
   *faldrich@aldrich-law.com*

2. Names of water rights involved: Blue River Diversion Project.

3. State facts as to why the Application should not be granted or why it should be granted only in part or in certain conditions:

   a. The Opposer is the owner and user of water rights on the Colorado River which could be adversely affected by the granting of the Application filed herein.

   b. Applicant must establish that its rights have not been abandoned.

c. Applicant must establish the elements required by section 37-92-301(4)(b), C.R.S., including, without limitation, that Applicant has engaged in the steady application of effort to complete the appropriation in a reasonably expedient and efficient manner under all facts and circumstances.

d. Applicant must establish that the efforts cited in the Application are project related to an integrated system.

e. Applicant must establish that it has maintained the requisite intent to appropriate water in accordance with applicable law and that its Application is not speculative.

f. Applicant must establish that it has completed an appropriation with reasonable diligence and has actually applied to beneficial use the amount of water for which Applicant claims an absolute right.

g. Terms and conditions may have to be imposed upon Applicant's use of the water rights claimed in its Application to prevent injurious effects to Opposer's water rights.

h. Opposer reserves the right to raise additional grounds for opposition at a later date due to information not readily ascertainable from the Application.

i. This Statement of Opposition shall be continuing in nature. If any amendment to the Application is deemed necessary by the Water Court or by the Applicant, this Statement of Opposition shall be considered sufficient for the purpose of opposing the amended Application without the necessity of filing a further statement of opposition.

DATED this 20th day of February, 2007.

FREDERICK G. ALDRICH LLC

By /s/ Frederick G. Aldrich
Frederick G. Aldrich, Reg. #428
Attorney for Opposer
Grand Valley Irrigation Company

# VERIFICATION

STATE OF COLORADO              )
                               )ss.
COUNTY OF MESA                 )

    I, Phil Bertrand, state under oath that I have read the foregoing Statement of Opposition and that the contents thereof are true to the best of my knowledge and belief.

*/s/ Phil Bertrand*
Phil Bertrand

STATE OF COLORADO              )
                               )ss.
COUNTY OF MESA                 )

    The foregoing instrument was acknowledged before me on the 19th day of February, 2007, by Phil Bertrand.

Witness my hand and official seal.

My commission expires 12-13-09.

[Notary Seal: KAREN A. DAVIS, NOTARY PUBLIC, STATE OF COLORADO]

*/s/ Karen A. Davis*
Notary Public

THE ORIGINAL SIGNED DOCUMENT IS ON FILE AT THE OFFICE OF FREDERICK G. ALDRICH LLC.

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2007, the foregoing Statement of Opposition was filed with the Court via electronic filing through Lexis Nexis, and a true and accurate copy was served via electronic filing on the following:

Patricia L. Wells
Michael L. Walker
Casey S. Funk
Daniel J. Arnold
City and County of Denver, acting by and
 through its Board of Water Commissioners
1600 West 12th Avenue
Denver, Colorado 80204

/s Karen Davis