IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-EWN-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5, STATE OF COLORADO
Case No. 06CW255 (99CW44)

---

STATEMENT OF OPPOSITION OF ORCHARD MESA IRRIGATION DISTRICT

---

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF
DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN
SUMMIT COUNTY

---

Pursuant to the Order Regarding Further Proceedings Consonant with the Colorado Water

Right Determination and Administration Act of 1969 dated August 4, 1977 (Consolidated Cases

Nos. 2782, 5016 and 5017), Orchard Mesa Irrigation District, through undersigned counsel, submits

its Statement of Opposition to the Application for Water Rights of The City and County of Denver,

Acting by and Through its Board of Water Commissioners, District Court, Water Division 5, Case

Number 06CW255, in the form attached hereto.

Dated the 20 day of February, 2007.

WILLIAMS, TURNER & HOLMES, P.C.

By _Marla A Hermundstd_

Mark A. Hermundstad, #10527
Attorneys for Orchard Mesa Irrigation District
200 N. 6th St-P.O. Box 338
Grand Junction, CO 81502
(970) 242-6262

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Statement of Opposition of Orchard Mesa Irrigation District, was served upon the following at the address listed this 23 day of February, 2007, via electronic service and filing, as follows:

Patricia L. Wells
Michael L. Walker
Casey S. Funk
Daniel J. Arnold
City and County of Denver, acting by and through its Board of Water Commissioners
Board of Water Commissioners
1600 W. 12th Avenue
Denver, CO 80204

Fred Aldrich
Frederick G. Aldrich, LLC
601A 28-1/4 Road
Grand Junction, CO 81506

Sandy Richardson

| | |
|---|---|
| DISTRICT COURT, WATER DIVISION NO. 5<br>STATE OF COLORADO<br>109 8th Street, Suite 104<br>Glenwood Springs, CO 81601<br><br><br>                             ▲     **COURT USE ONLY**     ▲ | |
| CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS,<br><br>IN SUMMIT COUNTY, COLORADO | Case Number: 06 CW 255<br><br>Div.:        Ctrm.: |
| Attorneys for Objector:<br>Mark A. Hermundstad, #10527<br>Kirsten M. Kurath, #24649<br>WILLIAMS, TURNER & HOLMES, P.C.<br>200 North 6th Street, P.O. Box 338<br>Grand Junction, CO 81502<br>Phone Number: (970) 242-6262<br>Fax Number: (970) 241-3026<br>E-mail: mherm@wth-law.com<br>        kmkurath@wth-law.com | |
| **STATEMENT OF OPPOSITION OF**<br>**ORCHARD MESA IRRIGATION DISTRICT** | |

1.     Name, address and telephone number of Objector:

       Orchard Mesa Irrigation District
       Attention: Rita Crumpton, Manager
       668 38 Road
       Palisade, CO 81526
       (970) 464-7885

2.     State facts as to why the Application should not be granted or why it should be granted only in part or on certain conditions:

       A.     The Objector is the owner, operator and/or user of water rights which could be adversely affected by the granting of the Application filed herein.

Application of City and County of Denver
Case No. 06CW255
Statement of Opposition of Orchard Mesa Irrigation District
Page 2

B.    Applicant must establish that there has been a steady application of effort to complete the appropriation of the subject water rights in a reasonably expedient and efficient manner and in accordance with the stipulations, orders, judgments and decrees entered in Consolidated Civil Case Nos. 2782, 5016 and 5017, United States District Court for the District of Colorado (collectively, the "Blue River Decree").

C.    Applicant must establish that the subject water rights are not and/or have not become speculative.

D.    Applicant must establish the elements required by §37-92-305(9)(b), C.R.S., including without limitation that the waters can and will be diverted, stored, or otherwise captured, possessed, and controlled and will be beneficially used and that the project can and will be completed with diligence and within a reasonable time.

E.    With respect to the amount claimed to have been made absolute, Applicant must establish the elements required by §37-92-305(9)(a), C.R.S., including without limitation that the waters have been diverted, stored, or otherwise captured, possessed, and controlled and have been applied to a beneficial use.

F.    With respect to the amount claimed to have been made absolute, Applicant must establish that the water was diverted and used in accordance with the Blue River Decree.

G.    The Objector reserves the right to raise additional grounds for objection as further information becomes available to the Objector through discovery or otherwise.

H.    This Statement of Opposition shall be continuing in nature. If any amendment to the Application is deemed necessary by the Water Court or by the Applicant, this Statement of Opposition shall be considered sufficient for the purposes of opposing the amended Application without the necessity of filing a further statement of opposition.

Application of City and County of Denver
Case No. 06CW255
Statement of Opposition of Orchard Mesa Irrigation District
Page 3

WHEREFORE, Objector requests that the Application be dismissed or that conditions be imposed which adequately protect the water rights of this Objector and for such other and further relief as may be appropriate.

Respectfully submitted this 20th day of February, 2007.

WILLIAMS, TURNER & HOLMES, P.C.

Mark A. Hermundstad, #10527
Attorneys for Objector Orchard Mesa Irrigation District

Application of City and County of Denver
Case No. 06CW255
Statement of Opposition of Orchard Mesa Irrigation District
Page 4

STATE OF COLORADO )
                    ) ss.
COUNTY OF MESA )

      Rita Crumpton, as Manager of Objector Orchard Mesa Irrigation District, being first duly sworn deposes and states that she has read the foregoing Statement of Opposition of Orchard Mesa Irrigation District and verifies its content.

_Rita Crumpton_
Rita Crumpton

      Subscribed under oath before me on February _20_, 2007.

      WITNESS my hand and official seal.

      My Commission Expires: _7-26-2009_

_Casandra Richardson_
Notary Public

-4-