IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 49-cv-02782-EWN-CBS
Consolidated Civil Case Nos. 2782, 5016 and 5017 and

| | |
|---|---|
| DISTRICT COURT, WATER DIVISION NO. 5, COLORADO<br>109 Eighth Street, #104<br>Glenwood Springs, CO 81601<br><br>CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS<br><br>IN SUMMIT COUNTY | ▲ COURT USE ONLY ▲ |
| Attorneys for Opposer:<br>James R. Montgomery, #10989<br>Gabriel D. Carter, #30782<br>Moses, Wittemyer, Harrison and Woodruff, P.C.<br>P. O. Box 1440<br>Boulder, Colorado 80306-1440<br>(303) 443-8782 | Case Number: 06CW255 |
| **STATEMENT OF OPPOSITION** ||

1. <u>Name, address and telephone number of opposer</u>:

    Town of Frisco ("Town")
    P.O. Box 4100
    Frisco, Colorado 80443
    (970) 668-5276

2. <u>Structures</u>: All structures described in the application in this case.

3. <u>Grounds for objection</u>: The application should be denied, or should be granted only in part or upon certain terms and conditions, for the following reasons:

   a. The Town owns certain vested and decreed water rights, including rights of exchange, within Summit County, Colorado, which may be materially injured if the application herein is granted without appropriate limitations and protective conditions.

   b. The Town acknowledges that the scope of its opposition to the application may be limited by the terms of the Summit County Agreement. To the extent that the applicant's proposal involves exchanges previously consented to by virtue of the Summit County Agreement, the Town does not oppose the application.

   c. The Town opposes the application, in part, to assure that any decree entered herein is in compliance with the Summit County Agreement, the Clinton Reservoir Agreement, and the agreements regarding instream flows (Upper Blue River Basin Memorandum of Agreement and Lower Blue River Basin Memorandum of Agreement).

   d. The Town's rights are conditioned in certain respects in order to protect the instream flow rights of the State of Colorado, Colorado Water Conservation Board ("CWCB") on Ten Mile Creek. The Town may be adversely affected by depletions of instream flows in Ten Mile Creek, which may trigger certain mitigation actions under the terms of its Memorandum of Agreement and Stipulation with the CWCB, dated October 25, 1988. Accordingly, any impact upon the CWCB's instream flow rights may also injuriously affect the Town's water rights.

   e. The Town requests that the applicant be held to strict proof with respect to all elements of the subject application.

3. The application does not contain sufficient information for the Town to state more specific grounds for objection and, therefore, the Town hereby reserves the right to state additional, more specific grounds for objection as more information becomes available in this case.

4. This statement of opposition shall be applicable to any subsequent amendments of the application herein, without the need for the Town to file any additional or renewed statements of opposition to any amended applications filed by applicant herein.

Respectfully submitted this 26th day of February, 2007.

     /s/ Gabriel D. Carter
James R. Montgomery, #10989
Gabriel D. Carter, #30782
Moses, Wittemyer, Harrison and Woodruff, P.C.
P.O. Box 1440
Boulder, CO 80306
Telephone:  (303) 443-8782
FAX:  (303) 443-8796
Email: jmontomgery@mwhw.com
ATTORNEYS FOR TOWN OF FRISCO

*E-FILED PURSUANT TO C.R.C.P. 121*
*Duly signed original on file at the law offices of Moses, Wittemyer, Harrison and Woodruff, P.C.*

## **VERIFICATION**

STATE OF COLORADO      )
                                          ) ss.
COUNTY OF SUMMIT      )

      Timothy D. Mack, being first duly sworn upon his oath, deposes and says that he is Public Works Director of the Town of Frisco, opposer herein, that he has read the foregoing statement of opposition, knows the contents thereof, and that the same are true to the best of his knowledge and belief.

                                          *Timothy D. Mack*
                                          Timothy D. Mack

      SUBSCRIBED AND SWORN to before me this 16th day of February, 2007. Witness my hand and official seal.

                                          *Deborah Wohlmuth*
                                          Notary Public

    My commission expires:   January 26, 2008.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the foregoing statement of opposition was served through CourtLink and/or United States Mail, this 27th day of February, 2007, on the following:

City and County of Denver
1600 West 12th Avenue
Denver, CO 802504

                                                  */s/ Rhonda L. Olson*