IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 49-CV-02782-EWN-CBS
CONSOLIDATED CIVIL CASE NOS. 2782, 5016 AND 5017
and

| | |
|---|---|
| DISTRICT COURT, WATER DIVISION 5, COLORADO<br>Court Address:    Garfield County Courthouse<br>109 8th Street, Suite 104<br>Glenwood Springs, CO 81601<br>(970) 947-3861 | |
| CONCERNING THE APPLICATION FOR WATER RIGHTS OF: | ▲    COURT USE ONLY    ▲ |
| THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY. | Case Number(s):   06CW255<br><br>Div.:           Ctrm.: |
| *Attorneys for Colorado River Water Conservation District:*<br>Name:          Peter C. Fleming, #20805<br>Taylor E.C. Hawes, #28660<br>Will Stenzel, #38057<br>Address:      P.O. Box 1120<br>Glenwood Springs, CO 81602<br>Phone #:     (970) 945-8522<br>Fax #:         (970) 945-8799<br>E-mail:        pfleming@crwcd.org<br>thawes@crwcd.org<br>wstenzel@crwcd.org | **FILED**<br>UNITED STATES DISTRICT COURT<br>~~DENVER, COLORADO~~<br><br>FEB 2 0 2007<br><br>GREGORY C. LANGHAM<br>CLERK |
| **STATEMENT OF OPPOSITION** | |

1.    Name, Address and Telephone Number of Opposer:

Colorado River Water Conservation District (the "River District")
201 Centennial Street, Suite 200
P. O. Box 1120
Glenwood Springs, Colorado  81602
Telephone: (970) 945-8522
Facsimile:  (970) 945-8799

U.S. District Court for the District of Colorado, Civil Action No. 49-CV-02782-EWN-CBS, Consolidated Civil Case
Nos. 2782, 5016 and 5017
District Court, Water Division 5, Colorado, Case No. 06CW255
Application for Water Rights of the City and County of Denver (Blue River Diversion Project)
**CRWCD's Statement of Opposition**
Page 2

Please direct all pleadings and correspondence in this matter to Peter C. Fleming, Taylor E.C. Hawes, and Will Stenzel, counsel for the River District, at foregoing address.

2.    Name of ditch or other structure: Blue River Diversion Project.

3.    Statement of facts as to why application should not be granted or should be granted only in part or on certain conditions:

    A.    The River District is the owner of water and water rights in Water Division No. 5 that may be injured by the relief requested in the application.

    B.    Applicant must be held to strict proof of the elements of the application.

    C.    Adequate terms and conditions on the administration of the water rights claimed in this case must be included in any decree so as to prevent injury to the vested water rights of others, including the River District.

    D.    Applicant must prove that it has used the water for which it claims an absolute right solely for "municipal" purposes within the Denver Metropolitan Area.

    E.    Applicant must prove that it has used the water for which it claims an absolute right through the Denver Municipal Water System.

    F.    Applicant must prove that it has not utilized its non-Blue River Diversion Project water rights for purposes other than "municipal" or in areas outside of the Denver Metropolitan Area without reducing its Blue River diversions pro tanto.

    G.    Applicant's use of any of its water rights for non-municipal purposes or in areas outside of the Denver Metropolitan Area without a pro tanto reduction of diversions from the Blue River precludes an absolute decree for the amount which has been so used.

    H.    Upon information and belief, Applicant may be using its Blue River water rights for uses outside the corporate limits of the City and County of Denver which are not supplied through the Denver Municipal Water System. Any such use without a pro tanto reduction of Applicant's diversions from the Blue River precludes an absolute decree for the amount which has been so used.

U.S. District Court for the District of Colorado, Civil Action No. 49-CV-02782-EWN-CBS, Consolidated Civil Case
Nos. 2782, 5016 and 5017
District Court, Water Division 5, Colorado, Case No. 06CW255
Application for Water Rights of the City and County of Denver (Blue River Diversion Project)
**CRWCD's Statement of Opposition**
Page 3

I.    Applicant must prove that it has a legitimate, non-speculative need for the claimed
water right and that the need is being satisfied in accordance with the terms of the
Blue River Decree.

J.    Applicant must prove that it has a need for and a continuing intent to use decreed
water for decreed purposes through the Denver Municipal Water System and
within the Denver Metropolitan Area in accordance with C.R.S. §37-92-103(3)(a).

K.    Applicant must establish its compliance with C.R.S. §37-92-305(9)(a) and 9(b).

L.    Terms and conditions must be imposed as necessary to prevent any enlargement
of the claimed water right to be made absolute.

M.    Applicant must prove that the diligence actions identified in its Application
contribute to putting its conditional right to decreed beneficial uses through the
Denver Municipal Water System and within the Denver Metropolitan Area.

N.    Applicant must prove that any water diverted to storage under the claimed water
right was stored in reservoirs listed in the Blue River Decree.

O.    Applicant must prove that the claimed water right is part of an "integrated system"
as alleged in the application.

P.    Terms and conditions must be imposed as necessary to prevent any violations of
decreed conditions associated with the exercise of the claimed water right.

Q.    Because of the lack of information in the Application, the River District is unable
to determine all the relevant and pertinent facts necessary to adequately set forth
further objections. Therefore, the River District reserves the right to raise
additional objections at a later date founded upon the information not readily
ascernable from the Application.

R.    This Statement of Opposition is continuing in nature and shall apply to any
amendments to the Application deemed necessary by the Applicant or the Court
without the necessity of filing any additional statements of opposition.

