IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Acton No.: 49-cv-02782-EWN-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 06CW255

---

STATEMENT OF OPPOSITION OF CLIMAX MOLYBDENUM COMPANY TO APPLICATION FOR FINDING OF REASONABLE DILIGENCE AND TO MAKE ABSOLUTE A CONDITIONAL WATER RIGHT

---

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

---

THIS STATEMENT OF OPPOSITION is filed pursuant to United States District Court's Order dated August 4, 1977 in the office of the Water Clerk of Water Division No. 5 and also filed in the office of the Water Clerk in the office of the Clerk of the District Court of the United States District Court for Colorado at Denver, Colorado.

1.  Name, mailing address and telephone number of Opposer:

    Climax Molybdenum Company ("Climax")

    Highway 91, Fremont Pass

    Climax, Colorado 80429

    Telephone: (719) 486-2150

749746.2
2/28/2007

<u>Please transmit all correspondence to</u>:

Brian M. Nazarenus, Esq.

Olivia D. Lucas, Esq.

RYLEY CARLOCK & APPLEWHITE

1999 Broadway, Suite 1800

Denver, Colorado 80202

Telephone: (303) 863-7500

E-mail: bnazarenus@rcalaw.com

E-mail: olucas@rcalaw.com

2. <u>State facts as to why the application should not be granted or why it should be granted only in part or on certain conditions</u>:

   A. Climax owns water rights on the Colorado River and its tributaries that may be materially injured if the application is granted without appropriate protective terms and conditions.

   B. The application must meet the requirement of C.R.S. §37-92-305(9). The applicant must establish that waters can and will be diverted, stored or otherwise captured, possessed and controlled and will be beneficially used, and that the project will be completed with diligence and within a reasonable time. The applicant must also show that the claimed beneficial use is not based upon speculative purposes and that any claimed beneficial use was in accordance with the terms of the Blue River Decree and Colorado water law.

749746.2
2/28/2007

C. The applicant must prove that it expended the steady application of effort to complete the appropriation in a reasonably and expedient manner.

D. The applicant must meet their burden of proof with respect to each element of their claims, including ownership of or right to use each water right and structure described in the application.

E. The application contains insufficient information to enable Climax to determine whether other grounds for objection exist. Climax therefore reserves the right to state further grounds for objection when more information is available.

F. Climax's statement of opposition is continuing in nature and shall apply equally to any amended application that may be filed herein, so that the filing of a separate statement of opposition to any such amended application shall not be necessary.

Respectfully submitted this 28th day of February, 2007.

RYLEY CARLOCK & APPLEWHITE

s/ Brian M. Nazarenus
Brian M. Nazarenus, #16984
Olivia D. Lucas, #36114
RYLEY CARLOCK & APPLEWHITE
1999 Broadway, Suite 1800
Denver, Colorado 80202
Telephone: (303) 863-7500
Facsimile: (303) 595-3159
E-mail: bnazarenus@rcalaw.com
          olucas@rcalaw.com

ATTORNEYS FOR OPPOSER CLIMAX
MOLYBDENUM COMPANY

749746.2
2/28/2007

## VERIFICATION

STATE OF COLORADO      )
          *ARAPAHOE*      ) ss.
COUNTY OF ~~JEFFERSON~~    )

    I, Gary B. Thompson, as Engineer for Climax Molybdenum Company state under oath that I have read this Statement of Opposition and verify its content.

By: *Gary B Thompson*
      Gary B. Thompson

    Subscribed and sworn to before me this 27th day of February, 2007 by Gary B. Thompson

Witness my hand and official seal.

[Seal: SANDRA C. KESSLER NOTARY PUBLIC STATE OF COLORADO]

Notary Public *Sandra C. Kessler*

My commission expires: 11-7-08

749746.1
2/26/2007

## CERTIFICATE OF SERVICE
### (2006CW255/Div. 5)

I certify that on February 28, 2007, a true and correct copy of the foregoing **STATEMENT OF OPPOSITION OF CLIMAX MOLYBDENUM COMPANY** was served on the following through Lexis/Nexis or ECF for United States District Court as stated below:

| Party | Party Type | Attorney | Firm |
| --- | --- | --- | --- |
| CITY AND COUNTY OF DENVER ACTING BY AND | Applicant | Funk, Casey S | Denver Water Board Legal Division |
| COLORADO RIVER WATER CONSERVATION DIST. | Opposer | Fleming, Peter C | Colorado River Water Conservation District |
| COLORADO RIVER WATER CONSERVATION DIST. | Opposer | Hawes, Taylor E C | Colorado River Water Conservation District |
| DIVISION 5 ENGINEER | Division Engineer | Division 5 Water Engineer | Division 5 Engineer |
| FRISCO, TOWN OF | Opposer | Montgomery, James R | Moses Wittemyer Harrison & Woodruff PC |
| GRAND VALLEY IRRIGATION | Opposer | Aldrich, Frederick G | Aldrich, Frederick G LLC |
| GRAND VALLEY WATER USERS ASSOCIATION | Opposer | Kurath, Kirsten Marie | Williams Turner & Holmes PC |
| GRAND VALLEY WATER USERS ASSOCIATION | Opposer | Hermundstad, Mark Allen | Williams Turner & Holmes PC |
| MIDDLE PARK CONSERVANCY DISTRICT | Opposer | Cazier, Stanley W | Cazier McGowan & Walker |
| MIDDLE PARK CONSERVANCY DISTRICT | Opposer | Walker, John D | Cazier McGowan & Walker |
| ORCHARD MESA IRRIGATION DISTRICT | Opposer | Kurath, Kirsten Marie | Williams Turner & Holmes PC |
| ORCHARD MESA IRRIGATION DISTRICT | Opposer | Hermundstad, Mark Allen | Williams Turner & Holmes PC |
| STATE ENGINEER | State Engineer | State Water Engineer, Colorado | Colorado Division of Water Resources |
| UTE WATER CONSERVANCY DISTRICT | Opposer | Kurath, Kirsten Marie | Williams Turner & Holmes PC |
| UTE WATER CONSERVANCY DISTRICT | Opposer | Hermundstad, Mark Allen | Williams Turner & Holmes PC |
| WATER DIVISION 5, WATER CLERK KATHY HALL | | | |
| UNITED STATES DISTRICT COURT DISTRICT OF COLORADO | | | |

*Dwen M. Gallagher*

*This document was filed and served via Lexis/Nexis File and Serve pursuant to C.R.C.P. Rule 121.*
*A duly signed original of this document is on file at the law firm of Ryley Carlock & Applewhite.*

749746.2
2/28/2007