# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 09-cv-02782-EWN-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5, STATE OF COLORADO
Case No. 06CW255 (99CW44)

---

## STATEMENT OF OPPOSITION OF PALISADE IRRIGATION DISTRICT

---

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

Pursuant to the Order Regarding Further Proceedings Consonant with the Colorado Water Right Determination and Administration Act of 1969 dated August 4, 1977 (Consolidated Cases Nos. 2782, 5016, 5017), Palisade Irrigation District, through undersigned counsel, submits its Statement of Opposition to the Application for Water Rights of The City and County of Denver, acting by and through its Board of Water Commissioners, District Court, Water Division 5, Case No. 06 CW 255, in the form attached hereto.

Respectfully submitted this 26 day of February, 2007.

DUFFORD, WALDECK, MILBURN & KROHN, LLP

By: /s/ John R. Pierce

Nathan A. Keever, #24630
Attorneys for Palisade Irrigation District
744 Horizon Court, Suite 300
Grand Junction, CO 81506
(970) 241-5500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Statement of Opposition of Palisade Irrigation District, was served upon the following at the address listed this 28th day of February, 2007, via electronic service and filing, as follows:

Patricia L. Wells
Michael L. Walker
Casey S. Funk
Daniel J. Arnold
City and County of Denver
Board of Water Commissioners
1600 W. 12th Avenue
Denver, CO 80204

Fred Aldrich
Frederick G. Aldrich, LLC
601 A 28 1/4 Road
Grand Junction, CO 81506

Mark A. Hermundstad
Kirsten M. Kurath
Williams, Turner & Holmes, P.C.
200 North 6th Street
P.O. Box 338
Grand Junction, CO 81502

Stanley W. Cazier
Cazier & McGowan
P.O. Box 500
Granby, CO 80446

Peter C. Fleming
Colorado River Conservation District
P.O. Box 1120
200 Centennial Street, Suite 200
Glenwood Springs, CO 81602

*/s/ Lindsay A. Martin*

2

| | |
|---|---|
| DISTRICT COURT, WATER DIVISION NO. 5, COLORADO<br>109 8th Street, Suite 104<br>Glenwood Springs, CO 81601 | |
| **CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS**<br><br>**IN SUMMIT COUNTY, COLORADO** | |
| Nathan A. Keever<br>DUFFORD, WALDECK, MILBURN<br>  & KROHN, L.L.P.<br>744 Horizon Court, Suite 300<br>Grand Junction, CO 81506<br>Telephone:         (970) 241-5500<br>Fax:                   (970) 243-7738<br>Attorney Reg. #:    24630 | ▲ COURT USE ONLY ▲<br><br>Case Number: 06 CW 255 |
| **STATEMENT OF OPPOSITION** | |

1.  Name, mailing address, telephone number of Objector:

    Palisade Irrigation District
    P.O. Box 1281
    Clifton, CO 81520
    (970) 464-4700

2.  State facts as to why the Application should not be granted or why it should be granted only in part or on certain conditions:

    A.  The Objector is the owner, operator and/or user of water rights which could be adversely affected by the granting of the Application filed herein.

    B.  Applicant must establish the elements required by C.R.S. §37-92-305(9)(b), without limitation that the waters can and will be diverted, stored, or otherwise captured, possessed, and controlled and will be beneficially used and that the project can and will be completed with diligence and within a reasonable time.

    C.  Applicant must establish that the subject water rights are not and/or have not become speculative.

    D.  Applicant must establish that there has been a steady application of effort to complete the appropriation of the subject water rights in a reasonably expedient and efficient manner and in accordance with the stipulations, orders, judgments and decrees

entered in Consolidated Civil Case Nos. 2782, 5016 and 5017, United States District Court for the District of Colorado (collectively, the "Blue River Decree").

E. With respect to the amount claimed to have been made absolute, Applicant must establish the elements required by C.R.S. § 37-92-305(9)(a), including without limitation and the waters have been diverted, stored, or otherwise captured, possessed, and controlled and have been applied to beneficial use.

F. With respect to the amount claimed to have been made absolute, Applicant must establish that the water was diverted and used in accordance with the Blue River Decree.

G. The Objector reserves the right to raise additional grounds for objection as further information becomes available to the Objector through discovery or otherwise.

H. This Statement of Opposition shall be continuing in nature. If any amendment to the Application is deemed necessary by the Water Court or by the Applicant, this Statement of Opposition shall be considered sufficient for the purpose of opposing the amended Application without the necessity of filing a further statement of opposition.

WHEREFORE, Objector requests that the Application be dismissed or that conditions be imposed which adequately protect the water rights of this Objector and for such other and further relief as may be appropriate.

Respectfully submitted this 28'th day of February, 2007.

DUFFORD, WALDECK, MILBURN & KROHN, LLP

By: /s/ Nathan A. Keever

Nathan A. Keever, #24630
Attorneys for Palisade Irrigation District
744 Horizon Court, Suite 300
Grand Junction, CO 81506
(970) 241-5500

2

## VERIFICATION

STATE OF COLORADO  )
                   ) ss.
COUNTY OF MESA     )

    I, John Krizman, President of Palisade Irrigation District. Objector in this matter, being first duly sworn upon oath, state that I have read the foregoing, know the contents thereof, and that the same are true and correct to the best of my knowledge and belief.

                                                        *John Krizman*
                                                        John Krizman
                                                 President of Palisade Irrigation District

    Subscribed and sworn to before me this 28th day of February, 2007, by John Krizman., as President of Palisade Irrigation District.

    Witness by hand and official seal.

    My commission expires: 02/22/2008

                                                   *Sheryl Jack*
                                                     Notary Public

[Notary Public Seal: SHERYL JACK — My Commission Expires 02/22/2008]

3