# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 49-cv-2782-EWN-CBS**

(Consolidated Cases: Civil Nos. 2782, 5016 and 5017)

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Civil No. 2782** |
|     Plaintiff, | |
| v. | |
| NORTHERN COLORADO WATER CONSERVANCY DISTRICT, *et al.,* | |
|     Defendants. | |

| | |
|---|---|
| In the Matter of the Adjudication of Priorities of Water Rights in Water District No. 36 for Purposes of Irrigation: | **Civil No. 5016** |

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

| | |
|---|---|
| In the Matter of the Adjudication of Priorities of Water Rights in Water District No. 36 for Purposes Other Than Irrigation: | **Civil No. 5017** |

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

---

**MOTION REQUESTING APPROVAL TO CONVENTIONALLY FILE EXHIBITS BY CLIMAX MOLYBDENUM COMPANY**

---

COMES NOW Climax Molybdenum Company ("Climax"), by and through its undersigned counsel, and pursuant to Rule V.H.6 of the Electronic Case Filing Procedures for the U. S. District Court for the District of Colorado, and hereby moves the Court for an order granting it leave to conventionally file its nineteen exhibits in support of its Motion to Intervene and accompanying Petition on Intervention for Declaratory Relief. The grounds for this motion are that the nineteen exhibits are voluminous and total five-hundred pages. This method of filing is in the interest of saving the Court time and effort in the processing of these exhibits.

A proposed Order is attached.

Respectfully submitted this 5th day of April, 2007.

                                                      RYLEY CARLOCK & APPLEWHITE

                                          *s/ Brian M. Nazarenus*
                                             Brian M. Nazarenus
                                             1999 Broadway, Suite 1800
                                             Denver, Colorado  80202
                                             Telephone:  (303) 863-7500
                                             Facsimile:   (303) 595-3159

                                      ATTORNEYS FOR PLAINTIFF-INTERVENOR
                                      CLIMAX MOLYBDENUM COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2007, I electronically filed the foregoing MOTION REQUESTING APPROVAL TO CONVENTIONALLY FILE EXHIBITS BY CLIMAX MOLYBDENUM COMPANY and proposed Order with the Clerk of the U.S. District Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Casey S. Funk<br>casey.funk@denverwater.org | Kathleen M. Morgan<br>kathleen@moriarty.com |
| Austin C. Hamre<br>ahamre@dodpc.com | James R. Montgomery<br>jmontgomery@mwhw.com |
| Chad M. Wallace<br>chad.wallace@state.co.us | Frederick G. Aldrich<br>faldrich@aldrich-law.com |
| Douglas L. Abbott<br>dabbott@hollandhart.com | Mark A. Hermundstad<br>mherm@wth-law.com |
| Anne J. Castle<br>acastle@hollandhart.com | Stanley W. Cazier<br>cazier_mcgowan@hotmail.com |
| Peter C. Fleming<br>pfleming@crwcd.org | Donald E. Phillipson<br>dbls99@comcast.net |
| William A. Paddock<br>bpaddock@chp-law.com | Robert V. Trout<br>rtrout@troutlaw.com |
| James J. DuBois<br>james.dubois@usdoj.gov | Nathan A. Keever<br>keever@dwmk.com |
| David J. Hill<br>dgh@bhgrlaw.com | Michael C. Santo<br>santo@bechtelsanto.com |

RYLEY CARLOCK & APPLEWHITE

 s/ Brian M. Nazarenus_____
Brian M. Nazarenus
1999 Broadway, Suite 1800
Denver, Colorado  80202
Phone:  (303) 863-7500; Fax:   (303) 595-3159
ATTORNEYS FOR PLAINTIFF-INTERVENOR
CLIMAX MOLYBDENUM COMPANY

757529.1
4/5/07

3

Case No. 1:49-cv-02782-MSK-CBS   Document 158   filed 04/05/07   USDC Colorado   pg 4 of 4