# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 49-cv-2782-EWN-CBS**

(Consolidated Cases: Civil Nos. 2782, 5016 and 5017)

UNITED STATES OF AMERICA,                           **Civil No. 2782**

    Plaintiff,

v.

NORTHERN COLORADO WATER
CONSERVANCY DISTRICT, *et al.,*

    Defendants.

In the Matter of the Adjudication of Priorities of          **Civil No. 5016**
Water Rights in Water District No. 36 for Purposes
of Irrigation:

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

In the Matter of the Adjudication of Priorities of          **Civil No. 5017**
Water Rights in Water District No. 36 for Purposes
Other Than Irrigation:

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

**ORDER**

2

THIS MATTER comes before the Court on the Motion to Intervene by Climax Molybdenum Company.

The Court, having reviewed the motion and being fully advised in the matter, hereby:

ORDERS that the motion is GRANTED.

DATED this ____ day of April, 2007.

_____