IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 49-cv-2782-EWN-CBS**

(Consolidated Cases:  Civil Nos. 2782, 5016 and 5017)

UNITED STATES OF AMERICA,                          **Civil No. 2782**

       Plaintiff,

v.

NORTHERN COLORADO WATER
CONSERVANCY DISTRICT, *et al.,*

       Defendants.

In the Matter of the Adjudication of Priorities of          **Civil No. 5016**
Water Rights in Water District No. 36 for Purposes
of Irrigation:

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

In the Matter of the Adjudication of Priorities of          **Civil No. 5017**
Water Rights in Water District No. 36 for Purposes
Other Than Irrigation:

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

---

**AFFIDAVIT OF BRYCE R. ROMIG**

---

**EXHIBIT A**

CITY AND COUNTY OF DENVER          )
                                   )  ss.
STATE OF COLORADO                  )

**The Affiant, after being duly sworn, states as follows:**

1.   I am the Environmental Manager with Climax Molybdenum Company.  Climax Molybdenum Company is a wholly-owned subsidiary of Phelps Dodge Corporation, which in turn is a wholly-owned subsidiary of Freeport McMoRan Copper & Gold Inc.  In my position I am involved in managing the water planning process for the restart of the Climax Mine.

2.   Due to a collapse in the molybdenum market in the early 1980's, the Climax Mine did not mine or process molybdenum from approximately 1984 through the present, with the exception of a brief period of production in 1995.  Climax Molybdenum Company is currently conducting advanced feasibility evaluations with the intent to restart the Climax Mine in 2009.

3.   Based on current planning, the estimated capital investment for the 2009 restart of the Climax Mine will be $250 Million.

4.   The restart of the mine will require the Climax Mine to exercise its water rights in priority.  Water is essential to the milling process at the Climax Mine.  Water is consumed at various stages of the milling process.  Without water, the mine would not be able to operate.

5.   Based on information from Climax's engineering consultant, Gary Thompson of W.W. Wheeler Consulting Engineers, it is my understanding that the reliable yield of the Climax Mine's water rights will be reduced by thirty-five to thirty-nine percent if the Green Mountain Hydropower Right or the Blue River Diversion Project's 1946 Water Rights are administered as senior to Climax's CA 1710 Water Rights.

6.   This threatened reduction in the reliable yield of the Climax Mine's water rights will cause uncertainty and difficulty in the planning process, and associated financing, for the 2009 restart.  In addition, the loss of the yield associated with the CA 1710 Water Rights would raise substantial uncertainty about the mine's ability to operate at full capacity in the future, and would prevent the mine from operating at its historic levels.

755853.2
4/3/2007                                   2

Further affiant sayeth naught.

Bryce R. Romig

Subscribed and sworn to before me by  this ___3rd___ day of April, 2007.

Witness my hand and official seal.

[Seal]

Notary Public
My Commission Expires: *March 11, 2007*