**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 49-cv-2782-EWN-CBS**

(Consolidated Cases: Civil Nos. 2782, 5016 and 5017)

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Civil No. 2782** |
| Plaintiff, | |
| v. | |
| NORTHERN COLORADO WATER CONSERVANCY DISTRICT, *et al.,* | |
| Defendants. | |

| | |
|---|---|
| In the Matter of the Adjudication of Priorities of Water Rights in Water District No. 36 for Purposes of Irrigation: | **Civil No. 5016** |

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

| | |
|---|---|
| In the Matter of the Adjudication of Priorities of Water Rights in Water District No. 36 for Purposes Other Than Irrigation: | **Civil No. 5017** |

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

**ENTRY OF APPEARANCE OF OLIVIA D. LUCAS**

PLEASE TAKE NOTICE that by this pleading Olivia D. Lucas, who is admitted to practice in this Court, enters her appearance on behalf of Plaintiff-Intervenor Climax Molybdenum Company.

Respectfully submitted this 25th day of April 2007.

RYLEY CARLOCK & APPLEWHITE


_s/ Olivia D. Lucas_
Olivia D. Lucas
1999 Broadway, Suite 1800
Denver, Colorado  80202
Telephone:  (303) 863-7500
Facsimile:   (303) 595-3159

ATTORNEYS FOR PLAINTIFF-INTERVENOR
CLIMAX MOLYBDENUM COMPANY

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2007, I electronically filed the foregoing ENTRY OF APPEARANCE OF OLIVIA D. LUCAS with the Clerk of the U.S. District Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Casey S. Funk<br>casey.funk@denverwater.org | Kathleen M. Morgan<br>kathleen@moriarty.com |
| Austin C. Hamre<br>ahamre@dodpc.com | James R. Montgomery<br>jmontgomery@mwhw.com |
| Chad M. Wallace<br>chad.wallace@state.co.us | Frederick G. Aldrich<br>faldrich@aldrich-law.com |
| Douglas L. Abbott<br>dabbott@hollandhart.com | Mark A. Hermundstad<br>mherm@wth-law.com |
| Anne J. Castle<br>acastle@hollandhart.com | Stanley W. Cazier<br>cazier_mcgowan@hotmail.com |
| Peter C. Fleming<br>pfleming@crwcd.org | Donald E. Phillipson<br>dbls99@comcast.net |
| William A. Paddock<br>bpaddock@chp-law.com | Robert V. Trout<br>rtrout@troutlaw.com |
| James J. DuBois<br>james.dubois@usdoj.gov | Nathan A. Keever<br>keever@dwmk.com |
| David G. Hill<br>dgh@bhgrlaw.com | Michael C. Santo<br>santo@bechtelsanto.com |

RYLEY CARLOCK & APPLEWHITE

 s/ Olivia D. Lucas
Olivia D. Lucas
1999 Broadway, Suite 1800
Denver, Colorado  80202
Telephone:  (303) 863-7500
Facsimile:   (303) 595-3159

ATTORNEYS FOR PLAINTIFF-INTERVENOR
CLIMAX MOLYBDENUM COMPANY

3