IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 49-cv-2782-EWN-CBS**

(Consolidated Cases: Civil Nos. 2782, 5016 and 5017)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 2782 |
| Plaintiff, | |
| v. | |
| NORTHERN COLORADO WATER CONSERVANCY DISTRICT, *et al.*, | |
| Defendants. | |

In the Matter of the Adjudication of Priorities of    Civil No. 5016
Water Rights in Water District No. 36 for Purposes
of Irrigation:

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

In the Matter of the Adjudication of Priorities of    Civil No. 5017
Water Rights in Water District No. 36 for Purposes
Other Than Irrigation:

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

**ENTRY OF APPEARANCE OF JOHN L. WATSON**

761573.1
4/24/07

      PLEASE TAKE NOTICE that by this pleading John L. Watson, who is admitted to practice in this Court, enters his appearance on behalf of Plaintiff-Intervenor Climax Molybdenum Company.

      Respectfully submitted this 30th day of April, 2007.

                                      RYLEY CARLOCK & APPLEWHITE

                                  *s/ John L. Watson*
                                  John L. Watson
                                  1999 Broadway, Suite 1800
                                  Denver, Colorado 80202
                                  Telephone: (303) 863-7500
                                  Facsimile: (303) 595-3159

                                  ATTORNEYS FOR PLAINTIFF-INTERVENOR
                                  CLIMAX MOLYBDENUM COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2007, I electronically filed the foregoing ENTRY OF APPEARANCE OF JOHN L. WATSON with the Clerk of the U.S. District Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Casey S. Funk<br>casey.funk@denverwater.org | Kathleen M. Morgan<br>kathleen@moriarty.com |
| Austin C. Hamre<br>ahamre@dodpc.com | James R. Montgomery<br>jmontgomery@mwhw.com |
| Chad M. Wallace<br>chad.wallace@state.co.us | Frederick G. Aldrich<br>faldrich@aldrich-law.com |
| Douglas L. Abbott<br>dabbott@hollandhart.com | Mark A. Hermundstad<br>mherm@wth-law.com |
| Anne J. Castle<br>acastle@hollandhart.com | Stanley W. Cazier<br>cazier_mcgowan@hotmail.com |
| Peter C. Fleming<br>pfleming@crwcd.org | Donald E. Phillipson<br>dbls99@comcast.net |
| William A. Paddock<br>bpaddock@chp-law.com | Robert V. Trout<br>rtrout@troutlaw.com |
| James J. DuBois<br>james.dubois@usdoj.gov | Nathan A. Keever<br>keever@dwmk.com |
| David G. Hill<br>dgh@bhgrlaw.com | Michael C. Santo<br>santo@bechtelsanto.com |

RYLEY CARLOCK & APPLEWHITE

*s/ John L. Watson*
John L. Watson
1999 Broadway, Suite 1800
Denver, Colorado 80202
Telephone: (303) 863-7500
Facsimile: (303) 595-3159

ATTORNEYS FOR PLAINTIFF-INTERVENOR
CLIMAX MOLYBDENUM COMPANY

3