IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action 49-CV-2782-EWN-CBS**
(Consolidated Cases: Civil Nos. 2782, 5016 and 5017)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 2782 |
| Plaintiff, | |
| v. | |
| NORTHERN COLORADO WATER CONSERVANCY DISTRICT, *et al.,* | |
| In the Matter of the Adjudication of Priorities of Water Rights in Water District 36 for Purposes of Irrigation: | Civil No. 5016 |

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

| | |
|---|---|
| In the Matter of the Adjudication of Priorities of Water Rights in Water District No. 36 for Purposes Other Than Irrigation: | Civil No. 5017 |

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

**JOINT RESPONSE TO CLIMAX MOLYBDENUM COMPANY'S
MOTION TO INTERVENE**

The Colorado River Water Conservation District, Grand Valley Water Users Association, Orchard Mesa Irrigation District, Palisade Irrigation District, Grand Valley Irrigation Company, and Middle Park Water Conservancy District (collectively the "West Slope Parties") do not oppose the Motion to Intervene of Climax Molybdenum Company ("Climax") for the following reasons:

1. Climax's Motion to Intervene ("Motion") and Petition for Intervention for Declaratory Relief ("Petition") tendered contemporaneously with the Motion seek declaratory relief regarding the relative priority of certain of its water rights with respect to the Green Mountain Dam direct flow power water right originally adjudicated in these consolidated cases.

2. The West Slope Parties are parties to these consolidated cases.

3. The West Slope Parties do not oppose the Motion on the terms and conditions set forth in the Stipulation between Climax and the West Slope Parties attached hereto as Exhibit A.

4. The Stipulation provides that if the West Slope Parities do not oppose the Motion, Climax will not assert at any time that the West Slope Parties have waived, or are estopped from asserting, any right, claim, defense, or factual or legal argument in response to the Petition on the grounds that the West Slope Parties did not oppose the Motion, or that such right, claim, defense, fact or legal argument should have been raised in response to the Motion.

THEREFORE, subject the terms of the Stipulation, the West Slope Parties do not oppose Climax's Motion to Intervene.

Respectfully submitted this 30th day of April, 2007.

ATTORNEYS FOR COLORADO RIVER WATER CONSERVATION DISTRICT

_____
Peter C. Fleming, #20805
Colorado River Water Conservation
  District
P.O. Box 1120
201 Centennial Street, Suite 200
Glenwood Springs, CO 81602-1120
Phone: (970) 945-8522
Fax:   (970) 945-8799

ATTORNEYS FOR GRAND VALLEY WATER USERS ASSOCIATION and ORCHARD MESA IRRIGATION DISTRICT

_____
Mark A. Hermundstad, #10527
Williams, Turner & Holmes P.C.
P. O. Box 338
Grand Junction CO  81502-0338
Phone: (970) 242-6262
Fax:   (970) 241-3026

ATTORNEYS FOR GRAND VALLEY IRRIGATION COMPANY

_____
Frederick G. Aldrich, #428
Frederick G. Aldrich LLC
601 A 28-1/4 Road
Grand Junction, CO  81506
Phone: (970) 245-7950
Fax:   (970) 245-0664

ATTORNEYS FOR PALISADE IRRIGATION DISTRICT

_____
Nathan A. Keever, #24630
Dufford Waldeck Milburn & Krohn LLP
744 Horizon Ct., Suite 300
Grand Junction CO  81506
Phone: (970) 241-5500
Fax:   (970) 243-7738

ATTORNEYS FOR MIDDLE PARK WATER CONSERVANCY DISTRICT

_____
Stanley W. Cazier, #4648
John D. Walker, #31286
Cazier, McGowan & Walker
P.O. Box 500
Granby, CO  80446
Phone:  (970) 887-3376
Fax:    (970) 887-9430

## CERTIFICATE OF SERVICE

I certify that on April 30, 2007, I electronically filed the foregoing Joint Response to Climax Molybdendum Company's Motion to Intervene with the Clerk of the U.S. District Court, District of Colorado, using the CM/ECF system which will send notification of such filing to the following:

James J. DuBois
james.dubois@usdoj.gov
*Attorneys for Plaintiff United States of America*

Casey S. Funk
casey.funk@denverwater.org
*Attorneys for Petitioner Denver Water*

Mark A. Hermundstad
mherm@wth-law.com
*Attorneys for Petitioner Grand Valley Water Association*

Anne C. Castle
Douglas L. Abbott
Peter C. Fleming
acastle@hollandhart.com
dabbott@hollandhart.com
pfleming@crwcd.org
*Attorneys for Petitioner Colorado River Water Conservation District*

Michael C. Santo
Nathan A. Keever
santo@bechtelsanto.com
keever@dwmk.com
*Attorneys for Petitioner Palisade Irrigation District*

Frederick G. Aldrich
faldrich@aldrich-law.com
*Attorneys for Petitioner Grand Valley Irrigation Company*

Stanley W. Cazier
cazier_mcgowan@hotmail.com
*Attorneys for Petitioner Middle Park Water Conservancy District*

David G. Hill
Kathleen M. Morgan
dgh@bhgrlaw.com
kathleen@moriarty.com
*Attorneys for Petitioner City of Englewood*

William A. Paddock
Mary M. Hammond
bpaddock@chp-law.com
mhammond@chp-law.com
*Attorneys for Petitioner Colorado Springs Utilities*

Austin C. Hamre
ahamre@dodpc.com
*Attorneys for Petitioner City and County of Denver and City of Aurora*

Donald E. Phillipson
Robert V. Trout
dbls99@comcast.net
rtrout@troutlaw.com
*Attorneys for Defendant Northern Colorado Water Conservancy Dist.*

Chad M. Wallace
chad.wallace@state.co.us
*Attorneys for Intervenor Colorado Division of Water Resources and Movant State of Colorado*

James R. Montgomery
jmontgomery@mwhw.com
*Attorneys for Interested Party*
*Town of Frisco*

Brian M. Nazarenus
Oliva D. Lucas
Roger T. Williams, Jr.
bnazarenus@rcalaw.com
olucas@rcalaw.com
rwilliams@rcalaw.com
*Attorneys for Plaintiff-Intervenor*
*Climax Molybdenum Company*

COLORADO RIVER WATER CONSERVATION DISTRICT

s/ *Peter C. Fleming*
Peter C. Fleming, #20805
201 Centennial Street, Suite 200
Glenwood Springs, CO  81601
Phone: (970) 945-8522
Fax:    (970) 945-8799
pfleming@crwcd.org