IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action 49-CV-2782-EWN-CBS**
(Consolidated Cases: Civil Nos. 2782, 5016 and 5017)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 2782 |
| Plaintiff, | |
| v. | |
| NORTHERN COLORADO WATER CONSERVANCY DISTRICT, *et al.,* | |
| In the Matter of the Adjudication of Priorities of Water Rights in Water District 36 for Purposes of Irrigation: | Civil No. 5016 |

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

| | |
|---|---|
| In the Matter of the Adjudication of Priorities of Water Rights in Water District No. 36 for Purposes Other Than Irrigation: | Civil No. 5017 |

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

---

**STIPULATION REGARDING CLIMAX MOLYBDENUM COMPANY'S
MOTION TO INTERVENE**

---

Climax Molybdenum Company ("Climax") and the Colorado River Water Conservation District, Grand Valley Water Users Association, Orchard Mesa Irrigation District, Palisade Irrigation District, Grand Valley Irrigation Company, and Middle Park Water Conservancy District (collectively the "West Slope Parties") stipulate and agree as follows:

1. On April 5, 2007 Climax filed a Motion to Intervene ("Motion") in these consolidated cases. On the same date, Climax also tendered a Petition for Intervention for Declaratory Relief ("Petition") setting forth in detail the relief it seeks. Climax seeks declaratory relief regarding the relative priority of certain of its water rights with respect to the Green Mountain Dam direct flow power water right originally adjudicated in these consolidated cases.

2. The West Slope Parties are parties to these consolidated cases, and Petitioners in Case Nos. 5016 and 5017.

3. Climax seeks the agreement of the West Slope Parties that they will not oppose Climax's Motion. The West Slope Parties wish to preserve all rights, claims defenses and legal arguments that they may assert in response to Climax's Petition.

4. Therefore, Climax agrees that if the West Slope Parties do not oppose the Motion, Climax will not assert at any time that the West Slope Parities have waived, or are estopped from asserting, any right, claim, defense, or factual or legal argument in response to the Petition on the grounds that the West Slope Parties did not oppose the

Motion, or that such right, claim, defense, fact or legal argument should have been raised in response to the Motion.

5. The West Slope Parties agree that they will file a joint response to the Motion informing the Court that they do not oppose the Motion on the conditions set forth in this Stipulation, and this Stipulation will be filed with the Court as an attachment to the joint response.

Respectfully submitted this 30th day of April, 2007.

ATTORNEYS FOR CLIMAX
MOLYBDENUM COMPANY

Brian M. Nazarenus, #16984
Ryley Carlock & Applewhite
1999 Broadway, Suite 1800
Denver, CO 80202
Telephone: (303) 863-7500
Facsimile: (303) 595-3159

ATTORNEYS FOR GRAND
VALLEY WATER USERS
ASSOCIATION and ORCHARD
MESA IRRIGATION DISTRICT

Mark A. Hermundstad, #10527
Williams, Turner & Holmes P.C.
P. O. Box 338
Grand Junction CO 81502-0338
Phone: (970) 242-6262
Fax: (970) 241-3026

ATTORNEYS FOR COLORADO
RIVER WATER CONSERVATION
DISTRICT

Peter C. Fleming, #20805
Colorado River Water Conservation
  District
P.O. Box 1120
201 Centennial Street, Suite 200
Glenwood Springs, CO 81602-1120
Phone: (970) 945-8522
Fax: (970) 945-8799

ATTORNEYS FOR GRAND
VALLEY IRRIGATION COMPANY

Frederick G. Aldrich, #428
601 A 28-1/4 Road
Grand Junction, CO 81506
Phone: (970) 245-7950
Fax: (970) 245-0664

**ATTORNEYS FOR PALISADE IRRIGATION DISTRICT**

*/s/ Nathan A. Keever (for)*

Nathan A. Keever, #24630
Dufford Waldeck Milburn & Krohn LLP
744 Horizon Ct., Suite 300
Grand Junction CO  81506
Phone: (970) 241-5500
Fax:   (970) 243-7738

**ATTORNEYS FOR MIDDLE PARK WATER CONSERVANCY DISTRICT**

*/s/ Stanley W. Cazier (for)*

Stanley W. Cazier, #4648
John D. Walker, #31286
Cazier, McGowan & Walker
P.O. Box 500
Granby, CO  80446
Phone:  (970) 887-3376
Fax:    (970) 887-9430

### CERTIFICATE OF SERVICE

    I certify that on April 30, 2007, I electronically filed the foregoing Stipulation regarding Climax Molybdendum Company's Motion to Intervene with the Clerk of the U.S. District Court, District of Colorado, using the CM/ECF system which will send notification of such filing to the following:

James J. DuBois
james.dubois@usdoj.gov
*Attorneys for Plaintiff United States of America*

Casey S. Funk
casey.funk@denverwater.org
*Attorneys for Petitioner Denver Water*

Mark A. Hermundstad
mherm@wth-law.com
*Attorneys for Petitioner Grand Valley Water Association*

Anne C. Castle
Douglas L. Abbott
Peter C. Fleming
acastle@hollandhart.com
dabbott@hollandhart.com
pfleming@crwcd.org
*Attorneys for Petitioner Colorado River Water Conservation District*

Michael C. Santo
Nathan A. Keever
santo@bechtelsanto.com
keever@dwmk.com
*Attorneys for Petitioner Palisade Irrigation District*

Frederick G. Aldrich
faldrich@aldrich-law.com
*Attorneys for Petitioner Grand Valley Irrigation Company*

Stanley W. Cazier
cazier_mcgowan@hotmail.com
*Attorneys for Petitioner Middle Park Water Conservancy District*

David G. Hill
Kathleen M. Morgan
dgh@bhgrlaw.com
kathleen@moriarty.com
*Attorneys for Petitioner City of Englewood*

William A. Paddock
Mary M. Hammond
bpaddock@chp-law.com
mhammond@chp-law.com
*Attorneys for Petitioner Colorado Springs Utilities*

Austin C. Hamre
ahamre@dodpc.com
*Attorneys for Petitioner City and County of Denver and City of Aurora*

Donald E. Phillipson
Robert V. Trout
dbls99@comcast.net
rtrout@troutlaw.com
*Attorneys for Defendant Northern Colorado Water Conservancy Dist.*

Chad M. Wallace
chad.wallace@state.co.us
*Attorneys for Intervenor Colorado Division of Water Resources and Movant State of Colorado*

James R. Montgomery
jmontgomery@mwhw.com
*Attorneys for Interested Party
Town of Frisco*

Brian M. Nazarenus
Oliva D. Lucas
Roger T. Williams, Jr.
bnazarenus@rcalaw.com
olucas@rcalaw.com
rwilliams@rcalaw.com
*Attorneys for Plaintiff-Intervenor
Climax Molybdenum Company*

COLORADO RIVER WATER CONSERVATION DISTRICT

s/ *Peter C. Fleming*
Peter C. Fleming, #20805
201 Centennial Street, Suite 200
Glenwood Springs, CO 81601
Phone: (970) 945-8522
Fax:    (970) 945-8799
pfleming@crwcd.org