SENT BY:CLIMAX METALS CO.    ; 7-23-92 ; 13:59 ;PRESIDENTS OFFICE→   3034439686;# 2
SENT BY:VRANESH & RAISCH     ; 7-23-92 ;10:51AM ;          3034439686→ PRESIDENTS OFFICE;# 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Consolidated Cases Nos. 2782, 5016, and 5017

and

DISTRICT COURT, WATER DIVISION NO. 5, STATE OF COLORADO

Case No. 88CW382

---

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE UNITED STATES

IN SUMMIT, GRAND, EAGLE, ROUTT, MESA, PITKIN, AND GARFIELD COUNTIES

---

AFFIDAVIT OF RICHARD O. AUSTERMANN

---

STATE OF CONNECTICUT )
                     ) ss..
COUNTY OF Fairfield  )

I, Richard O. Austermann, being duly sworn, state as follows:

1. I am a Vice President of Climax Molybdenum Company, a Delaware corporation headquartered in Norwalk, Connecticut. Climax Molybdenum Company is a wholly-owned subsidiary of Climax Metals Company, a Delaware corporation that is also headquartered in Norwalk, Connecticut, and of which I am Vice President and General Counsel. Climax Metals Company is a wholly-owned subsidiary of AMAX Inc., a New York corporation headquartered in New York City. Prior to September 1991 I was a Senior Attorney with AMAX Inc. in New York City and Greenwich, Connecticut. Prior to August 1989 I was a Senior Attorney with AMAX Inc. in Golden, Colorado.

2. Climax Molybdenum Company is owner of the Climax Mine in Summit, Lake and Eagle Counties, Colorado. Prior to January 1988 the Climax Mine was owned by AMAX Inc.

3. Certain senior, absolute water rights appurtenant to the Climax Mine may be affected by the above captioned action.

4. In November 1988, when the claim of the United States was published in the Water Division No. 5 resume, no "general" offices of Climax Molybdenum Company were maintained in Colorado. In addition, the Climax Mine had been closed because of poor

SENT BY CLIMAX METALS CO.        ; 7-23-92 ; 13:41 ;     PRESIDENTS OFFICE→        3034439586;# 3
SENT BY VRANESH & RAISCH         ; 7-23-92 ;10:52AM ;              3034439586→   PRESIDENTS OFFICE;# 3

economic conditions, i.e., no mining or milling operations were being conducted. Most of the mine staff had been laid off, with a small residual staff being retained for the sole purpose of performing care and maintenance operations.

5. As a result of the foregoing conditions, Climax Molybdenum Company did not effectively monitor the Water Division No. 5 resume at the time the claim of the United States was published.

6. To the best of my personal knowledge, until June 16, 1992, no officers, employees or agents of Climax Molybdenum Company had actual knowledge of the existence and nature of the claim of the United States in this action.

FURTHER AFFIANT SAYETH NOT.

*Richard O. Austermann*
RICHARD O. AUSTERMANN

Subscribed and sworn to before me this 23rd day of July, 1992 by Richard O. Austermann.

NOTARY SEAL

*Ann O'Brien*
Notary Public
My Commission Expires:

ANN O'BRIEN
NOTARY PUBLIC
MY COMMISSION EXPIRES NOV. 30, 1996

2