FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Consolidated Cases Nos. 2782, 5016, and 5017

and

DISTRICT COURT, WATER DIVISION NO. 5, STATE OF COLORADO

Case No. 88CW382

---

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE UNITED STATES

IN SUMMIT, GRAND, EAGLE, ROUTT, MESA, PITKIN, AND GARFIELD
COUNTIES

---

**CLIMAX MOLYBDENUM COMPANY'S WITHDRAWAL OF ITS MOTION TO INTERVENE**

---

The Climax Molybdenum Company, under the provisions of Fed.R.Civ.P. 41(c), hereby withdraws its Motion to Intervene in Case No. 88CW382.

Respectfully submitted this 3rd day of August, 1992.

VRANESH AND RAISCH

By _____
Jerry W. Raisch (#2982)
Brian M. Nazarenus (#16984)
1720 14th Street, Suite 200
Post Office Box 871
Boulder, Colorado 80306
(303) 443-6151

_____
Richard O. Austermann (#6854) (by Bmn)
General Counsel
Climax Metals Company
101 Merritt 7 Corporate Park
Norwalk, Connecticut 06856
(203) 845-3014

SPECIAL COUNSEL TO CLIMAX
MOLYBDENUM COMPANY

COUNSEL TO CLIMAX MOLYBDENUM
COMPANY

S\D\AMAX\CLIMAXWT\WITHDRAW.&
August 3, 1992

CLIMAX MOLYBDENUM COMPANY'S WITHDRAWAL OF ITS MOTION TO INTERVENE
CASE NO. 88CW382

**EXHIBIT D**

## CERTIFICATE OF MAILING

I hereby certify that on this 3rd day of August, 1992, a true and correct copy of the foregoing **CLIMAX MOLYBDENUM COMPANY'S WITHDRAWAL OF ITS MOTION TO INTERVENE** was deposited in the United States Mail, postage prepaid, and addressed as follows:

Lynn A. Johnson, Esq.   (VIA FAX)
U.S. Department of Justice
999 18th St., Suite 945
Denver, CO  80202

Timothy J. Flanagan, Esq.
Kelly, Stansfield & O'Donnell
1225 17th St., Suite 2600
Denver, CO  80202

Glenn Porzak, Esq.
Holme, Roberts & Owen
1401 Pearl St., Suite 400
Boulder, CO  80302

John M. Dingess, Esq.
Duncan, Ostrander, Varnell
  & Dingess, P.C.
7800 E. Union Ave., Suite 200
Denver, CO  80237

Stanley Cazier, Esq.
P.O. Box 500
Granby, CO  80446

Charles Woodruff, Esq.
Moses, Wittemeyer, Harrison
  & Woodruff, P.C.
P.O. Box 1440
Boulder, CO  80303

Timothy Buchanan, Esq.
Timothy Buchanan, P.C.
3100 Arapahoe Ave., Suite 204
Boulder, CO  80303

David A. Bailey, Esq.
Parcel, Mauro, Hultin &
  Spaanstra
1801 California St., #3600
Denver, CO  80202

William Kelly Dude, Esq.
P.O. Box 240
Colorado Springs, CO  80901

Howard Holme, Esq.
Fairfield and Woods, P.C.
One Norwest Center, #2400
1700 Lincoln St.
Denver, CO  80203

Michael Walker, Esq.
1600 West 12th Ave.
Denver, CO  80202

Jack Ross, Esq.
Saunders, Snyder, Ross &
  Dickson, P.C.
707 17th St., Suite 3500
Denver, CO  80202

Linda White, Esq.
Assistant Attorney General
1525 Sherman St., 3rd Floor
Denver, CO  80203

D.J. Dufford, Esq.
Dufford, Waldeck, Ruland
  & Milburn
P.O. Box 2188
Grand Junction, CO  81502

Mark Wagner, Esq.
Hill & Robbins
1441 18th St., #100
Denver, CO  80202

Donald Hamburg, Esq.
P.O. Box 1120
Glenwood Springs, CO  81602

David Hill, Esq.
Hutchinson, Black, Hill & Cook
P.O. Box 1170
Boulder, CO  80306

Bennett Raley, Esq.
Davis, Graham & Stubbs
P.O. Box 185
Denver, CO  80201

Frederick Aldrich, Esq.
Nelson, Hoskin, Groves
  & Prinster, P.C.
P.O. Box 40
Grand Junction, CO  81502

Mark Hermundstad, Esq.
Williams, Turner & Holmes,
  P.C.
P.O. Box 338
Grand Junction, CO  81502

Shaun Sullivan, Esq.
Calkins, Kramer, Grimshaw
  & Harring
1700 Lincoln St., Suite 3800
Denver, CO  80203

Scott Balcomb, Esq.
Delaney & Balcomb, P.C.
P.O. Drawer 790
Glenwood Springs, CO  81602

Mark N. Williams, Esq.
P.O. Box 23
Grand Junction, CO  81502

James Dubois, Esq.
Moses, Wittemyer, Harrison
  & Woodruff, P.C.
P.O. Box 1440
Boulder, CO  80306

*/s/ Jacqueline C. Goodhue*