

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Consolidated Case Nos. 2782, 5016, and 5017

and

DISTRICT COURT, WATER DIVISION NO. 5, STATE OF COLORADO

Case No. 88CW382

---

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE UNITED STATES IN SUMMITT, GRAND, EAGLE, ROUTT, MESA, PITKIN, AND GARFIELD COUNTIES

---

MOTION FOR LEAVE TO FILE A RESPONSE IN OPPOSITION TO MOTION TO INTERVENE OF CLIMAX MOLYBDENUM COMPANY

---

COMES NOW, the United States of America, Northern Colorado Water Conservancy District, the City and County of Denver, Colorado River Water Conservation District, Getty Oil Company, Ute Water Conservancy District, Grand Valley Water Users Association and Middle Park Water Conservancy District by and through their undersigned attorneys, respectfully moves this Court for Leave to File a Response in Opposition to Climax Molybdenum Company's Motion to Intervene.  The parties to this Motion request up to August 6, 1992, to file their brief in opposition to the motion to intervene.  Grounds for this Motion, are as follows:

1.   Climax moves to intervene three and one-half years after notice of the United States' application in this case was given in the Water Division No. 5 resume of November 1988 filings.

2.   Intensive settlement negotiations, which have been proceeding for over a year, are expected to be concluded within

EXHIBIT E

days. Climax is seeking to sell Clinton Gulch Reservoir pursuant to an agreement which is directly related to the settlement of this case.

3. If Climax is allowed to intervene at this late stage of the proceedings, the parties will not be able to reach final agreement on the settlement that has been negotiated.

4. The parties have asked Climax to voluntarily withdraw its Motion to Intervene, but so far have been unsuccessful.

5. The parties need time, until August 6, to prepare and file their opposition to the Motion to Intervene which was mailed on July 23, 1992.

6. This Motion is filed in a timely manner. The Court's granting of this Motion will not prejudice any party to this action.

WHEREFORE, the United States of America, Northern Colorado Water Conservancy District, the City and County of Denver, Colorado River Water Conservation District, Getty Oil Company, Ute Water Conservancy District, Grand Valley Water Users Association and Middle Park Water Conservancy District respectfully requests this Court to grant the Motion for Leave to File a Response In Opposition to Motion to Intervene of Climax Molybdenum Company, allowing to and including August 6, 1992, to file their response.

2

Dated this 31 day of July, 1992.

MICHAEL J. NORTON
United States Attorney

BY _____
LYNN A. JOHNSON, #15394
Attorney
U.S. Department of Justice
Environment and Natural Resources
Division
999 - 18th St., Suite 945
Denver, CO  80202
(303)  294-1900

ATTORNEYS FOR APPLICANT
UNITED STATES OF AMERICA


BY Gregory J. Hobbs by LAJ
GREGORY J. HOBBS, JR., ESQ., #0009
Davis, Graham & Stubbs
370 17th St., #4700
Denver, CO  80201
(303) 892-9400

NORTHERN COLORADO WATER
    CONSERVANCY DISTRICT


BY Jack F. Ross by LAJ
JACK F. ROSS, ESQ., #182
Saunders, Snyder, Ross & Dickson
707 17th Street, Suite 3500
Denver, CO  80202
(303) 292-6600

3

BY _Donald H Hamburg by SA/_
    DONALD H. HAMBURG, ESQ., #2422
    201 Centennial St.
    Post Office Box 1120
    Glenwood Springs, CO  81602
    (303) 945-8522

COLORADO RIVER WATER CONSERVATION DISTRICT

BY _Anthony W. Williams by SA/_
    ANTHONY W. WILLIAMS, ESQ., #1587
    200 N. 6th Street
    P. O. Box 338
    Grand Junction, CO  81502
    (303) 242-6262

UTE WATER CONSERVANCY DISTRICT
GRAND VALLEY WATER USERS ASSOCIATION
GETTY OIL COMPANY

BY _Stanley W. Cazier by SA/_
    STANLEY W. CAZIER, ESQ., #4648
    Baker, Cazier & McGowan
    62495 U.S. Hwy 40
    P.O. Box 588
    Granby, CO  80446
    (303) 887-3376

MIDDLE PARK CONSERVANCY DISTRICT

BY _Micheal D. Walker by SA/_
    MICHAEL D. WALKER, ESQ., #2828
    Legal Department
    Denver Water Board
    1600 W. 12th Avenue
    Denver, CO  80254
    (303) 628-6000

CITY AND COUNTY OF DENVER

4

## CERTIFICATE OF SERVICE

I hereby certify that I have this 31st day of July 1992, mailed true copies of the foregoing Motion for Leave to File a Response In Opposition to Motion to Intervene of Climax Molybdenum Company by depositing same into the U.S. mails, postage prepaid, addressed as follows:

Frederick G. Aldrich, Esq.
Nelson, Hoskin & Farina
200 Grand Ave., Suite 400
Post Office Box 40
Grand Junction, CO  81502

Richard O. Austermann
General Counsel
Climax Metals Co.
101 Merritt 7 Corporate Park
Norwalk, CN 06856

David A. Bailey, Esq.
Parcel, Mauro, Hultin & Spaanstra
1801 California, Suite 3600
Denver, CO  80202

