IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 49-cv-2782-EWN-CBS**
(Consolidated Cases: Civil Nos. 2782, 5016 and 5017)

| | |
|---|---|
| UNITED STATES OF AMERICA | **Civil No. 2782** |
| Plaintiff, | |
| v. | |
| NORTHERN COLORADO WATER CONSERVANCY DISTRICT, et al. | |
| Defendants. | |
| In the Matter of the Adjudication of Priorities of Water Rights in Water District No. 36 for Purposes of Irrigation: | **Civil No. 5016** |

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

| | |
|---|---|
| In the Matter of the Adjudication of Priorities of Water Rights in Water District No. 36 for Purposes Other Than Irrigation: | **Civil No. 5017** |

**Petitioners:**
THE COLORADO RIVER WATER CONSERVANCY DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

**UNOPPOSED MOTION OF PALISADE IRRIGATION DISTRICT TO APPEAR BY TELEPHONE AT JUNE 1, 2007 STATUS CONFERENCE ON CLIMAX MOLYBDENUM COMPANY'S MOTION TO INTERVENE**

**Fed. R. Civ. P. 7.1(a)  Conference:**  Palisade Irrigation District's counsel has conferred in good faith with Climax's counsel about this motion. Climax's counsel has no objection to Palisade Irrigation District's counsel appear at the status conference by telephone.

Palisade Irrigation District through undersigned counsel, respectfully moves the Court for an Order allowing PID to appear by telephone at the status conference set for June 1, 2007 at 9:15 a.m.

AS GROUNDS FOR THIS MOTION, counsel for Palisade Irrigation District states and shows the Court the following:

1. On April 5, 2007, counsel for Climax filed a Motion to Intervene.

2. Northern Water Conservancy District, the City and County of Denver, and the City of Colorado Springs have all filed oppositions to the Motion to Intervene.

3. On April 30, 2007, Palisade Irrigation District, along with the Colorado River Water Conservation District, Grand Valley Water Users Association, Orchard Mesa Irrigation District, Grand Valley Irrigation District, and Middle Park Water Conservancy District, filed a Joint Response to Climax Molybdenum Company's Motion to Intervene.

4. As stated in its Joint Response, Palisade Irrigation District does not oppose Climax's request to intervene.

5. Palisade Irrigation District and its attorneys are located in Western Colorado, in and near Grand Junction, Colorado.

6. It is not cost effective for Palisade Irrigation District to pay for its attorney to travel to and from Grand Junction for a status conference in Denver for a procedural motion that Palisade Irrigation District does not oppose.

7. Palisade Irrigation District's request is limited to this single procedural hearing, or any continuation of the hearing to a later date.

8. Climax's counsel does not oppose the relief requested.

Respectfully submitted this 29th day of May, 2007.

DUFFORD, WALDECK, MILBURN
& KROHN, LLP

By: _____
Nathan A. Keever, #24630
Attorneys for Palisade Irrigation District

744 Horizon Court, Suite 300
Grand Junction, CO 81506
(970) 241-5500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, **UNOPPOSED MOTION TO APPEAR BY TELEPHONE AT THE JUNE 1, 2007 STATUS CONFERENCE ON CLIMAX MOLYBDENUM COMPANY'S MOTION TO INTERVENE** was served upon the following at the address listed this 29th day of May, 2007, via electronic service and filing, as follows:

| | |
|---|---|
| Casey S. Funk<br>casey.funk@denverwater.org | Kathleen M. Morgan<br>kathleen@moriarty.com |
| Austin C. Hamre<br>ahamre@dodpc.com | James R. Montgomery<br>jmontgomery@mwhw.com |
| Chad M. Wallace<br>chad.wallace@state.co.us | Frederick G. Aldrich<br>faldrich@aldrich-law.com |
| Douglas L. Abbott<br>dabbott@hollandhart.com | Mark A. Hermundstad<br>mherm@wth-law.com |
| Anne J. Castle<br>acastle@hollandhart.com | Stanley W. Cazier<br>cazier_mcgowan@hotmail.com |
| Peter C. Fleming<br>pfleming@chp-law.com | Donald E. Phillipson<br>dbls99@comcast.net |
| William A. Paddock<br>bpaddock@chp-law.com | Robert V. Trout<br>rtrout@troutlaw.com |
| James J. Dubois<br>james.dubois@usdoj.gov | David J. Hill<br>dgh@bhgrlaw.com |
| Brian M. Nazarenus<br>bnazarenus@rcalaw.com | . |

_/s/ Lindsay a Martin_