IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 49-cv-2782-EWN-CBS**
(Consolidated Cases: Civil Nos. 2782, 5016 and 5017)

| | |
|---|---|
| UNITED STATES OF AMERICA | Civil No. 2782 |
| Plaintiff, | |
| v. | |
| NORTHERN COLORADO WATER CONSERVANCY DISTRICT, et al. | |
| Defendants. | |

| | |
|---|---|
| In the Matter of the Adjudication of Priorities of Water Rights in Water District No. 36 for Purposes of Irrigation: | Civil No. 5016 |

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

| | |
|---|---|
| In the Matter of the Adjudication of Priorities of Water Rights in Water District No. 36 for Purposes Other Than Irrigation: | Civil No. 5017 |

**Petitioners:**
THE COLORADO RIVER WATER CONSERVANCY DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

---

**ORDER GRANTING PALISADE IRRIGATION DISTRICT'S UNOPPOSED MOTION
TO APPEAR BY TELEPHONE AT THE JUNE 1, 2007 STATUS CONFERENCE**

UPON Motion by Palisade Irrigation District to appear by telephone at the status conference scheduled for June 1, 2007 on Climax's Motion to Intervene, and Climax's agreement to the relief requested in that motion;

IT IS ORDERED that Palisade Irrigation District's Motion to appear by telephone at the June 1, 2007, status conference be granted, and FURTHER ORDERED that Palisade Irrigation District be allowed to appear by phone for that status conference and any continuation of that conference that may occur.

ORDERED this \_\_\_\_ day of May, 2007

BY THE COURT

_____
United States District Court
Judge Nottingham