F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 3 0 2007

GREGORY C. LANGHAM
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE EDWARD W. NOTTINGHAM

| | |
|---|---|
| UNITED STATES OF AMERICA v. NORTHERN COLORADO WATER CONSERVANCY DISTRICT, et al., | Civil Action No. 2782 (CBS) and Consolidated Cases: |
| In the Matter of the Adjudication of Priorities of Water Rights in Water District No. 36 for the Purpose of Irrigation | Civil Action No. 5016 |
| Petitioners: COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION COMPANY AND MIDDLE PARK WATER CONSERVANCY DISTRICT | |
| In the Matter of the Adjudication of Priorities of Water Rights in Water District No. 36 for the Purposes Other than Irrigation | Civil Action No. 5017 |
| Petitioners: COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION COMPANY AND MIDDLE PARK WATER CONSERVANCY DISTRICT | Reference No. 49-N-2782 (CBS) |

---

### ENTRY OF APPEARANCE OF KARL D. OHLSEN

---

Karl D. Ohlsen of the law firm Carlson, Hammond & Paddock, LLC, hereby enters his appearance as co-counsel with William A. Paddock and Mary M. Hammond on behalf of the City of Colorado Springs in these cases.

Dated this 29th day of May 2007.

Karl D. Ohlsen
Carlson, Hammond & Paddock, LLC.
1700 Lincoln Street, Suite 3900
Denver, CO 80203-4539
Phone Number: (303) 861-9000
kohlsen@chp-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2007, I filed and served a true and correct copy of the foregoing **ENTRY OF APPEARANCE OF KARL D. OHLSEN** in Consolidated Cases, Civil Nos. 2782, 5016, 5017, and that copies of the same, addressed as follows, were mailed via U.S. mail, first-class postage prepaid, to all parties:

Douglas L. Abbott, Esq.
Holland & Hart
555 17th Street, Suite 3200
Denver, CO 80202
dabbott@hollandhart.com

Anne J. Castle, Esq.
Holland & Hart
555 17th Street, Suite 3200
Denver, CO 80202
acastel@hollandhart.com

Peter C. Fleming, Esq.
General Counsel
Colorado River Water Conservation District
P.O. Box 1120
Glenwood Springs, CO 81602-1120
chad.wallace@state.co.us

Mark A. Hermundstad, Esq.
Williams, Turner & Holmes, P.C.
P.O. Box 338
Grand Junction, CO 81502-0338
mherm@wth-law.com

Frederick G. Aldrich, Esq.
Frederick G. Aldrich, LLC
601A 28 1/4 Road
Grand Junction, CO 81506
faldrich@aldrich-law.com

Nathan A. Keever, Esq.
Dufford, Waldeck, Milburn & Krohn, LLP
744 Horizon Court, Suite 300
Grand Junction, CO 81506
keever@dwmk.com

Casey Funk, Esq.
Board of Water Commissioners
City and County of Denver
1600 West 12th Avenue
Denver, CO 80254
casey.funk@denverwater.org

James R. Montgomery, Esq.
Moses, Wittemyer, Harrison & Woodruff, P.C.
P.O. Box 1440
Boulder, CO 80306
jmontgomery@mwhw.com

Michael C. Santo, Esq.
Bechtel & Santo LLP
205 N. 4th Street, Suite 300
Grand Junction, CO 81501-2567
santo@bechtelsanto.com

Kathleen M. Morgan, Esq.
Moriarty Leyendecker PC
1123 Spruce Street, Suite 200
Boulder, CO 80302-4001
kathleen@moriarty.com

David G. Hill, Esq.
Berg Hill Greenleaf & Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302-5517
dgh@bhgrlaw.com

Stanley W. Cazier, Esq.
Cazier and McGowan, P.C.
P.O. Box 500
Granby, CO 80446
cazier_mcgowan@hotmail.com

Robert V. Trout, Esq.
Trout, Raley, Montaño, Witwer & Freeman, P.C.
1120 Lincoln Street, Suite 1600
Denver, CO  80203

Donald E. Phillipson, Esq.
14325 Braun Road
Golden, CO  80401-1431
dbls99@comcast.net

James J. DuBois, Esq.
General Litigation Section
U.S. Department of Justice
Environment & Natural Resources Division
1961 Stout Street, Suite 800
Denver, CO  80294
james.dubois@usdoj.gov

Chad M. Wallace, Esq.
Assistant Attorney General
Natural Resources and Environment Section
1525 Sherman Street, Fifth Floor
Denver, CO  80203
chad.wallace@state.co.us

Austin Hamre, Esq.
Duncan, Ostrander & Dingess, P.C.
3600 S. Yosemite St., Ste. 500
Denver, CO 80237-1829
ahamre@dodpc.com

Olivia D. Lucas, Esq.
Ryley Carlock & Applewhite
1999 Broadway, Suite 1800
Denver, CO  80202

THIS DOCUMENT WAS E-FILED PURSUANT TO RULE
121.  A DULY SIGNED ORIGINAL IS ON FILE AT THE
OFFICES OF CARLSON, HAMMOND & PADDOCK,
L.L.C.