F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 3 0 2007

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE EDWARD W. NOTTINGHAM

| | |
|---|---|
| UNITED STATES OF AMERICA v. NORTHERN COLORADO WATER CONSERVANCY DISTRICT, et al., | Civil Action No. 2782 (CBS) and Consolidated Cases: |
| In the Matter of the Adjudication of Priorities of Water Rights in Water District No. 36 for the Purpose of Irrigation | Civil Action No. 5016 |
| Petitioners: COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION COMPANY AND MIDDLE PARK WATER CONSERVANCY DISTRICT | |
| In the Matter of the Adjudication of Priorities of Water Rights in Water District No. 36 for the Purposes Other than Irrigation | Civil Action No. 5017 |
| Petitioners: COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION COMPANY AND MIDDLE PARK WATER CONSERVANCY DISTRICT | Reference No. 49-N-2782 (CBS) |

### ENTRY OF APPEARANCE OF MARY M. HAMMOND

Mary M. Hammond of the law firm Carlson, Hammond & Paddock, LLC, hereby enters her appearance as co-counsel with William A. Paddock and Karl D. Ohlsen on behalf of the City of Colorado Springs in these cases.

Dated this 29th day of May 2007.

/s/ Mary M. Hammond
Mary M. Hammond
Carlson, Hammond & Paddock, LLC.
1700 Lincoln Street, Suite 3900
Denver, CO 80203-4539
Phone Number: (303) 861-9000
mhammond@chp-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2007, I filed and served a true and correct copy of the foregoing **ENTRY OF APPEARANCE OF MARY M. HAMMOND** in Consolidated Cases, Civil Nos. 2782, 5016, 5017, and that copies of the same, addressed as follows, were mailed via U.S. mail, first-class postage prepaid, to all parties:

Douglas L. Abbott, Esq.
Holland & Hart
555 17th Street, Suite 3200
Denver, CO 80202
dabbott@hollandhart.com

Anne J. Castle, Esq.
Holland & Hart
555 17th Street, Suite 3200
Denver, CO 80202
acastel@hollandhart.com

Peter C. Fleming, Esq.
General Counsel
Colorado River Water Conservation District
P.O. Box 1120
Glenwood Springs, CO 81602-1120
chad.wallace@state.co.us

Mark A. Hermundstad, Esq.
Williams, Turner & Holmes, P.C.
P.O. Box 338
Grand Junction, CO 81502-0338
mherm@wth-law.com

Frederick G. Aldrich, Esq.
Frederick G. Aldrich, LLC
601A 28 1/4 Road
Grand Junction, CO 81506
faldrich@aldrich-law.com

Nathan A. Keever, Esq.
Dufford, Waldeck, Milburn & Krohn, LLP
744 Horizon Court, Suite 300
Grand Junction, CO 81506
keever@dwmk.com

Casey Funk, Esq.
Board of Water Commissioners
City and County of Denver
1600 West 12th Avenue
Denver, CO 80254
casey.funk@denverwater.org

James R. Montgomery, Esq.
Moses, Wittemyer, Harrison & Woodruff, P.C.
P.O. Box 1440
Boulder, CO 80306
jmontgomery@mwhw.com

Michael C. Santo, Esq.
Bechtel & Santo LLP
205 N. 4th Street, Suite 300
Grand Junction, CO 81501-2567
santo@bechtelsanto.com

Kathleen M. Morgan, Esq.
Moriarty Leyendecker PC
1123 Spruce Street, Suite 200
Boulder, CO 80302-4001
kathleen@moriarty.com

David G. Hill, Esq.
Berg Hill Greenleaf & Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302-5517
dgh@bhgrlaw.com

Stanley W. Cazier, Esq.
Cazier and McGowan, P.C.
P.O. Box 500
Granby, CO 80446
cazier_mcgowan@hotmail.com

Robert V. Trout, Esq.
Trout, Raley, Montaño, Witwer & Freeman, P.C.
1120 Lincoln Street, Suite 1600
Denver, CO 80203

Donald E. Phillipson, Esq.
14325 Braun Road
Golden, CO 80401-1431
dbls99@comcast.net

James J. DuBois, Esq.
General Litigation Section
U.S. Department of Justice
Environment & Natural Resources Division
1961 Stout Street, Suite 800
Denver, CO 80294
james.dubois@usdoj.gov

Chad M. Wallace, Esq.
Assistant Attorney General
Natural Resources and Environment Section
1525 Sherman Street, Fifth Floor
Denver, CO 80203
chad.wallace@state.co.us

Austin Hamre, Esq.
Duncan, Ostrander & Dingess, P.C.
3600 S. Yosemite St., Ste. 500
Denver, CO 80237-1829
ahamre@dodpc.com

Olivia D. Lucas, Esq.
Ryley Carlock & Applewhite
1999 Broadway, Suite 1800
Denver, CO 80202

*/s/ signature*

THIS DOCUMENT WAS E-FILED PURSUANT TO RULE 121. A DULY SIGNED ORIGINAL IS ON FILE AT THE OFFICES OF CARLSON, HAMMOND & PADDOCK, L.L.C.