IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk | Date: June 1, 2007 |
| Therese Lindblom, Court Reporter | |

Civil Action No. 49-cv-02782-EWN-CBS
 a/k/a Consolidated Cases: Civil Action No. 2782
Civil Action No. 5016
Civil Action No. 5017

*Parties:*                                                      *Counsel:*

UNITED STATES OF AMERICA,                   James Dubois

      Plaintiff,

v.

NORTHERN COLORADO WATER                  Don Phillipson
CONSERVANCY DISTRICT, et al.              Robert Trout

      Defendants.

IN THE MATTER OF THE ADJUDICATION
OF PRIORITIES OF WATER RIGHTS IN
WATER DISTRICT NO. 36
FOR PURPOSES OF IRRIGATION

PETITIONERS:
THE COLORADO RIVER WATER               Peter Fleming
CONSERVATION DISTRICT,
THE GRAND VALLEY WATER USERS         Mark Hermundstad
ASSOCIATION,
ORCHARD MESA IRRIGATION DISTRICT,   Mark Hermundstad
PALISADE IRRIGATION DISTRICT,
GRAND VALLEY IRRIGATION COMPANY,   Fred Aldrich
AND MIDDLE PARK WATER                      Stan Cazier
CONSERVANCY DISTRICT,

*Courtroom Minutes*
*49-cv-02782-EWN-CBS*
*Judge Edward W. Nottingham*
*Page 2 of 3*

IN THE MATTER OF THE ADJUDICATION
OF PRIORITIES OF WATER RIGHTS IN
WATER DISTRICT NO. 36
FOR PURPOSES OTHER THAN IRRIGATION

PETITIONERS:
| | |
|---|---|
| THE COLORADO RIVER WATER CONSERVATION DISTRICT, | Peter Fleming |
| THE GRAND VALLEY WATER USERS ASSOCIATION, | Mark Hermundstad |
| ORCHARD MESA IRRIGATION DISTRICT, | Mark Hermundstad |
| PALISADE IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION COMPANY, | Fred Aldrich |
| AND MIDDLE PARK WATER CONSERVANCY DISTRICT. | Stan Cazier |

## COURTROOM MINUTES

**Status Conference**

**9:19 a.m.**     Court in session.

Appearances of counsel. Also present are Brian Nazarenus, Olivia Lucas, and John Watson representing Interested Party, Climax Molybdenum Company; Gabriel Carter representing Frisco; William Paddock representing Colorado Springs; and Casey Funk and Jeff Davis representing Denver Water.

Discussion regarding Climax Molybdenum Company's motion to intervene, #159.

Court requests reasons why the motion should be decided by this court rather than State water court in Division 5.

Proffer by Mr. Nazarenus.

Proffer by Mr. Dubois.

*Courtroom Minutes*
*49-cv-02782-EWN-CBS*
*Judge Edward W. Nottingham*
*Page 3 of 3*

Response by Mr. Funk.

Response by Mr. Phillipson.

Court states that it will rule on the motion.

**9:52 a.m.**      Court in recess.

Hearing concluded.

Total time in court:  00:33