IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 49-cv-02782-EWN-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017

DISTRICT COURT, WATER DIVISION NO. 5, STATE OF COLORADO
Case No. 2006CW255

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS,

IN SUMMIT COUNTY

RESPONSE OF APPLICANT, CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS TO CLIMAX MOLYBDENUM'S MOTION TO VACATE STATUS CONFERENCE

Applicant, City and County of Denver acting by and through its Board of Water Commissioners ("Denver") responds to the Motion to Vacate Status Conference filed by Opposer, Climax Molybdemum Company. Denver does not oppose vacating the status conference before the Referee in Water Division No. 5. Denver will undertake setting up a scheduling conference pursuant to Fed. R. Civ. P. 16 in this action.

Respectfully submitted this 6th day of February 2008.

                Patricia L. Wells, General Counsel
                Michael L. Walker, No. 2828
                Casey S. Funk, No. 11638
                Daniel J. Arnold, No. 35458

                By:____s/ Casey S. Funk_____
                Attorneys for Applicant,
                City and Count of Denver, acting by and through
                its Board of Water Commissioners 1600 W. 12th
                Avenue
                Denver, Colorado 80204
                Telephone: (303)628-6460