IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 49-cv-02782-EWN-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5, STATE OF COLORADO
Case No. 06CW255

_____

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

_____

**ENTRY OF APPEARANCE OF ROBERT J. POHLMAN**
_____

Robert J. Pohlman of the law firm Ryley Carlock & Applewhite hereby enters his appearance on behalf of opposer Climax Molybdenum Company in this matter.

Respectfully submitted this 19th day of February, 2008.

RYLEY CARLOCK & APPLEWHITE

   /s/ Robert J. Pohlman
Brian M. Nazarenus, #16984
Robert J. Pohlman, #6262
Olivia D. Lucas, #36114
1999 Broadway, Suite 1800
Denver, Colorado  80202
Telephone:  (303) 863-7500
Facsimile:   (303) 595-3159
E-mail: bnazarenus@rcalaw.com
             rpohlman@rcalaw.com
             olucas@rcalaw.com

ATTORNEYS FOR OPPOSER CLIMAX
MOLYBDENUM COMPANY

937409.1
2/15/08

# CERTIFICATE OF SERVICE

I certify that on February 19, 2008, a true and correct copy of the foregoing **ENTRY OF APPEARANCE OF ROBERT J. POHLMAN** was served on the following through Lexis/Nexis and through ECF for the United States District Court as stated below:

| ▲Party | Party Type | Attorney | Firm |
|---|---|---|---|
| CITY AND COUNTY OF DENVER ACTING BY AND | Applicant | Funk, Casey S | Denver Water Board Legal Division |
| COLORADO RIVER WATER CONSERVATION DIST. | Opposer | Fleming, Peter C | Colorado River Water Conservation District |
| COLORADO RIVER WATER CONSERVATION DIST. | Opposer | Hawes, Taylor E C | Colorado River Water Conservation District |
| DIVISION 5 ENGINEER | Division Engineer | Division 5 Water Engineer | Division 5 Engineer |
| FRISCO, TOWN OF | Opposer | Montgomery, James R | Moses Wittemyer Harrison & Woodruff PC |
| GRAND VALLEY IRRIGATION | Opposer | Aldrich, Frederick G | Aldrich, Frederick G LLC |
| GRAND VALLEY WATER USERS ASSOCIATION | Opposer | Kurath, Kirsten Marie | Williams Turner & Holmes PC |
| GRAND VALLEY WATER USERS ASSOCIATION | Opposer | Hermundstad, Mark Allen | Williams Turner & Holmes PC |
| MIDDLE PARK CONSERVANCY DISTRICT | Opposer | Cazier, Stanley W | Cazier McGowan & Walker |
| MIDDLE PARK CONSERVANCY DISTRICT | Opposer | Walker, John D | Cazier McGowan & Walker |
| ORCHARD MESA IRRIGATION DISTRICT | Opposer | Kurath, Kirsten Marie | Williams Turner & Holmes PC |
| ORCHARD MESA IRRIGATION DISTRICT | Opposer | Hermundstad, Mark Allen | Williams Turner & Holmes PC |
| STATE ENGINEER | State Engineer | State Water Engineer, Colorado | Colorado Division of Water Resources |
| UTE WATER CONSERVANCY DISTRICT | Opposer | Kurath, Kirsten Marie | Williams Turner & Holmes PC |
| UTE WATER CONSERVANCY DISTRICT | Opposer | Hermundstad, Mark Allen | Williams Turner & Holmes PC |
| WATER DIVISION 5, WATER CLERK KATHY HALL | | | |
| UNITED STATES DISTRICT COURT DISTRICT OF COLORADO | | | |

s/ Kina Canjar

*This document was filed and served via Lexis/Nexis File and Serve pursuant to C.R.C.P. Rule 121.*
*A duly signed original of this document is on file at the law firm of Ryley Carlock & Applewhite.*