IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 49-cv-02782-EWN-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017

DISTRICT COURT, WATER DIVISION NO. 5, STATE OF COLORADO
Case No. 2006CW255

---

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS

IN SUMMIT COUNTY

---

**WITHDRAWAL OF STATEMENT OF OPPOSITION**

---

Opposer, Town of Frisco ("Frisco"), by and through its undersigned attorneys, Moses, Wittemyer, Harrison and Woodruff, P.C., hereby notifies the Court and all parties that Frisco is withdrawing its statement of opposition in this matter. Counsel for Frisco certifies that counsel for applicant, City and County of Denver, acting by and through its Board of Water Commissioners, has consented to the withdrawal.

Respectfully submitted this 21st day of February, 2008.

MOSES, WITTEMYER, HARRISON AND WOODRUFF, P.C.


By */s/ Patricia M. DeChristopher*
   James R. Montgomery, #10989
   Patricia M. DeChristopher, #36951

P. O. Box 1440
Boulder, CO 80306-1440
(303) 443-8782

ATTORNEYS FOR OPPOSER, TOWN OF FRISCO

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2008, I electronically filed the foregoing **WITHDRAWAL OF STATEMENT OF OPPOSITION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Casey S. Funk, Esq.
Legal Division
Denver Water Department
1600 West 12th Avenue
Denver, CO 80204-3412
[City and County of Denver]
casey.funk@denverwater.org

Brian M. Nazarenus, Esq.
Olivia D. Lucas, Esq.
Ryley Carlock & Applewhite
1999 Broadway, Suite 1800
Denver, CO 80202
[Climax Molybdenum Company]
bnazarenus@rcalaw.com

Peter C. Fleming, Esq.
Taylor E. C. Hawes, Esq.
P. O. Box 1120
Glenwood Springs, CO 81602
[Colorado River Water Conservation District]
pfleming@crwcd.org

Frederick G. Aldrich, Esq.
Aldrich, Frederick, LLC
601A 28¼ Road
Grand Junction, CO 81506
[Grand Valley Irrigation Company]
faldrich@aldrich-law.com

Mark A. Hermundstad, Esq.
Kirsten M. Kurath, Esq.
Williams, Turner & Holmes, P.C.
P. O. Box 338
Grand Junction, CO 81502
[Grand Valley Water Users Association; Orchard Mesa Irrigation District; Ute Water Conservancy District]
mherm@wth-law.com

Stanley W. Cazier, Esq.
John D. Walker, Esq.
Cazier McGowan & Walker
P. O. Box 500
Granby, CO 80446
[Middle Park Water Conservancy District]
cazier_mcgowan@hotmail.com

*/s/ Rhonda L. Olson*