IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 49-CV-02782-EWN-CBS
CONSOLIDATED CIVIL CASE NOS. 2782, 5016 AND 5017

and

| | |
|---|---|
| DISTRICT COURT, WATER DIVISION 5, COLORADO<br>Court Address:  Garfield County Courthouse<br>109 8th Street, Suite 104<br>Glenwood Springs, CO 81601<br>(970) 947-3861 | |
| CONCERNING THE APPLICATION FOR WATER RIGHTS OF:<br><br>THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY. | ▲   COURT USE ONLY   ▲<br><br>Case Number(s):   06CW255<br><br>Div.:         Ctrm.: |
| ***Attorneys for Colorado River Water Conservation District***:<br>Name:      Peter C. Fleming, #20805<br>               Taylor E.C. Hawes, #28660<br>Address:   P.O. Box 1120<br>               Glenwood Springs, CO 81602<br>Phone #:   (970) 945-8522<br>Fax #:      (970) 945-8799<br>E-mail:     pfleming@crwcd.org<br>               thawes@crwcd.org | |
| **ENTRY OF APPEARANCE** | |

Effective immediately, the Colorado River Water Conservation District ("River District") is represented by Taylor E.C. Hawes in this matter, who hereby enters her appearance in this case. Peter C. Fleming also remains as counsel for the River District in this case.

Respectfully submitted on February 29, 2007.

/s/*    *[signature: Taylor E.C. H.]*
Peter C. Fleming, #20805
Taylor E.C. Hawes, #28660
*Attorneys for the Colorado River Water Conservation District*

U.S. District Court for the District of Colorado, Civil Action No. 49-CV-02782-EWN-CBS, Consolidated Civil Case Nos. 2782, 5016 and 5017
District Court, Water Division 5, Colorado, Case No. 06CW255
Application for Water Rights of the City and County of Denver (Blue River Diversion Project)
**Entry of Appearance**
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **ENTRY OF APPEARANCE** will be e-filed and served upon the following parties through www.lexisnexis.com and through CM/ECF for the United States District Court within twenty-four (24) hours of this date, February 29, 2007, or deposited in the United States Mail, first class, postage prepaid, as follows:

Casey S. Funk, Esq.
Denver Water
casey.funk@denverwater.com
*Attorneys for City and County of Denver, acting by and through its Board of Water Commissioners*

Brian M. Nazarenus
Olivia D. Lucas
Ryley Carlock & Applewhite
bnazarenus@rcalaw.com
olucas@rcalaw.com
*Attorneys for Climax Molybdenum Company*

James R. Montgomery
Moses Wittemyer Harrison & Woodruff, P.C.
jmontgomery@mwhw.com
*Attorneys for Town of Frisco*

Frederick G. Aldrich
Frederick G. Aldrich, LLC
faldrich@aldrich-law.com
*Attorneys for Grand Valley Irrigation*

Mark M. Hermundstad
Kirsten M. Kurath
Williams Turner & Holmes, P.C.
mherm@wth-law.com
kmkurath@wth-law.com
*Attorneys for Grand Valley Water Users Assoc.; Orchard Mesa Irrigation District; Ute Water Conservancy District*

Stanley W. Cazier
John D. Walker
Cazier McGowan & Walker
cazier_mcgowan@hotmail.com
jdorseywalk@yahoo.com
*Attorneys for Middle Park Water Conservancy District*

State Water Engineer
Division 5 Engineer
Colorado Division of Water Resources
dick.wolfe@state.co.us
alan.martellaro@state.co.us

/s/ *
Lorra Nichols

*In accordance with C.R.C.P. 121 §1-26(9), this document has been electronically filed via www.lexisnexis.com. A printed copy of this document with original signatures is maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*