# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 49-cv-02782-EWN-CBS** | FTR - Reporter Deck - Courtroom A402 |
| (Consolidated Civil Case Nos. 2782, 5016 and 5017 and District Court, Water Division No. 5, State of Colorado Case No. 06CW255) | |
| **Date:  March 5, 2008** | **Courtroom Deputy:** Ben Van Dyke |
| | |
| **CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY** | Gail Rosenschein<br>Casey S. Funk<br>Roger T. Williams, Jr.<br>Brian M. Nazarenus<br>Robert J. Pohlman<br>James J. DuBois, via telephone<br>Taylor E.C. Hawes, via telephone<br>Mark A. Hermundstad (ph)<br>Frederick G. Aldrich, via telephone<br>Robert V. Trout, via telephone<br>Michael Walker, via telephone<br>John Walker, via telephone |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   STATUS CONFERENCE**
**Court in Session:      9:22 a.m.**
Court calls case.  Appearances of counsel.

Counsel discuss the status of the case with the Court.

**ORDERED:** A Rule 26(f) Conference before Magistrate Judge Shaffer is set for April 17, 2008 at 9:00 a.m.  The parties may submit agendas or status reports by April 10, 2008.

**ORDERED:** The oral motion to withdraw Climax Molybdenum Company's Motion for an Order Vacating the February 19, 2008 Status Conference Before the Water Referee for Water Division No. 5 on the Grounds that such Proceeding Would Violate the August 4, 1977 Order Entered by the United States District Court for the District of Colorado [filed February 1, 2008; doc. 178] is granted.  The motion (doc. 178) is hereby withdrawn.

HEARING CONCLUDED.

**Court in recess:**     **9:46 a.m.**
Total time in court:     00:24