IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-EWN-CBS
Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5, STATE OF COLORADO
Case No. 2006CW255

---

DISCLOSURE STATEMENT PURSUANT TO D.C.COLO.LCivR 7.4

---

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY, COLORADO

---

Objector Grand Valley Water Users Association, by its attorneys, Williams, Turner & Holmes, P.C., hereby declares, pursuant to D.C.COLO.LCivR 7.4, that it is a Colorado nonprofit corporation, that it has no parent entities, and that there are no publicly held entities that own ten percent or more of its stock.

Respectfully submitted this 15th day of April, 2008.

WILLIAMS, TURNER & HOLMES, P.C.

By /s/ Mark A. Hermundstad
Mark A. Hermundstad, #10527
200 N. 6th St-P.O. Box 338
Grand Junction, CO 81502
Telephone: (970) 242-6262
Fax: (970) 241-3026
Attorneys for Grand Valley Water Users
    Association

CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2008, I electronically filed the foregoing Disclosure Statement Pursuant to D.C.COLO.LCivR 7.4 of Grand Valley Water Users Association with the clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Brian M. Nazarenus, Esq.
Robert Pohlman, Esq.
Roger T. Williams, Esq.
Ryley Carlock & Applewhite
1775 Sherman Street, 21st Floor
Denver, CO 80203
*[Climax Molybdenum Company]*
bnazarenus@rcalaw.corn
nvilliams@rcalaw.com
rpohlman@rcalaw.com

Peter C. Fleming, Esq.
Taylor E.C. Hawes, Esq.
P.O. Box 1120
Glenwood Springs, CO 81602
*[Colorado River Water Conservation District]*
pfleming@crwcd.org

Stanley W. Cazier, Esq.
John D. Walker, Esq.
Cazier McGowan & Walker
P.O. Box 500
Granby, CO 80446
*[Middle Park Conservancy District]*
cazier_mcgowan@hotmail.com

Frederick G. Aldrich, Esq.
Frederick G. Aldrich, LLC
601A 28114 Road
Grand Junction, CO 81506
*[Grand Valley Irrigation]*
faldrich@aldrich-law.com

James J. DuBois
U.S. Dept of Justice; Environment & Natural Resources Division
1961 Stout St., Suite 800
Denver, CO 80294
james.dubois@usdoj.gov

Robert V. Trout, Esq.
Trout, Raley, Montano, Witwer
　　　　& Freeman, PC
1120 Lincoln St, Suite 1600
Denver, CO 80203
rtrout@troutlaw.com

Casey S. Funk
City and County of Denver
Board of Water Commissioners
1600 W. 12th Avenue
Denver, CO 80204
*[City and County of Denver]*
casey.funk@denverwater.org

*/s/ Sandy Richardson*