IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION No. 49-CV-02782-EWN-CBS
CONSOLIDATED CIVIL CASE NOS. 2782, 5016 AND 5017

and

| | |
|---|---|
| DISTRICT COURT, WATER DIVISION NO. 5, COLORADO<br>109 8th Street, Suite 104<br>Glenwood Springs, CO 81601 | |
| **CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS**<br><br>**IN SUMMIT COUNTY, COLORADO** | |
| Nathan A. Keever<br>DUFFORD, WALDECK, MILBURN<br>   & KROHN, L.L.P.<br>744 Horizon Court, Suite 300<br>Grand Junction, CO 81506<br>Telephone:           (970) 241-5500<br>Fax:                    (970) 243-7738<br>Attorney Reg. #:    24630 | ▲ COURT USE ONLY ▲<br><br>Case Number: 06 CW 255 |
| **PALISADE IRRIGATION DISTRICT'S DISCLOSURE STATEMENT PURSUANT TO D.C. COLO.L. CIVR 7.4** | |

Objector Palisade Irrigation District ("PID"), by and through its attorneys, Dufford, Waldeck, Milburn & Krohn, LLP, hereby declares, pursuant to D.C. COLO.LCivR 7.4, that it is a Colorado irrigation district. PID states that it has no parent entities, and there are no publicly held entities that own ten percent or more of its stock. In addition, there are no publicly held entities that are entitled to receive ten percent or more of the water allocated to lands within the boundaries of PID.

Respectfully submitted this 16th day of April, 2008.

DUFFORD, WALDECK, MILBURN
& KROHN, LLP

By: _____
Nathan A. Keever, #24630
Attorneys for Palisade Irrigation District

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2008, a true and correct copy of the foregoing *DISCLOSURE STATEMENT PURSUANT TO D.C. COLO.L. CIVR 7.4* was served by LexisNexis Justice Link to the following:

| | |
|---|---|
| Brian M. Nazarenus, Esq.<br>Robert Pohlman, Esq.<br>Roger T. Williams, Esq.<br>Ryley Carlock & Applewhite<br>1775 Shernan Street, 21st Floor<br>Denver, CO 80203<br>*(Attorneys for Climax Molybdenum Company)* | Frederick G. Aldrich, Esq.<br>Frederick G. Aldrich, LLC<br>601 A 28114 Road<br>Grand Junction, CO 81506<br>*(Attorneys for Grand Valley Irrigation)* |
| Peter C. Fleming, Esq.<br>Taylor E.C. Hawes, Esq.<br>P.O. Box 1120<br>Glenwood Springs, CO 81602<br>*(Attorneys for Colorado River Water Conservation District)* | James J. DuBois<br>U.S. Department of Justice; Environment & Natural Resources Division<br>1961 Stout St., Suite 800<br>Denver, CO 80294 |
| Stanley W. Cazier, Esq.<br>John D. Walker, Esq.<br>Cazier McGowan & Walker<br>P.O. Box 500<br>Granby, CO 80446<br>*(Attorneys for Middle Park Conservancy District)* | Robert V. Trout, Esq.<br>Trout, Raley, Montano, Witwer & Freeman, P.C.<br>1120 Lincoln St., Suite 1600<br>Denver, CO 80204 |
| Mark A. Hermunstad, Esq.<br>200 N. 6th St.<br>P.O. Box 338<br>Grand Junction, CO 81502<br>*(Attorneys for Grand Valley Water Users Association)* | Casy S. Funk<br>Ciyt and County of Denver<br>Board of Water Commissioners<br>1600 W. 12th Avenue<br>Denver, CO 80204<br>*(City and County of Denver)* |

*/s/ Anasaya Martin*

2