IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Consolidated Cases:   Civil Action No. 49-cv-2782 (EWN-CBS)
　　　　　　　　　　　Civil Action No. 5016
　　　　　　　　　　　Civil Action No. 5017

UNITED STATES OF AMERICA v.
NORTHERN  COLORADO WATER
CONSERVANCY DISTRICT, et al.,

IN THE MATTER OF THE ADJUDICATION
OF PRIORITIES OF WATER RIGHTS IN
WATER DISTRICT NO. 36
FOR PURPOSES OF IRRIGATION

PETITIONERS:
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

IN THE MATTER OF THE ADJUDICATION
OF PRIORITIES OF WATER RIGHTS IN
WATER DISTRICT NO. 36
FOR PURPOSES OTHER THAN IRRIGATION

PETITIONERS:
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT
_____

**ENTRY OF APPEARANCE OF BENNETT W. RALEY**

Bennett W. Raley of the law firm Trout, Raley, Montaño, Witwer & Freeman, P.C. hereby enters his appearance as co-counsel with Robert V. Trout and Donald E. Phillipson on behalf of the Northern Colorado Water Conservancy District.

Dated this 24th day of April, 2008.

                                      **TROUT, RALEY, MONTAÑO,
WITWER & FREEMAN, P.C.**


                                      **s/** Bennett W. Raley_____
Bennett W. Raley, #13429
Robert V. Trout, #7190
1120 Lincoln Street, Suite 1600
Denver, Colorado 80203
Telephone: 303-861-1963
E-mail: braley@troutlaw.com
         rtrout@troutlaw.com


**Attorneys for Northern Colorado Water Conservancy District**

2

CERTIFICATE OF SERVICE

       I hereby certify that on this 24th day of April, 2008, I electronically filed the foregoing *Entry of Appearance of Bennett W. Raley* with the Clerk of the U.S. District Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Casey S. Funk, Esq.<br>City and County of Denver<br>1600 West 12th Avenue<br>Denver, CO 80204-3412<br>[*City and County of Denver acting by and through its Board of County Commissioners*]<br>casey.funk@denverwater.org | James R. Montgomery, Esq.<br>Moses Wittemyer Harrison & Woodruff, PC<br>P.O. Box 1440<br>Boulder, CO 80306-1440<br>[*Town of Frisco*]<br>jmontgomery@mwhw.com |
| Frederick G. Aldrich, Esq.<br>601 A 28 ¼ Road<br>Grand Junction, CO 81506<br>[*Grand Valley Irrigation Company*]<br>faldrich@aldrich-law.com | Mark A. Hermunstad, Esq.<br>Kirsten M Kurath, Esq.<br>Williams, Turner & Holmes, P.C.<br>P.O. Box 338<br>Grand Junction, CO 81502<br>[*Grand Valley Water Users Association and Orchard Mesa Irrigation District*]<br>mherm@wth-law.com |
| Stanley W. Cazier, Esq.<br>Cazier & McGowan<br>P.O. Box 500<br>Grandby, CO 80446<br>[*Middle Park Water Conservancy District*]<br>cazier_mcgowan@hotmail.com | Peter C. Fleming, Esq.<br>Taylor E.C. Hawes, Esq.<br>Colorado River Water Conservation District<br>P.O. Box 1120<br>200 Centennial Street, Suite 200<br>Glenwood Springs, CO 81602<br>[*Colorado River Water Conservation District*]<br>pfleming@crwcd.org |
| James J. Dubois, Esq.<br>United States Department of Justice<br>Environment & Natural Resources Division<br>999 18th Street, Suite 945<br>Denver, CO 80202<br>[*United States of America*]<br>james.dubois@usdoj.gov | Brian M. Nazarenus, Esq.<br>Robert Pholman, Esq.<br>Roger T. Williams, Esq.<br>Ryley Carlock & Applewhite<br>1999 Broadway, Suite 1800<br>Denver, CO 80202<br>[*Climax Molybdenum Company*]<br>bnazarenus@rcalaw.com<br>rpholman@rcalaw.com<br>rwilliams@rcalaw.com |

3

| Donald E. Phillipson<br>dbls99@comcast.net | s/ Pauline Wilber_____ |
|---|---|

4