# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 49-cv-2782-EWN-CBS**

(Consolidated Cases: Civil Nos. 2782, 5016 and 5017)

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Civil No. 2782** |
| Plaintiff, | |
| v. | |
| NORTHERN COLORADO WATER CONSERVANCY DISTRICT, *et al.,* | |
| Defendants. | |
| In the Matter of the Adjudication of Priorities of Water Rights in Water District No. 36 for Purposes of Irrigation: | **Civil No. 5016** |

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

| | |
|---|---|
| In the Matter of the Adjudication of Priorities of Water Rights in Water District No. 36 for Purposes Other Than Irrigation: | **Civil No. 5017** |

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

---

## NOTICE OF APPEAL

---

967918.1
4/24/08

Notice is hereby given that Climax Molybdenum Company, a Phelps Dodge Company ("Climax"), by and through undersigned counsel, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order and Memorandum of Decision filed by the United States District Court, District of Colorado on March 25, 2008 (District Court docket # 187), denying Climax's Motion to Intervene (District Court docket # 159).

Respectfully submitted this 24th day of April, 2008.

RYLEY CARLOCK & APPLEWHITE

 s/ Brian M. Nazarenus
Brian M. Nazarenus
John L. Watson
Roger T. Williams
Olivia D. Lucas
1999 Broadway, Suite 1800
Denver, Colorado  80202
Telephone:  (303) 863-7500
Facsimile:   (303) 595-3159

ATTORNEYS FOR PLAINTIFF-INTERVENOR
CLIMAX MOLYBDENUM COMPANY

2

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 24th day of April, 2008, I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the U.S. District Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Casey S. Funk<br>casey.funk@denverwater.org | Kathleen M. Morgan<br>kathleen@moriarty.com |
| Austin C. Hamre<br>ahamre@dodpc.com | James R. Montgomery<br>jmontgomery@mwhw.com |
| Chad M. Wallace<br>chad.wallace@state.co.us | Frederick G. Aldrich<br>faldrich@aldrich-law.com |
| Douglas L. Abbott<br>dabbott@hollandhart.com | Mark A. Hermundstad<br>mherm@wth-law.com |
| Anne J. Castle<br>acastle@hollandhart.com | Stanley W. Cazier<br>cazier_mcgowan@hotmail.com |
| Peter C. Fleming<br>pfleming@crwcd.org | Donald E. Phillipson<br>dbls99@comcast.net |
| William A. Paddock<br>bpaddock@chp-law.com | Robert V. Trout<br>rtrout@troutlaw.com |
| James J. DuBois<br>james.dubois@usdoj.gov | Nathan A. Keever<br>keever@dwmk.com |
| David J. Hill<br>dgh@bhgrlaw.com | Bennett W. Raley<br>braley@troutlaw.com |

                                      RYLEY CARLOCK & APPLEWHITE

                            *s/ Brian M. Nazarenus*
                              Brian M. Nazarenus
                              1999 Broadway, Suite 1800
                              Denver, Colorado  80202
                              Telephone:  (303) 863-7500
                              Facsimile:   (303) 595-3159

                      ATTORNEYS FOR PLAINTIFF-INTERVENOR
                      CLIMAX MOLYBDENUM COMPANY