APPEAL, NDISPO, TERMED

# U.S. District Court
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:49-cv-02782-EWN-CBS

Water Rights, et al v.
Assigned to: Chief Judge Edward W. Nottingham
Referred to: Magistrate Judge Craig B Shaffer
Demand: $0
Cause: 28:2201 Declaratory Judgement

Date Filed: 01/02/1990
Date Terminated: 05/20/1993
Jury Demand: None
Nature of Suit: 290 Real Property: Other
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**USA**                              represented by **James J. DuBois**
U.S. Department of Justice-CO-
Environmental Enforcement
1961 Stout Street
8th Floor
Denver, CO 80294
303-844-1375
Fax: 303-844-1350
Email: james.dubois@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Petitioner**

**Water Rights**

**Petitioner**

**Board of Water Commissioners**      represented by **Casey S. Funk**
*(Denver)*                           Denver Water Department
1600 West 12th Avenue
Denver, CO 80204
303-628-6460
Fax: 303-628-6478
Email: casey.funk@denverwater.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**Grand Valley Water Users**          represented by **Mark A. Hermundstad**
**Association**                       Williams, Turner & Holmes, P.C.
P.O. Box 338
200 North 6th Street

#103
Grand Junction, CO 81502
970-242-6262
Fax: 970-241-3026
Email: mherm@wth-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**Orchard Mesa Irrigation District**              represented by    **Mark A. Hermundstad**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Petitioner**

**Colorado River Water Conservation**            represented by    **Anne Jamieson Castle**
**District**                                                       Holland & Hart, LLP-Denver
                                                                    P.O. Box 8749
                                                                    555 17th Street
                                                                    #3200
                                                                    Denver, CO 80201-8749
                                                                    303-295-8229
                                                                    Fax: 303-975-5435
                                                                    Email: acastle@hollandhart.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Douglas L. Abbott**
                                                                    Holland & Hart, LLP-Denver
                                                                    P.O. Box 8749
                                                                    555 17th Street
                                                                    #3200
                                                                    Denver, CO 80201-8749
                                                                    303-295-8000
                                                                    Fax: 295-8261
                                                                    Email: dabbott@hollandhart.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Peter Cheney Fleming**
                                                                    Colorado River Water Conservation
                                                                    District
                                                                    P.O. Box 1120
                                                                    201 Centennial Street
                                                                    #200
                                                                    Glenwood Springs, CO 81602
                                                                    970-945-8522
                                                                    Fax: 970-945-8799
                                                                    Email: pfleming@crwcd.org
                                                                    *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Taylor E.C. Hawes**
Colorado River Water Conservation
District
P.O. Box 1120
201 Centennial Street
#200
Glenwood Springs, CO 81602
970-945-8522
Fax: 970-945-8799
Email: thawes@crwcd.org
*ATTORNEY TO BE NOTICED*

**Petitioner**

**Palisade Irrigation District**                    represented by   **Michael Craig Santo**
Bechtel & Santo, L.L.P.
205 North 4th Street
#300
Grand Junction, CO 81501
970-683-5888
Fax: 970-683-5887
Email: santo@bechtelsanto.com
*TERMINATED: 01/16/2007*
*LEAD ATTORNEY*

**Nathan A. Keever**
Dufford, Waldeck, Milburn & Krohn,
LLP
744 Horizon Court
#300
Grand Junction, CO 81506
970-241-5500
Fax: 970-243-7738
Email: davis@dwmk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**Grand Valley Irrigation Company**                    represented by   **Frederick G. Aldrich**
Frederick G. Aldrich LLC
601 A 28 1/4 Road
Grand Junction, CO 81506
970-245-7950
Fax: 970-245-0664
Email: faldrich@aldrich-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Petitioner**

| | | |
|---|---|---|
| **Middle Park Water Conservancy District** | represented by | **Stanley W. Cazier**<br>Cazier, McGowan & Walker, P.C.<br>62495 U.S. Highway 40<br>P.O. Box 500<br>Granby, CO 80446<br>970-887-3376<br>Fax: 970-887-9430<br>Email: cazier_mcgowan@hotmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>Petitioner</u>

| | | |
|---|---|---|
| **Englewood, City of** | represented by | **David G. Hill**<br>Berg Hill Greenleaf & Ruscitti, LLP<br>1712 Pearl Street<br>Boulder, CO 80302<br>303-402-1600<br>Fax: 303-402-1601<br>Email: dgh@bhgrlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kathleen M. Morgan**<br>Moriarty Leyendecker Erben, P.C.<br>1123 Spruce Street<br>#200<br>Boulder, CO 80302<br>1-800-677-7095<br>Fax: 713-528-1390<br>Email: kathleen@moriarty.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>Petitioner</u>

| | | |
|---|---|---|
| **Colorado Springs Utilities** | represented by | **William A. Paddock**<br>Carlson, Hammond & Paddock, L.L.C.<br>1700 Lincoln Street<br>#3900<br>Denver, CO 80203<br>303-861-9000<br>Fax: 303-861-9206<br>Email: bpaddock@chp-law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>Petitioner</u>

| | | |
|---|---|---|
| **Colorado Springs, City of** | represented by | **Gregory L. Johnson**<br>City Attorney's Office-Colorado<br>Springs Colorado<br>30 South Nevada Avenue, #501 |

P.O. Box 1575, Mail Code 510
Colorado Springs, CO 80901
719-385-5909
*TERMINATED: 05/10/2005*
*LEAD ATTORNEY*

**James J. DuBois**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karl D. Ohlsen**
Carlson, Hammond & Paddock, L.L.C.
1700 Lincoln Street
#3900
Denver, CO 80203
303-861-9000
Fax: 303-861-9026
Email: kohlsen@chp-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Mead Hammond**
Carlson, Hammond & Paddock, L.L.C.
1700 Lincoln Street
#3900
Denver, CO 80203
303-861-9000
Fax: 303-861-9026
Email: mhammond@chp-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William A. Paddock**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Petitioner**</u>

**City and Cnty Denver**          represented by   **Austin C. Hamre**
*acting by and through its Board of*                Duncan, Ostrander & Dingess, P.C.
*Water Commissioners*                               3600 South Yosemite Street
                                                    #500
                                                    Denver, CO 80237-1829
                                                    303-779-0200
                                                    Fax: 303-779-3662
                                                    Email: ahamre@dodpc.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

<u>**Petitioner**</u>

**City of Aurora**                              represented by  **Austin C. Hamre**
*acting by and through its*                                     (See above for address)
*other*                                                        *LEAD ATTORNEY*
Utility Enterprise                                             *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Northern Colorado Water**                     represented by  **Donald E. Phillipson**
**Conservation District**                                      Donald E. Phillipson, Attorney at Law
                                                               14325 Braun Road
                                                               Golden, CO 80401-1431
                                                               303-279-1577
                                                               Fax: 303-279-8845
                                                               Email: dbls99@comcast.net
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **James J. DuBois**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Robert V. Trout**
                                                               Trout, Raley, Montano, Witwer &
                                                               Freeman, P.C.
                                                               1120 Lincoln Street
                                                               #1600
                                                               Denver, CO 80203
                                                               303-861-1963
                                                               Fax: 303-832-4465
                                                               Email: rtrout@troutlaw.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Bennett W. Raley**
                                                               Trout, Raley, Montano, Witwer &
                                                               Freeman, P.C.
                                                               1120 Lincoln Street
                                                               #1600
                                                               Denver, CO 80203
                                                               303-861-1963
                                                               Fax: 303-832-4465
                                                               Email: braley@troutlaw.com
                                                               *ATTORNEY TO BE NOTICED*

**Intervenor**

**Colorado Division of Water**                  represented by  **Chad Matthew Wallace**
**Resources**                                                  Colorado Attorney General's Office-
                                                               Natural Res. & Envir

1525 Sherman Street, 5th Floor
Denver, CO 80203
303-866-5461
Email: chad.wallace@state.co.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven O. Sims**
Brownstein Hyatt Farber Schreck, LLP
410 17th Street
#2200
Denver, CO 80202-4437
303-223-1100
Fax: 303-223-1111
*TERMINATED: 08/15/2005*
*LEAD ATTORNEY*

V.

