**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 49-CV-02782-EWN-CBS
Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION 5, STATE OF COLORADO
Case No. 2006CW255

---

DISCLOSURE STATEMENT PURSUANT TO D.C. COLO. L. Civ. R. 7.4

---

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF
DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN
SUMMIT COUNTY, COLORADO

---

Opposer Grand Valley Irrigation Company (GVIC), by its attorney, Frederick G. Aldrich

LLC, hereby declares, pursuant to D.C. Colo. L. Civ. R. 7.4, that it is a nonprofit special purpose

mutual irrigation company organized pursuant to sections 7-42-101, *et seq.*, and 7-121-101, *et seq.*,

C.R.S. As such, GVIC is a private corporation with the powers necessary to perform its purpose.

It is unclear whether D.C. Colo. L. Civ. R. 7.4 applies to GVIC. However, to the extent that it does

apply, GVIC states that it has no parent entities. There are no publicly held entities that own ten

percent or more of its stock. In addition, there are no publicly held entities that are entitled to receive

ten percent or more of the water allocated to lands within the boundaries of GVIC.

Dated the 28th day of _____April_____, 2008.

FREDERICK G. ALDRICH LLC

By: _X Frederick G. Aldrich_ _____
Frederick G. Aldrich, Reg. No. 428
Attorney for Opposer Grand Valley Irrigation Company
601 A 28 ¼ Road
Grand Junction, Colorado 81506
Phone: (970) 245-7950
Fax: (970) 245-0664
E-mail: faldrich@aldrich-law.com

**THE ORIGINAL SIGNED DOCUMENT IS ON FILE AT THE OFFICE OF FREDERICK G. ALDRICH LLC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 28th day of _____April_____, 2008, service of the foregoing Disclosure Statement Pursuant to D.C. Colo. L. Civ. R. 7.4 was made, via electronic service and filing, as follows:

Douglas L. Abbott dabbott@hollandhart.com

Anne Jamieson Castle acastle@hollandhart.com

Stanley W. Cazier cazier_mcgowan@hotmail.com

James J. DuBois james.dubois@usdoj.gov

Peter Cheney Fleming pfleming@crwcd.org

Casey S. Funk casey.funk@denverwater.org

Mary Mead Hammond mhammond@chp-law.com

Austin C. Hamre ahamre@dodpc.com

Taylor E.C. Hawes thawes@crwcd.org

Mark A. Hermundstad mherm@wth-law.com

David G. Hill dgh@bhgrlaw.com

Nathan A. Keever keever@dwmk.com

Olivia Denton Lucas olucas@rcalaw.com

James R. Montgomery jmontgomery@mwhw.com

Kathleen M. Morgan kathi_M8@yahoo.com

Brian Max Nazarenus bnazarenus@rcalaw.com

Karl D. Ohlsen kohlsen@chp-law.com

William A. Paddock bpaddock@chp-law.com

Donald E. Phillipson dbls99@comcast.net

Robert James Pohlman rpohlman@rcalaw.com

Robert V. Trout rtrout@troutlaw.com

Chad Matthew Wallace chad.wallace@state.co.us

John Leonard Watson jwatson@rcalaw.com

Roger T. Williams , Jr rwilliams@rcalaw.com

/s Karen Davis