```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX009565
Cashier ID: sq
Transaction Date: 04/30/2008
Payer Name: RYLEY CARLOCK APPLEWHITE
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: RYLEY CARLOCK APPLEWHITE
 Amount:         $455.00
-----------------------------------
CREDIT CARD
 Amt Tendered:  $455.00
-----------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

49-CV-2782


A fee of $45.00 will be assessed on
any returned check.
```

08-1154