**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 49-cv-2782-EWN-CBS**
(Consolidated Cases: Civil Nos. 2782, 5016 and 5017)

UNITED STATES OF AMERICA,                         **Civil No. 2782**
        Plaintiff,

v.

NORTHERN COLORADO
WATER CONSERVANCY
DISTRICT, *et al.*,

        Defendants.

In the Matter of the Adjudication of Priorities of          **Civil No. 5016**
Water Rights in Water District No. 36 for
Purposes of Irrigation:

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION
DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

In the Matter of the Adjudication of Priorities of          **Civil No. 5017**
Water Rights in Water District No. 36 for Purposes
Other Than Irrigation:

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION
DISTRICT THE GRAND VALLEY WATER USERS
ASSOCIATION ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

---

**ENTRY OF APPEARANCE OF DANIEL J. ARNOLD**

Daniel J. Arnold, hereby enters his appearance on behalf of Denver Water, acting by and through its Board of Water Commissioners.

Dated this 30th day of April, 2008.

PATRICIA L. WELLS, General Counsel
MICHAEL L. WALKER, No. 2828
CASEY S. FUNK, No. 11638
GAIL J. ROSENSCHEIN, No.23724
JEFFREY F. DAVIS, No. 34415
DANIEL J. ARNOLD, No. 35458

By:___s/Daniel J. Arnold_____
Attorneys for the City and County of Denver,
acting by and through its Board of Water
Commissioners
1600 West 12th Ave.
Denver, CO  80204-3412
Phone Number: (303) 628-6460
Fax Number: (303) 628-6478
E-mail: casey.funk@denverwater.org
      gail.rosenschein@denverwater.org
      jeff.davis@denverwater.org
      daniel.arnold@denverwater.org

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2008, I electronically filed the foregoing
Entry of Appearance for Daniel J. Arnold on behalf of Denver Water, acting by and
through its Board of Water Commissioners, with the Clerk of the U.S. District Court
using the CM/ECF system which will send notification of such filing to the following
email addresses:

Brian N. Nazarenus
Robert J. Pohlman
Olivia D. Lucas
bnazarenus@rcalaw.com
rpohlman@rcalaw.com
olucas@rcalaw.com

Austin C. Hamre
ahamre@dodpc.com

Chad M. Wallace
chad.wallace@state.co.us

Douglas L. Abbott
Anne J. Castle
dabbott@hollandhart.com
acastle@hollandhart.com

Peter C. Fleming
pfleming@crwcd.org

William A. Paddock
Karl D. Ohlsen
Mary M. Hammond
bpaddock@chp-law.com
kohlsen@chp-law.com
mhammond@chp-law.com

James J. DuBois
james.dubois@usdoj.gov

David G. Hill
dgh@bhgrlaw.com

Kathleen M. Morgan
kathleen@moriarty.com

James R. Montgomery
jmontgomery@mwhw.com

Frederick G. Aldrich
faldrich@aldrich-law.com

Mark A. Hermundstad
mherm@wth-law.com

Stanley W. Cazier
cazier_mcgowan@hotmail.com

Donald E. Phillipson
dbls99@comcast.net

Robert V. Trout
rtrout@troutlaw.com

Nathan A. Keever
keever@dwmk.com

Michael C. Santo
santo@bechtelsanto.com

___s/Karel B. Moseley_____
        Karel B. Moseley