IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 49-cv-2782-EWN-CBS**
(Consolidated Cases: Civil Nos. 2782, 5016 and 5017)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br>v.<br>NORTHERN COLORADO<br>WATER CONSERVANCY<br>DISTRICT, *et al.,*<br><br>     Defendants. | **Civil No.2782** |

| | |
|---|---|
| In the Matter of the Adjudication of Priorities of<br>Water Rights in Water District No. 36 for<br>Purposes of Irrigation: | **Civil No. 5016** |

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION
DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

| | |
|---|---|
| In the Matter of the Adjudication of Priorities of<br>Water Rights in Water District No. 36 for Purposes<br>Other Than Irrigation: | **Civil No. 5017** |

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION
DISTRICT THE GRAND VALLEY WATER USERS
ASSOCIATION ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

**ENTRY OF APPEARANCE OF GAIL J. ROSENSCHEIN**

Gail J. Rosenschein, hereby enters her appearance on behalf of Denver Water, acting by and through its Board of Water Commissioners.

Dated this 30th day of April, 2008.

                PATRICIA L. WELLS, General Counsel
                MICHAEL L. WALKER, No. 2828
                CASEY S. FUNK, No. 11638
                GAIL J. ROSENSCHEIN, No.23724
                JEFFREY F DAVIS, No. 34415
                DANIEL J. ARNOLD, No. 35458

        By:___s/Gail J. Rosenschein_____
            Attorneys for the City and County of Denver, acting by and through its Board of Water Commissioners
            1600 West 12th Ave.
            Denver, CO  80204-3412
            Phone Number: (303) 628-6460
            Fax Number: (303) 628-6478
            E-mail: casey.funk@denverwater.org
                    gail.rosenschein@denverwater.org
                    jeff.davis@denverwater.org
                    daniel.arnold@denverwater.org

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2008, I electronically filed the foregoing Entry of Appearance for Gail J. Rosenschein on behalf of Denver Water, acting by and through its Board of Water Commissioners, with the Clerk of the U.S. District Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Brian N. Nazarenus
Robert J. Pohlman
Olivia D. Lucas
bnazarenus@rcalaw.com
rpohlman@rcalaw.com
olucas@rcalaw.com

Austin C. Hamre
ahamre@dodpc.com

Chad M. Wallace
chad.wallace@state.co.us

Douglas L. Abbott
Anne J. Castle
dabbott@hollandhart.com
acastle@hollandhart.com

Peter C. Fleming
pfleming@crwcd.org

William A. Paddock
Karl D. Ohlsen
Mary M. Hammond
bpaddock@chp-law.com
kohlsen@chp-law.com
mhammond@chp-law.com

James J. DuBois
james.dubois@usdoj.gov

David G. Hill
dgh@bhgrlaw.com

Kathleen M. Morgan
kathleen@moriarty.com

James R. Montgomery
jmontgomery@mwhw.com

Frederick G. Aldrich
faldrich@aldrich-law.com

Mark A. Hermundstad
mherm@wth-law.com

Stanley W. Cazier
cazier_mcgowan@hotmail.com

Donald E. Phillipson
dbls99@comcast.net

Robert V. Trout
rtrout@troutlaw.com

Nathan A. Keever
keever@dwmk.com

Michael C. Santo
santo@bechtelsanto.com


  s/Karel B. Moseley
  Karel B. Moseley