Print Form

## TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

**PART I** - To be completed by appellant within ten days of filing the notice of appeal

Short Title: City of Colorado Springs, et al v. Climax Molybdenum Co  District: District of Colorado

District Court Number: 1:49-cv-02782-EWN-CBS   Circuit CourtNumber: 08-1154

Name of Attorney: Brian M. Nazarenus

Name of Law Firm: Ryley, Carlock & Applewhite

Address of Firm: 1999 Broadway, Suite 1800 Denver Colorado 80202

Telephone of Firm: 303-863-7500   Attorneys for: Appellant  Climax Molybdenum Co.

Name of Court Reporter: _____   Telephone of Reporter: _____

**PART II - COMPLETE SECTION A OR SECTION B**
**SECTION A -** I HAVE NOT ORDERED A TRANSCRIPT BECAUSE
[X] A transcript is not necessary for this appeal, or
[ ] The necessary transcript is already on file in District Court
[ ] The necessary transcript was ordered previously in appeal number _____

**SECTION B -** I HEREBY ORDER THE FOLLOWING TRANSCRIPT:
(Specify the date and proceeding in the space below)

Voir dire: _____ ; Opening Statements: _____ ;
Trial proceedings: _____ ; Instruction Cnf: _____ ;
Jury Instructions: _____ ; Closing Arguments: _____ ;
Post Trial Motions: _____ ; Other Proceedings: _____ .

(Attach additional pages if necessary)

[ ] Appellant will pay the cost of the transcript.
My signature on this form is my agreement to pay for the transcript ordered on this form.

[ ] This case is proceeding under the Criminal Justice Act.
**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

### CERTIFICATE OF COMPLIANCE
I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: *[signature]*   Date: May 2, 2008

**PART III - TO BE COMPLETED BY THE COURT REPORTER**

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____   Date: _____

**TRANSCRIPT ORDER FORM**

A-8 Revised 8/01   Transcript Order Form

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Transcript Order Form was e-mailed on this 2nd day of May, 2008 to the following:

| | |
|---|---|
| Peter C. Fleming, Esq.<br>Colorado River Water Conservation District<br>201 Centennial Street, Suite 200<br>P.O. Box 1120<br>Glenwood Springs, CO 81602-1120<br><br>*[Colorado River Water Conservation District]* | Phone: 970-945-8522, ext. 216<br>       1-800-626-3479<br>Fax:   970-945-8799<br>Email: pfleming@crwcd.org |
| Taylor E.C. Hawes<br>Colorado River Water Conservation District<br>201 Centennial Street, Suite 200<br>P.O. Box 1120<br>Glenwood Springs, CO 81602-1120<br>*[Colorado River Water Conservation District]* | Phone: 970-945-8522, ext. 216<br>       1-800-626-3479<br>Fax:   970-945-8799<br>Email: thawes@crwcd.org |
| Mary M. Hammond, Esq.<br>Carlson, Hammond & Paddock<br>1700 Lincoln, #3900<br>Denver, CO 80202<br><br>*[City of Colorado Springs and Colorado Springs Utilities]* | Phone: 303-861-9000<br>Fax:   303-861-9206<br>Email: mhammond@chp-law.com |
| Casey S. Funk, Esq.<br>City and County of Denver<br>1600 West 12th Avenue<br>Denver, CO 80204-3412<br><br>*[City and County of Denver acting by and through its Board of County Commissioners]* | Phone: 303-628-6460<br>Fax:   303-628-6478<br>Email: casey.funk@denverwater.org |
| David G. Hill, Esq.<br>Berg Hill Greenleaf & Ruscitti LLP<br>1712 Pearl Street<br>Boulder, CO 80302<br><br>*[City of Englewood]* | Phone: 303-402-1600<br>Fax:   303-402-1601<br>Email: dgh@bhgrlaw.com |
| Frederick G. Aldrich, LLC<br>601 A 28 ¼ Road<br>Grand Junction, CO 81506<br><br>*[Grand Valley Irrigation Company]* | Phone: 970-245-7950<br>Fax:   970-245-0664<br>Email: faldrich@aldrich-law.com |
| Mark A. Hermandstad, Esq.<br>Williams Turner & Holmes<br>200 N. 6th Street<br>P.O. Box 338<br>Grand Junction, CO 81502-0338<br><br>*[Grand Valley Water Users Association]* | Phone: 970-242-6262<br>Fax:   970-241-3026<br>Email: mherm@wth-law.com |

970958.1
5/2/08

| | |
|---|---|
| Stanley W. Cazier, Esq.<br>Cazier & McGowan<br>62495 U.S. Highway 40<br>P.O. Box 500<br>Granby, CO 80446<br><br>*[Middle Park Water Conservancy District* | Phone: 970-887-3376<br>Fax:<br>Email: cazier_mcgowan@hotmail.com |
| Robert V. Trout, Esq.<br>Bennett W. Raley<br>Trout, Raley, Montano, Witwer & Freeman, P.C.<br>1120 Lincoln Street, Suite 1600<br>Denver, CO 80203-2141<br><br>*[Northern Colorado Water Conservancy District]* | Phone: 303-339-5824<br>Fax:   303-832-4465<br>Email: braley@troutlaw.com<br>           rtrout@troutlaw.com |
| Mark A, Hermandstad, Esq.<br>Williams Turner & Holmes<br>200 N. 6th Street<br>P.O. Box 338<br>Grand Junction, CO 81502-0338<br>*[Orchard Mesa Irrigation District]* | Phone: 970-242-6262<br>Fax:   970-241-3026<br>Email: mherm@wth-law.com |
| Nathan A. Keever, Esq.<br>Dufford, Waldeck, Milburn & Krohn, LLP<br>744 Horizon Court, #300<br>Grand Junction, CO 81506<br><br>*[Palisade Irrigation District]* | Phone: 970-241-5500<br>Fax:   970-243-7738<br>Email: keever@dwmk.com |
| James J. DuBois, Esq.<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>1961 Stout Street, 8th Floor<br>Denver, CO 80294<br><br>*[United States of America]* | Phone: 303-844-1375<br>Fax:   303-844-1350<br>Email: james.dubois@usdoj.gov |
| Douglas L. Abbot<br>Annie Jamieson Castle<br>Holland & Hart, LLP-Denver<br>P.O. Box 8749<br>555 17th Street<br>Denver, CO 80201-8749<br>*[Colorado River Water Conservation District]* | Phone: 303-295-8229<br>Fax:   303-975-5435<br>Email: dabbott@hollandhart.com<br>           acastle@hollandhart.com |
| David G. Hill<br>Berg Hill Greenleaf & Ruscitti, LLP<br>1712 Pearl Street<br>Boulder, CO 80302<br>*[City of Englewood]* | Phone: 303-402-1600<br>Fax:   303-402-1601<br>Email: dgh@bhgrlaw.com |

970958.1
5/2/08

RYLEY CARLOCK & APPLEWHITE


<u>*s/ Brian M. Nazarenus*</u>
Brian M. Nazarenus
1999 Broadway, Suite 1800
Denver, Colorado 80202
Telephone: (303) 863-7500
Facsimile: (303) 595-3159

**ATTORNEYS FOR Petitioner-Appellant
CLIMAX MOLYBDENUM COMPANY**

970958.1
5/2/08