# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 49-cv-02782-EWN-CBS** (Consolidated Civil Case Nos. 2782, 5016 and 5017 and District Court, Water Division No. 5, State of Colorado Case No. 06CW255) | FTR - Reporter Deck - Courtroom A402 |
| **Date: May 16, 2008** | **Courtroom Deputy:** Ben Van Dyke |
| **CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY** | Gail Rosenschein, via telephone<br>Casey S. Funk<br>Jeffrey F. Davis<br>Roger T. Williams, Jr.<br>Robert J. Pohlman<br>James J. DuBois<br>Mark A. Hermundstad (ph)<br>Peter C. Fleming, via telephone<br>Stanley W. Cazier, via telephone<br>Nathan A. Keever, via telephone<br>Bennet W. Raley, via telephone |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:     4:13 p.m.**
Court calls case.  Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Discovery Cut-off: **January 31, 2009.**

Dispositive Motions deadline: **February 27, 2009.**

Parties shall designate affirmative experts **on or before October 15, 2008.**

Parties shall designate rebuttal experts **on or before December 1, 2008.**

Each party or discreet group of parties shall be limited to **six (6)** expert witnesses, absent leave of court.

Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

Settlement is discussed, and the parties indicate they will contact the court if they believe settlement is possible.

**PRELIMINARY  PRETRIAL CONFERENCE**  is set for **December 11, 2008 at 10:00 a.m.**
Preliminary Pretrial Order is due **no later than FIVE DAYS before the Preliminary Pretrial Conference.**  (See the court's website for Instructions for Preparation and Submission)

- Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess:**    **5:20 p.m.**
Total time in court:    01:07