IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 49-cv-02782-EWN-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5, STATE OF COLORADO
Case No. 06CW255

---

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

---

UNOPPOSED MOTION OF CLIMAX MOLYBDENUM COMPANY
FOR ENLARGEMENT OF TIME TO SUMBIT ESI PROTOCOLS

---

COMES NOW Opposer Climax Molybdenum Company ("Climax"), through undersigned counsel, and moves for enlargement of time to submit ESI Protocols. As grounds therefore, Climax states as follows:

Counsel for Climax certifies, pursuant to D.C.COLO.LCivR 7.1(A) that he has conferred with counsel for Applicant City and County of Denver, Acting by and Through its Board of Water Commissioners ("Denver"), regarding the enlargement requested hereby, and that Denver does not oppose such relief.

Climax and Denver have been attempting to formulate protocols in this case to govern the disclosure and discovery of electronically stored information. Climax understands that the Court requested by June 16, 2008 a version of the protocols proposed to govern Climax's ESI obligations. Those protocols are incomplete but will be completed for filing by June 30, 2008. This Motion does not address or affect the service of disclosures pursuant to Fed.R.Civ.P. 26(a)(1).

-2-

WHEREFORE, Climax respectfully requests an order granting it through June 30, 2008 in which to file the ESI protocols.

Respectfully submitted this 13th day of June, 2008.

                            RYLEY CARLOCK & APPLEWHITE

                            /s/ Roger T. Williams
                            Brian M. Nazarenus, #16984
                            Robert J. Pohlman, #6262
                            Roger T. Williams, #26302
                            James M. Noble, #36716
                            1999 Broadway, Suite 1800
                            Denver, Colorado 80202
                            Telephone: (303) 863-7500
                            Facsimile: (303) 595-3159
                            E-mail: bnazarenus@rcalaw.com
                                        rpohlman@rcalaw.com
                                        rwilliams@rcalaw.com
                                        jnoble@rcalaw.com

                            ATTORNEYS FOR OPPOSER CLIMAX
                            MOLYBDENUM COMPANY

## CERTIFICATE OF SERVICE

I certify that on June __, 2008 a true and correct copy of the foregoing UNOPPOSED MOTION OF CLIMAX MOLYBDENUM COMPANY FOR ENLARGEMENT OF TIME TO SUMBIT ESI PROTOCOLS was served on the following through Lexis/Nexis and through ECF for the United States District Court as stated below:

| Party | Party Type | Attorney | Firm |
|---|---|---|---|
| CITY AND COUNTY OF DENVER ACTING BY AND | Applicant | Funk, Casey S | Denver Water Board Legal Division |
| COLORADO RIVER WATER CONSERVATION DIST. | Opposer | Fleming, Peter C | Colorado River Water Conservation District |
| COLORADO RIVER WATER CONSERVATION DIST. | Opposer | Hawes, Taylor E C | Colorado River Water Conservation District |
| DIVISION 5 ENGINEER | Division Engineer | Division 5 Water Engineer | Division 5 Engineer |
| FRISCO, TOWN OF | Opposer | Montgomery, James R | Moses Wittemyer Harrison & Woodruff PC |
| GRAND VALLEY IRRIGATION | Opposer | Aldrich, Frederick G | Aldrich, Frederick G LLC |
| GRAND VALLEY WATER USERS ASSOCIATION | Opposer | Kurath, Kirsten Marie | Williams Turner & Holmes PC |
| GRAND VALLEY WATER USERS ASSOCIATION | Opposer | Hermundstad, Mark Allen | Williams Turner & Holmes PC |
| MIDDLE PARK CONSERVANCY DISTRICT | Opposer | Cazier, Stanley W | Cazier McGowan & Walker |
| MIDDLE PARK CONSERVANCY DISTRICT | Opposer | Walker, John D | Cazier McGowan & Walker |
| ORCHARD MESA IRRIGATION DISTRICT | Opposer | Kurath, Kirsten Marie | Williams Turner & Holmes PC |
| ORCHARD MESA IRRIGATION DISTRICT | Opposer | Hermundstad, Mark Allen | Williams Turner & Holmes PC |
| STATE ENGINEER | State Engineer | State Water Engineer, Colorado | Colorado Division of Water Resources |
| UTE WATER CONSERVANCY DISTRICT | Opposer | Kurath, Kirsten Marie | Williams Turner & Holmes PC |
| UTE WATER CONSERVANCY DISTRICT | Opposer | Hermundstad, Mark Allen | Williams Turner & Holmes PC |
| WATER DIVISION 5, WATER CLERK KATHY HALL | | | |
| UNITED STATES DISTRICT COURT DISTRICT OF COLORADO | | | |

*This document was filed and served via Lexis/Nexis File and Serve pursuant to C.R.C.P. Rule 121. A duly signed original of this document is on file at the law firm of Ryley Carlock & Applewhite.*