IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 49-cv-02782-EWN-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5, STATE OF COLORADO
Case No. 06CW255

---

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY
OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS,
IN SUMMIT COUNTY

---

NOTICE OF JOINT SUBMISSION OF
PROPOSED ADDENDUM TO SCHEDULING ORDER
ADDRESSING ESI PROTOCOLS

---

COME NOW Opposer Climax Molybdenum Company ("Climax"), through undersigned

counsel, and Applicant City and County of Denver, Acting By and Through its Board of Water

Commissioners ("Denver"), and hereby jointly submit the proposed addendum to the Court's

May 16, 2008 scheduling order addressing ESI protocols. The proposed addendum is attached as

Exhibit A.

Respectfully submitted this 30th day of June, 2008.

CITY AND COUNTY OF DENVER
ACTING THOUGH ITS BOARD OF
WATER COMMISSIONERS

By: _____
Patricia L. Wells, General Counsel
Michael L. Walker, #2828
Casey S. Funk, #11638
Jeffrey F. Davis, #34415
Daniel J. Arnold, #35458

RYLEY CARLOCK & APPLEWHITE

By: _____
Brian M. Nazarenus, #16984
Robert J. Pohlman, #6262
Roger T. Williams, #26302
James M. Noble, #36716
1999 Broadway, Suite 1800
Denver, Colorado 80202
Telephone: (303) 863-7500
Facsimile: (303) 595-3159
E-mail:bnazarenus@rcalaw.com
rpohlman@rcalaw.com
rwilliams@rcalaw.com
jnoble@rcalaw.com

ATTORNEYS FOR OPPOSER
CLIMAX MOLYBDENUM COMPANY