# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-CV-02782-EWN-CBS

(Consolidated Civil Case Nos. 2782, 5016 and 5017)

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Civil No. 2782** |
| Plaintiff, | |
| v. | |
| NORTHERN COLORADO WATER CONSERVANCY DISTRICT, et al., | |
| Defendants. | |

| | |
|---|---|
| In the Matter of the Adjudication of Priorities of Water Rights in Water District No. 36 for Purposes Of Irrigation: | **Civil No. 5016** |

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

| | |
|---|---|
| In the Matter of the Adjudication of Priorities of Water Rights in the Water District No. 36 for Purposes Other than Irrigation: | **Civil No. 5017** |

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

## NOTICE OF ENTRY OF APPEARANCE OF BARRY A. SCHWARTZ

The following counsel hereby enters an appearance on behalf of Applicant, City and County of Denver, acting by and through its Board of Water Commissioners, in the above-captioned matter. The undersigned requests that all documents in this matter be served upon him at the email address below.

Respectfully submitted this 23rd day of July, 2008.

**KAMLET SHEPHERD & REICHERT, LLP**

*s/ Barry A. Schwartz*
Stephen D. Gurr, No. 19789
Barry A. Schwartz, No. 17981
1515 Arapahoe Street, Tower 1, Suite 1600
Denver, Colorado 80202
Telephone: (303) 825-4200
Fax: (303) 825-1185
bschwartz@ksrlaw.com

*Counsel for Applicant City & County of Denver*

{00184892.DOC / 1}

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of July 2008, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE OF BARRY A. SCHWARTZ** was served upon the following counsel as indicated:

*Via CM/ECF:*

Brian M. Nazarenus, Esq.
Robert J. Pohlman, Esq.
Roger T. Williams, Esq.
RYLEY CARLOCK & APPLEWHITE
1999 Broadway, Suite 1800
Denver, CO   80202

Peter C. Fleming, Esq.
PO Box 1120
Glenwood Springs, CO 81602

Mark A. Hermundstad, Esq.
Kirsten M. Kurath, Esq.
Williams Turner & Holmes, P.C.
200 North 6th Street
PO Box 338
Grand Junction, CO 81502

Frederick G. Aldrich, Esq.
Aldrich Frederick, LLC
601A 28 ¼ Road
Grand Junction, CO 81506

Stanley W. Cazier, Esq.
John D. Walker, Esq.
Cazier McGowan & Walker
PO Box 500
Granby, CO 80446

Nathan A. Keever, Esq.
Dufford Waldeck Milburn & Krohn, LLP
744 Horizon Court, Suite 300
Grand Junction, CO 81506

*s/ Diana L. Brechtel*

{00184892.DOC / 1}