IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-CV-02782-EWN-CBS

(Consolidated Civil Case Nos. 2782, 5016 and 5017)

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Civil No. 2782** |
| Plaintiff, | |
| v. | |
| NORTHERN COLORADO WATER CONSERVANCY DISTRICT, et al., | |
| Defendants. | |

| | |
|---|---|
| In the Matter of the Adjudication of Priorities of Water Rights in Water District No. 36 for Purposes Of Irrigation: | **Civil No. 5016** |

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

| | |
|---|---|
| In the Matter of the Adjudication of Priorities of Water Rights in the Water District No. 36 for Purposes Other than Irrigation: | **Civil No. 5017** |

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

**NOTICE OF ENTRY OF APPEARANCE OF STEPHEN D. GURR**

The following counsel hereby enters an appearance on behalf of Applicant, City and County of Denver, acting by and through its Board of Water Commissioners, in the above-captioned matter. The undersigned requests that all documents in this matter be served upon him at the email address below.

Respectfully submitted this 23rd day of July, 2008.

**KAMLET SHEPHERD & REICHERT, LLP**

*s/ Stephen D. Gurr*
Stephen D. Gurr, No. 19789
Barry A. Schwartz, No. 17981
1515 Arapahoe Street, Tower 1, Suite 1600
Denver, Colorado  80202
Telephone: (303) 825-4200
Fax:  (303) 825-1185
sgurr@ksrlaw.com

*Counsel for Applicant City & County of Denver*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of July 2008, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE OF STEPHEN D. GURR** was served upon the following counsel as indicated:

*Via CM/ECF:*

Brian M. Nazarenus, Esq.
Robert J. Pohlman, Esq.
Roger T. Williams, Esq.
RYLEY CARLOCK & APPLEWHITE
1999 Broadway, Suite 1800
Denver, CO   80202

Peter C. Fleming, Esq.
PO Box 1120
Glenwood Springs, CO 81602

Mark A. Hermundstad, Esq.
Kirsten M. Kurath, Esq.
Williams Turner & Holmes, P.C.
200 North 6th Street
PO Box 338
Grand Junction, CO 81502

Frederick G. Aldrich, Esq.
Aldrich Frederick, LLC
601A 28 ¼ Road
Grand Junction, CO 81506

Stanley W. Cazier, Esq.
John D. Walker, Esq.
Cazier McGowan & Walker
PO Box 500
Granby, CO 80446

Nathan A. Keever, Esq.
Dufford Waldeck Milburn & Krohn, LLP
744 Horizon Court, Suite 300
Grand Junction, CO 81506

*s/ Diana L. Brechtel*