# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 49-CV-02782-EWN-CBS
(Consolidated Civil Case Nos. 2782, 5016 AND 5017)

---

UNITED STATES OF AMERICA,                    **Civil No. 2782**

    Plaintiff,

v.

NORTHERN COLORADO WATER
CONSERVANCY DISTRICT, *et al.,*

In the Matter of the Adjudication of Priorities of         **Civil No. 5016**
Water Rights in Water District 36 for Purposes of
Irrigation:

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

In the Matter of the Adjudication of Priorities of         **Civil No. 5017**
Water Rights in Water District No. 36 for Purposes
Other Than Irrigation:

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

---

**UNOPPOSED MOTION TO WITHDRAW**

---

U.S. District Court for the District of Colorado, Civil Action No. 49-CV-02782-EWN-CBS
(Consolidated Civil Case Nos. 2782, 5016 and 5017)
Unopposed Motion to Withdraw
Page 2

COMES NOW, the Colorado River Water Conservation District ("River District"), by and through its attorneys, and hereby informs the Court that Taylor E.C. Hawes is no longer counsel for the River District. The River District hereby requests that Ms. Hawes be removed from all mailings and electronic filings. The River District continues to be represented in this matter by Peter C. Fleming and Jason V. Turner. Pursuant to D.C. Colo. LCivR 7.1A, Counsel for the River District has conferred with Counsel of Record in 49-CV-2782. All Counsel of Record have agreed they will not oppose this motion.

Respectfully submitted on August 8, 2008.

/s/*
Peter C. Fleming, #20805
Jason V. Turner, #35665

*Attorneys for the Colorado River Water Conservation District*

*A printed copy of this document with original signature is maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*

U.S. District Court for the District of Colorado, Civil Action No. 49-CV-02782-EWN-CBS
(Consolidated Civil Case Nos. 2782, 5016 and 5017)
Unopposed Motion to Withdraw
Page 3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **UNOPPOSED MOTION TO WITHDRAW** will be e-filed and served upon the following parties through CM/ECF for the United States District Court within twenty-four (24) hours of this date, August 8, 2008, or deposited in the United States Mail, first class, postage prepaid, as follows:

Anne J. Castle, Esq.
Douglas L. Abbott, Esq.
Holland & Hart, LLP
acastle@hollandhart.com
dabbott@hollandhart.com
*Attorneys for Colorado River Water Conservation Dist.*

Frederick G. Aldrich, Esq.
Frederick G. Aldrich, LLC
faldrich@aldrich-law.com
*Attorneys for Grand Valley Irrigation*

Casey S. Funk, Esq.
Daniel J. Arnold, Esq.
Jeffrey F. Davis, Esq.
Gail Rosenschein, Esq.
Denver Water
casey.funk@denverwater.org
daniel.arnold@denverwater.org
jeff.davis@denverwater.org
gail.rosenschein@denverwater.org
*Attorneys for City and County of Denver,
  acting by and through its Board of Water
  Commissioners*

Stephen D. Gurr, Esq.
Barry A. Schwartz, Esq.
Kamlet Shepherd & Reichert, LLP
sgurr@ksrlaw.com
bschwartz@ksrlaw.com
*Attorneys for City and County of Denver,
  acting by and through its Board of Water
  Commissioners*

Stanley W. Cazier, Esq.
Cazier McGowan & Walker
cazier_mcgowan@hotmail.com
*Attorneys for Middle Park Water Conservancy District*

James J. DuBois, Esq.
U.S. Department of Justice
james.dubois@usdoj.gov
*Attorneys for City of Colorado Springs*

Mary M. Hammond, Esq.
Karl D. Ohlsen, Esq.
William A. Paddock, Esq.
Carlson, Hammond & Paddock, LLC
mhammond@chp-law.com
kohlsen@chp-law.com
bpaddock@chp-law.com
*Attorneys of City of Colorado Springs*

Austin C. Hamre, Esq.
Duncan Ostrander & Dingess, P.C.
ahamre@dodpc.com
*Attorneys for City of Aurora*

Mark M. Hermundstad, Esq.
Williams Turner & Holmes, P.C.
mherm@wth-law.com
*Attorneys for Grand Valley Water Users Assoc.;
Orchard Mesa Irrigation District; Ute Water
Conservancy District*

David G. Hill, Esq.
Berg Hill Greenleaf & Ruscitti, LLP
dgh@bhgrlaw.com
*Attorneys for City of Englewood*

Nathan A. Keever, Esq.
Dufford Waldeck Milburn & Krohn, LLP
keever@dwmk.com
*Attorneys for Palisade Irrigation District*

U.S. District Court for the District of Colorado, Civil Action No. 49-CV-02782-EWN-CBS
(Consolidated Civil Case Nos. 2782, 5016 and 5017)
Unopposed Motion to Withdraw
Page 4

| | |
|---|---|
| Brian M. Nazarenus, Esq. | Bennett W. Raley, Esq. |
| Olivia D. Lucas, Esq. | Robert V. Trout, Esq. |
| Robert J. Pohlman, Esq. | Trout Raley Montano Witwer & Freeman, P.C. |
| Roger T. Williams, Esq. | braley@troutlaw.com |
| John L. Watson, Esq. | rtrout@troutlaw.com |
| Ryley Carlock & Applewhite | *Attorneys for Northern Colorado Water Cons. Dist.* |
| bnazarenus@rcalaw.com | |
| olucas@rcalaw.com | Chad M. Wallace, Esq. |
| rpohlman@rcalaw.com | Colorado Attorney General's Office |
| rwilliams@rcalaw.com | chad.wallace@state.co.us |
| jwatson@rcalaw.com | *Attorneys for State of Colorado* |
| *Attorneys for Climax Molybdenum Company* | |

/s/*
Jason V. Turner

*\*A printed copy of this document with original signature is maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*