IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 49-CV-02782-EWN-CBS
(Consolidated Civil Case Nos. 2782, 5016 AND 5017)

___

UNITED STATES OF AMERICA,                                **Civil No. 2782**

    Plaintiff,

v.

NORTHERN COLORADO WATER
CONSERVANCY DISTRICT, *et al.,*

In the Matter of the Adjudication of Priorities of        **Civil No. 5016**
Water Rights in Water District 36 for Purposes of
Irrigation:

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

In the Matter of the Adjudication of Priorities of        **Civil No. 5017**
Water Rights in Water District No. 36 for Purposes
Other Than Irrigation:

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

___

**NOTICE OF CHANGE OF ADDRESS**

___

U.S. District Court for the District of Colorado, Civil Action No. 49-CV-02782-EWN-CBS
(Consolidated Civil Case Nos. 2782, 5016 and 5017)
Notice of Change of Address
Page 2

The Colorado River Water Conservation District ("River District"), by and through its attorneys, hereby informs the Court that the contact information for Jason V. Turner is as follows:

Colorado River Water Conservation District
201 Centennial Street, Suite 200
P. O. Box 1120
Glenwood Springs, CO 81602
Phone: (970) 945-8522, ext. 227
Fax: (970) 945-8799
E-mail: jturner@crwcd.org

Respectfully submitted on August 8, 2008.

/s/*
Peter C. Fleming, #20805
Jason V. Turner, #35665

*Attorneys for the Colorado River Water Conservation District*

*\*A printed copy of this document with original signature is maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*

U.S. District Court for the District of Colorado, Civil Action No. 49-CV-02782-EWN-CBS
(Consolidated Civil Case Nos. 2782, 5016 and 5017)
Notice of Change of Address
Page 3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** will be e-filed and served upon the following parties through CM/ECF for the United States District Court within twenty-four (24) hours of this date, August 8, 2008, or deposited in the United States Mail, first class, postage prepaid, as follows:

Anne J. Castle, Esq.
Douglas L. Abbott, Esq.
Holland & Hart, LLP
acastle@hollandhart.com
dabbott@hollandhart.com
*Attorneys for Colorado River Water Conservation Dist.*

Frederick G. Aldrich, Esq.
Frederick G. Aldrich, LLC
faldrich@aldrich-law.com
*Attorneys for Grand Valley Irrigation*

Casey S. Funk, Esq.
Daniel J. Arnold, Esq.
Jeffrey F. Davis, Esq.
Gail Rosenschein, Esq.
Denver Water
casey.funk@denverwater.org
daniel.arnold@denverwater.org
jeff.davis@denverwater.org
gail.rosenschein@denverwater.org
*Attorneys for City and County of Denver,
  acting by and through its Board of Water
  Commissioners*

Stephen D. Gurr, Esq.
Barry A. Schwartz, Esq.
Kamlet Shepherd & Reichert, LLP
sgurr@ksrlaw.com
bschwartz@ksrlaw.com
*Attorneys for City and County of Denver,
  acting by and through its Board of Water
  Commissioners*

Stanley W. Cazier, Esq.
Cazier McGowan & Walker
cazier_mcgowan@hotmail.com
*Attorneys for Middle Park Water Conservancy District*

James J. DuBois, Esq.
U.S. Department of Justice
james.dubois@usdoj.gov
*Attorneys for City of Colorado Springs*

Mary M. Hammond, Esq.
Karl D. Ohlsen, Esq.
William A. Paddock, Esq.
Carlson, Hammond & Paddock, LLC
mhammond@chp-law.com
kohlsen@chp-law.com
bpaddock@chp-law.com
*Attorneys of City of Colorado Springs*

Austin C. Hamre, Esq.
Duncan Ostrander & Dingess, P.C.
ahamre@dodpc.com
*Attorneys for City of Aurora*

Mark M. Hermundstad, Esq.
Williams Turner & Holmes, P.C.
mherm@wth-law.com
*Attorneys for Grand Valley Water Users Assoc.;
Orchard Mesa Irrigation District; Ute Water
Conservancy District*

David G. Hill, Esq.
Berg Hill Greenleaf & Ruscitti, LLP
dgh@bhgrlaw.com
*Attorneys for City of Englewood*

Nathan A. Keever, Esq.
Dufford Waldeck Milburn & Krohn, LLP
keever@dwmk.com
*Attorneys for Palisade Irrigation District*

U.S. District Court for the District of Colorado, Civil Action No. 49-CV-02782-EWN-CBS
(Consolidated Civil Case Nos. 2782, 5016 and 5017)
Notice of Change of Address
Page 4

Brian M. Nazarenus, Esq.
Olivia D. Lucas, Esq.
Robert J. Pohlman, Esq.
Roger T. Williams, Esq.
John L. Watson, Esq.
Ryley Carlock & Applewhite
bnazarenus@rcalaw.com
olucas@rcalaw.com
rpohlman@rcalaw.com
rwilliams@rcalaw.com
jwatson@rcalaw.com
*Attorneys for Climax Molybdenum Company*

Bennett W. Raley, Esq.
Robert V. Trout, Esq.
Trout Raley Montano Witwer & Freeman, P.C.
braley@troutlaw.com
rtrout@troutlaw.com
*Attorneys for Northern Colorado Water Cons. Dist.*

Chad M. Wallace, Esq.
Colorado Attorney General's Office
chad.wallace@state.co.us
*Attorneys for State of Colorado*

/s/*
Jason V. Turner

*\*A printed copy of this document with original signature is maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*