IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Consolidated Cases:   Civil Action No. 2782 (EWN)
    Civil Action No. 5016
    Civil Action No. 5017

UNITED STATES OF AMERICA v.
NORTHERN COLORADO WATER
CONSERVANCY DISTRICT, *et al.*,

IN THE MATTER OF THE ADJUDICATION
OF PRIORITIES OF WATER RIGHTS IN
WATER DISTRICT NO. 36
FOR PURPOSES OF IRRIGATION

PETITIONERS:
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

IN THE MATTER OF THE ADJUDICATION
OF PRIORITIES OF WATER RIGHTS IN
WATER DISTRICT NO. 36
FOR PURPOSES OTHER THAN IRRIGATION

PETITIONERS:
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

Pending before the court is an Unopposed Motion to Withdraw (*doc. no. 220*).

IT IS HEREBY ORDERED that the instant motion is **GRANTED**. Attorney Taylor E.C. Hawes is relieved of any further representation of the River District in the above captioned matter. The Clerk of Court is instructed to remove Ms. Hawes from the electronic certificate of mailing.

IT IS FURTHER ORDERED that counsel for the Colorado River Water Conservation District are instructed to note **D.C.COLOL.CIVR. 10.1K (Signature Block)** and **D.C. COLO. ECF. PROC. V.C.1** and **V.C.4 (Signatures)**. Future failure to comply with the aforementioned rules may result in denial or striking of the document(s).

**DATED:** August 11, 2008