IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 49-cv-02782-EWN-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5, STATE OF COLORADO
Case No. 06CW255

---

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

---

UNOPPOSED MOTION OF CLIMAX MOLYBDENUM COMPANY
FOR ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY

---

COMES NOW Opposer Climax Molybdenum Company ("Climax"), through undersigned counsel, and moves for enlargement of time to respond to discovery propounded by Applicant City and County of Denver, Acting By and Through it Board of Water Commissioners ("Denver").

Counsel for Climax certifies pursuant to D.C.COLO.LCivR 7.1(A) that he has conferred with counsel for Denver regarding the enlargement requested hereby, and that Denver does not oppose such relief.

1.  Denver's served its discovery request on Climax on July 26, 2008. Climax's response is due no earlier than August 28, 2008. This request is timely and is subject to the "good cause" stated in Fed.R.Civ.P. 6(b).

2.  Climax has assembled information relating to Denver's discovery but requires additional time to make further inquiry necessary to respond.

-2-

WHEREFORE, Climax respectfully requests up to and including September 4, 2008 to respond to Denver's discovery.

Respectfully submitted this 28th day of August, 2008.

                      RYLEY CARLOCK & APPLEWHITE

                         /s/ Roger T. Williams
                      Brian M. Nazarenus, #16984
                      Robert J. Pohlman, #6262
                      Roger T. Williams, #26302
                      James M. Noble, #36716
                      1999 Broadway, Suite 1800
                      Denver, Colorado  80202
                      Telephone:  (303) 863-7500
                      Facsimile:   (303) 595-3159
                      E-mail: bnazarenus@rcalaw.com
                              rpohlman@rcalaw.com
                              rwilliams@rcalaw.com
                              jnoble@rcalaw.com

                      ATTORNEYS FOR OPPOSER CLIMAX
                      MOLYBDENUM COMPANY

### CERTIFICATE OF SERVICE

I certify that on August 28, 2008 a true and correct copy of the foregoing UNOPPOSED MOTION OF CLIMAX MOLYBDENUM COMPANY FOR ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY was served on the following through Lexis/Nexis and through ECF for the United States District Court as stated below:

| ▲ Party | Party Type | Attorney | Firm |
|---|---|---|---|
| CITY AND COUNTY OF DENVER ACTING BY AND | Applicant | Funk, Casey S | Denver Water Board Legal Division |
| COLORADO RIVER WATER CONSERVATION DIST. | Opposer | Fleming, Peter C | Colorado River Water Conservation District |
| COLORADO RIVER WATER CONSERVATION DIST. | Opposer | Hawes, Taylor E C | Colorado River Water Conservation District |
| DIVISION 5 ENGINEER | Division Engineer | Division 5 Water Engineer | Division 5 Engineer |
| FRISCO, TOWN OF | Opposer | Montgomery, James R | Moses Wittemyer Harrison & Woodruff PC |
| GRAND VALLEY IRRIGATION | Opposer | Aldrich, Frederick G | Aldrich, Frederick G LLC |
| GRAND VALLEY WATER USERS ASSOCIATION | Opposer | Kurath, Kirsten Marie | Williams Turner & Holmes PC |
| GRAND VALLEY WATER USERS ASSOCIATION | Opposer | Hermundstad, Mark Allen | Williams Turner & Holmes PC |
| MIDDLE PARK CONSERVANCY DISTRICT | Opposer | Cazier, Stanley W | Cazier McGowan & Walker |
| MIDDLE PARK CONSERVANCY DISTRICT | Opposer | Walker, John D | Cazier McGowan & Walker |
| ORCHARD MESA IRRIGATION DISTRICT | Opposer | Kurath, Kirsten Marie | Williams Turner & Holmes PC |
| ORCHARD MESA IRRIGATION DISTRICT | Opposer | Hermundstad, Mark Allen | Williams Turner & Holmes PC |
| STATE ENGINEER | State Engineer | State Water Engineer, Colorado | Colorado Division of Water Resources |
| UTE WATER CONSERVANCY DISTRICT | Opposer | Kurath, Kirsten Marie | Williams Turner & Holmes PC |
| UTE WATER CONSERVANCY DISTRICT | Opposer | Hermundstad, Mark Allen | Williams Turner & Holmes PC |
| WATER DIVISION 5, WATER CLERK KATHY HALL | | | |
| UNITED STATES DISTRICT COURT DISTRICT OF COLORADO | | | |

/s/ DeAnn Robertson

*This document was filed and served via Lexis/Nexis File and Serve pursuant to C.R.C.P. Rule 121. A duly signed original of this document is on file at the law firm of Ryley Carlock & Applewhite.*

-3-