IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 49-CV-02782-EWN-CBS
CONSOLIDATED CIVIL CASE NOS. 2782, 5016 AND 5017
and

| | |
|---|---|
| **DISTRICT COURT, WATER DIVISION 5, COLORADO** <br> Court Address:   Garfield County Courthouse <br>   109 8th Street, Ste. 104 <br>   Glenwood Springs, CO  81601 <br> Telephone:   (970) 947-3861 | |
| **CONCERNING THE APPLICATION FOR WATER RIGHTS OF:** <br><br> **THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS,** <br><br> **IN SUMMIT COUNTY.** | ▲ **COURT USE ONLY** ▲ <br> Case Number:  06CW255 |
| Attorney for Colorado River Water Conservation District: | |
| Name:   Anne J. Castle <br>   Christopher L. Thorne <br>   Douglas L. Abbott <br> Address:   HOLLAND & HART LLP <br>   555 Seventeenth Street, Suite 3200 <br>   Post Office Box 8749 <br>   Denver, Colorado  80201-8749 <br> Telephone:   (303) 295-8000 <br> Facsimile:   (303) 295-8261 <br> E-mail:   acastle@hollandhart.com <br>   cthorne@hollandhart.com <br>   dabbott@hollandhart.com <br> Atty.Reg.#:   11202, 20003, 18683 | |
| **ENTRY OF APPEARANCE** | |

   Anne J. Castle, Christopher L. Thorne, and Douglas L. Abbott of Holland & Hart LLP hereby enter their appearances as co-counsel in the captioned case on behalf of Colorado River Water Conservation District.

Copies of all pleadings and further orders of the Court should be served on the undersigned through CM/ECF, Lexis/Nexis or, if mailed, at the following address:

>Anne J. Castle
>Christopher L. Thorne
>Douglas L. Abbott
>HOLLAND & HART LLP
>555 17th Street, Suite 3200
>P.O. Box 8749
>Denver, CO  80201-8749

Dated September 12, 2008.

Respectfully submitted,

s/ Anne J. Castle
Anne J. Castle, #11202

s/ Christopher L. Thorne
Christopher L. Thorne, #20003

s/ Douglas L. Abbott
Douglas L. Abbott, #18683

HOLLAND & HART LLP
**CO-COUNSEL FOR COLORADO RIVER WATER CONSERVATION DISTRICT**

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **ENTRY OF APPEARANCE** will be e-filed and served upon the following parties through CM/ECF for the United States District Court and through Lexis/Nexis for the District Court, Water Division 5, within twenty-four (24) hours of this date, September 12, 2008, or deposited in the U.S. Mail, first class, postage prepaid, as follows:

Peter C. Fleming, Esq.
Jason V. Turner, Esq.
Colorado River Water Conservation District
plfeming@crwcd.org
jturner@crwcd.org
*Co-Counsel for Colorado River Water Conservation District*

James J. DuBois, Esq.
U.S. Department of Justice
james.dubois@usdoj.gov
*Attorneys for City of Colorado Springs*

Frederick G. Aldrich, Esq.
Frederick G. Aldrich, LLC
faldrich@aldrich-law.com
*Attorneys for Grand Valley Irrigation*

Marry M. Hammond, Esq.
Karl D. Ohlsen, Esq.
William A. Paddock, Esq.
Carlson, Hammond & Paddock, LLC
mhammond@chp-law.com
kohlsen@chp-law.com
bpaddock@chp-law.com
*Attorneys for City of Colorado Springs*

Casey S. Funk, Esq.
Daniel J. Arnold, Esq.
Jeffrey F. Davis, Esq.
Gail Rosenschein, Esq.
Denver Water
casey.funk@denverwater.org
daniel.arnold@denverwater.org
jeff.davis@denverwater.org
gail.rosenschein@denverwater.org
*Attorneys for City and County of Denver, acting by and through its Board of Water Commissioners*

Austin C. Hamre, Esq.
Dunstan Ostrander & Dingess, P.C.
ahamre@dodpc.com
*Attorneys for City of Aurora*

Stephen D. Gurr, Esq.
Barry A. Schwartz, Esq.
Kamlet Shepherd & Reichert, LLP
sgurr@ksrlaw.com
bschwartz@ksrlaw.com
*Attorneys for City and County of Denver, acting by and through its Board of Water Commissioners*

Mark M. Hermundstad, Esq.
Williams Turner & Holmes, P.C.
mherm@wth-law.com
*Attorneys for Grand Valley Water Users Assoc.; Orchard Mesa Irrigation District; Ute Water Conservancy District*

Stanley W. Cazier, Esq.
Cazier McGowan & Walker
cazier_mcgowan@hotmail.com
*Attorneys for Middle Park Water Conservancy District*

David G. Hill, Esq.
Berg Hill Greenleaf & Ruscitti, LLP
dgh@bhgrlaw.com
*Attorneys for City of Englewood*

Brian M. Nazarenus, Esq.
Olivia D. Lucas, Esq.
Robert J. Pohlman, Esq.
Roger T. Williams, Esq.
Ryley Carlock & Applewhite
bnazarenus@rcalaw.com
olucas@rcalaw.com
rpohlman@rcalaw.com
rwilliams@rcalaw.com
jwatson@rcalaw.com
*Attorneys for Climax Molybdenum Company*

Nathan A. Keever, Esq.
Dufford Waldeck Milburn & Krohn, LLP
keever@dwmk.com
*Attorneys for Palisade Irrigation District*

Bennett W. Raley, Esq.
Robert V. Trout, Esq.
Trout Raley Montano Witwer & Freeman, P.C.
braley@troutlaw.com
rtrout@troutlaw.com
*Attorneys for Northern Colorado Water Conservancy District*

Chad M. Wallace, Esq.
Colorado Attorney General's Office
chad.wallace@state.co.us
*Attorneys for State of Colorado*

State Water Engineer
Division 5 Engineer
Colorado Division of Water Resources
dick.wolfe@state.co.us
alan.martellaro@state.co.us

*A printed copy of this document with original signature is maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*

                                                  s/ Lisa M. Podsiadlik

3922890_1.DOC