IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Acton No.: 49-cv-02782-EWN-CBS
Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 06CW255

## ORDER AMENDING SCHEDULING ORDER

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

THE COURT, having received and reviewed Applicant City and County of Denver, acting by and through its Board of Water Commissioners ("Denver Water")'s Unopposed Motion to Amend the Scheduling Order, and having reviewed the file and being otherwise advised in the premises, hereby ORDERS that:

1. Denver Water has established good cause to amend the Scheduling Order in this matter.

2. The second sentence of Section 8(d)(2) of the Scheduling Order is amended to read "Each party or discrete group of parties is limited to no more than seven experts, absent leave of court upon a showing of good cause."

3. The second sentence of Section 8(h)(4) of the Scheduling Order is amended to read "Each party or discrete group of parties shall be limited to 30 requests under Fed.R.Civ.P. 34."

DATED this ___ day of October, 2008.

BY THE COURT

_____
Hon. Craig B. Shaffer
United States Magistrate Judge

{00198986.DOC / 1}