IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Acton No.: 49-cv-02782-EWN-CBS
Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 06CW255

## ORDER AMENDING SCHEDULING ORDER

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV -3 2008

GREGORY C. LANGHAM
CLERK

49-cv-2782 EWN # 231

Christopher L. Thorne
Fognani Guibord & Homsy, LLP
1700 Lincoln Street
#2222
Denver, C O 80203

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
A. ARRAJ COURTHOUSE
19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

017H15524679
HASLER  $0.429
10/15/2008
Mailed From 80202
US POSTAGE

RETURNED TO SENDER
ATTEMPTED NOT KNOWN

*Return to Sender Not at this address*  ANK

80203+4522