## Other Orders/Judgments

1:49-cv-02782-EWN-CBS Water Rights, et al v. **CASE CLOSED on 05/20/1993**
APPEAL, NDISPO, TERMED

**U.S. District Court**

**District of Colorado**

## Notice of Electronic Filing

FICE OF THE CLERK
TATES DISTRICT COURT
D A. ARRAJ COURTHOUSE
I-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV -3 2008

GREGORY C. LANGHAM
CLERK

49- cv- 2782 # 230
Christopher L. Thorne  EWN
Fognani Guibord & Homsy, LLP
1700 Lincoln Street
#2222
Denver, CO 80203

017H15524679
HASLER
$0.420
10/13/2008
Mailed From 80202
US POSTAGE

NOT DELIVERABLE
AS ADDRESSED
UNABLE TO FORWARD

Return to Sender - Not at This Address

ANK

80203+4522