'FICE OF THE CLERK
TATES DISTRICT COURT
:D A. ARRAJ COURTHOUSE
)1-19TH ST., ROOM A105
:NVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV -3 2008

GREGORY C. LANGHAM
CLERK

017H15524679
HASLER $0.420
10/15/2008
Mailed From 80202
US POSTAGE

NOT DELIVERABLE
AS ADDRESSED
UNABLE TO FORWARD

49- cv- 2782 # 230
Christopher L. Thorne EMV
Fognani Guibord & Homsy, LLP
1700 Lincoln Street
#2222
Denver, CO 80203

Return to Sender - Not at This Address

ANK

80203+4522

Case No. 1:49-cv-02782-MSK-CBS   Document 234   filed 11/03/08   USDC Colorado
pg 2 of 2
CM/ECF - U.S. District Court:cod                                      Page 1 of 3

## Other Orders/Judgments
1:49-cv-02782-EWN-CBS Water Rights, et al v. **CASE CLOSED on 05/20/1993**
APPEAL, NDISPO, TERMED

### U.S. District Court

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 10/14/2008 at 1:58 PM MDT and filed on 10/14/2008
**Case Name:** Water Rights, et al v.
**Case Number:** 1:49-cv-2782
**Filer:**
**WARNING: CASE CLOSED on 05/20/1993**
**Document Number:** 230(No document attached)

**Docket Text:**
**MEMORANDUM regarding [228] Unopposed MOTION to Amend/Correct/Modify [208] Scheduling Conference, Set Scheduling Order Deadlines, filed by Board of Water Commissioners. Motion referred to Magistrate Judge Craig B Shaffer. Entered by Chief Judge Edward W. Nottingham on 10/14/08. (Text Only Entry - No Document Attached) (ewnsec, )**

**1:49-cv-2782 Notice has been electronically mailed to:**

Brian Max Nazarenus bnazarenus@rcalaw.com, awoodley@rcalaw.com, kcanjar@rcalaw.com, pdavis@rcalaw.com

Frederick G. Aldrich faldrich@aldrich-law.com, kdavis@aldrich-law.com

Anne Jamieson Castle acastle@hollandhart.com, IntakeTeam@HollandHart.com

Stanley W. Cazier cazier_mcgowan@hotmail.com

James J. DuBois james.dubois@usdoj.gov, efile_nrs.enrd@usdoj.gov, linda.shumard@usdoj.gov, mariel.yarbrough@usdoj.gov, susan.middagh@usdoj.gov

Casey S. Funk casey.funk@denverwater.org, karel.moseley@denverwater.org

Mark A. Hermundstad mherm@wth-law.com, clr@wth-law.com

David G. Hill dgh@bhgrlaw.com, pag@bhgrlaw.com