:E OF THE CLERK
TES DISTRICT COURT
. ARRAJ COURTHOUSE
9TH ST., ROOM A105
ER, CO 80294-3589

FICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 3 2008

GREGORY C. LANGHAM
CLERK

49-cv- 2782 MSK # 251

Christopher L. Thorne
Fognani Guibord & Homsy, LLP
1700 Lincoln Street
#2222
Denver, C O 80203

017H15524679
HASLER
$0.42⁰
10/15/2008
Mailed From 80202
US POSTAGE

ATTEMPTED
NOT KNOWN

Return to
Sender
Not at this
address

ANK

80203+4522

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Acton No.: 49-cv-02782-EWN-CBS
Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 06CW255

## ORDER AMENDING SCHEDULING ORDER

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

THE COURT, having received and reviewed Applicant City and County of Denver, acting by and through its Board of Water Commissioners ("Denver Water")'s Unopposed Motion to Amend the Scheduling Order *(doc. # 228)*, and having reviewed the file and being otherwise advised in the premises, hereby ORDERS that:

1. Denver Water has established good cause to amend the Scheduling Order in this matter.

2. The second sentence of Section 8(d)(2) of the Scheduling Order is amended to read "Each party or discrete group of parties is limited to no more than seven experts, absent leave of court upon a showing of good cause."

3. The second sentence of Section 8(h)(4) of the Scheduling Order is amended to read "Each party or discrete group of parties shall be limited to 30 requests under Fed.R.Civ.P. 34."

DATED at Denver, Colorado, this 15th day of October, 2008.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge