UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 49-cv-02782-EWN-CBS

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on November 6, 2008, I mailed a copy of Order filed October 15, 2008 and corresponding notice of electronic filing and the notice of electronic filing of the text only Memorandum filed October 14, 2008 using the CM/ECF system which will send notification of such filing to the following individuals:
See Attached NEF

And I hereby further certify that I have mailed the above mentioned document to the following non CM/ECF participants:

Christopher L. Thorne
HOLLAND & HART LLP
555 17th Street, Suite 3200
P.O. Box 8749
Denver, CO 80201-8749

GREGORY C. LANGHAM, Clerk

By s/ Gail Shaw
   Deputy Clerk