IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 49-cv-02782-EWN-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5, STATE OF COLORADO
Case NO. 06CW255

_____

**UNOPPOSED MOTION TO ENTER PROTECTIVE ORDER**
_____

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY
_____

Applicant, The City and County of Denver, acting by and through its Board of Water Commissioners ("Applicant"), by its attorneys, hereby moves for the adoption and entry of the attached executed proposed Protective Order, stating as follows:

1. Pursuant to D.C.COLO.L.Civ.R. 7.1.A, the undersigned hereby certifies that he has conferred with counsel for the other parties with respect to the relief sought herein. The undersigned is authorized to inform this Court that all parties agree to said relief.

2. The parties have collaborated on and executed a proposed Protective Order that would govern the production and disposition of confidential documents produced in this case.

3. That proposed Protective Order is attached hereto.

4. Applicant respectfully requests that this Court adopt the attached proposed Protective Order and make it an Order of this Court.

2

WHEREFORE, for the foregoing reasons, Applicant The City and County of Denver, acting by and through its Board of Water Commissioners respectfully requests that this Court adopt the attached Protective Order and enter it as an Order of this Court in this case.

Dated this 7th day of November, 2008.

                KAMLET SHEPHERD & REICHERT LLP

              By:  *s/Barry A. Schwartz*
                 Barry A. Schwartz, Esq.
                 Stephen D. Gurr, Esq.
                 1515 Arapahoe Street
                 Tower 1, Suite 1600
                 Denver, Colorado 80202
                 (303) 825-4200
                 (303) 825-1185 fax

                 ***ATTORNEYS FOR APPLICANT***

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November, 2008, a true and correct copy of the foregoing **UNOPPOSED MOTION TO ENTER PROTECTIVE ORDER** was served upon the following counsel:

*Via ECF Service and LexisNexis File and Serve as follows:*

Brian M. Nazarenus, Esq.
Robert J. Pohlman, Esq.
Roger T. Williams, Esq.
RYLEY CARLOCK & APPLEWHITE
1999 Broadway, Suite 1800
Denver, CO  80202
***Counsel for Climax Molybdenum Company***

Mark A. Hermundstad, Esq.
Kirsten M. Kurath, Esq.
Williams Turner & Holmes, P.C.
200 North 6th Street
PO Box 338
Grand Junction, CO 81502
***Counsel for Grand Valley Water Users Association***
***Counsel for Orchard Mesa Irrigation District***
***Counsel for Ute Water Conservancy District***

Anne Jamieson Castle, Esq.
Douglas L. Abbott, Esq.
Christopher L. Thorne, Esq.
Holland & Hart, LLP-Denver
P.O. Box 8749
555 17th Street
#3200
Denver, CO 80201-8749
***Counsel for Colorado River Water Conservation District***

Peter C. Fleming, Esq.
Jason V. Turner, Esq.
PO Box 1120
Glenwood Springs, CO 81602
***Counsel for Colorado River Water Conservation District***

Frederick G. Aldrich, Esq.
Aldrich Frederick, LLC
601A 28 ¼ Road
Grand Junction, CO 81506
***Counsel for Grand Valley Irrigation Company***

Stanley W. Cazier, Esq.
John D. Walker, Esq.
Cazier McGowan & Walker
PO Box 500
Granby, CO 80446
***Counsel for Middle Park Water Conservancy District***

Nathan A. Keever, Esq.
Dufford Waldeck Milburn & Krohn, LLP
744 Horizon Court, Suite 300
Grand Junction, CO 81506
***Counsel for Palisade Irrigation District***

*s/Diana L. Brechtel*
Diana L. Brechtel

{00205134.DOC / 1}    4