| | |
|---|---|
| DISTRICT COURT, CLEAR CREEK COUNTY, STATE OF COLORADO<br><br>405 Argentine<br>P.O. Box 367<br>Georgetown, Colorado 80444 | |
| **Plaintiff:**<br><br>CYPRUS AMAX MINERALS COMPANY, a Delaware corporation<br><br>vs.<br><br>**Defendants:**<br><br>PRAIRIE FAMILY PHYSICIANS, P.C. d/b/a CHICAGO CREEK CLINIC, a Colorado corporation; EVERGREEN NATIONAL BANK; CLEAR CREEK ECONOMIC DEVELOPMENT CORPORATION, INC., a Colorado nonprofit corporation; and IRENE KINCADE, as Public Trustee of Clear Creek County, Colorado | ▲ COURT USE ONLY ▲ |
| RYLEY CARLOCK & APPLEWHITE<br>Attorneys for CYPRUS AMAX MINERALS COMPANY<br>Roger T. Williams, Atty. Reg. #26302<br>Greg M. Moore, Atty. Reg. # 39744<br>1999 Broadway, Suite 1800<br>Denver, Colorado 80202<br>Telephone:  303-863-6749<br>Facsimile:   303-595-3159<br>Email: rwilliams@rcalaw.com<br>         gmoore@rcalaw.com | Case Number: _____<br><br><br>Div: _____<br>Ctrm: _____ |
| DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT | |

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases.

1043951.1
11/7/08

2. Check the boxes applicable to this case.

☐ Simplified Procedure under C.R.C.P. 16.1 **applies** to this case because this party does not seek a monetary judgment in excess of $100,000.00 against another party, including any attorney fees, penalties or punitive damages but excluding interest and costs and because this case is not a class action or forcible entry and detainer, Rule 106, Rule 120, or other expedited proceeding.

☒ Simplified Procedure under C.R.C.P. 16.1, **does not apply** to this case because (check one box below identifying why 16.1 does not apply):

  ☐ This is a class action or forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding,   **or**
  ☒ This party is seeking a monetary judgment for more than $100,000.00 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs (see C.R.C.P. 16.1(c)),   **or**
  ☐ Another party has previously stated in its cover sheet that C.R.C.P. 16.1 does not apply to this case.

3. ☐ This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

Dated this _10_ day of November, 2008.

RYLEY CARLOCK & APPLEWHITE

_____
Roger T. Williams, #26302
Greg M. Moore, #39744
ATTORNEYS FOR PLAINTIFF CYPRUS AMAX MINERALS COMPANY

---

**NOTICE**

✓ This cover sheet must be filed in all District Court Civil (CV) Cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.
✓ This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.
✓ This cover sheet shall not be considered a pleading for purposes of C.R.C.P. 11.

1043951.1
11/7/08

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 49-cv-02782-EWN-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5, STATE OF COLORADO
Case No. 06CW255

---

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

---

UNOPPOSED MOTION OF CLIMAX MOLYBDENUM COMPANY
FOR ENLARGEMENT OF TIME TO SUBMIT REBUTTAL EXPERT REPORTS

---

COMES NOW, Opposer, Climax Molybdenum Company ("Climax"), by and through undersigned counsel, and moves for enlargement of time for all parties to designate rebuttal experts and provide the information specified in Fed. R. Civ. P. 26(a)(2) with respect to such rebuttal experts. As grounds therefore, Climax states as follows:

Counsel for Climax certifies, pursuant to D.C. Colo. L. Civ. R. 7.1(A) that he has conferred with counsel for Applicant City and County of Denver, acting by and through its Board of Water Commissioners ("Denver"), regarding the enlargement requested hereby, and that Denver does not oppose such relief.

Pursuant to Paragraph 8(d)(4) of the Scheduling Order entered by the Court on May 16, 2008, all parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before December 1, 2008. By this Motion, Climax requests a one-week extension of this deadline for all parties to December 8, 2008. The current deadline falls on the next business day after the Thanksgiving

1044045.1
11/8/08

-2-

Day holiday, and the parties' counsel and experts have travel and other arrangements near the holiday that make the current deadline difficult to meet.

