IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 49-cv-02782-EWN-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5, STATE OF COLORADO
Case No. 06CW255

_____

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY
_____

ORDER GRANTING UNOPPOSED MOTION OF CLIMAX MOLYBDENUM COMPANY FOR ENLARGEMENT OF TIME TO SUBMIT REBUTTAL EXPERT REPORTS
_____

THIS MATTER, having come before the Court pursuant to the UNOPPOSED MOTION OF CLIMAX MOLYBDENUM COMPANY FOR ENLARGEMENT OF TIME TO SUBMIT REBUTTAL EXPERT REPORTS and the Court, being fully advised in the premises and having found good cause, hereby grants said motion and orders that all parties shall have through and including December 8, 2008 to comply with the requirements of Paragraph 8(d)(4) of the Scheduling Order entered in this case.

_____
United States Magistrate Judge

1044546.1
11/11/08