IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-MSK-CBS
Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5, STATE OF COLORADO
Case No. 06CW255

**UNOPPOSED MOTION TO AMEND SCHEDULING ORDER TO ADD
SECOND ADDENDUM – AN AMENDED ESI PROTOCOL**

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

Applicant, City and County of Denver, acting by and through its Board of Water Commissioners ("Denver"), by its attorneys, hereby moves to supplement the Scheduling Order to add an amended ESI Protocol to which all parties have agreed. As grounds therefor, Denver states as follows:

1. This Court entered a Scheduling Order on May 19, 2008.

2. On July 1, 2008, the Court accepted as an Addendum to the Scheduling Order the ESI Protocol to which Denver and Climax agreed. The other opposers were not parties to that ESI Protocol.

3. All of the parties have now agreed to an amended ESI Protocol, which is attached hereto as Exhibit A. This amended ESI Protocol does not differ substantively from the version previously accepted by the Court and appended to the Scheduling Order; rather, it simply addresses issues germane to the Colorado River Water Conservation District's IT architecture.

{00205996.DOC / 1}

4. The parties agree that the amended ESI Protocol should become the governing ESI Protocol in this case. Accordingly, Denver respectfully requests that this Court further amend the Scheduling Order to add the amended ESI Protocol in lieu of the prior ESI Protocol.

WHEREFORE, for the foregoing reasons, Denver respectfully requests that this Honorable Court amend the Scheduling Order to add the attached ESI Protocol as the governing ESI Protocol in this case.

Dated this 13th day of November, 2008.

**DENVER WATER**

Casey S. Funk
Daniel J. Arnold
1600 W 12th Avenue
Denver, CO 80204-3412

*Counsel for Applicant City & County of Denver, acting by and through its Board of Water Commissioners*

**KAMLET SHEPHERD & REICHERT, LLP**

*/s/ Barry A. Schwartz*
Barry A. Schwartz
Stephen D. Gurr
1515 Arapahoe Street, Tower 1, Suite 1600
Denver, CO 80202

*Counsel for Applicant City & County of Denver, acting by and through its Board of Water Commissioners*

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2008, a true and correct copy of the foregoing **UNOPPOSED MOTION TO AMEND SCHEDULING ORDER TO ADD SECOND ADDENDUM – AN AMENDED ESI PROTOCOL** was served upon the following counsel:

<u>*Via ECF and LexisNexis File and Serve under Case No 06CW255*</u>

Brian M. Nazarenus, Esq.
Robert J. Pohlman, Esq.
Roger T. Williams, Esq.
RYLEY CARLOCK & APPLEWHITE
1999 Broadway, Suite 1800
Denver, CO   80202
***Counsel for Climax Molybdenum Company***

Anne Jamieson Castle, Esq.
Douglas L. Abbott, Esq.
Christopher Thorne, Esq.
Holland & Hart, LLP-Denver
P.O. Box 8749
555 17th Street, #3200
Denver, CO 80201-8749
***Counsel for Colorado River Water Conservation District***

Mark A. Hermundstad, Esq.
Kirsten M. Kurath, Esq.
Williams Turner & Holmes, P.C.
200 North 6th Street
PO Box 338
Grand Junction, CO 81502
***Counsel for Grand Valley Water Users Association***
***Counsel for Orchard Mesa Irrigation District***
***Counsel for Ute Water Conservancy District***

Peter C. Fleming, Esq.
Jason V. Turner, Esq.
PO Box 1120
Glenwood Springs, CO 81602
***Counsel for Colorado River Water Conservation District***

{00205996.DOC / 1}

3

Frederick G. Aldrich, Esq.
Aldrich Frederick, LLC
601A 28 ¼ Road
Grand Junction, CO 81506
*Counsel for Grand Valley Irrigation Company*

Stanley W. Cazier, Esq.
John D. Walker, Esq.
Cazier McGowan & Walker
PO Box 500
Granby, CO 80446
*Counsel for Middle Park Water Conservancy District*

Nathan A. Keever, Esq.
Dufford Waldeck Milburn & Krohn, LLP
744 Horizon Court, Suite 300
Grand Junction, CO 81506
*Counsel for Palisade Irrigation District*


          */s/ Diana L. Brechtel*
          Diana L. Brechtel

{00205996.DOC / 1}

4