IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Acton No.: 49-cv-02782-MSK-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 06CW255

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

**ENTRY OF APPEARANCE OF JULIE E. MAURER**

PLEASE TAKE NOTICE that by this pleading Julie E. Maurer, who is admitted to practice in this Court, enters her appearance on behalf of Opposer Climax Molybdenum Company.

Respectfully submitted this 20th day of November, 2008.

RYLEY CARLOCK & APPLEWHITE

*/s/ Julie E. Maurer/*
Julie E. Maurer
1999 Broadway, Suite 1800
Denver, Colorado 80202
Telephone: (303) 863-7500
Facsimile: (303) 595-3159

ATTORNEYS FOR OPPOSER CLIMAX MOLYBDENUM COMPANY

1047049.1
11/20/08

THE ORIGINAL SIGNED DOCUMENT IS ON FILE AT THE OFFICE OF RYLEY CARLOCK & APPLEWHITE

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 20th day of November, 2008, service of the foregoing **ENTRY OF APPEARANCE OF JULIE E. MAURER** was made, via electronic service and filing as follows:

**USA**     represented by **James J. DuBois**
U.S. Department of Justice-CO-Environmental Enforcement
1961 Stout Street
8th Floor
Denver, CO 80294
303-844-1375
Fax: 303-844-1350
Email: james.dubois@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Board of Water Commissioners**
*City and County of Denver acting by and through*     represented by **Casey S. Funk**
Denver Water Department
1600 West 12th Avenue
Denver, CO 80204
303-628-6460
Fax: 303-628-6478
Email: casey.funk@denverwater.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel John Arnold**
Denver Water Department
1600 West 12th Avenue
Denver, CO 80204
303-628-6460
Fax: 303-628-6748
Email: daniel.arnold@denverwater.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gail Rosenschein**
Denver Water Department
1600 West 12th Avenue
Denver , CO 80204
303-628-6460
Fax: 303-628-6478
Email:
gail.rosenschein@denverwater.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Flinn Davis**
Denver Water Department
1600 West 12th Avenue
Denver , CO 80204
303-628-6460
Fax: 303-628-6478
Email: jeff.davis@denverwater.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry Alan Schwartz**
Kamlet Shepherd & Reichert, LLP
1515 Arapahoe Street
Tower 1
#1600
Denver , CO 80202
303-825-4200
Fax: 303-825-1185
Email: bschwartz@ksrlaw.com
*ATTORNEY TO BE NOTICED*

**Stephen D. Gurr**
Kamlet Shepherd & Reichert, LLP
1515 Arapahoe Street
Tower 1
#1600
Denver , CO 80202
303-825-4200
Email: sgurr@ksrlaw.com

|  |  |  |
|---|---|---|
| | | *ATTORNEY TO BE NOTICED* |
| **Grand Valley Water Users Association** | represented by | **Mark A. Hermundstad**<br>Williams, Turner & Holmes, P.C.<br>P.O. Box 338<br>200 North 6th Street<br>#103<br>Grand Junction , CO 81502<br>970-242-6262<br>Fax: 970-241-3026<br>Email: mherm@wth-law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Orchard Mesa Irrigation District** | represented by | **Mark A. Hermundstad**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Colorado River Water Conservation District** | represented by | **Anne Jamieson Castle**<br>Holland & Hart, LLP-Denver<br>P.O. Box 8749<br>555 17th Street<br>#3200<br>Denver , CO 80201-8749<br>303-295-8229<br>Fax: 303-975-5435<br>Email: acastle@hollandhart.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christopher L. Thorne**<br>Holland & Hart, LLP-Denver<br>P.O. Box 8749<br>555 17th Street<br>#3200<br>Denver , CO 80201-8749<br>303-295-8488<br>Fax: 303-713-6310<br>Email: cthorne@hollandhart.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Douglas L. Abbott**<br>Holland & Hart, LLP-Denver |

4

P.O. Box 8749
555 17th Street
#3200
Denver, CO 80201-8749
303-295-8000
Fax: 295-8261
Email: dabbott@hollandhart.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cheney Fleming**
Colorado River Water Conservation District
P.O. Box 1120
201 Centennial Street
#200
Glenwood Springs, CO 81602
970-945-8522
Fax: 970-945-8799
Email: pfleming@crwcd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason V. Turner**
Colorado River Water Conservation District
P.O. Box 1120
201 Centennial Street
#200
Glenwood Springs, CO 81602
970-945-8522
Fax: 970-945-8799
Email: jturner@crwcd.org
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Palisade Irrigation District** | represented by | **Nathan A. Keever**<br>Dufford, Waldeck, Milburn & Krohn, LLP<br>744 Horizon Court<br>#300<br>Grand Junction, CO 81506<br>970-241-5500 |

