IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Consolidated Cases:    Civil Action No. 2782 (MSK)
                    Civil Action No. 5016
                    Civil Action No. 5017

UNITED STATES OF AMERICA v.
NORTHERN COLORADO WATER
CONSERVANCY DISTRICT, *et al.*,

IN THE MATTER OF THE ADJUDICATION
OF PRIORITIES OF WATER RIGHTS IN
WATER DISTRICT NO. 36
FOR PURPOSES OF IRRIGATION

PETITIONERS:
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

IN THE MATTER OF THE ADJUDICATION
OF PRIORITIES OF WATER RIGHTS IN
WATER DISTRICT NO. 36
FOR PURPOSES OTHER THAN IRRIGATION

PETITIONERS:
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that the Unopposed Motion to Amend Scheduling Order to Add Second Addendum - An Amended ESI Protocol (*doc. # 243)* is GRANTED.

IT IS FURTHER ORDERED that the Unopposed Motion fo Climax Molybdenum Company for Enlargement of Time to Submit Rebuttal Expert Reports (*doc. # 240)* is GRANTED. The deadline for parties to designate all Rule 26(a)(2) REBUTTAL expert disclosures is extended to **December 8, 2008**.

IT IS FURTHER ORDERED that the Unopposed Motion to Enter Protective Order (*doc. # 239)* is GRANTED. The protective order (*doc. no. 239-2)* is accepted by the court.

In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order..

**DATED:**        November 24, 2008