IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Consolidated Cases:   Civil Action No. 2782 (MSK)
　　　　　　　　　　 Civil Action No. 5016
　　　　　　　　　　 Civil Action No. 5017

UNITED STATES OF AMERICA v.
NORTHERN COLORADO WATER
CONSERVANCY DISTRICT, *et al.*,

IN THE MATTER OF THE ADJUDICATION
OF PRIORITIES OF WATER RIGHTS IN
WATER DISTRICT NO. 36
FOR PURPOSES OF IRRIGATION

PETITIONERS:
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

IN THE MATTER OF THE ADJUDICATION
OF PRIORITIES OF WATER RIGHTS IN
WATER DISTRICT NO. 36
FOR PURPOSES OTHER THAN IRRIGATION

PETITIONERS:
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

Pursuant to telephonic communication with counsel of record on December 3, 2008, the preliminary pretrial conference set for **December 11, 2008 at 10:00 a.m. (Mountain Time)** is CONVERTED to a status conference in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

*Parties may participate in court or by telephone.* For those using the telephone, counsel shall coordinate to create a conference call, then contact the Court at (303) 844-2117 to participate in the hearing.

**DATED:**      December 3, 2008