# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 49-CV-02782-MSK-CBS
Consolidated Civil Case Nos. 2782, 5016 and 5017

and

DISTRICT COURT, WATER DIVISION NO. 5, STATE OF COLORADO
Case No. 06CW255

---

**MOTION TO APPEAR AT STATUS CONFERENCE BY TELEPHONE**

---

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

---

Objector Grand Valley Irrigation Company ("Objector"), through its undersigned counsel of record, requests an Order of the Court permitting its appearance by telephone at the status conference scheduled for Thursday, December 11, 2008 at 10:00 a.m. Said status conference is non-evidentiary and is scheduled to take half an hour, making counsel's appearance by telephone expedient.

Dated the 4th day of December, 2008.

> FREDERICK G. ALDRICH LLC
>
> By: */s Frederick G. Aldrich*
> Frederick G. Aldrich, Reg. No. 428
> 601 A 28¼ Road
> Grand Junction, Colorado 81506
> Phone: (970) 245-7950
> Fax: (970) 245-0664
> E-mail: faldrich@aldrich-law.com
> ATTORNEYS FOR OBJECTOR GRAND
> VALLEY IRRIGATION COMPANY

CERTIFICATE OF SERVICE

      I hereby certify that on December 4, 2008, a true and correct copy of the foregoing MOTION TO APPEAR AT STATUS CONFERENCE BY TELEPHONE was served upon the following counsel at the e-mail addresses listed below:

Brian M. Nazarenus.
Robert J. Pohlman
Roger T. Williams
James M. Noble
Julie E. Maurer
Ryley Carlock & Applewhite
1999 Broadway, Suite 1800
Denver, CO 80202
*[Climax Molybdenum Company]*
bnazarenus@ rcalaw.com
rwilliams@rcalaw.com
rpohlman@rcalaw.com
jnoble@rcalaw.com
jmaurer@rcalaw.com

Peter C. Fleming
Jason V. Turner
P.O. Box 1120
Glenwood Springs, CO 81602
*[Colorado River Water Conservation District]*
pfleming@crwcd.org
jturner@crwcd.org

Ann Jamieson Castle
Douglas L. Abbott
Christopher L. Thorne
Holland & Hart, LLP-Denver
P.O. Box 8749
Denver, CO 80201-8749
*[Colorado River Water Conservation District]*
acastle@hollandhart.com
dabbott@hollandhart.com
cthorne@hollandhart.com

Chad Matthew Wallace
Colorado Attorney General's Office
Natural Resources & Environment Section
1525 Sherman Street, 5th Floor
Denver, Colorado 80203
chad.wallace@state.co.us

James R. Montgomery
Moses, Wittemyer, Harrison & Woodruff, PC
P.O. 1440
Boulder, CO 80306-1440
*[Frisco, Town of]*
jmontgomery@mwhw.com

Stanley W. Cazier
John D. Walker
Cazier McGowan & Walker. P.C.
P.O. Box 500
Granby, CO 80446
*[Middle Park Conservancy District]*
cazier_mcgowan@hotmail.com

Mark A. Hermundstad
Williams, Turner & Holmes, P.C.
Post Office Box 338
Grand Junction, CO 81502
*[Grand Valley Water Users Association]*
mherm@wth-law.com

James J. DuBois
U.S. Dept of Justice, Environment & Natural Resources Division
1961 Stout St., Suite 800
Denver, CO 80294
james.dubois@usdoj.gov

2

Robert V. Trout
Bennett W. Raley
Trout, Raley, Montano, Witwer
 & Freeman, P.C.
1120 Lincoln St, Suite 1600
Denver, CO 80203
*[Northern Colo. Water Conservancy Dist.]*
rtrout@troutlaw.com
braley@troutlaw.com

Donald E. Phillipson
14325 Braun Road
Golden, CO  80401-1431
*[Northern Colo. Water Conservancy Dist.]*
dbls99@comcast.net

Casey S. Funk
Daniel John Arnold
Gail Rosenschein
Jeffrey Flinn Davis
City and County of Denver
Board of Water Commissioners
1600 W. 12th Avenue
Denver, CO 80204
*[City and County of Denver]*
casey.funk@denverwater.org
daniel.arnold@denverwater.org
gail.rosenschein@denverwater.org
jeff.davis@denverwater.org

Barry Alan Schwartz
Stephen D. Gurr
Kamlet Shepherd & Reichert, LLP
1515 Arapahoe Street
Tower 1 #1600
Denver, CO 80202
*[City and County of Denver]*
bschwartz@ksrlaw.com
sgurr@ksrlaw.com

Nathan A. Keever
Dufford, Waldeck, Milburn & Krohn, LLP
744 Horizon Court, #300
Grand Junction, CO 81506
*[Palisade Irrigation District]*
keever@dwmk.com

David G. Hill
Berg Hill Greenleaf & Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302
*[City of Englewood]*
dgh@bhgrlaw.com

Kathleen M. Morgan
Moriarty Leyendecker Erben, P.C.
1123 Spruce Street #200
Boulder, CO 80302
*[City of Englewood]*
kathleen@moriarty.com

William A. Paddock
Mary Mead Hammond
Karl D. Ohlsen
Carlson, Hammond & Paddock, L.L.C.
1700 Lincoln Street #3900
Denver, CO 80203
*[City of Colorado Springs]*
bpaddock@chp-law.com
mhammond@chp-law.com
kohlsen@chp-law.com

Austin C. Hamre
Duncan, Ostrander & Dingess, P.C.
3600 South Yosemite Street #500
Denver, CO 80237-1829
*[City of Aurora]*
ahamre@dodpc.com

3

*A printed copy of this document with original signature is maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*

Case No. 1:49-cv-02782-MSK-CBS    Document 255    filed 12/04/08    USDC Colorado
pg 4 of 4