# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 49-CV-02782-MSK-CBS
Consolidated Civil Case Nos. 2782, 5016 and 5017

and

DISTRICT COURT, WATER DIVISION NO. 5, STATE OF COLORADO
Case No. 06CW255

---

**ORDER GRANTING MOTION TO APPEAR AT STATUS CONFERENCE BY TELEPHONE**

---

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

---

THIS MATTER came before the Court on Opposer Grand Valley Irrigation Company's Motion to Appear at Status Conference by telephone, and the Court being advised in the premises, hereby GRANTS said Motion. Counsel for Opposer Grand Valley Irrigation Company may appear by telephone at the status conference scheduled for December 11, 2008 at 10:00 a.m.

Dated the ____ day of December, 2008.

By the Court:

_____