IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Acton No.: 49-cv-02782-MSK-CBS
Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 06CW255

_____

**STIPULATED MOTION TO AMEND THE SCHEDULING ORDER**
_____

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

_____

COMES NOW, the parties to this matter, by and through their various undersigned counsel, and submit their Stipulated Motion to Amend the Scheduling Order in this matter, and state as follows:

1. Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Section 14 of the Scheduling Order here, the Court may amend the Scheduling Order for good cause shown.

2. Section 8 of the existing Scheduling Order in this case, which was originally entered on May 14, 2008, currently lists certain deadlines in this matter, including deadlines for amending pleadings, conducting discovery, filing dispositive motions, and conducting a pretrial conference. The parties respectfully request an Order from the Court amending the deadlines in Section 8 of the Scheduling Order, to allow for further discovery and possible amendment of the pleadings so that they conform to discovery conducted to-date.

3. The parties request amendment of Section 8 of the Scheduling Order to reflect the following deadlines, pending approval from this Court:

- February 16, 2009 – Last day for amendment of pleadings (Section 8(a))

{00209439.DOC / 2}{00197945.DOC / 1}

- May 11, 2009 – Deadline for parties to produce documents pursuant to pending discovery requests and not subject to objection (ESI and documents now covered by the Protective Order in this case) (new deadline)

- May 29, 2009 – Last day to serve written discovery (Sections 8(f) and 8(g))

- July 1, 2009 – Discovery cut-off date (Section 8(b))

- July 15, 2009 – Last day to file Motions to Compel or for a Protective Order (new deadline)

- August 3, 2009 or 30 days after discovery motions are resolved, whichever is later – Dispositive Motion deadline (Section 8(c))

- September or October 2009 – Pretrial Conference and setting of trial date

4. Good cause exists for the requested amendment to Section 8. The existing deadlines were established at the beginning of the case, prior to any discovery between the parties concerning the issues in dispute in this matter. Since discovery has begun, the Scheduling Order has had to be amended or clarified several times, due to the volume of discovery (including electronic discovery) in this case.

5. The claims in the case are extremely complex, require expert testimony in a number of areas, including the necessity for possible testimony concerning water resource engineering, environmental permitting, water supply and water demand projections, finance, and other areas. There is significant historical evidence to cull through, as well as potentially massive volumes of electronically stored information subject to discovery.

6. The parties have been engaged in significant discovery of this information to date, and have largely been able to work cooperatively in this effort. Indeed, since entry of the initial Scheduling Order, this Court has entered a stipulated Protective Order concerning, in part, the

voluminous documents exchanged between the parties during discovery, and has amended the ESI Protocol concerning electronic discovery. However, as discovery has proceeded, the parties have recognized that the initial scope of areas for discovery, and amount of information contained therein, which was contemplated at the initial Rule 26(f) meeting and the initial Scheduling Conference was simply too narrow.

7. The parties have discussed the issue, and believe that it is in the best interests of justice and the efficiency of this matter to extend the deadlines in Section 8 of the Scheduling Order as described above. By extending these deadlines, the parties can complete extensive discovery and further narrow the issues to be presented at trial; can amend the pleadings in this matter to conform to the information discovered; and anticipate being able to sharpen the focus of the trial of the claims in this matter. Conversely, if these deadlines are not extended, there is a significant probability that valuable court time will be spent on matters ultimately deemed extraneous or irrelevant to the issues before the Court in this matter.

8. The parties are prepared to further discuss this Stipulated Motion at the Status Conference currently set for December 11, 2008 at 10:00am.

WHEREFORE, for the foregoing reasons, the parties respectfully request that this Court amend the Scheduling Order in this case.

Dated this 10th day of December, 2008.

By: *s/Stephen D. Gurr*
Stephen D. Gurr, Esq.
Barry A. Schwartz, Esq.
Kamlet Shepherd & Reichert, LLP
1515 Arapahoe Street
Tower 1, Suite 1600
Denver, Colorado 80202
(303) 825-4200
(303) 825-1185 fax

*Counsel for City and County of Denver, acting by and through its Board of Water Commissioners*

By: *s/Mark A. Hermundstad*
Mark A. Hermundstad, Esq.
Kirsten M. Kurath, Esq.
Williams Turner & Holmes, P.C.
200 North 6th Street
PO Box 338
Grand Junction, CO 81502
*Counsel for Grand Valley Water Users Association*
*Counsel for Orchard Mesa Irrigation District*
*Counsel for Ute Water Conservancy District*

By: *s/Brian M. Nazarenus*
Brian M. Nazarenus, Esq.
Robert J. Pohlman, Esq.
Roger T. Williams, Esq.
RYLEY CARLOCK & APPLEWHITE
1999 Broadway, Suite 1800
Denver, CO   80202
*Counsel for Climax Molybdenum Company*

By: *s/Frederick Aldrich*
Frederick G. Aldrich, Esq.
Aldrich Frederick, LLC
601A 28 ¼ Road
Grand Junction, CO 81506
*Counsel for Grand Valley Irrigation Company*

By: *s/Peter Fleming*
Peter C. Fleming, Esq.
Jason V. Turner, Esq.
PO Box 1120
Glenwood Springs, CO 81602
*Counsel for Colorado River Water Conservation District*

By: *s/Stanley Cazier*
Stanley W. Cazier, Esq.
John D. Walker, Esq.
Cazier McGowan & Walker
PO Box 500
Granby, CO 80446
*Counsel for Middle Park Water Conservancy District*

-5-

By:  s/Anne Castle
Anne Jamieson Castle, Esq.
Douglas L. Abbott, Esq.
Christopher L. Thorne, Esq.
Holland & Hart, LLP-Denver
P.O. Box 8749
555 17th Street
#3200
Denver, CO 80201-8749
*Counsel for Colorado River Water Conservation District*

By:  *s/Nathan A. Keever*
Nathan A. Keever, Esq.
Dufford Waldeck Milburn & Krohn, LLP
744 Horizon Court, Suite 300
Grand Junction, CO 81506
*Counsel for Palisade Irrigation District*