# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 49-cv-02782-MSK-CBS (Consolidated Civil Case Nos. 2782, 5016 and 5017 and District Court, Water Division No. 5, State of Colorado Case No. 06CW255) | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** December 11, 2008 | **Courtroom Deputy:** Ben Van Dyke |
| **CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY** | Jeffrey F. Davis<br>Casey S. Funk<br>Stephen D. Gurr<br>Barry A. Schwartz<br>Daniel J. Arnold<br>Douglas Abbott<br>Anne J. Castle<br>Jason V. Turner<br>Peter C. Fleming<br>Bennet W. Raley<br>Frederick G. Aldrich, via telephone<br>Robert J. Pohlman, via telephone<br>Julie E. Maurer, via telephone<br>Cecil Lynn, via telephone<br>James J. DuBois, via telephone<br>Mark A. Hermundstad (ph)<br>Stanley W. Cazier, via telephone<br>Nathan A. Keever, via telephone |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** STATUS CONFERENCE
**Court in Session:** 10:14 a.m.
Court calls case. Appearances of counsel.

Counsel discuss with the court the Stipulated Motion to Amend the Scheduling Order [filed December 11, 2008; doc. 260].

Counsel discuss with the court ESI issues.

**ORDERED:** The Stipulated Motion to Amend the Scheduling Order [filed December 11, 2008; doc. 260] is granted in part and denied in part. The discovery cutoff and the dispositive motion deadline are vacated. The court shall revisit scheduling at the conference set on February 2, 2009.

**ORDERED:** Status Conference on ESI issues is set for February 2, 2009 at 1:30 p.m. The parties shall provide Status Reports by January 23, 2009 outlining ESI areas where there are no disputes and ESI areas where there are disputes or the parties require further guidance from the court. The court shall review these reports and may set a status conference prior to the February 2, 2009 conference to discuss what areas it wishes to focus on in the conference.

**ORDERED:** The deadline to amend pleadings is set for January 26, 2009.

HEARING CONCLUDED.

**Court in recess:** **10:58 a.m.**
Total time in court: 00:44

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.