IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Acton No.: 49-cv-02782-MSK-CBS
Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 06CW255

_____

**STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO CLIMAX'S FIRST SET OF WRITTEN DISCOVERY**
_____

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY
_____

Applicant, the City and County of Denver, acting by and through its Board of Water Commissioners ("Denver Water"), hereby moves for a fourteen-day extension of time to respond to Objector Climax Molybdenum Company's ("Climax") First Discovery Requests, stating as follows:

### CERTIFICATION

Pursuant to D.C.COLO.LCivR 7.1(A), the undersigned hereby certifies that he has conferred with Robert Pohlman, co-counsel for Climax, with respect to the subject of this motion. Mr. Pohlman has kindly authorized the undersigned to represent that Climax does not oppose the relief sought herein.

### STIPULATED MOTION

1.  Climax served its first set of written discovery upon Denver Water on December 10, 2008.

{00214307.DOC / 1}{00197945.DOC / 1}

2. Pursuant to Rules 6, 33(b) and 34(b) of the Federal Rules of Civil Procedure, Denver Water's deadline for responding to Climax's discovery was January 12, 2009.

3. Denver Water and Climax have stipulated to the extension of time sought herein for a few reasons. First, Climax's discovery is extensive, and Denver Water is working diligently to respond to it. Given the vast size of Denver Water's databases, responding to such discovery is exceedingly time-consuming. Second, the parties are engaged in good-faith settlement discussions. Those settlement discussions require the attention of Denver Water's in-house attorneys. Spending additional time on the discovery responses would distract Denver Water's in-house attorneys from focusing their efforts on settlement.

**4. Denver Water seeks a two-week extension of time – up and including January 26, 2009 – to serve its responses to Climax's discovery.**

5. No party will suffer prejudice should this Court enter an order granting the relief sought herein.

WHEREFORE, for the foregoing reasons, Denver Water respectfully requests that this Court grant the extension sought herein.

Dated this 15th day of January, 2009.

**KAMLET SHEPHERD & REICHERT, LLP**

*/s/ Barry A. Schwartz*
Stephen D. Gurr
Barry A. Schwartz
1515 Arapahoe Street, Tower 1, Suite 1600
Denver, CO 80202

*Counsel for Applicant City & County of Denver, acting by and through its Board of Water Commissioners*

**DENVER WATER**

Casey S. Funk
Daniel J. Arnold
1600 W 12th Avenue
Denver, CO 80204-3412

*Counsel for Applicant City & County of Denver, acting by and through its Board of Water Commissioners*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2009, a true and correct copy of the foregoing **STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO CLIMAX'S FIRST SET OF WRITTEN DISCOVERY** was served *via* ECF upon the following counsel:

Brian M. Nazarenus, Esq.
Robert J. Pohlman, Esq.
Roger T. Williams, Esq.
RYLEY CARLOCK & APPLEWHITE
1999 Broadway, Suite 1800
Denver, CO  80202
***Counsel for Climax Molybdenum Company***

Anne Jamieson Castle, Esq.
Douglas L. Abbott, Esq.
Christopher L. Thorne, Esq.
Holland & Hart, LLP-Denver
P.O. Box 8749
555 17th Street
#3200
Denver, CO 80201-8749
***Counsel for Colorado River Water Conservation District***

Mark A. Hermundstad, Esq.
Kirsten M. Kurath, Esq.
Williams Turner & Holmes, P.C.
200 North 6th Street
PO Box 338
Grand Junction, CO 81502
*Counsel for Grand Valley Water Users Association*
*Counsel for Orchard Mesa Irrigation District*
*Counsel for Ute Water Conservancy District*

Peter C. Fleming, Esq.
Jason V. Turner, Esq.
PO Box 1120
Glenwood Springs, CO 81602
*Counsel for Colorado River Water Conservation District*

Frederick G. Aldrich, Esq.
Aldrich Frederick, LLC
601A 28 ¼ Road
Grand Junction, CO 81506
*Counsel for Grand Valley Irrigation Company*

Stanley W. Cazier, Esq.
John D. Walker, Esq.
Cazier McGowan & Walker
PO Box 500
Granby, CO 80446
*Counsel for Middle Park Water Conservancy District*

Nathan A. Keever, Esq.
Dufford Waldeck Milburn & Krohn, LLP
744 Horizon Court, Suite 300
Grand Junction, CO 81506
*Counsel for Palisade Irrigation District*

*/s/ Diana L. Brechtel*