IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Acton No.: 49-cv-02782-MSK-CBS
Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 06CW255
_____

**ORDER RE: STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO CLIMAX'S FIRST SET OF WRITTEN DISCOVERY**
_____

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY
_____

THE COURT, having received and reviewed Applicant City and County of Denver, acting by and through its Board of Water Commissioners ("Denver Water")'s Stipulated Motion to Extend Deadline to Respond to Climax's First Set of Written Discovery, and having reviewed the file and being otherwise advised in the premises, hereby:

ORDERS that the Motion is GRANTED and Denver Water shall have up to and including **January 26, 2009** to serve its responses to Climax's discovery

DATED this ___ day of January, 2009.

BY THE COURT

_____
Hon. Craig B. Shaffer
United States Magistrate Judge

{00214384.DOC / 1}{00197945.DOC / 1}