IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Acton No.: 49-cv-02782-MSK-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 06CW255

_____

**JOINT STATUS REPORT ON ESI ISSUES**
_____

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY
_____

The parties hereto, pursuant to this Court's Order filed December 11, 2008, hereby outline the status of issues relating to discovery of electronically stored information.

1. Denver, Climax, and the Colorado River Water Conservation District (the "River District") have identified personnel who may have information relevant to this action and responsive to the discovery requests of the parties.

2. Climax and Denver have preserved and collected potentially relevant sources of ESI from the identified custodians as well as from network sources. The River District has preserved potentially relevant sources of ESI from the identified custodians and network sources and is in the process of collecting such ESI. Climax has retained Encore Discovery to cull, process and keyword search Climax's ESI. Denver has retained Lucidata to cull, process and keyword search Denver's ESI. The River District is in the process of retaining Computer Forensic Labs to cull the River District's ESI. The River District will have that ESI processed and keyword searched by Holland & Hart's in-house Practice Support Department.

3. Climax, Denver, and the River District have all made available information about their network architecture, databases, information systems and personnel, back-up and system recovery routines, including but not limited to tape rotation and applicable destruction policies.

4. The parties have participated in several discussions to assist all parties in narrowing the size of their data sets, including providing a list of common file extension types and commonly processed file extensions. The parties have worked together to exclude file extension types that are not likely to lead to potentially relevant evidence.

5. The parties have each provided search terms to assist all in responding to document requests and other discovery. Each party plans to run search terms provided by the others against their collective data sets. Parties have also coordinated with Denver to provide names of three Denver custodians for data sampling to determine whether two-tiered or staged discovery of ESI is more cost effective. Denver completed the data sampling on January 21, 2009. The parties will be conferring on January 28, 2009 concerning the results and implications of the report concerning the sampling and may supplement this status report thereafter.

6. Denver has discussed with counsel for Opposers Grand Valley Water Users Association ("GVWUA"), Ute Water Conservancy District acting by and through the Ute Water Activity Enterprise ("Ute"), Orchard Mesa Irrigation District ("Orchard Mesa"), Middle Park Conservancy District ("Middle Park"), Palisade Irrigation District ("Palisade"), and Grand Valley Irrigation Company ("GVIC") the need to prepare addenda to the ESI protocol describing the respective entities' IT architecture and key players. Denver does not currently anticipate that it will conduct e-discovery with regard to GWUA, Ute, Orchard Mesa, Middle Park,

GVIC, or Palisade, but may as the litigation progresses, and hereby reserves the right to do so.

7. Counsel for GVWUA, Ute, and Orchard Mesa has prepared a draft addendum discussing the IT architecture and key players for those respective entities and will be filing the draft protocol with the Court within the week. Counsel for Middle Park and counsel for Palisade have affirmed that Middle Park and Palisade do not have any computers or key players and therefore do not have any potentially relevant ESI. Denver has not received a draft protocol from counsel for GVIC.

8. All parties' actions and efforts have been in good faith and with an eye toward cooperation. All parties have reserved their respective rights to request or to oppose additional more comprehensive production in a later stage or to include additional search terms based upon the results of initial searches or as additional pertinent information becomes available.

DATED this 23rd day of January, 2009.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**RYLEY CARLOCK & APPLEWHITE**

By: /s/ *Robert J. Pohlman*
**Brian M. Nazarenus, #16984**
**Robert J. Pohlman, #6262**
**Roger T. Williams, #26302**
**James M. Noble, #36716**
1999 Broadway, Suite 1800
Denver, Colorado  80202
Telephone:  (303) 863-7500
Facsimile:   (303) 595-3159
E-mail:bnazarenus@rcalaw.com
rpohlman@rcalaw.com
rwilliams@rcalaw.com
jnoble@rcalaw.com

*ATTORNEYS FOR OPPOSER CLIMAX MOLYBDENUM COMPANY*


**KAMLET SHEPHERD & REICHERT, LLP**

By: /s/ *Barry A. Schwartz*
**Stephen D. Gurr, No. 19789**
**Barry A. Schwartz, No. 17981**
1515 Arapahoe Street, Tower 1, Suite 1600
Denver, Colorado  80202
Telephone: (303) 825-4200
Fax:  (303) 825-1185
bschwartz@ksrlaw.com

*ATTORNEYS FOR APPLICANT CITY & COUNTY OF DENVER*

        **WILLIAMS, TURNER & HOLMES, P.C.**


By: /s/ *Mark A. Hermundstad*
**Mark A. Hermundstad**
P.O. Box 338
200 North 6th Street #103
Grand Junction, CO 81502
mherm@wth-law.com

*ATTORNEYS FOR GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT AND UTE WATER CONSERVANCY DISTRICT*

**HOLLAND & HART, LLP**


By: /s/ *Douglas L. Abbott*
**Anne Jamieson Castle**
**Douglas L. Abbott**
P.O. Box 8749
555 17th Street #3200
Denver, CO 80201-8749
acastle@hollandhart.com
dabbott@hollandhart.com

*ATTORNEYS FOR COLORADO RIVER WATER CONSERVATION DISTRICT*

**FREDERICK G. ALDRICH LLC**


By: /s/ *Frederick G. Aldrich*
**Frederick G. Aldrich**
601 A 28 1/4 Road
Grand Junction, CO 81506
Email: faldrich@aldrich-law.com

*ATTORNEYS FOR GRAND VALLEY IRRIGATION COMPANY*

DUFFORD, WALDECK, MILBURN &
KROHN, LLP


By: /s/ *Nathan A. Keever*
**Nathan A. Keever**
744 Horizon Court #300
Grand Junction, Colorado 81506
davis@dwmk.com

*ATTORNEYS FOR PALISADE IRRIGATION DISTRICT*

**CAZIER, MCGOWAN & WALKER, P.C.**


By: /s/ *Stanley W. Cazier*
**Stanley W. Cazier**
62495 U.S. Highway 40
P.O. Box 500
Granby, Colorado 80446
cazier_mcgowan@hotmail.com

*ATTORNEYS FOR MIDDLE PARK WATER CONSERVANCY DISTRICT*

THE ORIGINAL SIGNED DOCUMENT IS ON FILE AT THE OFFICE OF KAMLET SHEPHERD & REICHERT, LLP

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 23rd day of January, 2009, service of the foregoing **JOINT STATUS REPORT ON ESI ISSUES** was made, via electronic service and filing as follows:

| PARTY NAME | REPRESENTED BY |
|---|---|
| **U.S. Department of Justice** | **James J. DuBois**<br>U.S. Department of Justice-CO-Environmental Enforcement<br>1961 Stout Street, 8th Floor<br>Denver, CO 80294<br>Email: james.dubois@usdoj.gov |
| **Board of Water Commissioners**<br>*City and County of Denver acting by and through* | **Casey S. Funk**<br>Denver Department<br>1600 West 12th Avenue<br>Denver, CO 80204<br>Email: casey.funk@denverwater.org<br><br>**Daniel John Arnold**<br>Denver Department<br>1600 West 12th Avenue<br>Denver, CO 80204<br>Email: daniel.arnold@denverwater.org<br><br>**Gail Rosenschein**<br>Denver Department<br>1600 West 12th Avenue<br>Denver, CO 80204<br>Email:gail.rosenschein@denverwater.org<br><br>**Jeffrey Flinn Davis**<br>Denver Department<br>1600 West 12th Avenue<br>Denver, CO 80204<br>Email: jeff.davis@denverwater.org<br><br>**Barry Alan Schwartz**<br>Kamlet Shepherd & Reichert, LLP<br>1515 Arapahoe Street<br>Tower 1 #1600<br>Denver, CO 80202<br>Email: bschwartz@ksrlaw.com |

| PARTY NAME | REPRESENTED BY |
|---|---|
| | **Stephen D. Gurr**<br>Kamlet Shepherd & Reichert, LLP<br>1515 Arapahoe Street<br>Tower 1 #1600<br>Denver, CO 80202<br>Email: sgurr@ksrlaw.com |
| **Grand Valley Water Users Association**<br><br>**Orchard Mesa Irrigation District**<br><br>**Ute Water Conservancy District** | **Mark A. Hermundstad**<br>Williams, Turner & Holmes, P.C.<br>P.O. Box 338<br>200 North 6th Street #103<br>Grand Junction, CO 81502<br>Email: mherm@wth-law.com |
| **Colorado River Water Conservation District** | **Anne Jamieson Castle**<br>**Douglas L. Abbott**<br>Holland & Hart, LLP-Denver<br>P.O. Box 8749<br>555 17th Street #3200<br>Denver, CO 80201-8749<br>Email: acastle@hollandhart.com<br>Email: dabbott@hollandhart.com<br><br>**Peter Cheney Fleming**<br>**Jason V. Turner**<br>Colorado River Water Conservation District<br>P.O. Box 1120<br>201 Centennial Street #200<br>Glenwood Springs, CO 81602<br>Email: pfleming@crwcd.org<br>Email: jturner@crwcd.org |
| **Palisade Irrigation District** | **Nathan A. Keever**<br>Dufford, Waldeck, Milburn & Krohn, LLP<br>744 Horizon Court #300<br>Grand Junction, CO 81506<br>Email: davis@dwmk.com |
| **Grand Valley Irrigation Company** | **Frederick G. Aldrich**<br>Frederick G. Aldrich LLC<br>601 A 28 1/4 Road<br>Grand Junction, CO 81506<br>Email: faldrich@aldrich-law.com |

| PARTY NAME | REPRESENTED BY |
|---|---|
| **Middle Park Water Conservancy District** | **Stanley W. Cazier**<br>Cazier, McGowan & Walker, P.C.<br>62495 U.S. Highway 40<br>P.O. Box 500<br>Granby, CO 80446<br>Email: cazier_mcgowan@hotmail.com |
| **Englewood, City of** | **David G. Hill**<br>Berg Hill Greenleaf & Ruscitti, LLP<br>1712 Pearl Street<br>Boulder, CO 80302<br>Email: dgh@bhgrlaw.com<br><br>**Kathleen M. Morgan**<br>Moriarty Leyendecker Erben, P.C.<br>1123 Spruce Street #200<br>Boulder, CO 80302<br>Email: kathleen@moriarty.com |
| **Colorado Springs Utilities** | **William A. Paddock**<br>Carlson, Hammond & Paddock, L.L.C.<br>1700 Lincoln Street #3900<br>Denver, CO 80203<br>Email: bpaddock@chp-law.com |
| **Colorado Springs, City of** | **Mary Mead Hammond**<br>**William A. Paddock**<br>**Karl D. Ohlsen**<br>Carlson, Hammond & Paddock, L.L.C.<br>1700 Lincoln Street #3900<br>Denver, CO 80203<br>Email: mhammond@chp-law.com<br>Email:  bpaddock@chp-law.com<br>Email: kohlsen@chp-law.com |
| **City of Aurora** | **Austin C. Hamre**<br>Duncan, Ostrander & Dingess, P.C.<br>3600 South Yosemite Street #500<br>Denver, CO 80237-1829<br>Email: ahamre@dodpc.com |

| PARTY NAME | REPRESENTED BY |
| --- | --- |
| **Northern Colorado Water Conservancy District** | **Donald E. Phillipson**<br>14325 Braun Road<br>Golden, CO 80401-1431<br>Email: dbls99@comcast.net<br><br>**Robert V. Trout**<br>**Bennett W. Raley**<br>Trout, Raley, Montano, Witwer & Freeman, P.C.<br>1120 Lincoln Street #1600<br>Denver, CO 80203<br>Email: rtrout@troutlaw.com<br>Email: braley@troutlaw.com |
| **Colorado Division of Water Resources, State of Colorado** | **Chad Matthew Wallace**<br>Colorado Attorney General's Office-Natural Res. & Envir<br>1525 Sherman Street, 5th Floor<br>Denver, CO 80203<br>Email: chad.wallace@state.co.us |
| **Frisco, Town of** | **James R. Montgomery**<br>Moses, Wittemyer, Harrison & Woodruff, P.C.<br>P.O. Box 1440<br>1002 Walnut Street #300<br>Boulder, CO 80302<br>Email: jmontgomery@mwhw.com |

      *s/ Diana L. Brechtel*
      Diana L. Brechtel