**ESI PROTOCOL FOR OPPOSERS ORCHARD MESA IRRIGATION DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION AND UTE WATER CONSERVANCY DISTRICT**

**2. Opposers' IT Architecture**

**i.      Orchard Mesa Irrigation District's IT Architecture**

Orchard Mesa Irrigation District ("OMID") has identified a variety of sources of potentially relevant ESI and will produce relevant ESI from all available sources. All preservation and keyword searching shall be done in a generally accepted forensically sound manner.

OMID maintains that, to the best of its knowledge, all discoverable ESI is housed in the following electronic repositories.

1. Email Server

Except as indicated in the next paragraph, OMID maintains its electronic mail in the Microsoft Outlook email client. Data is stored locally on each machine in Outlooks database file (.pst). The POP3 email accounts are hosted by OMID's Internet Service Provider (ACS). There are two users who have access to electronic mail using Outlook: Rita Crumpton, Manager, and Della Grams, Administrative Assistant. Each of these two individual users has a unique username and password. That user name and password is associated with a unique email inbox. Each OMID email user is solely responsible for the management of emails they send and receive, including the saving and deletion of emails. The email database file on each machine is backed up for disaster recovery purposes only.

{00215750.DOC / 1}

1

One employee of OMID, Ron Valdez, does not receive his electronic mail through ACS. Mr. Valdez is OMID's foreman. Mr. Valdez receives his electronic mail using a laptop computer, and uses a different email program from the two other OMID employees described above. He is solely responsible for the management of emails he sends and receives, including the saving and deletion of emails. Mr. Valdez has not been involved in this action on behalf of OMID.

The locally stored Outlook database files are backed up daily to an external hard drive. A complete system backup is compiled each night of all the data stored on Mrs. Crumpton's and Mrs. Grams' computers. The automatic backup program deletes the oldest backup each night and creates a new backup set. Old backups are typically stored for a period of 7 days before they are deleted. Because there are two external hard drives that are periodically switched out (one is stored offsite for the purpose of disaster recovery in the case of theft or fire), there can be up to 14 days of backup files between the two drives.

In order to save an email, the user has three options: (1) Do nothing – the email(s) will remain in the user's inbox; (2) print out the email(s) and store it as a paper document; or (3) move the email(s) to a personal folder, typically stored on the user's hard drive.

If necessary, OMID will collect all relevant non-privileged ESI from the email clients as well as any targeted personal email folders using a manual search process for OMID staff with access to information regarding this proceeding (Mrs. Crumpton and

Mrs. Grams). OMID may then search the captured data for relevant information using the agreed upon search terms.

### 2. Records and Document Administration Repository

OMID does not maintain any type of electronic document management system to track and store ESI.

### 3. Network Shared Drives

OMID maintains shared folders on which some of its working files are located. There are two computers that can access shared folders, one used by Mrs. Crumpton and one used by Mrs. Grams. Other working files may be contained on the hard drives of the computers used by Mrs. Crumpton and Mrs. Grams. Working files on these drives may never have been included in email correspondence. These files can be identified by key persons and information custodians. The files stored on the shared folders and on the hard drives of the computers used by Mrs. Crumpton and Mrs. Grams are in native format and can be searched using keywords.

### ii. Grand Valley Water Users Association's IT Architecture

Grand Valley Water Users Association ("GVWUA") has identified a variety of sources of potentially relevant ESI and will produce relevant ESI from all available sources. All preservation and keyword searching shall be done in a generally accepted forensically sound manner.

GVWUA maintains that, to the best of its knowledge, all discoverable ESI is housed on the following computers:

{00215750.DOC / 1}

3

GVWUA has a small administrative office where seven computers are in use at various times as necessary. These computers and their uses are described as follows:

1. One computer is used strictly for GVWUA's Canal SCADA system. It is not networked and does not receive e-mails.

2. The remaining six computers are networked in a peer to peer configuration (referred to as the "Network Computers").

3. One of the Network Computers is the host computer (the "Host Computer") for GVWUA's water user data base, a customized computer software program containing the records of GVWUA's membership. The Host Computer does not receive emails, is not connected to the internet and does not store any information other than GVWUA's water user database.

4. The remaining five Network Computers can retrieve water user data from the Host Computer. In addition, these five computers are utilized as follows:

    a. One computer is used to view water user data and to operate deed plotter and generic CADD software programs. It does not have access to the internet or receive e-mail.

    b. One computer is used by GVWUA's bookkeeper and is primarily used for GVWUA's accounts payable and accounts receivable separate from the water users database. The bookkeeper has her own email address, but can access GVWUA's primary email address used by GVWUA's Manager. This computer has access to the internet and is capable of receiving email.

    c. One computer is primarily used by GVWUA's Administrative Assistant and is used to prepare and store letters, spread sheets, agreements, etc. relating to GVWUA's interaction with its membership and local planning departments. The Administrative Assistant has her own email address, but can access GVWUA's primary email address used by GVWUA's Manager. This computer has access to the internet and is capable of receiving email.

    d. One computer is primarily used by GVWUA's Field Supervisor/ Assistant Manager who uses the computer to view the water user database and to view the internet. The Field Supervisor spends less than 8% of his time in GVWUA's office and when he is in the office, he generally spends his time on the telephone addressing outside work matters. This computer has access to the internet and is capable of receiving email.

    e. One computer is used by GVWUA's Manager in his office. The Manager is solely responsible for nearly all of the email sent and received by GVWUA, including the saving and deletion of emails. This computer has access to the internet and is capable of receiving email.

  5. GVWUA currently uses aol.com as its email provider. In order to save an email, the user has two options: (1) Do nothing – the email(s) will remain in the user's inbox on aol.com for a period of time, after which they are automatically deleted; or (2) print out the email(s) and store it as a paper document. GVWUA's Bookkeeper, Administrative Assistant and Field Supervisor do not access GVWUA's primary email address unless expressly requested to do so by GVWUA's Manager.

6. Working files may be contained on the hard drives of any of the computers described above. Working files on these drives may never have been included in email correspondence. These files can be identified by key persons and information custodians. The working files stored on the hard drives of these computers are in native format and can be searched using keywords.

7. GVWUA does not maintain any type of electronic document management system to track and store ESI.

8. Until recently, GVWUA did not have a regular backup process for its computers. GVWUA now backs up the data on its computers as follows:

    a. The computers that contain the Canal SCADA system (Paragraph 1, above) and the deed plotter and generic CADD software programs (Paragraph 4.a., above), and the computer used by GVWUA's Field Supervisor/ Assistant Manager (Paragraph 4.d., above) are not backed up.

    b. The Host Computer is backed up daily using a CD. Backup CD's are generally retained for sixty days and then discarded.

    c. The remaining computers (those described in Paragraphs 4.b., 4.c. and 4.e., above) are backed up on a daily basis using flash drives. The data on such flash drives are retained for five days, and then the flash drives are reused again.

If necessary, GVWUA will collect all relevant non-privileged ESI from its computers using a manual search process for GVWUA staff with access to information regarding this proceeding. GVWUA may then search the captured data for relevant information using the agreed upon search terms.

### iii. Ute Water Conservancy District's IT Architecture

Ute Water Conservancy District ("Ute Water") has identified a variety of sources of potentially relevant ESI and will produce relevant ESI from all available sources. All preservation and keyword searching shall be done in a generally accepted forensically sound manner.

Ute Water maintains that, to the best of its knowledge, all discoverable ESI is housed in the following electronic repositories.

#### 1. Email Server

Ute Water maintains its electronic mail on a server referred to as the "Design Server," described in more detail below. Each individual user has a unique name and password. That user name and password is associated with a unique email inbox. Each Ute Water email user is solely responsible for the management of emails they send and receive, including the saving and deletion of emails. The server is backed up for disaster recovery purposes only, as described in more detail below.

In order to save an email, the user has three options: (1) Do nothing – the email(s) will remain in the user's inbox on the server; (2) print out the email(s) and store it as a paper document; or (3) move the email(s) to a personal folder, typically stored on the user's hard drive.

If necessary, Ute Water will collect all relevant non-privileged ESI from the Design Server as well as any targeted personal email folders using a manual search process for Ute Water staff with access to information regarding this proceeding. Ute

Water may then search the captured data for relevant information using the agreed upon search terms.

### 2. Records and Document Administration Repository

Ute Water does not maintain any type of electronic document management system to track and store ESI.

### 3. Network System and Shared Drives

Ute Water uses five servers in its computer network, described as follows:

a. Ute Imaging Server: This server takes "snapshots" of Ute Water's other servers and computers periodically throughout the day.

b. Ute GIS Server: This server contains an intranet used for access to Ute Water's GIS information. This is an internal intranet used by Ute Water employees.

c. Ute Design Server: This server is used to maintain and access email. It is also used in connection with Ute Water's GIS system.

d. Ute Database Server: This server is used in connection with databases maintained by Ute Water. It uses SQL to access and manipulate the databases.

e. Ute FS1 Server: This server is a file server. It is used in connection with Ute Water's billing and customer service software, and it is also used as a "DHCP" to issue IP addresses for all computers in Ute Water's main office.

Ute Water uses backup tapes to back up the Ute Design Server and the Ute Database Server on a daily basis. Six backup tapes are used, one for each weekday, with an extra tape for the previous Friday. The oldest tapes are constantly recycled and reused

for new backups. All servers and computers are backed up daily to a remote backup location.

Ute Water's computer system has three shared drives, described as follows:

a. The K drive can be accessed by anyone at Ute Water's main office location. This is not the default drive for most employees. Most employees save matters to their own hard drives, and use the K drive to share documents with others when they want to share those documents.

b. The T drive is used by Ute Water's engineering and distribution departments, generally for maps, drawings, utility locates and other such matters.

c. The S drive is used by Ute Water's engineering department, generally for maps, drawings and other such matters.

Working files on any of these drives may never have been included in email correspondence. Working files can be identified by key persons and information custodians. The working files stored on the shared drives and personal computer hard drives are in native format and can be manually identified, and searched using keywords.

4. Treatment Plant Computer System.

The computer systems discussed in Sections 1, 2 and 3, above, are located at Ute Water's main office location at 560 25 Road, Grand Junction, Colorado. Ute Water's treatment plant is located east of Palisade, Colorado. The treatment plant has its own computer system and e-mail system that is separate from the computer and e-mail system located at the main office location. Relevant information relating to this proceeding will be contained on the computer system at Ute Water's main office location. Accordingly,

{00215750.DOC / 1}

9

access to additional information on the computer system at the treatment plant is not necessary for purposes of this proceeding.

### 3. Key Persons and Information Custodians

#### ii. Opposers

The following persons employed by Orchard Mesa Irrigation District may have particular knowledge of the retention of records and aspects of this action related to OMID:

a. Rita Crumpton, Manager

b. Della Grams, Office Manager

The following persons employed by Grand Valley Water Users Association may have particular knowledge of the retention of records and aspects of this action related to GVWUA:

a. Richard Proctor, Manager

b. Shirley Joslin, Bookkeeper/Office Manager

c. Jane Munsell, Administrative Assistant

d. Kevin Conrad, Field Supervisor/Assistant Manager

The following persons employed by Ute Water Conservancy District may have particular knowledge of the retention of records and aspects of this action related to Ute Water:

a. Larry Clever, Manager

b. Steve Ryken, Assistant Manager

c. Ed Tolen, District Engineer

{00215750.DOC / 1}

      d.      Ty Jones, Front Office Supervisor

      e.      Unidentified key persons may include clerical or support personnel who directly prepare, store or modify ESI for the individuals listed above.