IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-MSK-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 06CW255

---

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

---

**OPPOSER COLORADO RIVER WATER CONSERVATION DISTRICT'S UNOPPOSED MOTION TO AMEND STATEMENT OF OPPOSITION**

---

Opposer, the Colorado River Water Conservation District (the "River District"), by and through its undersigned counsel, hereby moves the Court for leave to file an Amended Statement of Opposition pursuant to FED.R.CIV.P. 15(a)(2). As grounds for this motion, the River District states as follows:

1. On December 26, 2006, Applicant, the City and County of Denver, Acting by and through its Board of Water Commissioners filed an application for a finding of reasonable diligence and to make absolute a conditional water right.

2. On February 28, 2007, the River District filed its Statement of Opposition to such Application.

3. The River District's Statement of Opposition sets forth facts as to why the Application should not be granted or should be granted only in part or on certain conditions.

1

4. Informal exchange of information among the parties and the response from formal discovery have revealed that more specificity can be included in the allegations of the River District's Statement of Opposition.

5. The River District has determined that amending its Statement of Opposition will assist in clarifying certain claims set forth therein and help to ensure that issues implied by existing provisions in the River District's Statement of Opposition are set forth expressly before the Court.

6. Pursuant to the Scheduling Order, as amended, the deadline to amend pleadings is set for January 26, 2009.

7. Amending the Statement of Opposition will not alter any deadlines, nor will it result in any additional expense or prejudice to Applicant or other parties. The case is not yet set for trial and discovery is ongoing.

8. The undersigned counsel has consulted with counsel for all parties and is authorized to state that no parties oppose the filing of this Motion.

9. A proposed order granting this Motion is tendered herewith for the Court's convenience.

10. The Amended Statement of Opposition is being conditionally filed simultaneously with this Motion.

Wherefore the River District respectfully asks the Court grant it leave to file its Amended Statement of Opposition.

Respectfully submitted this 26th day of January, 2009.

*Anne J. Castle*
Anne J. Castle
Christopher L. Thorne
Douglas L. Abbott
HOLLAND & HART LLP

Peter C. Fleming
Jason V. Turner
COLORADO RIVER WATER CONSERVATION
DISTRICT

**ATTORNEYS FOR OPPOSER COLORADO RIVER
WATER CONSERVATION DISTRICT**

3

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2009, a true and correct copy of the foregoing **OPPOSER COLORADO RIVER WATER CONSERVATION DISTRICT'S UNOPPOSED MOTION TO AMEND STATEMENT OF OPPOSITION** was served upon the following counsel through ECF for the United States District Court as stated below:

State Water Engineer
Division 5 Engineer
Colorado Division of Water Resources
dick.wolfe@state.co.us
alan.martellaro@state.co.us

Bennett W. Raley, Esq.
Robert V. Trout, Esq.
Trout Raley Montano Witwer & Freeman, P.C.
braley@troutlaw.com
rtrout@troutlaw.com
*Attorneys for Northern Colorado Water Conservancy District*

James J. DuBois, Esq.
U.S. Department of Justice
james.dubois@usdoj.gov
*Attorneys for City of Colorado Springs*

Austin C. Hamre, Esq.
Dunstan Ostrander & Dingess, P.C.
ahamre@dodpc.com
*Attorneys for City of Aurora*

Marry M. Hammond, Esq.
Karl D. Ohlsen, Esq.
William A. Paddock, Esq.
Carlson, Hammond & Paddock, LLC
mhammond@chp-law.com
kohlsenchp@chp-law.com
bpaddock@chp-law.com
*Attorneys for City of Colorado Springs*

Stephen D. Gurr, Esq.
Barry A. Schwartz, Esq.
Kamlet Shepherd & Reichert, LLP
sgurr@ksrlaw.com
bschwartz@ksrlaw.com
*Attorneys for City and County of Denver, acting by and through its Board of Water Commissioners*

Chad M. Wallace, Esq.
Colorado Attorney General's Office
chad.wallace@state.co.us
*Attorneys for State of Colorado*

David G. Hill, Esq.
Berg Hill Greenleaf & Ruscitti, LLP
dghbhgrlaw.com
*Attorneys for City of Englewood*

4

| | |
|---|---|
| Brian M. Nazarenus, Esq.<br>Olivia D. Lucas, Esq.<br>Robert J. Pohlman, Esq.<br>Roger T. Williams, Esq.<br>Ryley Carlock & Applewhite<br>bnazarenus@rcalaw.com<br>olucas@rcalaw.com<br>rpohlman@rcalaw.com<br>rwilliams@rcalaw.com<br>jwatson@rcalaw.com<br>*Attorneys for Climax Molybdenum Company* | Casey S. Funk, Esq.<br>Daniel J. Arnold, Esq.<br>Jeffrey F. Davis, Esq.<br>Gail Rosenschein, Esq.<br>Denver Water<br>casey.funk@denverwater.org<br>daniel.arnold@denverwater.org<br>jeff.davis@denverwater.org<br>gail.rosenschein@denverwater.org<br>*Attorneys for City and County of Denver, acting by and through its Board of Water Commissioners* |
| Mark A. Hermundstad, Esq.<br>Williams, Turner & Holmes, P.C.<br>P.O. Box 338<br>200 North 6th Street, #103<br>Grand Junction, CO 81502<br>mherm@wth-law.com<br>*Attorneys for Grand Valley Water Users Association, Orchard Mesa Irrigation District and Ute Water Conservancy District* | Frederick G. Aldrich, Esq.<br>Frederick G. Aldrich LLC<br>601 A 28 1/4 Road<br>Grand Junction, CO 81506<br>faldrich@aldrich-law.com<br>*Attorneys for Grand Valley Irrigation Company* |
| Nathan A. Keever, Esq.<br>Dufford, Waldeck, Milburn & Krohn, LLP<br>744 Horizon Court, #300<br>Grand Junction, CO 81506<br>*Attorneys for Palisade Irrigation District* | Stanley W. Cazier, Esq.<br>Cazier, McGowan & Walker, P.C.<br>62495 U.S. Highway 40<br>P.O. Box 500<br>Granby, CO 80446<br>cazier_mcgowan@hotmail.com<br>*Attorneys for Middle Park Water Conservancy District* |

   A printed copy of this document with original signature is maintained by the filing party and will be made available for inspection by other parties or the Court upon request.

*/s/ Louann Jamieson*

4431717_1.DOC