IN UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-EWN-CBS
Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 2006CW255

MOTION FOR LEAVE TO FILE AMENDED APPLICATION FOR FINDING OF REASONABLE DILIGENCE AND TO MAKE ABSOLUTE A CONDITIONAL WATER RIGHT AND APPLICANT'S INITIAL STATEMENT OF AFFIRMATIVE DEFENSES

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

Applicant, the City and County of Denver, acting by and through its Board of Water Commissioners ("Applicant"), by its attorneys, pursuant to Magistrate Judge Shaffer's December 11, 2008 Minute Order setting January 26, 2009 as the deadline for amending pleadings, and pursuant to Fed. R. Civ. P. 15(a)(2), moves for an Order allowing the filing of its Amended Application for Finding of Reasonable Diligence and to Make Absolute a Conditional Water Right and Applicant's Initial Statement of Affirmative Defenses. Good cause exists for granting the Motion as follows:

**CERTIFICATION PURSUANT TO D.C.COLO.L.CivR 7.1(A)**

Due to Magistrate Judge Shaffer's December 11, 2008 Minute Order directing the parties to file amended pleadings on or before January 26, 2009, no conference is necessary pursuant to D.C.COLO.L.CivR 7.1(A). Nonetheless, undersigned counsel, Stephen D. Gurr, states that on January 26, 2009 he conferred by telephone with Brian Nazarenus, Esq., counsel for Objector Climax Molybdenum Company ("Climax"), who does not object to Applicant's filing of its

{00215948.DOC / 4}

amended pleading pursuant to Magistrate Judge Shaffer's December 11, 2008 Minute Order, but reserved Climax's right to file a response or subsequent objection. Similarly, on January 26, 2009, Mr. Gurr spoke with Douglas Abbott, counsel for Objector Colorado River Water Conservation District ("River District"), the lead west slope Objector. Mr. Abbott stated that the District has not yet determined whether to oppose or otherwise object to Applicant's filing of its amendment and therefore reserves the right to object or file responsive pleadings as necessary.

1. On December 11, 2008, Magistrate Judge Shaffer established January 26, 2009 as the deadline for the parties to amend pleadings. This deadline was established, in part, to allow the parties conform the pleadings to discovered evidence and to allow Applicant to expressly assert its Affirmative Defenses to the contentions and claims contained in the Objectors' Rule 26 disclosures, discovery responses and expert disclosures.

2. Accordingly, Applicant has prepared and files herewith its Amended Application for Finding of Reasonable Diligence and to Make Absolute a Conditional Water Right and Applicant's Initial Statement of Affirmative Defenses.

3. This filing is timely made pursuant to Magistrate Judge Shaffer's December 11, 2008 Minute Order and no party will be unfairly prejudiced by Applicant's compliance therewith.

WHEREFORE, Applicant respectfully requests leave pursuant to Fed.R.Civ.P. 15(a)(2) to file its Amended Application for Finding of Reasonable Diligence and to Make Absolute a Conditional Water Right and Applicant's Initial Statement of Affirmative Defenses, in the form filed contemporaneously herewith.

Respectfully submitted this 26th day of January, 2009.

        **DENVER WATER**
        Casey S. Funk
        Daniel J. Arnold
        1600 W 12th Avenue
        Denver, CO 80204-3412

        *Counsel for Applicant City & County of Denver, acting by and through its Board of Water Commissioners*

        **KAMLET SHEPHERD & REICHERT, LLP**


        */s/ Stephen D. Gurr*
        Stephen D. Gurr
        Barry A. Schwartz
        1515 Arapahoe Street, Tower 1, Suite 1600
        Denver, CO 80202

        *Counsel for Applicant City & County of Denver, acting by and through its Board of Water Commissioners*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2009, a true and correct copy of the foregoing MOTION FOR LEAVE TO FILE AMENDED APPLICATION FOR FINDING OF REASONABLE DILIGENCE AND TO MAKE ABSOLUTE A CONDITIONAL WATER RIGHT AND APPLICANT'S INITIAL STATEMENT OF AFFIRMATIVE DEFENSES was served upon the following counsel:

<u>Via ECF and LexisNexis Case No 06CW255:</u>

Brian M. Nazarenus, Esq.
Robert J. Pohlman, Esq.
Roger T. Williams, Esq.
RYLEY CARLOCK & APPLEWHITE
1999 Broadway, Suite 1800
Denver, CO  80202
***Counsel for Climax Molybdenum Company***

Anne Jamieson Castle, Esq.
Douglas L. Abbott, Esq.
Christopher L. Thorne, Esq.
Holland & Hart, LLP-Denver
P.O. Box 8749
555 17th Street
#3200
Denver, CO 80201-8749
***Counsel for Colorado River Water Conservation District***

Mark A. Hermundstad, Esq.
Kirsten M. Kurath, Esq.
Williams Turner & Holmes, P.C.
200 North 6th Street
PO Box 338
Grand Junction, CO 81502
***Counsel for Grand Valley Water Users Association***
***Counsel for Orchard Mesa Irrigation District***
***Counsel for Ute Water Conservancy District***

Peter C. Fleming, Esq.
Jason V. Turner, Esq.
PO Box 1120
Glenwood Springs, CO 81602
***Counsel for Colorado River Water Conservation District***

{00215948.DOC / 4}

Frederick G. Aldrich, Esq.
Aldrich Frederick, LLC
601A 28 ¼ Road
Grand Junction, CO 81506
**Counsel for Grand Valley Irrigation Company**

Stanley W. Cazier, Esq.
John D. Walker, Esq.
Cazier McGowan & Walker
PO Box 500
Granby, CO 80446
**Counsel for Middle Park Water Conservancy District**

Nathan A. Keever, Esq.
Dufford Waldeck Milburn & Krohn, LLP
744 Horizon Court, Suite 300
Grand Junction, CO 81506
**Counsel for Palisade Irrigation District**

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Diana L. Brechtel*