IN UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-EWN-CBS
Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 2006CW255

**ERRATA TO AMENDED APPLICATION FOR FINDING OF REASONABLE
DILIGENCE AND TO MAKE ABSOLUTE A CONDITIONAL WATER RIGHT
INCLUDING APPLICANT'S INITIAL STATEMENT OF AFFIRMATIVE DEFENSES**

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY
OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS,
IN SUMMIT COUNTY

Applicant, the City and County of Denver, acting by and through its Board of Water

Commissioners ("Applicant"), by its attorneys, hereby submits its Errata to Amended

Application for Finding of Reasonable Diligence and to Make Absolute a Conditional Water

Right Including Applicant's Initial Statement of Affirmative Defenses, and in support thereof,

state as follows:

1.      On January 26, 2009, Applicant filed its Motion for Leave to File Amended

Application for Finding of Reasonable Diligence and to Make Absolute a Conditional Water

Right and Applicant's Initial Statement of Affirmative Defenses ("Motion for Leave").

2.      Attached to the Motion for Leave is the proposed Amended Application for

Finding of Reasonable Diligence and to Make Absolute a Conditional Water Right and

Applicant's Initial Statement of Affirmative Defenses ("Amended Application").

3.      Applicants inadvertently filed the Amended Application without the Verification

of William G. Bates, Manager of Water Rights Protection.

4.    The corrected proposed Amended Application is attached hereto.

Respectfully submitted this 27th day of January, 2009.

**DENVER WATER**
Casey S. Funk
Daniel J. Arnold
1600 W 12th Avenue
Denver, CO 80204-3412

*Counsel for Applicant City & County of Denver, acting by and through its Board of Water Commissioners*

**KAMLET SHEPHERD & REICHERT, LLP**

*/s/ Stephen D. Gurr*
Stephen D. Gurr
Barry A. Schwartz
1515 Arapahoe Street, Tower 1, Suite 1600
Denver, CO 80202

*Counsel for Applicant City & County of Denver, acting by and through its Board of Water Commissioners*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 27th day of January, 2009, a true and correct copy of the foregoing **ERRATA TO AMENDED APPLICATION FOR FINDING OF REASONABLE DILIGENCE AND TO MAKE ABSOLUTE A CONDITIONAL WATER RIGHT INCLUDING APPLICANT'S INITIAL STATEMENT OF AFFIRMATIVE DEFENSES** was served upon the following counsel:

*Via ECF and LexisNexis Case No 06CW255:*

Brian M. Nazarenus, Esq.
Robert J. Pohlman, Esq.
Roger T. Williams, Esq.
RYLEY CARLOCK & APPLEWHITE
1999 Broadway, Suite 1800
Denver, CO   80202
***Counsel for Climax Molybdenum Company***

Anne Jamieson Castle, Esq.
Douglas L. Abbott, Esq.
Christopher L. Thorne, Esq.
Holland & Hart, LLP-Denver
P.O. Box 8749
555 17th Street
#3200
Denver, CO 80201-8749
***Counsel for Colorado River Water Conservation District***

Mark A. Hermundstad, Esq.
Kirsten M. Kurath, Esq.
Williams Turner & Holmes, P.C.
200 North 6th Street
PO Box 338
Grand Junction, CO 81502
***Counsel for Grand Valley Water Users Association***
***Counsel for Orchard Mesa Irrigation District***
***Counsel for Ute Water Conservancy District***

Peter C. Fleming, Esq.
Jason V. Turner, Esq.
PO Box 1120
Glenwood Springs, CO 81602
***Counsel for Colorado River Water Conservation District***

Frederick G. Aldrich, Esq.
Aldrich Frederick, LLC
601A 28 ¼ Road
Grand Junction, CO 81506
**Counsel for Grand Valley Irrigation Company**

Stanley W. Cazier, Esq.
John D. Walker, Esq.
Cazier McGowan & Walker
PO Box 500
Granby, CO 80446
**Counsel for Middle Park Water Conservancy District**

Nathan A. Keever, Esq.
Dufford Waldeck Milburn & Krohn, LLP
744 Horizon Court, Suite 300
Grand Junction, CO 81506
**Counsel for Palisade Irrigation District**

*/s/ Diana L. Brechtel*

4