IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Debra Brown, Deputy Clerk                    Date: February 02, 2009

Civil Action No. 49-cv-02782-EWN-CBS
a/k/a Consolidated Cases: Civil Action No. 2782
Civil Action No. 5016
Civil Action No. 5017

_Parties:_                                   _Counsel:_

UNITED STATES OF AMERICA,

     Plaintiff,

v.

NORTHERN COLORADO WATER
CONSERVANCY DISTRICT, et al.

     Defendants.

IN THE MATTER OF THE ADJUDICATION
OF PRIORITIES OF WATER RIGHTS IN
WATER DISTRICT NO. 36
FOR PURPOSES OF IRRIGATION

PETITIONERS:
THE COLORADO RIVER WATER
CONSERVATION DISTRICT,
THE GRAND VALLEY WATER USERS
ASSOCIATION,
ORCHARD MESA IRRIGATION DISTRICT,
PALISADE IRRIGATION DISTRICT,
GRAND VALLEY IRRIGATION COMPANY,
AND MIDDLE PARK WATER
CONSERVANCY DISTRICT,

*Courtroom Minutes*
*49-cv-02782-MSK-CBS*
*Page 2 of 3*

IN THE MATTER OF THE ADJUDICATION
OF PRIORITIES OF WATER RIGHTS IN
WATER DISTRICT NO. 36
FOR PURPOSES OTHER THAN IRRIGATION

PETITIONERS:
THE COLORADO RIVER WATER
CONSERVATION DISTRICT,
THE GRAND VALLEY WATER USERS
ASSOCIATION,
ORCHARD MESA IRRIGATION DISTRICT,
PALISADE IRRIGATION DISTRICT,
GRAND VALLEY IRRIGATION COMPANY,
AND MIDDLE PARK WATER
CONSERVANCY DISTRICT.

---

## COURTROOM MINUTES

---

**Status Conference**

**Court in session: 1:34 p.m.**

Appearances of counsel Douglas L. Abbott, Daniel John Arnold, Anne Castle, Stanley W. Cazier, Jeffrey Flinn Davis, peter Fleming, Casey Funk, Stephen Gurr, Robert Pohlman, Cecil Lynn, Barry Schwartz and Jason Turner.

Court's opening remarks.

The Court inquires as to any objections to "MOTION for Leave to File Amended [146] Application for Finding of Reasonable Diligence and to Make Absolute a Conditional Water Right Including Applicants Initial Statement of Affirmative Defenses" [Document #268, filed January 26, 2009] filed by Petitioner Board of Water Commissioners.
Statements by Anne Castle.
The Court determines the motion is not ripe for ruling at this time.

*Courtroom Minutes*
*49-cv-02782-MSK-CBS*
*Page 3 of 3*

Discussion regarding the current status of discovery requests and the ESI issues.
Statements by Counsel.

Discussion by the Court and Counsel regarding a request for stay of the case in light of the current mediation.
The Court advises Counsel to file an appropriate motion to stay for the reasons stated on the record.
Statements by Casey Funk regarding a potential Motion to Remand to State Court.

**Court in recess: 2:25 p.m.**
Hearing concluded.

Total time in court:  00:41