IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 49-cv-02782 -MSK-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017

and

| | |
|---|---|
| DISTRICT COURT, WATER DIVISION NO. 5<br>STATE OF COLORADO<br>109 8th Street, Suite 104<br>Glenwood Springs, CO 81601 | ▲  **COURT USE ONLY**  ▲ |
| Concerning the Application for Water Rights Of:<br><br>The Colorado River Water Conservation District, acting by and through its Colorado River Water Projects Enterprise and the City and County of Denver, Acting by and through its Board of Water Commissioners,<br><br>In Summit and Grand Counties, Colorado | Case Number: 2009CW14<br><br>Div.:            Ctrm.: |
| Attorneys for Objectors:<br>Mark A. Hermundstad, #10527<br>Kirsten M. Kurath, #24649<br>WILLIAMS, TURNER & HOLMES, P.C.<br>200 North 6th Street, P.O. Box 338<br>Grand Junction, CO 81502<br>Phone Number: (970) 242-6262<br>Fax Number: (970) 241-3026<br>E-mail: mherm@wth-law.com<br>         kmkurath@wth-law.com | |
| **STATEMENT OF OPPOSITION OF<br>GRAND VALLEY WATER USERS ASSOCIATION,<br>ORCHARD MESA IRRIGATION DISTRICT, AND<br>UTE WATER CONSERVANCY DISTRICT, ACTING BY<br>AND THROUGH THE UTE WATER ACTIVITY ENTERPRISE** | |

Objectors Grand Valley Water Users Association, Orchard Mesa Irrigation District and Ute Water Conservancy District, acting by and through the Ute Water Activity Enterprise (collectively,

Application of Colorado River Water Conservation District<br>
and City and County of Denver<br>
Case No. 09CW14<br>
Statement of Opposition<br>
Page 2

"Objectors"), by and through their attorneys, Williams, Turner & Holmes, P.C., file the following Statement of Opposition herein:

1. Name, address and telephone number of Objectors:

   Grand Valley Water Users Association
   Attention: Richard Proctor, Manager
   1147 24 Road
   Grand Junction, CO 81505
   970-242-5056

   Orchard Mesa Irrigation District
   Attention: Rita Crumpton, Manager
   668 38 Road
   Palisade, CO 81526
   (970) 464-7885

   Ute Water Conservancy District, acting by and through
      the Ute Water Activity Enterprise
   Attn: Steve Ryken, Assistant Manager
   P. O. Box 460
   Grand Junction, CO 81502
   (970) 242-7491

2. State facts as to why the Application should not be granted or why it should be granted only in part or on certain conditions:

   A. The Objectors are the owners, operators and/or users of water rights which could be adversely affected by the granting of the Application filed herein.

   B. Applicants must establish that there has been a steady application of effort to complete the appropriation of the subject water rights in a reasonably expedient and efficient manner and in accordance with the stipulations, orders, judgments and decrees entered in Consolidated Civil Case Nos. 2782, 5016 and 5017, United States District Court for the District of Colorado (collectively, the "Blue River Decree").

   C. Applicants must establish that the subject water rights are not and/or have not become speculative.

D. Applicants must establish the elements required by §37-92-305(9)(b), C.R.S., including without limitation that the waters can and will be diverted, stored, or otherwise captured, possessed, and controlled and will be beneficially used and that the project can and will be completed with diligence and within a reasonable time.

E. With respect to the amount claimed to have been made absolute, Applicants must establish the elements required by §37-92-305(9)(a), C.R.S., including without limitation that the waters have been diverted, stored, or otherwise captured, possessed, and controlled and have been applied to a beneficial use.

F. With respect to the amount claimed to have been made absolute, Applicants must establish that the water was diverted and used in accordance with the Blue River Decree, including without limitation that the water was used solely for municipal purposes within Denver's metropolitan area, being the area that is reasonably integrated with the development of Denver, and that Denver is reusing the water as required by Paragraphs 4(e) and 4(f) of the Stipulation of October 5, 1955, as incorporated into the Blue River Decree.

G. The Objectors reserve the right to raise additional grounds for objection as further information becomes available to the Objectors through discovery or otherwise.

H. This Statement of Opposition shall be continuing in nature. If any amendment to the Application is deemed necessary by the Water Court or by the Applicants, this Statement of Opposition shall be considered sufficient for the purposes of opposing the amended Application without the necessity of filing a further statement of opposition.

WHEREFORE, Objectors request that the Application be dismissed or that conditions be imposed which adequately protect the water rights of these Objectors and for such other and further relief as may be appropriate.

Respectfully submitted this 24 day of April, 2009.

WILLIAMS, TURNER & HOLMES, P.C.

Mark A. Hermundstad, #10527
Attorneys for Objectors Grand Valley Water Users Association, Orchard Mesa Irrigation District and Ute Water Conservancy District, acting by and through the Ute Water Activity Enterprise

STATE OF COLORADO )
) ss.
COUNTY OF MESA )

Richard Proctor, as Manager of Objector Grand Valley Water Users Association, being first duly sworn deposes and states that he has read the foregoing Statement of Opposition of Grand Valley Water Users Association and verifies its content.

*Richard Proctor*
Richard Proctor

Subscribed under oath before me on April **24**, 2009.

WITNESS my hand and official seal.

My Commission Expires: **6/17/10**

_____
Notary Public

STATE OF COLORADO )
) ss.
COUNTY OF M E S A )

Rita Crumpton, as Manager of Objector Orchard Mesa Irrigation District, being first duly sworn deposes and states that she has read the foregoing Statement of Opposition/Answer and verifies its content.

*Rita Crumpton*
Rita Crumpton

Subscribed and sworn to before me this **24** day of April ___, 2009.

WITNESS my hand and official seal.
My commission expires: **6/17/10**

_____
Notary Public

Application of Colorado River Water Conservation District<br>
and City and County of Denver<br>
Case No. 09CW14<br>
Statement of Opposition<br>
Page 5

STATE OF COLORADO   )
                    ) ss.
COUNTY OF M E S A   )

Steve Ryken, as Assistant Manager of Objector Ute Water Conservancy District, acting by and through the Ute Water Activity Enterprise, being first duly sworn deposes and states that he has read the foregoing Statement of Opposition/Answer and verifies its content.

_____
Steve Ryken

Subscribed and sworn to before me this **24** day of April ___, 2009.

WITNESS my hand and official seal.

My commission expires: **6/17/09**

_____
Notary Public

[Notary Seal: TY JONES, NOTARY PUBLIC, STATE OF COLORADO]

-5-

Case No. 1:49-cv-02782-MSK-CBS   Document 278   filed 04/28/09   USDC Colorado
pg 6 of 6

...

Application of Colorado River Water Conservation District
and City and County of Denver
Case No. 09CW14
Statement of Opposition
Page 6

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Statement of Opposition was served upon the following at the address listed after their names this 28 day of April, 2009, via LexisNexis Courtlink:

Patricia L. Wells, General Counsel
Michael L. Walker
Casey S. Funk
Daniel J. Arnold
City and County of Denver
1600 West 12th Avenue
Denver, Colorado 80204

Peter C. Fleming
Jason Turner
Colorado River Water Conservation District
P.O. Box 1120
Glenwood Springs, CO 81601

*Sandy Richardson*