IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 49-CV-02782-MSK-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017
and
DISTRICT COURT, WATER DIVISION NO. 5, STATE OF COLORADO
Case No. 06CW255

**NOTICE OF CONSENT PURSUANT TO FED.R.CIV.P. 15(A)(2)**

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY, COLORADO

Objectors, Colorado River Water Conservation District, Palisade Irrigation Company, Grand Valley Irrigation Company, Grand Valley Water Users Association, Middle Park Water Conservancy District, Orchard Mesa Irrigation District, and Ute Water Conservancy District, through undersigned counsel hereby submit this Notice of Consent to Applicant, City and County of Denver, acting by and through its Board of Water Commissioners' ("Denver Water"), Motion for Leave to File Amended Application for Finding of Reasonable Diligence and to Make Absolute a Conditional Water Right and Applicant's Initial Statement of Affirmative Defenses ("Amended Application") Document No. 268.

Magistrate Judge Schaffer has scheduled a hearing on Denver Water's Amended Application for June 1, 2009. Document No. 279. Pursuant to Fed.R.Civ.P. 15(a)(2) the Objectors hereby provide their consent to Denver Water's Amended Application.

Respectfully filed this 18th day of May 2009.

*/s/ Jason V. Turner
Peter C. Fleming, #20805
Jason V. Turner, #35665
Colorado River Water Conservation District
P.O. Box 1120
Glenwood Springs, CO 81602
970-945-8522
jturner@crwcd.org

U.S. District Court for the District of Colorado, Civil Action No. 49-CV-02782-EWN-CBS, Consolidated Civil Case Nos. 2782, 5016 and 5017; District Court, Water Division 5, Colorado, Case No. 06CW255
Application for Water Rights of the City and County of Denver (Blue River Diversion Project)
Notice of Consent Pursuant to Fed.R.Civ.P. 15(A)(2)
Page 2

|  |  |
|---|---|
|  | Anne J. Castle, #11202<br>Christopher L. Thorne, #20003<br>Douglas L. Abbott, #18383<br>Holland & Hart, LLP<br>555 17th Street, Suite 3200<br>Denver, CO  80202-8749<br>(303) 295-8000<br>acastle@hollandhart.com<br>cthorne@hollandhart.com<br>dabbott@hollandhart.com<br><br>***Counsel for Colorado River Water Conservation District*** |
| */s/ Frederick G. Aldrich_____<br>Frederick G. Aldrich, #428<br>Frederick G. Aldrich, LLC<br>601A 28 1/4 Road<br>Grand Junction, Colorado 81506<br>(970) 245-7950<br>faldrich@aldrich-law.com<br>***Counsel for Grand Valley Irrigation District*** | */s/ Mark A. Hermundstad_____ _____<br>Mark A. Hermundstad, #10527<br>Williams Turner & Holmes, P.C.<br>P.O. Box 338<br>Grand Junction, CO  81502<br>(970) 242-6262<br>mherm@wth-law.com<br>***Counsel for Grand Valley Water Users Association, Orchard Mesa Irrigation District, and Ute Water Conservancy District*** |
| */s/ Stanley W. Cazier_____<br>Stanley W. Cazier, #4648<br>Cazier McGowan & Walker<br>P.O. Box 500<br>Granby, CO  80446<br>(970) 887-3376<br>cazier_mcgowan@hotmail.com<br>***Counsel for Middle Park Water Conservancy District*** | */s/ Nathan A. Keever_____ _____<br>Nathan A. Keever, #24630<br>Dufford, Waldeck, Milburn & Krohn<br>744 Horizon Court, Suite 300<br>Grand Junction, CO  81506<br>(970) 241-5500<br>keever@dwmk.com<br>***Counsel for Palisade Irrigation District*** |

*\*A printed copy of this document with original signature is maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*

U.S. District Court for the District of Colorado, Civil Action No. 49-CV-02782-EWN-CBS, Consolidated Civil Case Nos. 2782, 5016 and 5017; District Court, Water Division 5, Colorado, Case No. 06CW255
Application for Water Rights of the City and County of Denver (Blue River Diversion Project)
Notice of Consent Pursuant to Fed.R.Civ.P. 15(A)(2)
Page 3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing NOTICE OF CONSENT PURSUANT TO FED.R.CIV.P. 15(A)(2) will be e-filed and served upon the following parties through http://www.courtlink.com CM/ECF for the United States District Court, District of Colorado, and through http://lexisnexis.com within twenty-four (24) hours of this date, May 18, 2009, or deposited in the United States Mail, first class, postage prepaid, as follows:

Anne J. Castle, Esq.
Douglas L. Abbott, Esq.
Holland & Hart, LLP
acastle@hollandhart.com
dabbott@hollandhart.com
*Attorneys for Colorado River Water Conservation Dist.*

Frederick G. Aldrich, Esq.
Frederick G. Aldrich, LLC
faldrich@aldrich-law.com
*Attorneys for Grand Valley Irrigation*

Casey S. Funk, Esq.
Daniel J. Arnold, Esq.
Jeffrey F. Davis, Esq.
Gail Rosenschein, Esq.
Denver Water
casey.funk@denverwater.org
daniel.arnold@denverwater.org
jeff.davis@denverwater.org
gail.rosenschein@denverwater.org
*Attorneys for City and County of Denver, acting by and through its Board of Water Commissioners*

Stephen D. Gurr, Esq.
Barry A. Schwartz, Esq.
Kamlet Shepherd & Reichert, LLP
sgurr@ksrlaw.com
bschwartz@ksrlaw.com
*Attorneys for City and County of Denver, acting by and through its Board of Water Commissioners*

Stanley W. Cazier, Esq.
Cazier McGowan & Walker
cazier_mcgowan@hotmail.com
*Attorneys for Middle Park Water Conservancy District*

James J. DuBois, Esq.
U.S. Department of Justice
james.dubois@usdoj.gov
*Attorneys for City of Colorado Springs*

Mary M. Hammond, Esq.
Karl D. Ohlsen, Esq.
William A. Paddock, Esq.
Carlson, Hammond & Paddock, LLC
mhammond@chp-law.com
kohlsen@chp-law.com
bpaddock@chp-law.com
*Attorneys of City of Colorado Springs*

Austin C. Hamre, Esq.
Duncan Ostrander & Dingess, P.C.
ahamre@dodpc.com
*Attorneys for City of Aurora*

Mark M. Hermundstad, Esq.
Williams Turner & Holmes, P.C.
mherm@wth-law.com
mailto:kmkurath@wth-law.com
*Attorneys for Grand Valley Water Users Assoc.; Orchard Mesa Irrigation District; Ute Water Conservancy District*

David G. Hill, Esq.
Berg Hill Greenleaf & Ruscitti, LLP
dgh@bhgrlaw.com
*Attorneys for City of Englewood*

Nathan A. Keever, Esq.
Dufford Waldeck Milburn & Krohn, LLP
keever@dwmk.com
*Attorneys for Palisade Irrigation District*

U.S. District Court for the District of Colorado, Civil Action No. 49-CV-02782-EWN-CBS, Consolidated Civil Case Nos. 2782, 5016 and 5017; District Court, Water Division 5, Colorado, Case No. 06CW255
Application for Water Rights of the City and County of Denver (Blue River Diversion Project)
Notice of Consent Pursuant to Fed.R.Civ.P. 15(A)(2)
Page 4

Brian M. Nazarenus, Esq.
Olivia D. Lucas, Esq.
Robert J. Pohlman, Esq.
Roger T. Williams, Esq.
John L. Watson, Esq.
Ryley Carlock & Applewhite
bnazarenus@rcalaw.com
olucas@rcalaw.com
rpohlman@rcalaw.com
rwilliams@rcalaw.com
jwatson@rcalaw.com
*Attorneys for Climax Molybdenum Company*

Bennett W. Raley, Esq.
Robert V. Trout, Esq.
Trout Raley Montano Witwer & Freeman, P.C.
braley@troutlaw.com
rtrout@troutlaw.com
Attorneys for Northern Colorado Water Cons. Dist.

Chad M. Wallace, Esq.
Colorado Attorney General's Office
chad.wallace@state.co.us
Attorneys for State of Colorado

    */s/  Jason V. Turner
    Jason V. Turner

*A printed copy of this document with original signature is maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*