IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CONSOLIDATED CASES

| | |
|---|---|
| UNITED STATES OF AMERICA V. NORTHERN COLORADO WATER CONSERVANCY DISTRICT, et al., | ) ) ) CIVIL NO. 2782 (EWN) |
| IN THE MATTER OF THE ADJUDICATION OF PRIORITIES OF WATER RIGHTS IN WATER DISTRICT NO. 36 FOR PURPOSES OF IRRIGATION | ) ) CIVIL NO. 5016 ) ) ) |
| PETITIONERS: COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT, PALISADE IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION COMPANY AND MIDDLE PARK WATER CONSERVANCY DISTRICT | ) ) ) ) ) ) ) |
| IN THE MATTER OF THE ADJUDICATION OF PRIORITIES OF WATER RIGHTS IN WATER DISTRICT NO. 36 FOR PURPOSES OTHER THAN IRRIGATION | ) CIVIL NO. 5017 ) ) ) ) (49-cv-02782-MSK-CBS) |
| PETITIONERS: COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT, PALISADE IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION COMPANY AND MIDDLE PARK WATER CONSERVANCY DISTRICT | ) ) ) ) ) ) ) |

**ENTRY OF APPEARANCE**

Ann M. Rhodes of the law firm of Berg Hill Greenleaf & Ruscitti LLP hereby enters her appearance as Special Counsel for City of Englewood in the above-captioned matter.

Dated: May 19, 2009

Respectfully submitted,


*s/Ann M. Rhodes*
Ann M. Rhodes, Reg. #39095
Special Counsel for City of Englewood
1712 Pearl Street
Boulder, CO 80302
303-402-1600
amr@bhgrlaw.com


CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on May 19, 2009, a true an correct copy of the foregoing **ENTRY OF APPEARANCE** was served electronically, via CM/ECF system to the following:

acastle@hollandhart.com, IntakeTeam@hollandhart.com
ahamre@dodpc.com, dodpc@dodpc.com
bschwartz@ksrlaw.com, dbrechtel@ksrlaw.com
braley@troutlaw.com
bnazarenus@rcalaw.com, awoodley@rcalaw.com, kcanjar@rcalaw.com, pdavis@rcalaw.com
casey.funk@denverwater.org
chad.wallace@state.co.us, terrie.sandoval@state.co.us
cthorne@hollandhart.com, IntakeTeam@hollandhart.com
dabbott@hollandhart.com, IntakeTeam@hollandhart.com
daniel.arnold@denverwater.org, julie.whalen@denvewater.org
dbls99@comcast.net
faldrich@hfak.com, kdavis@aldrich-law.com
gail.rosenschein@denverwater.org
james.dubois@usdoj.gov, efile_nrs.enrd@usdoj.gov, linda.shumard@usdoj.gov, susan.middagh@usdoj.gov
jmongomery@mwhw.com, rolson@mwhw.com
jturner@crwcd.org, lichols@crwcd.org
jdavis@denverwater.org
jwatson@rcalaw.com, pdavis@rcalaw.com
jmaurer@rcalaw.com
kohlsen@chp-law.com, skirschenbaum@chp-law.com
mherm@wth-law.com, clr@wth-law.com
mhammond@chp-law.com, skirschenbaum@chp-law.com
davis@dwmk.com, keever@dwmk.com
olucas@rcalaw.com, awoodley@rcalaw.com, bstephens@rcalaw.com, jsimmons@rcalaw.com

pfleming@crwcd.org
rpohlman@rcalaw.com
rtrout@troutlaw.com
rwilliams@rcalaw.com, acollins@rcalaw.com, awoodley@rcalaw.com dmrobertson@rcalaw.com, kcanjar@rcalaw.com
cazier_mcgowan@hotmail.com
sgurr@ksrlaw.com, dbrechtel@ksrlaw.com, mbradbury@ksrlaw.com
bpaddock@chp-law.com, skirschenbaum@chp-law.com

*s/Patricia A. Gabel*

Patricia A. Gabel