**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: June 5, 2009 |
| Court Reporter: | Paul Zuckerman | |

Civil Action No.     49-cv-02782-MSK-CBS

*Parties*:                                                              *Counsel Appearing*:

UNITED STATES OF AMERICA,                        James DuBois

     Plaintiff,

v.

NORTHERN COLORADO WATER
CONSERVANCY DISTRICT, et al.

     Defendants

v.

BOARD OF WATER COMMISSIONERS.       Casey Funk
et al.,                                                                   Daniel Arnold
                                                                              Barry Schwartz
     Petitioners                                         Stephen Gurr
                                                                              Robert Pohlman
                                                                              Roger Williams
                                                                              Frederick Aldrich
                                                                              Stanley Cazier
                                                                              Mark Hermundstad
                                                                              Christopher Thorne
                                                                              Jason Turner
                                                                              Ann Rhodes

**MINUTES OF RULE 16 CONFERENCE**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**1:56 p.m.      Court in session.**

Purpose of hearing: Case Status

The Court addresses how the parties envision resolving the current application at Doc. #146

Counsel Funk provides case status, including that all the scheduling order dates were vacated by the Magistrate Judge, ongoing mediation/settlement efforts and the possibility of remanding back to state court.

The Court addresses discovery completion, dispositive motions and expectancy of length and time frame for going to trial, if necessary.

The parties believe the remand decision can be completed in a couple of weeks.

The applicant's (Denver Water Commission) primary objective is to allow the mediation to be pursued and completed before litigation is pursued.

Statement from Mr. Polhman who concurs with Mr. Funk that the best way to proceed is to stay the case until the end of the year without any discovery or further litigation going forward.

No statements from other counsel either in disagreement or to give additional information to the Court.

**ORDER**:      **The Court grants a stay until December 31, 2009** for completion of the mediation process. **By December 31, 2009**, the parties will either file whatever documentation they believe will resolve the issues currently before this Court or the filing of a document that advises mediation efforts have been exhausted and the parties are ready to proceed through the litigation process. The Stay Order stays obligatory filings, not voluntary filings.

**2:44 pm.      Court in recess.**
**Total Time:   48 minutes.**
**Hearing concluded.**