IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-MSK-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 06CW255

_____

**NOTICE OF FIRM NAME CHANGE**
_____

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY
_____

PLEASE TAKE NOTICE that effective June 1, 2009, the firm of Kamlet Shepherd & Reichert, LLP changed its name to Kamlet Reichert, LLP. Applicant City & County of Denver's, acting by and through its Board of Water Commissioners, counsel's email addresses has changed to bschwartz@kamletlaw.com and sgurr@kamletlaw.com. All other contact information remains the same.

Respectfully submitted this 12th day of June 2009.

**KAMLET REICHERT, LLP**

*/s/ Barry A. Schwartz*
Barry A. Schwartz
Stephen D. Gurr
1515 Arapahoe Street, Tower 1, Suite 1600
Denver, CO 80202

*Counsel for Applicant City & County of Denver, acting by and through its Board of Water Commissioners*

{00236824.DOC / 1}

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2009, a true and correct copy of the foregoing **NOTICE OF FIRM NAME CHANGE** was served upon the following counsel:

*Via ECF and LexisNexis under Case No 06CW255:*

Casey S. Funk
Daniel J. Arnold
1600 W 12th Avenue
Denver, CO 80204-3412
*Co-Counsel for Applicant City & County*
*of Denver, acting by and through its Board of Water Commissioners*

Brian M. Nazarenus, Esq.
Robert J. Pohlman, Esq.
Roger T. Williams, Esq.
RYLEY CARLOCK & APPLEWHITE
1999 Broadway, Suite 1800
Denver, CO   80202
*Counsel for Climax Molybdenum Company*

Anne Jamieson Castle, Esq.
Douglas L. Abbott, Esq.
Christopher L. Thorne, Esq.
Holland & Hart, LLP-Denver
P.O. Box 8749
555 17th Street
#3200
Denver, CO 80201-8749
*Counsel for Colorado River Water Conservation District*

Mark A. Hermundstad, Esq.
Kirsten M. Kurath, Esq.
Williams Turner & Holmes, P.C.
200 North 6th Street
PO Box 338
Grand Junction, CO 81502
*Counsel for Grand Valley Water Users Association*
*Counsel for Orchard Mesa Irrigation District*
*Counsel for Ute Water Conservancy District*

Peter C. Fleming, Esq.
Jason V. Turner, Esq.
PO Box 1120
Glenwood Springs, CO 81602
*Counsel for Colorado River Water Conservation District*

Frederick G. Aldrich, Esq.
Aldrich Frederick, LLC
601A 28 ¼ Road
Grand Junction, CO 81506
*Counsel for Grand Valley Irrigation Company*

Stanley W. Cazier, Esq.
John D. Walker, Esq.
Cazier McGowan & Walker
PO Box 500
Granby, CO 80446
*Counsel for Middle Park Water Conservancy District*

Nathan A. Keever, Esq.
Dufford Waldeck Milburn & Krohn, LLP
744 Horizon Court, Suite 300
Grand Junction, CO 81506
*Counsel for Palisade Irrigation District*

/s/ Diana L. Brechtel