IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-MSK-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 06CW255

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

TO:   THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Anne J. Castle hereby withdraws as counsel of record for Opposer The Colorado River Water Conservation District ("River District") and substitutes in her place and stead Christopher L. Thorne, Leah K. Martinsson and Meghan N. Winokur of Holland & Hart LLP as counsel of record for the River District. This substitution is made due to Ms. Castle's withdrawal from Holland & Hart LLP. Christopher L. Thorne, Leah K. Martinsson and Meghan N. Winokur enter their appearances on behalf of the River District.

In the future, all pleadings, correspondence and other documents related to this matter should be served upon and/or sent to **Christopher L. Thorne, Leah K. Martinsson, and Meghan N. Winokur** at the address noted below. Peter Fleming and Jason Turner will continue as counsel for the River District.

Respectfully submitted this 30th day of June, 2009.

_____
Anne J. Castle

1

_____
Christopher L. Thorne

_____
Leah K. Martinsson

_____
Meghan N. WInokur
HOLLAND & HART LLP
P.O. Box 8749
Denver, CO  80201-8749

Peter C. Fleming
Jason V. Turner
COLORADO RIVER WATER CONSERVATION
DISTRICT

**ATTORNEYS FOR OPPOSER COLORADO RIVER
WATER CONSERVATION DISTRICT**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this \_1\_ day of ~~June~~, July 2009, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** was served upon the following counsel through ECF for the United States District Court as stated below:

State Water Engineer
Division 5 Engineer
Colorado Division of Water Resources
dick.wolfe@state.co.us
alan.martellaro@state.co.us

Bennett W. Raley, Esq.
Robert V. Trout, Esq.
Trout Raley Montano Witwer & Freeman, P.C.
braley@troutlaw.com
rtrout@troutlaw.com
*Attorneys for Northern Colorado Water Conservancy District*

James J. DuBois, Esq.
U.S. Department of Justice
james.dubois@usdoj.gov
*Attorneys for City of Colorado Springs*

Austin C. Hamre, Esq.
Dunstan Ostrander & Dingess, P.C.
ahamre@dodpc.com
*Attorneys for City of Aurora*

Marry M. Hammond, Esq.
Karl D. Ohlsen, Esq.
William A. Paddock, Esq.
Carlson, Hammond & Paddock, LLC
mhammond@chp-law.com
kohlsenchp@chp-law.com
bpaddock@chp-law.com
*Attorneys for City of Colorado Springs*

Stephen D. Gurr, Esq.
Barry A. Schwartz, Esq.
Kamlet Shepherd & Reichert, LLP
sgurr@ksrlaw.com
bschwartz@ksrlaw.com
*Attorneys for City and County of Denver, acting by and through its Board of Water Commissioners*

Chad M. Wallace, Esq.
Colorado Attorney General's Office
chad.wallace@state.co.us
*Attorneys for State of Colorado*

David G. Hill, Esq.
Berg Hill Greenleaf & Ruscitti, LLP
dghbhgrlaw.com
*Attorneys for City of Englewood*

3

| | |
|---|---|
| Brian M. Nazarenus, Esq.<br>Olivia D. Lucas, Esq.<br>Robert J. Pohlman, Esq.<br>Roger T. Williams, Esq.<br>Ryley Carlock & Applewhite<br>bnazarenus@rcalaw.com<br>olucas@rcalaw.com<br>rpohlman@rcalaw.com<br>rwilliams@rcalaw.com<br>jwatson@rcalaw.com<br>*Attorneys for Climax Molybdenum Company* | Casey S. Funk, Esq.<br>Daniel J. Arnold, Esq.<br>Jeffrey F. Davis, Esq.<br>Gail Rosenschein, Esq.<br>Denver Water<br>casey.funk@denverwater.org<br>daniel.arnold@denverwater.org<br>jeff.davis@denverwater.org<br>gail.rosenschein@denverwater.org<br>*Attorneys for City and County of Denver, acting by and through its Board of Water Commissioners* |
| Mark A. Hermundstad, Esq.<br>Williams, Turner & Holmes, P.C.<br>P.O. Box 338<br>200 North 6th Street, #103<br>Grand Junction, CO 81502<br>mherm@wth-law.com<br>*Attorneys for Grand Valley Water Users Association, Orchard Mesa Irrigation District and Ute Water Conservancy District* | Frederick G. Aldrich, Esq.<br>Frederick G. Aldrich LLC<br>601 A 28 1/4 Road<br>Grand Junction, CO 81506<br>faldrich@aldrich-law.com<br>*Attorneys for Grand Valley Irrigation Company* |
| Nathan A. Keever, Esq.<br>Dufford, Waldeck, Milburn & Krohn, LLP<br>744 Horizon Court, #300<br>Grand Junction, CO 81506<br>*Attorneys for Palisade Irrigation District* | Stanley W. Cazier, Esq.<br>Cazier, McGowan & Walker, P.C.<br>62495 U.S. Highway 40<br>P.O. Box 500<br>Granby, CO 80446<br>cazier_mcgowan@hotmail.com<br>*Attorneys for Middle Park Water Conservancy District* |

*A printed copy of this document with original signature is maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*

[signature]

4550705_1.DOC

4