FILED
United States Court of Appeals
Tenth Circuit

November 25, 2009

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

| | |
|---|---|
| CITY OF COLORADO SPRINGS; CITY AND COUNTY OF DENVER, acting by and through its Board of Water Commissioners, | |
| Petitioners - Appellees, | |
| and | |
| NORTHERN COLORADO WATER CONSERVANCY DISTRICT, | No. 08-1154 (D.C. No. 1:49-CV-02782-EWN-CBS) |
| Defendant - Appellee, | |
| v. | |
| CLIMAX MOLYBDENUM COMPANY, Petitioner - Appellant. | |

---

**JUDGMENT**

---

Before **KELLY**, **EBEL**, and **LUCERO**, Circuit Judges.

---

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is vacated. The case is remanded to the United States

District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

Entered for the Court,

ELISABETH A. SHUMAKER, Clerk