IN UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-MSK-CBS
Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 2006CW255
_____

**AFFIDAVIT OF WILLIAM S. TRAMPE IN SUPPORT OF JOINT MOTION FOR CONTINUANCE OF THE STAY**
_____

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY, COLORADO
_____

I, William S. Trampe, being over the age of eighteen and first duly sworn, declare and affirm under oath the following:

1. The Colorado River Water Conservation District is a public water agency chartered by the Colorado General Assembly in 1937. The River District is comprised of all or part of fifteen counties in western Colorado encompassing approximately 28,000 square miles. The River District is governed by a fifteen member Board of Directors.

2. I have been a member of the Board of Directors of the River District for approximately ten years, and have served as President of the Board.

3. I have taken part in the mediation process with Denver Water since its inception in January of 2007. The River District's Board appointed me to serve as the principal Board-level negotiator in the mediation after my allowable term as President expired.

4. While the mediation process has been arduous at times, the parties have made meaningful progress in recent months. The mediation includes multiple parties with diverse

**Exhibit D**

perspectives, negotiating very complex issues.

5. I am cognizant, that absent the recent progress, staying this proceeding to allow additional time for mediation may not be in the parties' or the Court's best interest. However, I am optimistic that given the recent progress, and the commitment of the parties to continue the mediation process, that a six month stay will allow the parties time to resolve the issues presented in this case, as well as many other water related disputes of statewide importance. I believe that granting the parties an additional six month stay to allow the mediation process to continue will provide the parties with the best opportunity to resolve the highly complex and historically divisive issues in a manner that conserves the resources of the court and the parties and achieves the best result.

I have nothing further to add.

Dated this 29th day of December, 2009

/s William S. Trampe
William S. Trampe

Subscribed and affirmed, or sworn to before me in the County of  Gunnison , State of Colorado this  29th  day of  December , 2009.

My commission expires:  8/1/11 .

/s Brenda N. Wiseman
Notary Public(SEAL)

**Exhibit D**