IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Acton No.: 49-cv-02782-MSK-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 06CW255
_____

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY
_____

**PARTIALLY UNOPPOSED MOTION TO APPEAR BY TELEPHONE
AND *REQUEST FOR EXPEDITED CONSIDERATION***
_____

COME NOW Opposers Colorado River Water Conservation District, Grand Valley Water Users Association, Orchard Mesa Irrigation District, Ute Water Conservancy District, Grand Valley Irrigation Company, Middle Park Conservancy District, Palisade Irrigation District, and Opposer/Counterclaimant/Crossclaimant Climax Molybdenum Company ("Movants") and hereby move the Court for an order allowing them to appear telephonically at the hearing scheduled for 1:30 p.m. on January 11, 2010. As grounds therefore, Movants state as follows:

**CERTIFICATION**

Counsel for Movants certify that they have conferred with counsel for the following parties about the relief requested herein and that such relief is NOT opposed by Applicant/ Counterclaim Defendant City and County of Denver, acting by and through it Board of Water Commissioners, by the City of Englewood, or by Crossclaim Defendant United States of America. Counsel for Movants further certify that they attempted to confer with counsel for the State of Colorado, the

1202087.1
1/7/10

-2-

City of Colorado Springs, the Northern Colorado Water Conservancy District, and the City of Aurora, but that said counsel had not responded to the conference attempt by the filing of this motion. No party has expressed opposition to this motion.

## MOTION

1. On June 5, 2009, to facilitate settlement discussions, the Court granted the parties a stay of proceedings through December 31, 2009.

2. On December 31, 2009, many of the parties, including Movants, jointly filed their Motion to Continue Joint Status Report and Motion for Stay ("Motion to Continue"). The Motion to Continue was referred to the Magistrate Judge.

3. By order dated January 6, 2010, the Motion to Continue was scheduled for hearing on January 11, 2010.

4. Counsel for Movants have consistently participated in hearings and status conferences in this Court, but the timing of the January 11, 2010 makes it difficult or impossible for Movants to travel to Denver to personally appear at that hearing.

5. The requested relief will not prejudice any party.

WHEREFORE Movants respectfully request an order permitting them to appear telephonically at the hearing scheduled for 1:30 p.m. on January 11, 2010. Because the hearing is to occur on the next business day following filing of this motion, Movants request expedited consideration of this motion.

-3-

RYLEY CARLOCK & APPLEWHITE

   s/ Roger T. Williams
Brian M. Nazarenus
Robert J. Pohlman
Roger T. Williams
1999 Broadway, Suite 1800
Denver, Colorado 80202
Telephone: (303) 863-7500
Facsimile: (303) 595-3159

ATTORNEY FOR OPPOSER CLIMAX MOLYBDENUM COMPANY

| | |
|---|---|
|  s/ Mark A. Hermundstad |  s/ John D. Walker |
| Mark A. Hermundstad, Esq. | Stanley W. Cazier, Esq. |
| Williams, Turner & Holmes, P.C. | John D. Walker, Esq. |
| Attorneys for Grand Valley Water Users Association; Orchard Mesa Irrigation District; Ute Water Conservancy District | Attorney for Middle Park Conservancy District |
|  s/ Peter C. Fleming |  s/ Frederick G. Aldrich |
| Peter C. Fleming, Esq. | Frederick G. Aldrich, Esq. |
| Jason V. Turner, Esq. | Aldrich, Frederick, LLC |
| Attorneys for Colorado River Water Conservation District | Attorneys for Grand Valley Irrigation |
|  s/ Nathan A. Keever | |
| Nathan A. Keever, Esq. | |
| Dufford Waldeck Milburn & Krohn, LLP | |
| Attorneys for Palisade Irrigation District | |

-3-

**CERTIFICATE OF SERVICE**
**(Case No. 49-cv-02782—MSK-CBS)**

      I hereby certify that on this 8th day of January, 2010, I electronically filed the foregoing **PARTIALLY UNOPPOSED MOTION TO APPEAR BY TELEPHONE AND *REQUEST FOR EXPEDITED CONSIDERATION*** with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following:

| | |
|---|---|
| Stephen D. Gurr, Esq.<br>Barry A. Schwartz, Esq.<br>Kamlet Shepherd & Reichert, LLP<br>1515 Arapahoe Street, Tower 1, Suite 1600<br>Denver, CO 80202<br>*[Attorneys for City and County of Denver, acting by and through its Board of Water Commissioners]*<br>sgurr@ksrlaw.com<br>bschwartz@ksrlaw.com | Casey S. Funk, Esq.<br>Daniel J. Arnold, Esq.<br>Jeffrey F. Davis, Esq.<br>Gail Rosenschein, Esq.<br>Denver Water Department<br>1600 West 12th Avenue<br>Denver, CO 80204<br>*[Attorneys for City and County of Denver, acting by and through its Board of Water Commissioners]*<br>Casey.funk@denverwater.org<br>Daniel.arnold@denverwater.org<br>Jeff.davis@denverwater.org<br>Gail.rosenschein@denverwater.org |
| Peter C. Fleming, Esq.<br>Jason V. Turner, Esq.<br>Colorado River Water Conservation District<br>P.O. Box 1120<br>Glenwood Springs, CO 81602<br>*[Attorneys for Colorado River Water Conservation District]*<br>pfleming@crwcd.org<br>jturner@crwcd.org | Douglas L. Abbott, Esq.<br>Christopher L. Thorne, Esq.<br>Megan N. Winokur, Esq.<br>Leah K. Martinsson, Esq.<br>Holland & Hart, LLP-Denver<br>P.O. Box 8749<br>555 17th Street, #3200<br>Denver, CO 80201-8749<br>*[Attorneys for Colorado River Water Conservation District]*<br>dabbott@hollandhart.com<br>cthrone@hollandhart.com<br>mwinokur@hollandhart.com |
| James J. DuBois, Esq.<br>U.S. Department of Justice-CO-Environment<br>1961 Stout Street, 8th Floor<br>Denver, CO 80294<br>*[Attorneys for the United States of America]*<br>james.dubois@usdoj.gov | Chad Matthew Wallace, Esq.<br>Colorado Attorney General's Office<br>1525 Sherman Street, 5th Floor<br>Denver, CO 80203<br>*[Attorneys for State of Colorado]*<br>chad.wallace@satate.co.us |

-5-

| | |
|---|---|
| Mark A. Hermundstad, Esq.<br>Kirsten M. Kurath, Esq.<br>Williams Turner & Holmes, PC<br>200 North 6th Street<br>P.O. Box 338<br>Grand Junction, CO 81502<br>*[Attorneys for Grand Valley Water Users Association; Orchard Mesa Irrigation District; Ute Water Conservancy District]*<br>mherm@wth-law.com | Frederick G. Aldrich, Esq.<br>Aldrich, Frederick, LLC<br>601A 281/4 Road<br>Grand Junction, CO 81506<br>*[Attorneys for Grand Valley Irrigation]*<br>faldrich@aldrich-law.com |
| Stanley W. Cazier, Esq.<br>John D. Walker, Esq.<br>Cazier McGowan & Walker<br>P.O. Box 500<br>Granby, CO 80446<br>*[Attorneys  for Middle Park Conservancy District]*<br>cazier_mcgowan@hotmail.com | Nathan A. Keever, Esq.<br>Dufford Waldeck Milburn & Krohn, LLP<br>744 Horizon Court, Suite 300<br>Grand Junction, CO 81506<br>*[Attorneys fo*r *Palisade Irrigation District*]<br>keever@dwmk.com |
| Mary Mead Hammond, Esq.<br>Karl D. Ohlsen, Esq.<br>William A. Paddock. Esq.<br>Carlson, Hammond & Paddock, LLC<br>1700 Lincoln Street, Suite 3900<br>Denver, CO  80203<br>*[Attorneys for City of Colorado Springs]*<br>mhammond@chp-law.com<br>hoglsen@chp-law.com<br>bpaddock@chp-law.com | Bennett W. Raley, Esq.<br>Robert V. Trout, Esq.<br>Trout, Raley, Montano, Witwer & Freeman, PC<br>1120 Lincoln Street, Suite #1600<br>Denver, CO 80203<br>*[Attorneys for Northern Colorado Water Conservancy District]*<br>braley@troutlaw.com<br>rtrout@troutlaw.com |
| David G. Hill, Esq.<br>Ann M. Rhodes, Esq.<br>Berg Hill Greenleaf & Ruscitti, LLP<br>1712 Pearl Street<br>Boulder, CO 80302<br>*[Attorneys for City of Englewood]*<br>dgh@bhgrlaw.com<br>amr@bhgrlaw.com | Austin C. Hamre<br>Duncan, Ostrander & Dingess, P.C.<br>3600 South Yosemite Street, Suite 500<br>Denver, CO 80237-1829<br>*[Attorneys for City of Aurora]*<br>ahamre@dodpc.com\ |

　s/ DeAnn Robertson