IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Acton No.: 49-cv-02782-MSK-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 06CW255
_____

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY
_____

**ORDER AUTHORIZING TELEPHONIC APPEARANCE**
_____

THIS MATTER, having come before the Court pursuant to the Motion to Appear by Telephone filed by Opposers Colorado River Water Conservation District, Grand Valley Water Users Association, Orchard Mesa Irrigation District, Ute Water Conservancy District, Grand Valley Irrigation Company, Middle Park Conservancy District, Palisade Irrigation District, and Opposer/Counterclaimant/Crossclaimant Climax Molybdenum Company, and the Court being fully advised in the premises, does hereby grant said motion and hereby orders that the movants may appear by telephone at the hearing scheduled for 1:30 on January 11, 2010.

1012995.1
8/28/08