**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  49-cv-02782-MSK-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  January 11, 2010** | **Courtroom Deputy:**  Linda Kahoe |

| | |
|---|---|
| USA, | James J. DuBois |
|     Plaintiff, | |
|     v. | |
| WATER RIGHTS, | |
| BOARD OF WATER COMMISSIONERS, | Casey S. Funk<br>Daniel John Arnold<br>Jeffrey Flinn Davis<br>Stephen D. Gurr |
| GRAND VALLEY WATER USERS ASSOCIATION, *et al.*, | Mark A. Hermundstad (via phone) |
| COLORADO RIVER WATER CONSERVATION DISTRICT, | Douglas L. Abbott<br>Peter Cheney Fleming (via phone) |
| PALISADE IRRIGATION DISTRICT, | Nathan A. Keever (via phone) |
| GRAND VALLEY IRRIGATION COMPANY, | Frederick G. Aldrich (via phone) |
| MIDDLE PARK WATER CONSERVANCY DISTRICT, | Stanley W. Cazier |
| COLORADO SPRINGS UTILITIES, | |
| COLORADO SPRINGS, CITY OF, | James J. DuBois |
| CITY OF AURORA, | |
|     Petitioners, | |
|     v. | |
| NORTHERN COLORADO WATER CONSERVANCY DISTRICT, | James J. DuBois |
|     Defendant, | |

COLORADO DIVISION OF WATER
RESOURCES,

     Intervenor,

COLORADO, STATE OF,

     Movant,

| | |
|---|---|
| UTE WATER CONSERVANCY DISTRICT, | Mark A. Hermundstad (via phone) |
| FRISCO, TOWN OF, | |
| CLIMAX MOLYBDENUM COMPANY, | Brian M. Nazarenus<br>Olivia Lucas<br>Robert Pohlman (via phone)<br>Roger Williams (via phone) |
|      Interested Parties. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session:** 1:31 p.m.
Court calls case. Appearances of counsel.

Discussion and arguments regarding Joint Status Report and Motion for Continuance of the Stay, doc #[293], filed 12/31/2009.

**ORDERED**: Motion for Continuance of the Stay, doc #[293] is **TAKEN UNDER ADVISEMENT** pending further discussions; however, in order to maintain the *status quo* and to not disadvantage any of the parties in this case, the court will issue a **TEMPORARY STAY** for the next 30 days. All responses due to the counter claims and cross claims that were filed by Climax are **STAYED**.

**ORDERED**: A **STATUS CONFERENCE** is set for **JANUARY 26, 2010 at 8:00 a.m.** *(Out of town counsel may appear via telephone. Counsel shall coordinate a conference call among themselves prior to contacting the court at 303.844.2117 at the scheduled time.)* Counsel shall discuss among themselves and be prepared to provide feedback on the following topics:

    1)    The role of the mediator/mediators; what are the advantages and potential pitfalls of converting the role of the mediator to a special master.

    2)    In what way can the parties jump-start written discovery as a way to

    identify the key factual issues, and as a way to determine to what extent ESI is going to be a significant component in a realistic manner.

3)   To what extent are the collateral disputes becoming impediments; to what extent is the process of folding those disputes into the current situation helping or hurting.

4)   If the court were to grant a stay, what are hard benchmarks or triggers by which the court can monitor progress.

HEARING CONCLUDED.

**Court in recess**:  2:35 p.m.
Total time in court: 01:04

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.