# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                    Douglas E. Cressler
Clerk of Court          January 19, 2010          Chief Deputy Clerk

Mr. Gregory Langham
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:** **08-1154, CO River Wtr Conservation Dist, et al v. N. CO Wtr Conservancy Dist, et al**
Dist/Ag docket: 1:49-CV-02782-EWN-CBS, 1:55-CV-05016-EWN, 1:55-CV-05017-EWN

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

cc:    Douglas L. Abbott
       Frederick G. Aldrich
       Anne J. Castle
       Jeffrey Flinn Davis
       James J. DuBois
       Peter C. Fleming
       Casey S. Funk

Mary Mead Hammond
Austin C. Hamre
Mark A. Hermundstad
David G. Hill
Nathan A. Keever
Olivia D. Lucas
Peggy E. Montano
James R. Montgomery
Brian Max Nazarenus
Karl D. Ohlsen
William A. Paddock
Donald E. Phillipson
Robert James Pohlman
Bennett W. Raley
Sambhav N. Sankar
Christopher L. Thorne
Robert V. Trout
Jason V. Turner
John D. Walker
Michael L. Walker
Chad Matthew Wallace
John Leonard Watson
Patricia L. Wells
Roger T. Williams Jr.


EAS/jm