IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 49-cv-02782-EWN-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5, STATE OF COLORADO
Case No. 06CW255
_____

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY
_____

**ORDER CLARIFYING JANUARY 19, 2010 OPINION AND ORDER DISMISSING MOTION TO INTERVENE**
_____

THIS MATTER, having come before the Court pursuant to the Motion for Clarification, and the Court, being fully advised in the premises and having found good cause, hereby grants said motion.

The January 19, 2010 Opinion and Order Dismissing Motion to Intervene (# 303) is hereby clarified as follows:

For the reasons set forth in the November 25, 2009 decision of the United States Court of Appeals for the 10th Circuit (# 289), the motion is DISMISSED for lack of subject matter jurisdiction. Climax Molybdenum Company remains a participant in proceedings concerning the Application for Finding of Reasonable Diligence and to Make Absolute a Conditional Water Right filed by Petitioner City and County of Denver acting by and through its Board of Water Commissioners (# 146).

Dated this ____ day of January, 2010

BY THE COURT:

_____
Marcia S. Krieger
United States District Judge