**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:**   49-cv-02782-MSK-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   January 26, 2010** | **Courtroom Deputy:**   Linda Kahoe |

| | |
|---|---|
| USA, | James J. DuBois |
|     Plaintiff, | |
|     v. | |
| WATER RIGHTS, | |
| BOARD OF WATER COMMISSIONERS, | Casey S. Funk
Daniel John Arnold
Barry Alan Schwartz
Stephen D. Gurr |
| GRAND VALLEY WATER USERS ASSOCIATION, *et al.,* | |
| COLORADO RIVER WATER CONSERVATION DISTRICT, | Douglas L. Abbott
Peter Cheney Fleming |
| PALISADE IRRIGATION DISTRICT, | |
| GRAND VALLEY IRRIGATION COMPANY, | |
| MIDDLE PARK WATER CONSERVANCY DISTRICT, | |
| COLORADO SPRINGS UTILITIES, | |
| COLORADO SPRINGS, CITY OF, | James J. DuBois |
| CITY OF AURORA, | |
|     Petitioners, | |
| v. | |

| | |
|---|---|
| NORTHERN COLORADO WATER CONSERVANCY DISTRICT, | James J. DuBois
Bennett W. Raley |

    Defendant,

COLORADO DIVISION OF WATER RESOURCES,

    Intervenor,

COLORADO, STATE OF,

    Movant,

UTE WATER CONSERVANCY DISTRICT,

FRISCO, TOWN OF,

    Interested Parties.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   STATUS CONFERENCE**
**Court in session:   8:03 a.m.**
Court calls case.  Appearances of counsel.  *Also present are Brian Max Nazarenus, Olivia Denton Lucas, and Robert James Pohlman on behalf of Climax Molybdenum Company*.

The court advises the parties that the court's phone system is not functioning.  The court requests that after the hearing, counsel contact the attorneys who were to appear via phone and advise them of the situation.

Discussion regarding the appointment of Mr. Bickerman as special master.

Discussion regarding the status of discovery.  Mr. Funk circulates a status report of discovery.

The court proposes three options: Option 1) to stay all proceedings for six months to give the parties a chance to resolve their disputes through mediation; Option 2) recommend to Judge Krieger that she give the parties six months to do mediation, but the same six-month interval be used to work through all of the threshold issues so that if the mediation is not successful, the parties can start discovery; Option 3) recommend 30-45 days to wrap up mediation; if mediation is not completed in 45 days, the parties will litigate full-scale.

**ORDERED**:  The parties shall submit a Proposed Order Appointing a Special Master on or before **FEBRUARY 12, 2010.**

**ORDERED**:   The parties shall submit a Proposal indicating the parties' preference for either Option 2, with clear indications of what litigation-related steps could be taken during a Stay; or Option 3, including a 45-day date certain to complete mediation. The Proposal is due on or before **FEBRUARY 12, 2010.**

**ORDERED**:   A further Status Conference is set for **FEBRUARY 19, 2010 at 8:00 a.m.**  The temporary **STAY is CONTINUED until FEBRUARY 19, 2010.**  Out of town counsel may appear by telephone.  *(Counsel shall coordinate a conference call among themselves prior to contacting the court at 303.844.2117 at the scheduled time.)*

Discussion regarding the temporary Stay.  The court states that the purpose of the Stay is to control costs.  The court states that filing a Statement of Opposition does not violate the intent of the Stay.

HEARING CONCLUDED.

**Court in recess:**       **9:06 a.m.**
Total time in court:    01:03

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.