IN UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-MSK-CBS
Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 2006CW255
_____

**DENVER WATER'S RESPONSE TO OPPOSER CLIMAX MOLYBDENUM COMPANY'S MOTION FOR CLARIFICATION**
_____

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY, COLORADO
_____

Applicant, the City and County of Denver, acting by and through its Board of Water Commissioners ("Denver"), by and through its attorneys hereby files its response to Climax Molybdenum Company's Motion for Clarification.

On January 21, 2010, Opposer Climax Molybdenum Company ("Climax") filed a Motion for Clarification (DE 304) seeking to clarify the Court's January 19, 2010 order (DE 303) directing the Clerk of the Court to terminate Climax as a participant in this action.  Specifically, Climax sought to clarify that the Order applied only to Climax's motion to intervene in Consolidated Cases 49-cv-02782, 5016 and 5017 and not to Climax's Statement of Opposition filed in response to Denver's application for finding of reasonable diligence and to make absolute a portion of its Roberts Tunnel direct flow right.

Although Denver consents to the relief requested in Climax's Motion for Clarification, Denver objects to Climax's use of the terms "Counterclaimant" and "Crossclaimant" in that motion.  On January 6, 2010, Climax filed an Amended Statement of Opposition Stating

Counterclaims and Crossclaims ("Amended Statement of Opposition") (DE 297).  Shortly after Climax filed its Amended Statement of Opposition, the Magistrate Judge entered a 30-day stay in this matter, which has been continued until February 19, 2010.  DE 300 at 2; DE 305 at 3.  At the expiration of this stay, Denver will challenge Climax's Amended Statement of Opposition and Counterclaim and Crossclaim on procedural and jurisdictional grounds.  Thus, Denver's consent to Climax's Motion for Clarification should not be construed as an acknowledgement of the validity of Climax's Amended Statement of Opposition or its counterclaims or crossclaims, or of its claimed status as a counterclaimant or crossclaimant.

Further, Denver seeks to clarify to the Court that certain entities to which Climax refers in the "certification" portion of its Motion for Clarification as parties are, in fact, <u>not</u> parties to this diligence proceeding.   Climax states that it attempted to confer with "counsel for Crossclaim Defendant United States of America, and counsel for the State of Colorado, the City of Colorado Springs, the Northern Colorado Water Conservancy District, and the City of Aurora regarding the relief requested in this motion. . . ."  DE 304 at 2.  Although some of these entities are parties to Consolidated Case Nos. 49-cv-02782, 5016 and 5017 which Climax petitioned to intervene in, they are not parties to this diligence proceeding.  DE 304 at 2.  Under the Water Rights Determination and Administration Act, which pursuant to the Court's 1977 Order governs these proceedings, this Court required Denver to file its application for finding of reasonable diligence and to make absolute in accordance with C.R.S. § 37-92-302(1)(a).  As provided by C.R.S. § 37-92-302(1)(b), "[a]ny person, including the state engineer, who wishes to oppose the application may file with the water clerk a verified statement of opposition setting forth facts as to why the application should not be granted or why it should be granted only in part or on certain

2

Denver Water's Response to Climax's Motion for Clarification
Consolidated Civil Nos. 2782, 5016 and 5017

conditions." Section 302(1)(c) provides that "[s]uch statement of opposition must be filed by the last day of the second month following the month in which the application is filed," C.R.S. § 37-92-302(1)(c), which in this case would have been February 28, 2007.   The United States of America, State of Colorado, the City of Colorado Springs, the Northern Colorado Water Conservancy District, and the City of Aurora did not file statements of opposition to Denver's diligence application and therefore are not opposers/parties to the proceeding insofar as Denver's diligence application is concerned.  Thus, Climax has no reason to confer with these parties or to characterize them as parties to this diligence proceeding; but only in the action in which it sought to intervene.

Respectfully filed this 26th day of January, 2010.

**Applicant City & County of Denver acting by and through its Board of Water Commissioners**

\_\_\_\_/s Casey S. Funk, Esq._____
Patricia L. Wells, General Counsel
Casey S. Funk, Esq.
Daniel J. Arnold, Esq.
1600 W 12th Avenue
Denver, CO 80204-3412

**KAMLET REICHERT, LLP**

\_\_\_/s Barry A. Schwartz, Esq._____
Stephen D. Gurr, Esq.
Barry A. Schwartz, Esq.
1515 Arapahoe Street, Tower 1, Suite 1600 Denver, CO 80202

*Counsel for Applicant City & County of Denver, acting by and through its Board of Water Commissioners*

3

Denver Water's Response to Climax's Motion for Clarification
Consolidated Civil Nos. 2782, 5016 and 5017

CERTIFICATE OF SERVICE

I hereby certify that on January 26th, 2010, I electronically filed the foregoing RESPONSE TO OPPOSER CLIMAX MOLYBDENUM COMPANY'S MOTION FOR CLARIFICATION with the Clerk of the Court using the COMMISSIONERS/ECF system, which will send notice of such filing to the following:

Brian M. Nazarenus, Esq.
Robert Pohlman, Esq.
Olivia D. Lucas, Esq.
Julie e. Maurer, Esq.
Ryley Carlock & Applewhite
1775 Sherman Street, 21st Floor
Denver, CO 80203
*[Climax Molybdenum Company]*
bnazarenus@rcalaw.com
rpohlman@rcalaw.com

Peter C. Fleming, Esq.
Jason V. Turner, Esq.
P.O. Box 1120
Glenwood Springs, CO 81602
*[Colorado River Water Conservation District]*
pfleming@crwcd.org
jturner@crwcd.org

Mark A. Hermundstad, Esq.
Kirsten M. Kurath, Esq.
Williams Turner & Holmes, PC
200 North 6th Street
P.O. Box 338
Grand Junction, CO 81502
*[Grand Valley Water Users Association; Orchard Mesa Irrigation District; Ute Water Conservancy District]*
mherm@wth-law.com

Frederick G. Aldrich, Esq.
Aldrich, Frederick, LLC
601A 28 1/4 Road
Grand Junction, CO 81506
*[Grand Valley Irrigation]*
faldrich@aldrich-law.com

Bennett W. Raley, Esq.
Robert V. Trout, Esq.
Trout, Raley, Montaño,
Witwer & Freeman, P.C.
1120 Lincoln Street, Suite #1600
Denver, CO 80203
*[Attorneys for Northern Colorado Water Conservancy District]*
braley@troutlaw.com
rtrout@troutlaw.com

Chad Matthew Wallace, Esq.
Colorado Attorney General's Office
1525 Sherman Street, 5th Floor
Denver, CO 80203
*[Attorney for State of Colorado]*
chad.wallace@state.co.us

James J. DuBois, Esq.
U.S. Dept. of Justice-CO-Environment
1961 Stout Street, 8th Floor
Denver, CO 80294
*[Attorney for the United States of America]*
james.dubois@usdoj.gov

Stanley W. Cazier, Esq.
John D. Walker, Esq.
Cazier McGowan & Walker
P.O. Box 500
Granby, CO 80446
*[Middle Park Conservancy District]*
cazier_mcgowan@hotmail.com

Nathan A. Keever, Esq.
Dufford Waldeck Milburn
& Krohn, LLP
744 Horizon Court, Suite 300
Grand Junction, CO 81506
[*Palisade Irrigation District*]
keever@dwmk.com

Douglas L. Abbott, Esq.
Christopher L. Thorne, Esq.
Megan N. Winokur, Esq.
Leah K. Martinsson, Esq.
Holland & Hart, LLP-Denver
P.O. Box 8749
555 17th Street, #3200
Denver, CO 80201-8749
*[Counsel for Colorado River Water Conservation District]*
dabbott@hollandhart.com
cthrone@hollandhart.com
mwinokur@hollandhart.com

Stephen D. Gurr, Esq.
Barry A. Schwartz, Esq.
Kamlet Shepherd & Reichert, LLP
1515 Arapahoe Street, Tower 1, Suite 1600
Denver, CO 80202
sgurr@ksrlaw.com
bschwartz@ksrlaw.com

Mary Mead Hammond, Esq.
Karl D. Ohlsen, Esq.
William A Paddock, Esq.
Carlson, Hammond & Paddock, LLC
1700 Lincoln Street, Suite 3900
Denver, CO 80203
*[Attorneys for City of Colorado Springs]*
mhammond@chp-law.com
kohlsen@chp-law.com
bpaddock@chp-law.com

David G. Hill, Esq.
Ann M. Rhodes, Esq.
Berg Hill Greenleaf & Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302
*[Attorneys for City of Englewood]*
dgh@bhgrlaw.com
amr@bhgrlaw.com

Austin Hamre, Esq.
Duncan, Ostrander & Dingess, P.C.
3600 South Yosemite Street, Suite 500
Denver, CO 80237-1829
*[Attorney for City of Aurora]*
ahamre@dodpc.com

_____/s Karel B. Moseley_____
Karel B. Moseley

5