U.S. District Court for the District of Colorado, Civil Action No. 49-CV-02782-EWN-CBS, Consolidated Civil Case
Nos. 2782, 5016 and 5017
District Court, Water Division 5, Colorado, Case No. 06CW255
Application for Water Rights of the City and County of Denver (Blue River Diversion Project)
**CRWCD's Statement of Opposition**
Page 4

3.     This Statement of Opposition is filed concurrently in the Colorado Water Court for Water
       Division No. 5 and the Federal District Court for the District of Colorado under that
       court's continuing jurisdiction in Consolidated Civil Case Nos. 2782, 5016 and 5017.

       Respectfully submitted on February 28, 2007.

                                          /s/*
                                          Peter C. Fleming, #20805
                                          Taylor E.C. Hawes, #28660
                                          Will Stenzel, #38057

                                          *Attorneys for the Colorado River Water
                                          Conservation District*

U.S. District Court for the District of Colorado, Consolidated Civil Case Nos. 2782, 5016 and 5017
District Court, Water Division 5, Colorado, Case No. 06CW255
Application for Water Rights of the City and County of Denver (Blue River Diversion Project)
**CRWCD's Statement of Opposition**
Page 5

### VERIFICATION

STATE OF COLORADO        )
                                    ) ss.
COUNTY OF GARFIELD       )

     I, R. Eric Kuhn, General Manager for the Colorado River Water Conservation District, state that I have read the foregoing Statement of Opposition and verify its content.

                         /s/* _R. Eric Kuhn_____

                         R. Eric Kuhn, General Manager

Subscribed and sworn to before me on _February 28_, 2007.

WITNESS my official hand and seal. My Commission Expires: _7-11-2007_

                         /s/* _Lorra Nichols_____
                         Lorra Nichols, Notary Public

NOTARY PUBLIC
LORRA NICHOLS
STATE OF COLORADO
My Commission Expires 07/11/2007

U.S. District Court for the District of Colorado, Civil Action No. 49-CV-02782-EWN-CBS, Consolidated Civil Case
Nos. 2782, 5016 and 5017
District Court, Water Division 5, Colorado, Case No. 06CW255
Application for Water Rights of the City and County of Denver (Blue River Diversion Project)
**CRWCD's Statement of Opposition**
Page 6

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **STATEMENT OF OPPOSITION** will be e-filed and served upon the following parties through www.lexisnexis.com within twenty-four (24) hours of this date, February 28, 2007, or deposited in the United States Mail, first class, postage prepaid, as follows:

Casey S. Funk, Esq.
Denver Water
casey.funk@denverwater.com
*Attorneys for City and County of Denver,*
  *acting by and through its Board of Water*
  *Commissioners*

Brian M. Nazarenus
Olivia D. Lucas
Ryley Carlock & Applewhite
bnazarenus@rcalaw.com
olucas@rcalaw.com
*Attorneys for Climax Molybdenum Company*

James R. Montgomery
Moses Wittemyer Harrison & Woodruff, P.C.
jmontgomery@mwhw.com
*Attorneys for Town of Frisco*

Frederick G. Aldrich
Frederick G. Aldrich, LLC
faldrich@aldrich-law.com
*Attorneys for Grand Valley Irrigation*

Mark M. Hermundstad
Kirsten M. Kurath
Williams Turner & Holmes, P.C.
mherm@wth-law.com
kmkurath@wth-law.com
*Attorneys for Grand Valley Water Users*
*Assoc.; Orchard Mesa Irrigation District;*
*Ute Water Conservancy District*

Stanley W. Cazier
John D. Walker
Cazier McGowan & Walker
cazier_mcgowan@hotmail.com
jdorseywalk@yahoo.com
*Attorneys for Middle Park Water*
*Conservancy District*

State Water Engineer
Division 5 Engineer
Colorado Division of Water Resources
hal.simpson@state.co.us
alan.martellaro@state.co.us

/s/* Lorra Nichols

*\*In accordance with C.R.C.P. 121 §1-26(9), this document has been electronically filed via www.lexisnexis.com. A printed copy of this document with original signatures is maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*



## COLORADO RIVER WATER
## CONSERVATION DISTRICT

*Protecting Western Colorado Water Since 1937*

### FACSIMILE MEMORANDUM
February 28, 2007



FEB 2 8 2007

TO:         U.S. District Court, District of Colorado
            Attn: Patricia Pirner

PHONE:      (303) 335-2048
FAX:        (303) 335-2714

FEB 2 8 2007

FROM:       Lorra Nichols, Paralegal for Peter C. Fleming, General Counsel

RE:         Civil Action No. 49-CV-02782-EWN-CBS

*Transmitted Pages (including cover):* _____6_____
*Originals Sent by U.S. Mail:* _____No_____

Please file the River District's Statement of Opposition in the above-reference case and if
possible, please fax back a date-stamped copy to: (970) 945-8799, Attn: Lorra

Thank you for all your help.



***************************************************************************************

This transmission may contain information that is privileged, confidential and/or exempt from disclosure under law. If
you are not the intended recipient, any disclosure, copying, distribution or use of the information in this message,
including any reliance thereon by you or any other third person, is prohibited. If you have received this message in error,
please immediately contact the sender and destroy this message in both electronic and any hard copy formats. Thank you.

***************************************************************************************

Suite #200 * 201 Centennial Street / PO Box 1120 Glenwood Springs, Colorado 81602
(970) 945-8522 * (970) 945-8799 Fax