Kenneth Balcomb, Esq.
Scott Balcomb, Esq.
Robert M. Noone, Esq.
Delaney & Balcomb
Post Office Drawer 790
Glenwood Springs, CO  81602

Timothy J. Beaton
Collins and Cockrel, P.C.
390 Union Blvd., Suite 400
Denver, CO  80228

Timothy R. Buchanan, P.C.
3100 Arapahoe Ave., St. 204
Boulder, CO  80303

Stanley W. Cazier, Esq.
Baker, Cazier & McGowan
Post Office Box 588
Granby, CO 80446

Anthony J. DiCola, Esq.
County Attorney
400 Byers Avenue
Post Office Box 312
Hot Sulphur Springs, CO  80451

John M. Dingess, Esq.
Duncan, Ostrander, Varnell & Dingess, P.C.
7800 East Union Avenue
Suite 200Denver, CO  80237

D. J. Dufford, Esq.
Dufford, Waldeck, Ruland & Milburn
Post Office Box 2188
Grand Junction, CO 81502

Timothy J. Flanagan, Esq.
Kelly, Stansfield & O'Donnell
1225 - 17th Street, Suite 2600
Denver, CO  80202

Gary L. Greer, Esq.
Sherman & Howard
633 17th Street, Ste. 2900
Denver, CO  80202

David L. Harrison, Esq.
Moses, Wittemyer, Harrison & Woodruff
Post Office Box 1440
Boulder, CO  80306

Donald H. Hamburg, Esq.
Post Office Box 1120
Glenwood Springs, CO  81602

David G. Hill, Esq.
Hutchinson, Black, Hill & Cook
P.O. Box 1170
Boulder, CO  80306

Gregory J. Hobbs, Jr., Esq.
Andjali E. Prahasto, Esq.
Davis, Graham & Stubbs
Post Office Box 185
Denver, CO  80201-0185

Howard Holme, Esq.
Kevin B. Pratt, Esq.
Fairfield & Woods, P.C.
1700 Lincoln St., #2400
Denver, CO  80203

Gregory L. Johnson, Esq.
Colorado Springs Utilities
  Administration
30 S. Nevada Ave, Ste. 601
Post Office Box 1103
Colorado Spgs, CO  80947

Jeffrey J. Kahn, Esq.
Grant, Bernard, Lyons & Gaddis
P.O. Box 978
Longmont, CO  80502-0978

Loyal E. Leavenworth, Esq.
Leavenworth & Lochhead
Post Office Drawer 2030
Glenwood Springs, CO 81601

Kevin Lindahl
Eagle County Attorney
Post Office Box 850
Eagle, CO 81631

Brian M. Nazarenus, Esq.
1720 14th St., Ste. 200
P. O. Box 871
Boulder, CO  80306

William A. Paddock, Esq.
John U. Carlson, Esq.
1700 Lincoln St, Suite 3900
Denver, CO  80203

Kevin L. Patrick, Esq.
205 S. Mill St., #300
Aspen, CO  81611

Herbert C. Phillips, Esq.
Hayes & Phillips, P.C.
1350 17th Street, Suite 450
Denver, CO  80202-1517

Glenn E. Porzak, Esq.
Holme Roberts & Owen
1401 Pearl Street, Suite 400
Boulder, Colorado    80302

David W. Robbins, Esq.
Hill & Robbins, P.C.
1441 18th Street, #100
Denver, CO    80202

Jack F. Ross, Esq.
Saunders, Snyder, Ross
& Dickson, P.C.
707 17th Street, Suite 3500
Denver, Colorado 80202

Jacques S. Ruda, Esq.
1331 - 17th Street, No. 510
Denver, CO    80202

John W. Savage, Esq.
P.O. Box 1926
Rifle, CO  81650

Wayne B. Schroeder, P.C.
Calkins, Kramer, Grimshaw &
 Harring
1700 Lincoln Street, No. 3800
Denver, CO  80203

Wendy Weiss
Asst. Attorney General
State of Colorado
Natural Resources Section
Petroleum Club Building
110 Sixteenth Street, 10th FL.
Denver, CO  80202

Patricia Wells, Esq.
Michael D. Walker, Esq.
Casey S. Funk, Esq.
Legal Department
Denver Water Board
1600 W. 12th Avenue
Denver, CO    80254

Charles B. White, Esq.
Brownstein, Hyatt, Farber
    & Madden
410 17th St., 22nd Fl.
Denver, CO  80202

William G. Pharo
Assistant U. S. Attorney
733 - 17th St., #1600
Denver, Colorado 80202

Anthony W. Williams, Esq.
200 N. 6th Street
P.O. Box 338
Grand Junction, CO  81502

Mark N. Williams, Esq.
P.O. Box 23
Grand Junction, CO  81502

Charles N. Woodruff, Esq.
Moses, Wittemyer, Harrison &
 Woodruff
Post Office Box 1440
Boulder, CO  80306

Mrs. Peggy Jordan, Clerk
Water Division No. 5
109 8th Street, Suite 104
Glenwood Springs, CO  81601

Richard K. Aldrich, Esq.
Office of the Field Solicitor
Department of the Interior
Box 31394
Billings, MT  59107-1394

*Sue Sherman* (signature)