**Movant**

**Colorado, State of**                    represented by  **Chad Matthew Wallace**
Colorado Attorney General's Office-
Natural Res. & Envir
Natural Resources & Environment
Section
1525 Sherman Street, 5th Floor
Denver, CO 80203
303-866-5461
Email: chad.wallace@state.co.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Interested Party**

**Ute Water Conservancy District**                    represented by  **Mark A. Hermundstad**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Frisco, Town of**                    represented by  **James R. Montgomery**
Moses, Wittemyer, Harrison &
Woodruff, P.C.
P.O. Box 1440
1002 Walnut Street
#300
Boulder, CO 80302
303-443-8782

Fax: 303-443-8796
Email: jmontgomery@mwhw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Climax Molybdenum Company**                    represented by   **Brian Max Nazarenus**
*TERMINATED: 03/25/2008*                                          Ryley Carlock & Applewhite, P.A.-
                                                                 Denver
                                                                 1999 Broadway
                                                                 #1800
                                                                 Denver, CO 80202
                                                                 303-863-7500
                                                                 Fax: 303-595-3159
                                                                 Email: bnazarenus@rcalaw.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **John Leonard Watson**
                                                                 Ryley Carlock & Applewhite, P.A.-
                                                                 Denver
                                                                 1999 Broadway
                                                                 #1800
                                                                 Denver, CO 80202
                                                                 303-863-7500
                                                                 Fax: 303-595-3159
                                                                 Email: jwatson@rcalaw.com
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Olivia Denton Lucas**
                                                                 Ryley Carlock & Applewhite, P.A.-
                                                                 Denver
                                                                 1999 Broadway
                                                                 #1800
                                                                 Denver, CO 80202
                                                                 303-863-7500
                                                                 Fax: 303-595-5195
                                                                 Email: olucas@rcalaw.com
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Robert James Pohlman**
                                                                 Ryley Carlock & Applewhite, P.A.-
                                                                 Denver
                                                                 1999 Broadway
                                                                 #1800
                                                                 Denver, CO 80202
                                                                 303-863-7500
                                                                 Fax: 303-595-3159
                                                                 Email: rpohlman@rcalaw.com
                                                                 *ATTORNEY TO BE NOTICED*

**Roger T. Williams, Jr.**
Ryley Carlock & Applewhite, P.A.-
Denver
1999 Broadway
#1800
Denver, CO 80202
303-863-7500
Fax: 303-595-3159
Email: rwilliams@rcalaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/28/2002 | 1 | Application (MOTION) by petitioner Water Rights for (order) finding of diligence and notice of storage content elevation (pap) (Entered: 08/01/2002) |
| 02/24/2003 | 2 | Finding of Fact, Conclusions of Law, JUDGMENT and Decree: by Judge Edward W. Nottingham ; granting motion for (order) finding of diligence and notice of storage content elevation [1-1]; ordered conditional right is hereby continued in full force and effect until the last day of February 2009 (cc: all counsel) ; entry date : 2/24/03 (pap) (Entered: 02/24/2003) |
| 02/28/2003 | 3 | Application (REQUEST) by City and County of Denver for finding of Diligence and to make absolute (pap) (Entered: 03/03/2003) |
| 04/29/2003 | 4 | STATEMENT of Opposition by Colorado River Water Conservation Dist. in 03-CW-89 (gms) Modified on 04/30/2003 (Entered: 04/30/2003) |
| 04/30/2003 | 5 | STATEMENT of Opposition by Board of County Commissioners of Summit County in 03CW39 (gms) (Entered: 04/30/2003) |
| 08/07/2003 | 6 | Petition (MOTION) by Colorado River Water Conservation District, Grand Valley Water Users Assoc, Orchard Mesa Irrigation District, Palisade Irrigation Dist, Grand Valley Irrigation Co and Middle Park Water Conservancy District to enforce their rights to the water stored in Green Mountain Reservoir as set forth in previous judgment and decree 10/12/55 (pap) (Entered: 08/07/2003) |
| 08/29/2003 | 7 | Undersigned Parties (US Dept of Justice, et al) unopposed MOTION for and order establishing the time for filing responses to petition (pap) (Entered: 09/02/2003) |
| 09/12/2003 | 8 | MINUTE ORDER : by Judge Edward W. Nottingham ; status conf set for 4:15 10/3/03 (cc: all counsel) ; entry date : 9/15/03 (pap) (Entered: 09/15/2003) |
| 09/24/2003 | 9 | NOTICE OF CONSENT OF ELECTRONIC SERVICE by petitioner Colorado River Water Conservation District (pap) (Entered: 09/25/2003) |
| 09/26/2003 | 10 | MOTION by applicant City and Cnty Denver by and through Board of |

| | | Water Com to bifurcate claims for a finding of diligence and to make absolute in the application filed in this matter (pap) (Entered: 09/29/2003) |
|---|---|---|
| 09/29/2003 | 11 | Disclosure STATEMENT pursuant to LR 7.4 by Grand Valley Wtr Usr (pap) (Entered: 09/30/2003) |
| 10/01/2003 | 12 | MOTION by Colorado Div Water by and through CO Dept Nat Resource to intervene (pap) (Entered: 10/02/2003) |
| 10/01/2003 | | Tendered Petition in intervention for declaratory and injunctive relief submitted by Colorado Div Water re: motion to intervene [12-1] (pap) (Entered: 10/02/2003) |
| 10/01/2003 | 13 | NOTICE OF CONSENT OF ELECTRONIC SERVICE by petitioners Orchard Mesa Irrgtn, Grand Valley Wtr Usr (pap) (Entered: 10/03/2003) |
| 10/03/2003 | 14 | NOTICE OF CONSENT OF ELECTRONIC SERVICE by petitioner The City and County of Dever acting by and through its Board of Water Com (pap) (Entered: 10/03/2003) |
| 10/03/2003 | 15 | Disclosure STATEMENT pursuant to LR 7.4 by petitioner Grand Valley Wtr Usr (pap) (Entered: 10/03/2003) |
| 10/03/2003 | 17 | COURTROOM MINUTES by Judge Edward W. Nottingham granting unopposed motion for and order establishing the time for filing responses to petition [7-1], granting City and County of Denver's motion to bifurcate claims for a finding of diligence and to make absolute in the application filed in this matter [10-1] ; entry date : 10/8/03 Court Reporter: Therese Lindblom (pap) (Entered: 10/08/2003) |
| 10/06/2003 | 16 | Petition (MOTION) by Grand Valley Wtr Usr, Orchard Mesa Irrgtn, Colorado River Water Conservation Dist, Palisade Irrigation Dist, Middle Park Water Conservancy Dist and Grand Valley Irrigation Company to enforce the provisions of the Blue River Decree (pap) (Entered: 10/07/2003) |
| 10/07/2003 | 18 | ORDER by Judge Edward W. Nottingham granting unopposed motion for and order establishing the time for filing responses to petition [7-1]; Court approves the stipulation and orders that all responses to the petition are due on or before 10/14/03 (cc: all counsel) ; entry date : 10/8/03 (pap) (Entered: 10/08/2003) |
| 10/10/2003 | 19 | NOTICE OF CONSENT OF ELECTRONIC SERVICE by Colorado Spgs, City (pap) (Entered: 10/10/2003) |
| 10/14/2003 | 20 | NOTICE OF CONSENT OF ELECTRONIC SERVICE by petitioner Englewood, City of (pap) (Entered: 10/14/2003) |
| 10/14/2003 | 21 | MOTION by petitioner N Colorado Water Con to dismiss 8/7/03 petition to enforce the provisions of the Blue River Decree (pap) (Entered: 10/15/2003) |
| 10/14/2003 | 22 | BRIEF by petitioner N Colorado Water Con in support of its motion to |

| | | dismiss 8/7/03 petition to enforce the provisions of the Blue River Decree [21-1] (pap) (Entered: 10/15/2003) |
|---|---|---|
| 10/14/2003 | 23 | MOTION by pla USA to dismiss petition to enforce the provisions of the Blue River Decree 8/7/03 (pap) (Entered: 10/15/2003) |
| 10/14/2003 | 24 | Memorandum BRIEF by plaintiff USA in support of motion to dismiss petition to enforce the provisions of the Blue River Decree 8/7/03 [23-1] (pap) (Entered: 10/15/2003) |
| 10/14/2003 | 25 | CERTIFICATE OF MAILING by plaintiff USA motion to dismiss petition to enforce the provisions of the Blue River Decree 8/7/03 [23-1], brief [24-1] (pap) (Entered: 10/15/2003) |
| 10/14/2003 | 26 | NOTICE OF CONSENT OF ELECTRONIC SERVICE by plaintiff USA (pap) (Entered: 10/15/2003) |
| 10/14/2003 | 27 | MOTION by City and County of Denver acting by and through its Board of Water Com, Englewood, City of, Colorado Spgs, City for extension of time to file answer until 10 days after notice of ruling on any motions to dismiss (pap) (Entered: 10/15/2003) |
| 10/16/2003 | 28 | NOTICE OF CONSENT OF ELECTRONIC SERVICE by defendant N Colorado Water Con (pap) (Entered: 10/16/2003) |
| 10/17/2003 | 29 | NOTICE OF CONSENT OF ELECTRONIC SERVICE by petitioner Palisade Irrig Dist (pap) (Entered: 10/20/2003) |
| 10/21/2003 | 30 | NOTICE OF CONSENT OF ELECTRONIC SERVICE by Grand Valley Irrig (pap) (Entered: 10/22/2003) |
| 10/23/2003 | 31 | Joint RESPONSE by Board of Water Com, Englewood, City of, Colorado Spgs, City to state's motion to intervene [12-1] (pap) (Entered: 10/24/2003) |
| 10/23/2003 | 32 | RESPONSE by plaintiff USA in opposition to State's motion to intervene [12-1] (pap) (Entered: 10/24/2003) |
| 10/23/2003 | 33 | RESPONSE by CO River Water Cons, Grand Valley Wtr Usr, Orchard Mesa Irrgtn, Palisade Irrig Dist, Grand Valley Irrig, Middle Park Water in support of motion to intervene [12-1] (pap) (Entered: 10/24/2003) |
| 10/23/2003 | 34 | Opposition (RESPONSE) by defendant N Colorado Water Con to motion to intervene [12-1] (pap) (Entered: 10/24/2003) |
| 10/29/2003 | 35 | Unopposed MOTION by CO River Water Cons, Grand Valley Wtr Usr, Orchard Mesa Irrgtn, Palisade Irrig Dist, Grand Valley Irrig, Middle Park Water for extension of time to file consolidated response to motions to dismiss up to and including 12/8/03 (pap) (Entered: 10/30/2003) |
| 11/04/2003 | 36 | ORDER by Judge Edward W. Nottingham granting unopposed motion for extension of time to file consolidated response to motions to dismiss up to and including 12/8/03 [35-1] (cc: all counsel) ; entry date : 11/5/03 (pap) (Entered: 11/05/2003) |
| | | |

| 11/04/2003 | 37 | ORDER by Judge Edward W. Nottingham granting joint motion of City and County of Denver (Board of Water Commissioners) and City of Colo Springs and City of Englewood for extension of time to file answer until 10 days after notice of ruling on any motions to dismiss [27-1] (cc: all counsel) ; entry date : 11/5/03 (pap) (Entered: 11/05/2003) |
|---|---|---|
| 11/05/2003 | 38 | REPLY by Colorado Div Water in support of motion to intervene [12-1] (pap) (Entered: 11/06/2003) |
| 11/14/2003 | 39 | Joint MOTION by defendant N Colorado Water Con, plaintiff USA for leave to file a surreply , or for hearing on the Colorado Div of Water Resources' motion to intervene (pap) (Entered: 11/17/2003) |
| 11/20/2003 | 40 | ORDER of the Court of Water Division No. 5 by Wate Judge Thomas W. Ossola granting motion for Bifurction; all future pleadings concerning a finding of diligence shall be designated as Case No. 03CW039 (Part 1 of 2); and any pleadings concerning a determination to make absolute shall be designated as Case No 03CW039 (Part 2 of 2)(cc: all counsel) ; entry date : 11/24/03 (pap) (Entered: 11/24/2003) |
| 11/28/2003 | 41 | RESPONSE by Colorado Div Water to joint motion for leave to file a surreply [39-1] or for hearing on the Colorado Div Water's motion to intervene (pap) (Entered: 11/28/2003) |
| 12/08/2003 | 42 | Consolidated RESPONSE by Grand Valley Wtr Usr, Orchard Mesa Irrgtn, CO River Water Cons, Palisade Irrig Dist, Grand Valley Irrig, Middle Park Water to motion to dismiss petition to enforce the provisions of the Blue River Decree 8/7/03 [23-1], motion to dismiss 8/7/03 petition to enforce the provisions of the Blue River Decree [21-1] (pap) (Entered: 12/09/2003) |
| 12/15/2003 | 43 | Unopposed Joint MOTION by defendant N Colorado Water Con, plaintiff USA for extension of time to file replies to the petitioners' consolidated response to motions to dismiss up to and including 1/12/04 (pap) (Entered: 12/16/2003) |
| 12/19/2003 | 44 | LETTER to court from Grand Valley Wtr Usr, Orchard Mesa Irrgtn, CO River Water Cons, Palisade Irrig Dist, Grand Valley Irrig, Middle Park Water re: motion response [42-1]; original of affidavit of John Krizman (pap) (Entered: 12/22/2003) |
| 12/30/2003 | 45 | ORDER by Judge Edward W. Nottingham granting Northern's motion for extension of time to file replies to the petitioners' consolidated response to motions to dismiss up to and including 1/12/04 [43-1] (cc: all counsel) ; entry date : 12/31/03 (pap) (Entered: 12/31/2003) |
| 12/31/2003 | 46 | Application (MOTION) by CO Springs Utilities, CO River Water Cons for order approval of the Substitution Plan (Plan for Augmentation) described herein by the Water Court, Water Div No 5 and by the USDC-CO (pap) (Entered: 01/02/2004) |
| 01/12/2004 | 47 | REPLY memorandum by plaintiff USA in support of motion to dismiss petition to enforce the provisions of the Blue River Decree 8/7/03 [23-1] |

| | | |
|---|---|---|
| | | (pap) (Entered: 01/13/2004) |
| 01/12/2004 | 48 | REPLY by defendant N Colorado Water Con to petitioners' consolidated response to motion to dismiss 8/7/03 petition to enforce the provisions of the Blue River Decree [21-1] (pap) (Entered: 01/13/2004) |
| 02/23/2004 | 49 | STATEMENT of Opposition by Aurora, CO, City of (pap) (Entered: 02/24/2004) |
| 02/24/2004 | 50 | Statement of Opposition (RESPONSE) by Vail Associates Inc, Vail Summit Resorts to motion for order approval of the Substitution Plan (Plan for Augmentation) described herein by the Water Court, Water Div No 5 and by the USDC-CO [46-1] (pap) (Entered: 02/25/2004) |
| 02/24/2004 | 51 | Statement of Opposition (RESPONSE) by Breckenridge, Town to motion for order approval of the Substitution Plan (Plan for Augmentation) described herein by the Water Court, Water Div No 5 and by the USDC-CO [46-1] (pap) (Entered: 02/25/2004) |
| 02/24/2004 | 52 | Disclosure STATEMENT by Vail Associates Inc, Vail Summit Resorts pursuant to Rule 7.1 FRCP and LR 7.4 (pap) (Entered: 02/25/2004) |
| 02/26/2004 | 53 | Opposition (RESPONSE) by plaintiff USA to motion for order approval of the Substitution Plan (Plan for Augmentation) described herein by the Water Court, Water Div No 5 and by the USDC-CO [46-1] (pap) (Entered: 02/27/2004) |
| 02/26/2004 | 54 | STATEMENT of Opposition by Breckenridge, Town re: motion for order approval of the Substitution Plan (Plan for Augmentation) described herein by the Water Court, Water Div No 5 and by the USDC-CO [46-1] (pap) (Entered: 02/27/2004) |
| 02/26/2004 | 55 | Disclosure STATEMENT pursuant to FRCP 7.1 and LR 7.4 by Vail Associates Inc, Vail Summit Resorts (pap) (Entered: 02/27/2004) |
| 02/26/2004 | 56 | STATEMENT of Opposition by Vail Associates Inc, Vail Summit Resorts re: motion for order approval of the Substitution Plan (Plan for Augmentation) described herein by the Water Court, Water Div No 5 and by the USDC-CO [46-1] (pap) (Entered: 02/27/2004) |
| 02/27/2004 | 57 | Statement of Opposition (RESPONSE) by petitioner Board of Water Com to motion for order approval of the Substitution Plan (Plan for Augmentation) described herein by the Water Court, Water Div No 5 and by the USDC-CO [46-1] (pap) (Entered: 03/01/2004) |
| 02/27/2004 | 58 | Statement of Opposition (RESPONSE) by Summit Bd Cty Commr to motion for order approval of the Substitution Plan (Plan for Augmentation) described herein by the Water Court, Water Div No 5 and by the USDC-CO [46-1] (pap) (Entered: 03/01/2004) |
| 04/14/2004 | 59 | MINUTE ORDER : by Judge Edward W. Nottingham granting Joint motion for leave to file a surreply [39-1], the surreply to the motion to intervene shall be filed on or before 4/23/04; granting Joint motion for hearing on the Colorado Div of Water Resources' motion to intervene |

| | | [39-2]; setting hearing on motion to dismiss petition to enforce the provisions of the Blue River Decree 8/7/03 [23-1] 9:30 4/29/04, setting hearing on motion to dismiss 8/7/03 petition to enforce the provisions of the Blue River Decree [21-1] 9:30 4/29/04, setting hearing on motion to intervene [12-1] 9:30 4/29/04 (cc: all counsel) ; entry date : 4/15/04 (pap) (Entered: 04/15/2004) |
|---|---|---|
| 04/23/2004 | 60 | SurREPLY by N Colorado Water Con and USA to Colorado Water Res Div's motion reply [38-1] in support of motion to intervene (pap) (Entered: 04/26/2004) |
| 04/27/2004 | 61 | SUPPLEMENTAL Information by Grand Valley Wtr Usr, Orchard Mesa Irrgtn, CO River Water Cons, Palisade Irrig Dist, Grand Valley Irrig, Middle Park Water to Consolidated Opposition to motion to dismiss [42-1] (pap) (Entered: 04/28/2004) |
| 04/29/2004 | 62 | COURTROOM MINUTES by Judge Edward W. Nottingham motion to dismiss petition to enforce the provisions of the Blue River Decree 8/7/03 [23-1] ; motion hearing held at 9:30 4/29/04, motion to dismiss 8/7/03 petition to enforce the provisions of the Blue River Decree [21-1] ; motion hearing held at 9:30 4/29/04, these matters stand as submitted; granting Colorado Div Water's motion to intervene [12-1] ; entry date : 5/4/04 Court Reporter: Therese Lindblom (pap) (Entered: 05/04/2004) |
| 04/29/2004 | 63 | DECLARATION of Ronald R. Thomasson re: minutes [62-1] (pap) (Entered: 05/04/2004) |
| 04/29/2004 | 64 | INTERVENOR'S Petition (COMPLAINT) for Declaratory and injunctive relief by intervenor Colorado Div Water (pap) (Entered: 05/05/2004) |
| 05/06/2004 | 65 | TRANSCRIPT of Motions to Dismiss on 4/29/04 before Judge Edward W. Nottingham ( pages: 1 - 46) Prepared By: Therese Lindblom (certified copy) (pap) (Entered: 05/07/2004) |
| 08/05/2004 | 66 | STIPULATION re: entry of decree by petitioner Board of Water Com, petitioner City and Cnty Denver, petitioner Grand Valley Wtr Usr, petitioner Orchard Mesa Irrgtn (pap) (Entered: 08/05/2004) |
| 08/05/2004 | 67 | MEMORANDUM, OPINION, AND ORDER: by Judge Edward W. Nottingham granting in part and denying in part Northern CO Water Conservancy District's motion to dismiss 8/7/03 petition to enforce the provisions of the Blue River Decree [21-1], denying in part and granting in part USA's motion to dismiss petition to enforce the provisions of the Blue River Decree 8/7/03 [23-1]; granting CO Div of Water Resources' motion to intervene [12-1] (cc: all counsel) ; entry date : 8/5/04 (pap) (Entered: 08/05/2004) |
| 08/16/2004 | 68 | Answer (RESPONSE) by defendant N Colorado Water Con to 10/6/03 Petition (motion) to enforce the provisions of the Blue River Decree [16-1] (pap) (Entered: 08/17/2004) |
| 08/16/2004 | 69 | ANSWER by defendant N Colorado Water Con to State of CO's Intervenor complaint [64-1] of Declaratory and Injunctive Relief (pap) |

| | | (Entered: 08/17/2004) |
|---|---|---|
| 08/16/2004 | 70 | Answer (RESPONSE) by petitioner Colorado Spgs, City to petition (motion) to enforce the provisions of the Blue River Decree [16-1] (pap) (Entered: 08/17/2004) |
| 08/16/2004 | 71 | Answer (RESPONSE) by petitioner Englewood, City of to petition (motion) to enforce the provisions of the Blue River Decree [16-1] (pap) (Entered: 08/17/2004) |
| 08/17/2004 | 72 | STIPULATION for extension of time to answer or respond to State's Petition in Intervention up to and including 9/3/04 by petitioner CO River Water Cons (pap) (Entered: 08/17/2004) |
| 08/17/2004 | 73 | Answer (RESPONSE) by petitioner Denver City and County acting by and through Board of Water Com to Petition (motion) to enforce the provisions of the Blue River Decree [16-1] (pap) (Entered: 08/17/2004) |
| 08/17/2004 | 74 | Answer (RESPONSE) by petitioner Denver City and County acting by and through its Board of Water Com to State's Petition (motion) to intervene [12-1] (pap) (Entered: 08/17/2004) |
| 08/17/2004 | 75 | Answer (RESPONSE) by petitioner Colorado Spgs, City to Petition (motion) to enforce the provisions of the Blue River Decree [16-1] (pap) (Entered: 08/18/2004) |
| 08/19/2004 | 76 | ANSWER by USA to State of Colorado's complaint (petition in intervention for declaratory and injunctive relief) [64-1] (pap) (Entered: 08/20/2004) |
| 08/19/2004 | 77 | Answer (RESPONSE) by plaintiff USA to Petition (motion) to enforce the provisions of the Blue River Decree [16-1] (pap) (Entered: 08/20/2004) |
| 08/30/2004 | 78 | AMENDMENT by Colorado Spgs, City to answer to petition ot enforce the provisions of the Blue River Decree (Renumbered) (gms) (Entered: 08/31/2004) |
| 08/30/2004 | 79 | ANSWER by CO Springs, City of to petition in intervention for declaratory and injunctive relief (complaint [64-1] ) (gms) (Entered: 08/31/2004) |
| 09/01/2004 | 80 | ANSWER by petitioners CO River Water Cons, et al to petition in intervention for declaratory and injunctive relief [64-1] (gms) (Entered: 09/02/2004) |
| 09/07/2004 | 81 | ANSWER by Englewood, City of to petition in intervention (complaint [64-1]) (gms) (Entered: 09/08/2004) |
| 09/10/2004 | 82 | MINUTE ORDER : by Judge Edward W. Nottingham setting hearing on motion for order approval of the Substitution Plan (Plan for Augmentation) described herein by the Water Court, Water Div No 5 and by the USDC-CO [46-1] 2:15 9/23/04 (cc: all counsel) ; entry date : 9/13/04 (pap) (Entered: 09/13/2004) |
| | | |

| 09/17/2004 | 83 | NOTICE OF CONSENT OF ELECTRONIC SERVICE by petitioner City and County of Denver by and through its Board of Water Com (pap) (Entered: 09/20/2004) |
|---|---|---|
| 09/17/2004 | 84 | STATUS REPORT by petitioner Board of Water Com (pap) (Entered: 09/20/2004) |
| 09/17/2004 | 85 | NOTICE of Telephone Status Conference with Water Referee Daniel B. Petre 11/18/04 1:30 by petitioner Board of Water Com (pap) (Entered: 09/20/2004) |
| 09/20/2004 | 86 | STATEMENT of opposition by defendant N Colorado Water Con (pap) (Entered: 09/21/2004) |
| 09/20/2004 | 87 | STATEMENT of Opposition of Municipal subdistrict N Colorado Water Con (pap) (Entered: 09/21/2004) |
| 09/20/2004 | | MAIL Returned addressed to John M. Dingess re: minute order [82-1] (pap) (Entered: 09/27/2004) |
| 09/23/2004 | 88 | ATTORNEY APPEARANCE for City of Aurora by Austin C. Hamre (pap) (Entered: 09/24/2004) |
| 09/23/2004 | 89 | COURTROOM MINUTES by Judge Edward W. Nottingham denying as premature motion for order approval of the Substitution Plan (Plan for Augmentation) described herein by the Water Court, Water Div No 5 and by the USDC-CO [46-1] ; entry date : 9/27/04 Court Reporter: Kara Spitler (pap) (Entered: 09/27/2004) |
| 10/20/2004 | 90 | ORDER R16,stat,stlmt,pt,pto referred to Magistrate Judge Craig B. Shaffer and General Case Management Order by Judge Edward W. Nottingham; disp motions ddl set 3/1/05; (cc: to counsel) (pap) (Entered: 10/21/2004) |
| 10/26/2004 | 91 | MINUTE ORDER : by Magistrate Judge Craig B. Shaffer ; rule 16 conference set for 10:00 12/1/04 (cc: all counsel) ; entry date : 10/27/04 (pap) (Entered: 10/27/2004) |
| 11/15/2004 | 92 | Findings of Fact, Conclusions of Law, JUDGMENT and Decree Signed by Judge Edward W. Nottingham on 11/12/04. Remaining conditional rights are hereby continued in full force and effect until the last day of October, 2010. The within findings of fact, conclusions of law and decree do not adversely affect the objectives of the final decree entered by this court in sonsolidated case nos 2782,5016,and 5017; and the decree is approved and confirmed.(pap, ) (Entered: 11/17/2004) |
| 11/29/2004 | 93 | Entry of Appearance by Michael Craig Santo on behalf of Palisade Irrigation District (pap, ) (Entered: 11/30/2004) |
| 12/01/2004 | 94 | Minute Entry for proceedings held before Judge Craig B Shaffer : Status Conference held on 12/1/2004 Status/Scheduling Conference set for 12/3/2004 11:30 AM in Courtroom A 402 before Magistrate Judge Craig B Shaffer. (Court Reporter FTR Courtroom A402.) (pap, ) (Entered: 12/02/2004) |

| 12/03/2004 | 95 | Minute Entry for proceedings held before Judge Craig B Shaffer : Telephonic Status Conference held on 12/3/2004 Discovery due by 2/28/2005. Preliminary Pretrial Conference set for 1/24/2005 09:00 AM in Courtroom A 402 before Magistrate Judge Craig B Shaffer. (Court Reporter FTR Courtroom A402.) (pap, ) (Entered: 12/06/2004) |
|---|---|---|
| 12/06/2004 | 96 | MINUTE ORDER re 95 Status Conference, Discovery due by 2/28/2005. Dispositive Motions due by 3/1/2005. Proposed Pretrial Order due by 1/18/2005. Preliminary Pretrial Conference set for 1/25/2005 09:00 AM in Courtroom A 402 before Magistrate Judge Craig B Shaffer.Entered by Magistrate Judge Craig B Shaffer on 12/6/04. (pap, ) (Entered: 12/08/2004) |
| 12/16/2004 | 97 | SCHEDULING ORDER: Discovery due by 2/28/2005. Dispositive Motions due by 3/1/2005. Preliminary Pretrial Conference set for 1/25/2005 09:00 AM in Courtroom A 402 before Magistrate Judge Craig B Shaffer. Signed by Magistrate Judge Craig B Shaffer on 12/16/04. (pap, ) (Entered: 12/20/2004) |
| 12/22/2004 | 98 | Notice of Lodging of Administrative Record and ADMINISTRATIVE RECORD by Plaintiff USA. (14 boxes and 11 CDs, stored in exhibit area) (pap, ) (Text Modified on 12/29/2004 to indicate boxes received) (gms, ). (Entered: 12/27/2004) |
| 12/23/2004 | 99 | MOTION for Order to limit judicial review to Administrative Record by Plaintiff USA.(pap, ) (Entered: 12/28/2004) |
| 12/23/2004 | 100 | MEMORANDUM in Support of 99 MOTION for Order to limit judicial review to Adminstative Record filed by Plaintiff USA. (pap, ) (Entered: 12/28/2004) |
| 12/23/2004 | 101 | MOTION for Protective Order to deny discovery in this matter by Plaintiff USA. (pap, ) (Entered: 12/28/2004) |
| 12/23/2004 | 102 | MEMORANDUM in Support of 101 Pla's MOTION for Protective Order filed by Plaintiff USA. (pap, ) (Entered: 12/28/2004) |
| 12/23/2004 | 103 | CERTIFICATE of Service re 99 MOTION for Order, 100 Brief in Support of Motion, 101 MOTION for Protective Order, 102 Brief in Support of Motion by Plaintiff USA. (pap, ) (Entered: 12/28/2004) |
| 12/27/2004 | 104 | MEMORANDUM referring to Magistrate Judge Shaffer 101 MOTION for Protective Order filed by USA . Entered by Judge Edward W. Nottingham on 12/27/04. (pap, ) (Entered: 12/29/2004) |
| 12/29/2004 | 105 | MINUTE ORDER; Dfts have up to and including 1/12/05 to file a response re 101 MOTION for Protective Order filed by USA. Motion Hearing set for 1/25/2005 09:00 AM in Courtroom A 402 before Magistrate Judge Craig B Shaffer.Entered by Magistrate Judge Craig B Shaffer on 12/29/04. (pap, ) (Entered: 12/30/2004) |
| 01/07/2005 | 106 | MOTION for Expedited ruling on USA's Motion to Limit Judicial Review to Administrative Record and for a Protective Order by Petitioner Colorado River Water Conservation District. (pap, ) (Entered: |

| | | 01/10/2005) |
|---|---|---|
| 01/07/2005 | ●107 | COMBINED RESPONSE in Opposition re 99 USA's MOTION for Order, 101 USA's MOTION for Protective Order filed by Petitioners Grand Valley Water Users Association, Orchard Mesa Irrigation District, Colorado River Water Conservation District, Palisade Irrigation District, Grand Valley Irrigation Company, Middle Park Water Conservancy District. (pap, ) (Entered: 01/10/2005) |
| 01/12/2005 | ●108 | RESPONSE to Motion re 99 USA's MOTION for Order to limit Judicial Review to Adminstrative Record filed by Defendant Northern Colorado Water Conservation District. (pap2, ) (Entered: 01/18/2005) |
| 01/12/2005 | ●109 | RESPONSE in Opposition re 99 USA's MOTION for Order to limit Judicial Review to Administrative Record, 101 MOTION for Protective Order, filed by Intervenor Colorado Division of Water Resources. (pap2, ) (Entered: 01/18/2005) |
| 01/12/2005 | ●110 | RESPONSE to Motion re 101 USA's MOTION for Protective Order, filed by Defendant Northern Colorado Water Conservation District. (pap2, ) (Entered: 01/18/2005) |
| 01/20/2005 | ●111 | PRIVILEGE LOG as an ADDENDUM to 98 ADMINISTRATIVE RECORD by Plaintiff USA. (Oversize Folder and CD stored in the exhibit area)(pap, ) (Entered: 01/26/2005) |
| 01/21/2005 | ●112 | CONSOLIDATED REPLY in support of Motion re 99 MOTION for Limit Review and 101 MOTION for Protective Order filed by Plaintiff USA. (pap, ) (Entered: 01/27/2005) |
| 01/25/2005 | ●113 | Minute Entry for proceedings held before Judge Craig B Shaffer : Preliminary Pretrial Conference held on 1/25/2005; Motion Hearing set for 1/28/2005 12:00 PM in Courtroom A 402 before Magistrate Judge Craig B Shaffer re 106 MOTION to Expedite filed by Colorado River Water Conservation District, 99 MOTION for Order filed by USA, 101 MOTION for Protective Order filed by USA. (Court Reporter FTR Courtroom A402.) (pap, ) (Entered: 01/31/2005) |
| 01/28/2005 | ●114 | Minute Entry for proceedings held before Judge Craig B Shaffer : Motion Hearing held on 1/28/2005, Denying with Leave to Renew 101 MOTION for Protective Order filed by USA, (Court Reporter FTR Courtroom A402.) (pap, ) (Entered: 02/02/2005) |
| 01/28/2005 | ● | Pursuant to Motion Hearing; ORDER denying 101 USA's Motion for Protective Order, Entered by Magistrate Judge Craig B Shaffer on 1/28/05. (pap, ) (Entered: 02/02/2005) |
| 02/03/2005 | ●115 | TRANSCRIPT of Motions Hearing held on 1/28/05 before Magistrate Judge Craig B. Shaffer. Prepared by: Avery/Woods Reporting Service, Inc. Pages: 1 - 6. (certified copy) (pap, ) (Entered: 02/08/2005) |
| 02/03/2005 | ●116 | NOTICE by USA of filing first Supplement to 98 ADMINISTRATIVE RECORD. (pap, ) (Entered: 02/08/2005) |
| | | |

| 02/03/2005 | ●117 | SUPPLEMENTAL 98 ADMINISTRATIVE RECORD and CD by Plaintiff USA. (Oversize Binder, placed in exhibit area) (pap, ) (Entered: 02/08/2005) |
|---|---|---|
| 02/04/2005 | ●118 | MOTION for Protective Order to either prohibit discovery against the USA or limiting discovery by Plaintiff USA. (pap, ) (Entered: 02/08/2005) |
| 02/04/2005 | ●119 | OBJECTIONS to Discovery Propounded by Northern Colorado Water Conservancy District by Grand Valley Water Users Association, Orchard Mesa Irrigation District, Colorado River Water Conservation District, Palisade Irrigation District, Grand Valley Irrigation Company, Middle Park Water Conservancy District. (pap, ) (Entered: 02/09/2005) |
| 02/04/2005 | ●122 | MEMORANDUM referring to Magistrate Judge Shaffer : 118 MOTION for Protective Order filed by USA, by Judge Edward W. Nottingham on 2/4/05. (gms, ) (Entered: 02/11/2005) |
| 02/07/2005 | ●120 | RESPONSE to 119 Petitioner's Objections to Discovery Propounded by Northern, by Defendant Northern Colorado Water Conservation District. (pap, ) (Entered: 02/10/2005) |
| 02/08/2005 | ●121 | Minute Entry for proceedings held before Judge Craig B Shaffer : TelephonicMotion Hearing held on 2/8/2005. (Court Reporter FTR Courtroom A402.) (pap, ) (Entered: 02/11/2005) |
| 02/11/2005 | ●123 | RESPONSE in Opposition re 118 USA's MOTION for Protective Order filed by Petitioners Grand Valley Water Users Association, Orchard Mesa Irrigation District, Colorado River Water Conservation District, Palisade Irrigation District, Grand Valley Irrigation Company, Middle Park Water Conservancy District. (pap, ) (Entered: 02/15/2005) |
| 02/14/2005 | ●124 | JOINT MOTION to Vacate Dispositive Motion Deadline by Defendant Northern Colorado Water Conservation District, Plaintiff USA, Petitioners Grand Valley Water Users Association, Orchard Mesa Irrigation District, Palisade Irrigation District, Grand Valley Irrigation Company, Middle Park Water Conservancy District. (pap, ) (Entered: 02/16/2005) |
| 02/15/2005 | ●125 | MEMORANDUM referring to Magistrate Judge Shaffer : 124 MOTION to Vacate Dispositive Motion Deadline, by Judge Edward W. Nottingham on 2/15/05. (pap, ) (Entered: 02/17/2005) |
| 02/16/2005 | ●126 | TRANSCRIPT of Telephone Status Conference held on 2/8/05 before Magistrate Judge Craig B. Shaffer. Prepared by: Avery/Woods Reporting Service, Inc.. Pages: 1 - 52. (certified copy) (pap, ) (Entered: 02/18/2005) |
| 02/24/2005 | ●127 | MINUTE ORDER granting 124 Parties' Joint Motion to Vacate Dispositive Motion Deadline. Further Status Conference is set for 5/2/05 1:30. Entered by Magistrate Judge Craig B Shaffer on 2/24/05. (pap, ) (Entered: 02/25/2005) |
| 02/24/2005 | ●128 | Minute Entry for proceedings held before Judge Craig B Shaffer : Status Conference held on 2/24/2005; Granting USA's Oral motion to withdraw |

| | | |
|---|---|---|
| | | motion, Withdrawing 118 MOTION for Protective Order filed by USA. Granting Parties Joint 124 MOTION to Vacate Current Dispositive Motion Deadline. Status Conference set for 5/2/2005 01:30 AM in Courtroom A 402 before Magistrate Judge Craig B Shaffer. (Court Reporter FTR Courtroom A402.) (pap, ) (Entered: 02/28/2005) |
| 02/25/2005 | 129 | MINUTE ORDER; Granting USA's oral motion to withdraw motion, withdrawing 118 Motion for Protective Order . Entered by Magistrate Judge Craig B Shaffer on 2/25/05. (pap, ) (Entered: 02/28/2005) |
| 03/14/2005 | 130 | SUBSTITUTION OF COUNSEL by Grand Valley Irrigation Company, Withdrawing Counsel David M. Scanga has not entered in this case and Frederick G. Aldrich has previously entered as counsel for Grand Valley Irrigation Co. (pap, ) (Entered: 03/15/2005) |
| 03/16/2005 | 131 | MINUTE ORDER Granting 130 Notice (Other) treated as a motion to withdraw by David M. Scanga filed by Grand Valley Irrigation Company . Entered by Judge Edward W. Nottingham on 3/15/05. (pap, ) (Entered: 03/18/2005) |
| 03/24/2005 | 132 | NOTICE OF CONSENT OF ELECTRONIC SERVICE of Court Orders by Petitioner Grand Valley Irrigation Company (pap, ) (Entered: 03/28/2005) |
| 04/22/2005 | 133 | JOINT STATUS REPORT by Northern Colorado Water Conservation District, USA, Grand Valley Water Users Association, Orchard Mesa Irrigation District, Colorado River Water Conservation District, Palisade Irrigation District, Grand Valley Irrigation Company, Middle Park Water Conservancy District. (pap, ) (Entered: 04/26/2005) |
| 05/02/2005 | 134 | Minute Entry for proceedings held before Judge Craig B Shaffer : Status Conference held on 5/2/2005 Telephonic Status Conference set for 6/23/2005 01:00 PM before Magistrate Judge Craig B Shaffer. (Court Reporter FTR Courtroom A402.) (pap, ) (Entered: 05/04/2005) |
| 05/02/2005 | 135 | MINUTE ORDER re: 134 Status Conference, Telephonic Status Conference set for 6/23/05 at 1:00pm. Discovery due by 12/15/2005. Dispositive Motions due by 2/3/2006. Entered by Magistrate Judge Craig B Shaffer on 5/2/05. (pap, ) (Entered: 05/04/2005) |
| 05/06/2005 | 136 | ENTRY of Appearance by William A. Paddock on behalf of Colorado Springs, City of (pap, ) (Entered: 05/10/2005) |
| 05/06/2005 | 137 | UNCONTESTED MOTION to Withdraw Gregory L. Johnson as Counsel for Petitioner Colorado Springs, City of. (pap, ) (Entered: 05/10/2005) |
| 05/06/2005 | 138 | MEMORANDUM referring to Magistrate Judge Shaffer : 137 MOTION to Withdraw as Attorney filed by Colorado Springs, City of, by Judge Edward W. Nottingham on 5/6/05. (pap, ) (Entered: 05/10/2005) |
| 05/10/2005 | 139 | MINUTE ORDER granting 137 City of Colorado Spring's Counsel's Motion to Withdraw as Attorney. Attorney Gregory L. Johnson terminated . Entered by Magistrate Judge Craig B Shaffer on 5/10/05. |

| | | (pap, ) (Entered: 05/12/2005) |
|---|---|---|
| 06/23/2005 | 🔵140 | Minute Entry for proceedings held before Judge Craig B Shaffer : Telephonic Status Conference held on 6/23/2005. ORDERED: within seventy-two hours of the conclusion of the final scheduled mediation, counsel shall contact chambers to set a status conference. (Court Reporter FTR Reporter Deck - Ctrm A402.) (dlb, ) (Entered: 06/24/2005) |
| 06/27/2005 | 🔵141 | MINUTE ORDER, Parties to create a conference call and contact court w/in 72 hours of completion of scheduled mediation to set a status conference, by Magistrate Judge Craig B Shaffer on 6/27/05. (gms, ) (Entered: 06/27/2005) |
| 08/12/2005 | 🔵142 | Unopposed MOTION to Withdraw as Attorney *by Steven O. Sims* by Intervenor Colorado Division of Water Resources. (Wallace, Chad) (Entered: 08/12/2005) |
| 08/15/2005 | 🔵143 | MINUTE ORDER granting 142 Intervenor Colorado Division of Water Resources' Motion to Withdraw as Attorney. Attorney Steven O. Sims terminated . Entered by Judge Edward W. Nottingham on 8/12/05. (pap, ) (Entered: 08/15/2005) |
| 12/12/2005 | 🔵144 | STIPULATION of Dismissal of Case by Petitioners Colorado Springs Utilities, Colorado Springs, City of, City and Cnty Denver, City of Aurora, City of Aurora, Water Rights, Board of Water Commissioners, Grand Valley Water Users Association, Orchard Mesa Irrigation District, Colorado River Water Conservation District, Palisade Irrigation District, Grand Valley Irrigation Company, Middle Park Water Conservancy District, Englewood, City of, Defendant Northern Colorado Water Conservation District, Plaintiff USA, Intervenor Colorado Division of Water Resources, Movant Colorado, State of. (Attachments: # 1)(Castle, Anne) (Entered: 12/12/2005) |
| 12/13/2005 | 🔵145 | ORDER of Dismissal Without Prejudice. The Petition, Intervention Petition, and 2003 Petition Action are dismissed without prejudice, each party to bear its own costs and attorneys? fees. This order does not dismiss any other part of the Consolidated Cases, which remain pending before this Court. (re: 16 Motion to Enforce filed by Orchard Mesa Irrigation District, Grand Valley Water Users Association, 6 Motion to Enforce filed by Water Rights, 64 Intervenor Complaint filed by Colorado Division of Water Resources). Signed by Judge Edward W. Nottingham on 12/13/05. (gms, ) (Entered: 12/13/2005) |
| 12/26/2006 | 🔵146 | NOTICE *Application for Finding of Reasonable Diligence and to Make Absolute a Conditional Water Right* by Petitioner Board of Water Commissioners (Attachments: # 1 Exhibit A)(Funk, Casey) (Entered: 12/26/2006) |
| 01/12/2007 | 🔵147 | MOTION to Withdraw as Attorney *for Palisade Irrigation District* by Petitioner Palisade Irrigation District. (Attachments: # 1 Proposed Order (PDF Only))(Santo, Michael) (Entered: 01/12/2007) |
| 01/16/2007 | 🔵148 | MINUTE ORDER granting 147 Motion to Withdraw as Attorney. |

| | | Attorney Michael Craig Santo terminated. Entered by Judge Edward W. Nottingham on 1/16/07. (Text Only Entry - No Document Attached) (ewnsec, ) (Entered: 01/16/2007) |
|---|---|---|
| 02/20/2007 | 149 | STATEMENT *of Opposition* by Petitioner Grand Valley Irrigation Company. (Attachments: # 1 Exhibit Statement of Opposition - 06CW255)(Aldrich, Frederick) (Entered: 02/20/2007) |
| 02/23/2007 | 150 | STATEMENT *of Opposition* by Petitioner Orchard Mesa Irrigation District. (Hermundstad, Mark) (Entered: 02/23/2007) |
| 02/23/2007 | 151 | STATEMENT *of Opposition* by Interested Party Ute Water Conservancy District. (Hermundstad, Mark) (Entered: 02/23/2007) |
| 02/26/2007 | 152 | STATEMENT *of Opposition* by Petitioner Grand Valley Water Users Association. (Hermundstad, Mark) (Entered: 02/26/2007) |
| 02/27/2007 | 153 | STATEMENT *of Opposition* by Petitioner Middle Park Water Conservancy District. (Cazier, Stanley) (Entered: 02/27/2007) |
| 02/28/2007 | 154 | STATEMENT *Statement of Opposition* by Interested Party Frisco, Town of. (Montgomery, James) (Entered: 02/28/2007) |
| 02/28/2007 | 155 | STATEMENT of Opposition by Petitioner Colorado River Water Conservation District. (pap, ) (Entered: 02/28/2007) |
| 02/28/2007 | 156 | STATEMENT re 146 Notice (Other) *of Opposition* by Interested Party Climax Molybdenum Company. (Nazarenus, Brian) (Entered: 02/28/2007) |
| 02/28/2007 | 157 | RESPONSE *Statement of Opposition* by Petitioner Palisade Irrigation District. (Keever, Nathan) (Entered: 02/28/2007) |
| 04/05/2007 | 158 | MOTION to *CONVENTIONALLY FILE EXHIBITS* by Interested Party Climax Molybdenum Company. (Attachments: # 1 Proposed Order (PDF Only))(Nazarenus, Brian) (Entered: 04/05/2007) |
| 04/05/2007 | 159 | MOTION to Intervene by Interested Party Climax Molybdenum Company. (Attachments: # 1 Proposed Document # 2 Proposed Order (PDF Only))(Nazarenus, Brian) (Entered: 04/05/2007) |
| 04/05/2007 | 160 | Conventionally Submitted Material : Exhibits 1 - 19 to Petition on Intervention for Declaratory Relief re: MOTION to Intervene 159 by Interested Party Climax Molybdenum Company. One large binder. Stored in Exhibit with Case Filing. Text Only Entry - No Document Attached. (pap, ) (Entered: 04/05/2007) |
| 04/06/2007 | 161 | MINUTE ORDER granting 158 Motion to Conventionally File Exhibits. Entered by Judge Edward W. Nottingham on 4/6/07. (Text Only Order - No Document Attached)(ewnsec, ) (Entered: 04/06/2007) |
| 04/06/2007 | 162 | Exhibits in Support of 159 MOTION to Intervene *Exhibits A & B* by Interested Party Climax Molybdenum Company. (Attachments: # 1) (Nazarenus, Brian) (Entered: 04/06/2007) |
| | | |

| 04/25/2007 | 163 | NOTICE of Entry of Appearance by Roger T. Williams, Jr on behalf of Climax Molybdenum Company (Williams, Roger) (Entered: 04/25/2007) |
|---|---|---|
| 04/25/2007 | 164 | NOTICE of Entry of Appearance by Olivia Denton Lucas on behalf of Climax Molybdenum Company (Lucas, Olivia) (Entered: 04/25/2007) |
| 04/27/2007 | 165 | RESPONSE to Motion re 159 MOTION to Intervene *by Climax Molybdenum Company (Opposition)* filed by Defendant Northern Colorado Water Conservation District. (Phillipson, Donald) (Entered: 04/27/2007) |
| 04/30/2007 | 166 | NOTICE of Entry of Appearance by John Leonard Watson on behalf of Climax Molybdenum Company (Watson, John) (Entered: 04/30/2007) |
| 04/30/2007 | 167 | RESPONSE to Motion re 159 MOTION to Intervene filed by Petitioner Colorado River Water Conservation District. (Attachments: # 1 Exhibit Exhibit A to Joint Response)(Fleming, Peter) (Entered: 04/30/2007) |
| 04/30/2007 | 168 | RESPONSE to Motion re 159 MOTION to Intervene filed by Petitioners Colorado Springs, City of, Board of Water Commissioners. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Funk, Casey) (Entered: 04/30/2007) |
| 05/02/2007 | 169 | MINUTE ORDER: A Status Conference to discuss the procedure for handling the motion to intervene is set for 6/1/2007 from 9:15 AM to 9:45 AM0 in Courtroom A1001 before Judge Edward W. Nottingham. Entered by Judge Edward W. Nottingham on 5/2/07. (Text Only Entry - No Document Attached)(ewnsec, ) (Entered: 05/02/2007) |
| 05/15/2007 | 170 | REPLY to Response to Motion re 159 MOTION to Intervene filed by Interested Party Climax Molybdenum Company. (Attachments: # 1 Exhibit C# 2 Exhibit D# 3 Exhibit E)(Nazarenus, Brian) (Entered: 05/15/2007) |
| 05/29/2007 | 171 | MOTION for Leave to Appear *by Telephone* by Petitioner Palisade Irrigation District. (Keever, Nathan) (Entered: 05/29/2007) |
| 05/29/2007 | 172 | MOTION for Order to *Appear by Telephone* by Petitioner Palisade Irrigation District. (Keever, Nathan) (Entered: 05/29/2007) |
| 05/30/2007 | 173 | Docket Annotation re: 172 MOTION for Order to *Appear by Telephone*. "Motion" has been terminated as pdf attached is actually a proposed order. Text only entry - no document attached. (pap, ) (Entered: 05/30/2007) |
| 05/30/2007 | 174 | MINUTE ORDER granting 171 Motion for Leave to Appear by Telephone. Entered by Judge Edward W. Nottingham on 5/30/07. (Text Only Entry - No Document Attached)(ewnsec, ) (Entered: 05/30/2007) |
| 05/30/2007 | 175 | NOTICE of Entry of Appearance by Karl D. Ohlsen on behalf of Colorado Springs, City of. (pap, ) (Entered: 05/30/2007) |
| 05/30/2007 | 176 | NOTICE of Entry of Appearance by Mary Mead Hammond on behalf of Colorado Springs, City of. (pap, ) (Entered: 05/30/2007) |

| | | |
|---|---|---|
| 06/01/2007 | ●177 | Minute Entry for proceedings held before Judge Edward W. Nottingham : Status Conference held on 6/1/2007. Discussion re: 159 Climax Molybdenum Company's Motion to Intervene. (Court Reporter Therese Lindblom.) (pap, ) (Entered: 06/05/2007) |
| 02/01/2008 | ●178 | MOTION to Vacate *the February 19, 2008 Status Conference Before the Water Referee* by Interested Party Climax Molybdenum Company. (Attachments: # 1 Exhibit Exhibit A)(Nazarenus, Brian) Modified on 3/5/2008 to indicate WITHDRAWN pursuant to courtroom minutes of 3/5/2008 (sss, ). (Entered: 02/01/2008) |
| 02/06/2008 | ●179 | RESPONSE to Motion re 178 MOTION to Vacate *the February 19, 2008 Status Conference Before the Water Referee* filed by Petitioner Board of Water Commissioners. (Attachments: # 1 Pages Certificate of Service) (Funk, Casey) (Entered: 02/06/2008) |
| 02/14/2008 | ●180 | MINUTE ORDER setting hearings: Pursuant to a telephonic request made by counsel of record in this matter, a Telephonic Status Conference will be held on 3/5/2008 at 9:15 a.m. before Magistrate Judge Craig B Shaffer. *Counsel shall create a conference call, then contact the Court at (303) 844-2117 to participate in the hearing.* Entered by Magistrate Judge Shaffer on 2/14/08. (Text only entry - no document attached) (cbssec) (Entered: 02/14/2008) |
| 02/19/2008 | ●181 | NOTICE of Entry of Appearance by Robert James Pohlman on behalf of Climax Molybdenum Company (Pohlman, Robert) (Entered: 02/19/2008) |
| 02/20/2008 | ●182 | MINUTE ORDER: A Hearing is set for 3/27/2008 from 2:15 PM to 2:30 PM in Courtroom A201 before Chief Judge Edward W. Nottingham regarding 159 MOTION to Intervene filed by Climax Molybdenum Company. Entered by Chief Judge Edward W. Nottingham on 2/20/08. (Text Only Entry - No Document Attached)(ewnsec, ) (Entered: 02/20/2008) |
| 02/21/2008 | ●183 | STATEMENT *Withdrawal of Statement of Opposition* by Interested Party Frisco, Town of. (Montgomery, James) (Entered: 02/21/2008) |
| 02/29/2008 | ●184 | NOTICE of Entry of Appearance by Taylor E.C. Hawes on behalf of Colorado River Water Conservation District (Hawes, Taylor) (Entered: 02/29/2008) |
| 03/05/2008 | ●185 | Minute Entry for proceedings held before Magistrate Judge Craig B Shaffer: Status Conference held on 3/5/2008. ORDERED: Rule 26(f) Conference set for 4/17/2008 09:00 AM before Magistrate Judge Craig B Shaffer. Parties may submit agendas or status reports by 4/10/2008. ORDERED: Oral motion to withdraw Climax Molybdenum Company's Motion for an Order Vacating the 2/19/2008 Status Conference Before the Water Referee for Water Division No. 5 [Doc. 178] is granted. The motion is hereby withdrawn. (Court Reporter FTR - Ben Van Dyke.) (sss, ) (Entered: 03/05/2008) |
| 03/25/2008 | ●186 | MINUTE ORDER: The Hearing on Motion to Intervene set for 3/27/2008 is VACATED. Entered by Chief Judge Edward W. |

| | | |
|---|---|---|
| | | Nottingham on 3/25/08. (Text Only Entry - No Document Attached) (ewnsec, ) (Entered: 03/25/2008) |
| 03/25/2008 | 187 | ORDER AND MEMORANDUM OF DECISION: Climax Molybdenum Company's 159 Motion to Intervene is DENIED. Signed by Chief Judge Edward W. Nottingham on 3/25/08.(sss, ) (Entered: 03/25/2008) |
| 04/10/2008 | 188 | STATUS REPORT by Petitioner Board of Water Commissioners. (Attachments: # 1 Addendum)(Funk, Casey) (Entered: 04/10/2008) |
| 04/15/2008 | 189 | CORPORATE DISCLOSURE STATEMENT *Disclosure Statement Pursuant to D.C.Colo.LCivR 7.4* by Petitioner Orchard Mesa Irrigation District.. (Hermundstad, Mark) (Entered: 04/15/2008) |
| 04/15/2008 | 190 | CORPORATE DISCLOSURE STATEMENT *Disclosure Statement Pursuant to D.C.Colo.LCivR 7.4* by Petitioner Grand Valley Water Users Association.. (Hermundstad, Mark) (Entered: 04/15/2008) |
| 04/15/2008 | 191 | STATUS REPORT by Interested Party Climax Molybdenum Company. (Pohlman, Robert) (Entered: 04/15/2008) |
| 04/16/2008 | 192 | CORPORATE DISCLOSURE STATEMENT *OF CLIMAX MOLYBDENUM COMPANY PURSUANT TO D.C.COLO.LCivR 7.4* by Interested Party Climax Molybdenum Company.. (Williams, Roger) (Entered: 04/16/2008) |
| 04/17/2008 | 193 | MINUTE ORDER: Scheduling/Planning Conference set for 5/16/2008 04:00 PM in Courtroom A 402 before Magistrate Judge Craig B Shaffer, by Magistrate Judge Craig B Shaffer on 4/17/08. (sss, ) (Entered: 04/17/2008) |
| 04/17/2008 | 194 | CORPORATE DISCLOSURE STATEMENT by Petitioner Palisade Irrigation District.. (Keever, Nathan) (Entered: 04/17/2008) |
| 04/24/2008 | 195 | NOTICE of Entry of Appearance by Bennett W. Raley on behalf of Northern Colorado Water Conservation District (Raley, Bennett) (Entered: 04/24/2008) |
| 04/24/2008 | 196 | NOTICE OF APPEAL as to 187 Order on Motion to Intervene by Interested Party Climax Molybdenum Company (Nazarenus, Brian) (Entered: 04/24/2008) |