No party will be prejudiced by this one-week extension of time, because the date for completion of all discovery is January 31, 2009, pursuant to Paragraph 8(b) of the Scheduling Order. Even with the extension, parties would be allowed approximately eight weeks to conduct discovery with respect to rebuttal disclosures.

WHEREFORE, Climax respectfully requests an order granting all parties through December 8, 2008 to comply with the requirements of Paragraph 8(d)(4) of the Scheduling Order.

Respectfully submitted this 12th day of November, 2008.

RYLEY CARLOCK & APPLEWHITE

_____
Brian M. Nazarenus, #16984
Robert J. Pohlman, #6262
Roger T. Williams, #26302
1999 Broadway, Suite 1800
Denver, Colorado 80202
Telephone: (303) 863-7500
Facsimile: (303) 595-3159
E-mail: bnazarenus@rcalaw.com
       rpohlman@rcalaw.com
       rwilliams@rcalaw.com

ATTORNEYS FOR OPPOSER CLIMAX
MOLYBDENUM COMPANY

# CERTIFICATE OF SERVICE

I hereby certifiy that on this 12th day of November, 2008, a true and correct copy of the foregoing **UNOPPOSED MOTION OF CLIMAX MOLYBENUM COMPANY FOR ENLARGEMENT OF TIME TO SUBMIT REBUTTAL EXPERT REPORTS** was served upon the following counsel via Lexis/Nexis and through ECF for the United States District Court as stated below:

**USA**                                   Represented by **James J. DuBois**
                                          U.S. Department of Justice-CO-
                                          Environmental Enforcement
                                          1961 Stout Street
                                          8th Floor
                                          Denver , CO 80294
                                          303-844-1375
                                          Fax: 303-844-1350
                                          Email: james.dubois@usdoj.gov
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Board of Water Commissioners**          represented by **Casey S. Funk**
*City and County of Denver acting by*     Denver Water Department
*and through*                             1600 West 12th Avenue
                                          Denver , CO 80204
                                          303-628-6460
                                          Fax: 303-628-6478
                                          Email: casey.funk@denverwater.org
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Daniel John Arnold**
                                          Denver Water Department
                                          1600 West 12th Avenue
                                          Denver , CO 80204
                                          303-628-6460
                                          Fax: 303-628-6748
                                          Email:
                                          daniel.arnold@denverwater.org
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Gail Rosenschein**
                                          Denver Water Department

-3-

|  |  |
|---|---|
|  | 1600 West 12th Avenue<br>Denver , CO 80204<br>303-628-6460<br>Fax: 303-628-6478<br>Email: gail.rosenschein@denverwater.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeffrey Flinn Davis**<br>Denver Water Department<br>1600 West 12th Avenue<br>Denver , CO 80204<br>303-628-6460<br>Fax: 303-628-6478<br>Email: jeff.davis@denverwater.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Barry Alan Schwartz**<br>Kamlet Shepherd & Reichert, LLP<br>1515 Arapahoe Street<br>Tower 1<br>#1600<br>Denver , CO 80202<br>303-825-4200<br>Fax: 303-825-1185<br>Email: bschwartz@ksrlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Stephen D. Gurr**<br>Kamlet Shepherd & Reichert, LLP<br>1515 Arapahoe Street<br>Tower 1<br>#1600<br>Denver , CO 80202<br>303-825-4200<br>Email: sgurr@ksrlaw.com<br>*ATTORNEY TO BE NOTICED* |
| **Grand Valley Water Users Association** | represented by **Mark A. Hermundstad**<br>Williams, Turner & Holmes, P.C.<br>P.O. Box 338<br>200 North 6th Street<br>#103<br>Grand Junction , CO 81502 |

-4-

|  |  |  |
|---|---|---|
|  |  | 970-242-6262<br>Fax: 970-241-3026<br>Email: mherm@wth-law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Orchard Mesa Irrigation District** | represented by | **Mark A. Hermundstad**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Colorado River Water Conservation District** | represented by | **Anne Jamieson Castle**<br>Holland & Hart, LLP-Denver<br>P.O. Box 8749<br>555 17th Street<br>#3200<br>Denver , CO 80201-8749<br>303-295-8229<br>Fax: 303-975-5435<br>Email: acastle@hollandhart.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christopher L. Thorne**<br>Holland & Hart, LLP-Denver<br>P.O. Box 8749<br>555 17th Street<br>#3200<br>Denver , CO 80201-8749<br>303-295-8488<br>Fax: 303-713-6310<br>Email: cthorne@hollandhart.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Douglas L. Abbott**<br>Holland & Hart, LLP-Denver<br>P.O. Box 8749<br>555 17th Street<br>#3200<br>Denver , CO 80201-8749<br>303-295-8000<br>Fax: 295-8261<br>Email: dabbott@hollandhart.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | |
|---|---|
| | **Peter Cheney Fleming**<br>Colorado River Water Conservation District<br>P.O. Box 1120<br>201 Centennial Street<br>#200<br>Glenwood Springs , CO 81602<br>970-945-8522<br>Fax: 970-945-8799<br>Email: pfleming@crwcd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | **Jason V. Turner**<br>Colorado River Water Conservation District<br>P.O. Box 1120<br>201 Centennial Street<br>#200<br>Glenwood Springs , CO 81602<br>970-945-8522<br>Fax: 970-945-8799<br>Email: jturner@crwcd.org<br>*ATTORNEY TO BE NOTICED* |
| | **Taylor E.C. Hawes**<br>Colorado River Water Conservation District<br>P.O. Box 1120<br>201 Centennial Street<br>#200<br>Glenwood Springs , CO 81602<br>970-945-8522<br>Fax: 970-945-8799<br>Email: thawes@crwcd.org<br>*TERMINATED: 08/11/2008* |
| **Palisade Irrigation District** | represented by **Michael Craig Santo**<br>Bechtel & Santo, L.L.P.<br>205 North 4th Street<br>#300<br>Grand Junction , CO 81501<br>970-683-5888<br>Fax: 970-683-5887<br>Email: santo@bechtelsanto.com |

                                                                         *TERMINATED: 01/16/2007*
*LEAD ATTORNEY*

**Nathan A. Keever**
Dufford, Waldeck, Milburn & Krohn, LLP
744 Horizon Court
#300
Grand Junction , CO 81506
970-241-5500
Fax: 970-243-7738
Email: davis@dwmk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Grand Valley Irrigation Company** | represented by | **Frederick G. Aldrich**<br>Frederick G. Aldrich LLC<br>601 A 28 1/4 Road<br>Grand Junction , CO 81506<br>970-245-7950<br>Fax: 970-245-0664<br>Email: faldrich@aldrich-law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Middle Park Water Conservancy District** | represented by | **Stanley W. Cazier**<br>Cazier, McGowan & Walker, P.C.<br>62495 U.S. Highway 40<br>P.O. Box 500<br>Granby , CO 80446<br>970-887-3376<br>Fax: 970-887-9430<br>Email: cazier_mcgowan@hotmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Englewood, City of** | represented by | **David G. Hill**<br>Berg Hill Greenleaf & Ruscitti, LLP<br>1712 Pearl Street<br>Boulder , CO 80302<br>303-402-1600<br>Fax: 303-402-1601<br>Email: dgh@bhgrlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

|  |  |  |
|---|---|---|
|  |  | **Kathleen M. Morgan**<br>Moriarty Leyendecker Erben, P.C.<br>1123 Spruce Street<br>#200<br>Boulder , CO 80302<br>1-800-677-7095<br>Fax: 713-528-1390<br>Email: kathleen@moriarty.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Colorado Springs Utilities** | represented by | **William A. Paddock**<br>Carlson, Hammond & Paddock, L.L.C.<br>1700 Lincoln Street<br>#3900<br>Denver , CO 80203<br>303-861-9000<br>Fax: 303-861-9206<br>Email: bpaddock@chp-law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Colorado Springs, City of** | represented by | **Gregory L. Johnson**<br>City Attorney's Office-Colorado Springs Colorado<br>30 South Nevada Avenue, #501<br>P.O. Box 1575, Mail Code 510<br>Colorado Springs , CO 80901<br>719-385-5909<br>*TERMINATED: 05/10/2005*<br>*LEAD ATTORNEY* |
|  |  | **James J. DuBois**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Karl D. Ohlsen**<br>Carlson, Hammond & Paddock, L.L.C.<br>1700 Lincoln Street<br>#3900<br>Denver , CO 80203<br>303-861-9000<br>Fax: 303-861-9026 |

-8-

|  |  |  |
|---|---|---|
|  |  | Email: kohlsen@chp-law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mary Mead Hammond**<br>Carlson, Hammond & Paddock, L.L.C.<br>1700 Lincoln Street<br>#3900<br>Denver , CO 80203<br>303-861-9000<br>Fax: 303-861-9026<br>Email: mhammond@chp-law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**William A. Paddock**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **City of Aurora**<br>*acting by and through its other*<br>Utility Enterprise | represented by | **Austin C. Hamre**<br>Duncan, Ostrander & Dingess, P.C.<br>3600 South Yosemite Street<br>#500<br>Denver , CO 80237-1829<br>303-779-0200<br>Fax: 303-779-3662<br>Email: ahamre@dodpc.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Northern Colorado Water Conservancy District** | represented by | **Donald E. Phillipson**<br>Donald E. Phillipson, Attorney at Law<br>14325 Braun Road<br>Golden , CO 80401-1431<br>303-279-1577<br>Fax: 303-279-8845<br>Email: dbls99@comcast.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James J. DuBois**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

|  |  |  |
|---|---|---|
|  |  | **Robert V. Trout**<br>Trout, Raley, Montano, Witwer & Freeman, P.C.<br>1120 Lincoln Street<br>#1600<br>Denver , CO 80203<br>303-861-1963<br>Fax: 303-832-4465<br>Email: rtrout@troutlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bennett W. Raley**<br>Trout, Raley, Montano, Witwer & Freeman, P.C.<br>1120 Lincoln Street<br>#1600<br>Denver , CO 80203<br>303-861-1963<br>Fax: 303-832-4465<br>Email: braley@troutlaw.com<br>*ATTORNEY TO BE NOTICED* |
| **Colorado Division of Water Resources** | represented by | **Chad Matthew Wallace**<br>Colorado Attorney General's Office-Natural Res. & Envir<br>1525 Sherman Street, 5th Floor<br>Denver , CO 80203<br>303-866-5461<br>Email: chad.wallace@state.co.us<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Steven O. Sims**<br>Brownstein Hyatt Farber Schreck, LLP<br>410 17th Street<br>#2200<br>Denver , CO 80202-4437<br>303-223-1100<br>Fax: 303-223-1111<br>*TERMINATED: 08/15/2005*<br>*LEAD ATTORNEY* |
| **Colorado, State of** | represented by | **Chad Matthew Wallace**<br>Colorado Attorney General's Office- |

|  |  |  |
|---|---|---|
|  |  | Natural Res. & Envir<br>Natural Resources & Environment Section<br>1525 Sherman Street, 5th Floor<br>Denver , CO 80203<br>303-866-5461<br>Email: chad.wallace@state.co.us<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Ute Water Conservancy District** | represented by | **Mark A. Hermundstad**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Frisco, Town of** | represented by | **James R. Montgomery**<br>Moses, Wittemyer, Harrison & Woodruff, P.C.<br>P.O. Box 1440<br>1002 Walnut Street<br>#300<br>Boulder , CO 80302<br>303-443-8782<br>Fax: 303-443-8796<br>Email: jmontgomery@mwhw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

By: [signature]

*This document was filed and served via Lexis/Nexis File and Serve pursuant to C.R.C.P. Rule 121. A duly signed original of this document is on file at the law firm of Ryley Carlock & Applewhite.*