5

|  |  |  |
|---|---|---|
|  |  | Fax: 970-243-7738<br>Email: davis@dwmk.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Grand Valley Irrigation Company** | represented by | **Frederick G. Aldrich**<br>Frederick G. Aldrich LLC<br>601 A 28 1/4 Road<br>Grand Junction , CO 81506<br>970-245-7950<br>Fax: 970-245-0664<br>Email: faldrich@aldrich-law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Middle Park Water Conservancy District** | represented by | **Stanley W. Cazier**<br>Cazier, McGowan & Walker, P.C.<br>62495 U.S. Highway 40<br>P.O. Box 500<br>Granby , CO 80446<br>970-887-3376<br>Fax: 970-887-9430<br>Email: cazier_mcgowan@hotmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Englewood, City of** | represented by | **David G. Hill**<br>Berg Hill Greenleaf & Ruscitti, LLP<br>1712 Pearl Street<br>Boulder , CO 80302<br>303-402-1600<br>Fax: 303-402-1601<br>Email: dgh@bhgrlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Kathleen M. Morgan**<br>Moriarty Leyendecker Erben, P.C.<br>1123 Spruce Street<br>#200<br>Boulder , CO 80302<br>1-800-677-7095<br>Fax: 713-528-1390<br>Email: kathleen@moriarty.com |

|  |  | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| **Colorado Springs Utilities** | represented by | **William A. Paddock**<br>Carlson, Hammond & Paddock, L.L.C.<br>1700 Lincoln Street<br>#3900<br>Denver , CO 80203<br>303-861-9000<br>Fax: 303-861-9206<br>Email: bpaddock@chp-law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Colorado Springs, City of** | represented by | **Gregory L. Johnson**<br>City Attorney's Office-Colorado Springs Colorado<br>30 South Nevada Avenue, #501<br>P.O. Box 1575, Mail Code 510<br>Colorado Springs , CO 80901<br>719-385-5909<br>*TERMINATED: 05/10/2005*<br>*LEAD ATTORNEY* |
|  |  | **James J. DuBois**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Karl D. Ohlsen**<br>Carlson, Hammond & Paddock, L.L.C.<br>1700 Lincoln Street<br>#3900<br>Denver , CO 80203<br>303-861-9000<br>Fax: 303-861-9026<br>Email: kohlsen@chp-law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Mary Mead Hammond**<br>Carlson, Hammond & Paddock, L.L.C. |

7

|  |  |  |
|---|---|---|
|  |  | 1700 Lincoln Street<br>#3900<br>Denver , CO 80203<br>303-861-9000<br>Fax: 303-861-9026<br>Email: mhammond@chp-law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **William A. Paddock**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **City of Aurora**<br>*acting by and through its other*<br>Utility Enterprise | represented by | **Austin C. Hamre**<br>Duncan, Ostrander & Dingess, P.C.<br>3600 South Yosemite Street<br>#500<br>Denver , CO 80237-1829<br>303-779-0200<br>Fax: 303-779-3662<br>Email: ahamre@dodpc.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Northern Colorado Water Conservancy District** | represented by | **Donald E. Phillipson**<br>Donald E. Phillipson, Attorney at Law<br>14325 Braun Road<br>Golden , CO 80401-1431<br>303-279-1577<br>Fax: 303-279-8845<br>Email: dbls99@comcast.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **James J. DuBois**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Robert V. Trout**<br>Trout, Raley, Montano, Witwer & Freeman, P.C.<br>1120 Lincoln Street<br>#1600<br>Denver , CO 80203 |

8

|  |  |  |
|---|---|---|
|  |  | 303-861-1963<br>Fax: 303-832-4465<br>Email: rtrout@troutlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bennett W. Raley**<br>Trout, Raley, Montano, Witwer & Freeman, P.C.<br>1120 Lincoln Street<br>#1600<br>Denver , CO 80203<br>303-861-1963<br>Fax: 303-832-4465<br>Email: braley@troutlaw.com<br>*ATTORNEY TO BE NOTICED* |
| **Colorado Division of Water Resources** | represented by | **Chad Matthew Wallace**<br>Colorado Attorney General's Office-Natural Res. & Envir<br>1525 Sherman Street, 5th Floor<br>Denver , CO 80203<br>303-866-5461<br>Email: chad.wallace@state.co.us<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Colorado, State of** | represented by | **Chad Matthew Wallace**<br>Colorado Attorney General's Office-Natural Res. & Envir<br>Natural Resources & Environment Section<br>1525 Sherman Street, 5th Floor<br>Denver , CO 80203<br>303-866-5461<br>Email: chad.wallace@state.co.us<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Ute Water Conservancy District** | represented by | **Mark A. Hermundstad**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

9

| | | |
|---|---|---|
| **Frisco, Town of** | represented by | **James R. Montgomery**<br>Moses, Wittemyer, Harrison &<br>Woodruff, P.C.<br>P.O. Box 1440<br>1002 Walnut Street<br>#300<br>Boulder , CO 80302<br>303-443-8782<br>Fax: 303-443-8796<br>Email: jmontgomery@mwhw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |