IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-MSK-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 2006CW255

---

**UNOPPOSED MOTION TO SUBMIT PROPOSED ORDERS FOR A CASE MANAGEMENT PLAN AND TO APPOINT JOHN BICKERMAN AS A SPECIAL MASTER**

---

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

---

Pursuant to the Court's January 26, 2010 Minute Order (DE 305), the parties jointly file this unopposed motion to submit a proposed a case management plan and to appoint John Bickerman as a special master in this case for consideration by Magistrate Judge Shaffer at the hearing scheduled for February 19, 2010.

In its January 26, 2010 Minute Order, the Court proposed three options with regard to a continued stay of litigation in this case. Option 1: a six-month stay of all activity in this case pending the mediation. Option 2 involved seeking a six-month stay during which time the parties would work to resolve threshold discovery issues in case the mediation was unsuccessful and the case proceeded to trial. Option 3 involved Magistrate Judge Shaffer recommending that the case be stayed for thirty to forty-five days to wrap up mediation, after which period the parties would proceed with litigation. Magistrate Judge Shaffer and the parties agreed that the first option

{00260216.DOCX / 1}

<div style="text-align: right;">Motion submitting Proposed Orders re Special Master and Case Plan<br>Consolidated Civil Nos. 2782, 5016 and 5017</div>

would not be acceptable to the Court, so they focused their ensuing discussion on options two and three.

With respect to these two options, Magistrate Judge Shaffer directed the parties to "submit [on or before February 12, 2010] a proposal indicating the parties' preference for either Option 2, with clear indications of what litigation-related steps could be taken during a Stay; or Option 3, including a 45-day date certain to complete mediation." (DE 305) The Court also instructed the parties to file a proposed order appointing a special master on or before February 12, 2010. (DE 305).

With regard to the parties' preference as between options 2 or 3, the parties request that the Court approve a hybrid approach between them that is described in the attached proposed order.

WHEREFORE, the parties respectfully submit the attached proposed orders regarding a case management plan and the appointment of John Bickerman as a special master in this case for consideration on the February 19, 2010 hearing.

Respectfully filed this 12th day of February, 2010.

          **Applicant City & County of Denver acting by and through its Board of Water Commissioners**

          s/ Casey S. Funk_____
          Patricia L. Wells, General Counsel
          Casey S. Funk, Esq.
          Daniel J. Arnold, Esq.
          1600 W 12th Avenue
          Denver, CO 80204-3412

Motion submitting Proposed Orders re Special Master and Case Plan
Consolidated Civil Nos. 2782, 5016 and 5017

**KAMLET REICHERT, LLP**

_s/ Barry A. Schwartz_____
Stephen D. Gurr, Esq.
Barry A. Schwartz, Esq.
1515 Arapahoe Street, Tower 1, Suite 1600 Denver, CO 80202

*Counsel for Applicant City & County of Denver, acting by and through its Board of Water Commissioners*

Brian M. Nazarenus, Esq.
Robert J. Pohlman, Esq.
Roger T. Williams, Esq.


___s/ Roger T. Williams_____
**RYLEY CARLOCK & APPLEWHITE**
1999 Broadway, Suite 1800
Denver, CO 80202
*Counsel for Climax Molybdenum Company*

{00260216.DOCX / 1}

Motion submitting Proposed Orders re Special Master and Case Plan
Consolidated Civil Nos. 2782, 5016 and 5017

Douglas L. Abbott, Esq.
Christopher L. Thorne, Esq.


___s/ Christopher L. Thorne_____
**Holland & Hart, LLP**
P.O. Box 8749
555 17th Street #3200
Denver, CO 80201-8749
*Counsel for Colorado River Water Conservation District*

Peter C. Fleming, Esq.
Jason V. Turner, Esq.


____s/ Peter C. Fleming_____
P. O. Box 1120
Glenwood Springs, CO 81602
*Counsel for Colorado River Water Conservation District*

<div style="text-align: right;">
Motion submitting Proposed Orders re Special Master and Case Plan
Consolidated Civil Nos. 2782, 5016 and 5017
</div>

Mark A. Hermundstad, Esq.
Kirsten M. Kurath, Esq.

__s/ Mark A. Hermundstad_____
**Williams Turner & Holmes, P.C.**
200 North 6th Street
P. O. Box 338
Grand Junction, CO 81502
*Counsel for Grand Valley Water Users Association Counsel for Orchard Mesa Irrigation District Counsel for Ute Water Conservancy District*

Motion submitting Proposed Orders re Special Master and Case Plan
Consolidated Civil Nos. 2782, 5016 and 5017

Frederick G. Aldrich, Esq.

\_\_\_s/ Frederick Aldrich_____
**Frederick Aldrich, LLC**
601A 28 1/4 Road
Grand Junction, CO 81506
*Counsel Grand Valley Irrigation Company*

Motion submitting Proposed Orders re Special Master and Case Plan
Consolidated Civil Nos. 2782, 5016 and 5017

Stanley W. Cazier, Esq.
John D. Walker, Esq.

\_\_\_s/ Stanley W. Cazier_____
**Cazier McGowan & Walker**
P. O. Box 500
Granby, CO 80446
*Counsel for Middle Park Water Conservancy District*

8

Motion submitting Proposed Orders re Special Master and Case Plan
Consolidated Civil Nos. 2782, 5016 and 5017

Nathan A. Keever, Esq.

___s/ Nathan A. Keever_______
**Dufford Waldeck Milburn & Krohn, LLP**
744 Horizon Court, Suite 300
Grand Junction, CO 81506
*Counsel for Palisade Irrigation District*

9

<div align="right">
Denver Water's Unopposed Motion to<br>
Submit Case Management Plan and<br>
Order to Appoint Special Master<br>
Consolidated Civil Nos. 2782, 5016 and 5017
</div>

## CERTIFICATE OF SERVICE

I hereby certify that on January 26th, 2010, I electronically filed the foregoing UNOPPOSED MOTION TO SUBMIT CASE MANAGEMENT PLAN AND ORDER TO APPOINT SPECIAL MASTER with the Clerk of the Court using the COMMISSIONERS/ECF system, which will send notice of such filing to the following:

Brian M. Nazarenus, Esq.
Robert Pohlman, Esq.
Olivia D. Lucas, Esq.
Julie e. Maurer, Esq.
Ryley Carlock & Applewhite
1775 Sherman Street, 21st Floor
Denver, CO 80203
*[Climax Molybdenum Company]*
bnazarenus@rcalaw.com
rpohlman@rcalaw.com

Peter C. Fleming, Esq.
Jason V. Turner, Esq.
P.O. Box 1120
Glenwood Springs, CO 81602
*[Colorado River Water Conservation District]*
pfleming@crwcd.org
jturner@crwcd.org

Mark A. Hermundstad, Esq.
Kirsten M. Kurath, Esq.
Williams Turner & Holmes, PC
200 North 6th Street
P.O. Box 338
Grand Junction, CO 81502
*[Grand Valley Water Users Association; Orchard Mesa Irrigation District; Ute Water Conservancy District]*
mherm@wth-law.com

Frederick G. Aldrich, Esq.
Aldrich, Frederick, LLC
601A 281/4 Road
Grand Junction, CO 81506
*[Grand Valley Irrigation]*
faldrich@aldrich-law.com

Bennett W. Raley, Esq.
Robert V. Trout, Esq.
Trout, Raley, Montaño,
Witwer & Freeman, P.C.
1120 Lincoln Street, Suite #1600
Denver, CO 80203
*[Attorneys for Northern Colorado Water Conservancy District]*
braley@troutlaw.com
rtrout@troutlaw.com

Chad Matthew Wallace, Esq.
Colorado Attorney General's Office
1525 Sherman Street, 5th Floor
Denver, CO 80203
*[Attorney for State of Colorado]*
chad.wallace@state.co.us

James J. DuBois, Esq.
U.S. Dept. of Justice-CO-Environment
1961 Stout Street, 8th Floor
Denver, CO 80294
*[Attorney for the United States of America]*
james.dubois@usdoj.gov

Stanley W. Cazier, Esq.
John D. Walker, Esq.
Cazier McGowan & Walker
P.O. Box 500
Granby, CO 80446
*[Middle Park Conservancy District]*
cazier_mcgowan@hotmail.com

Nathan A. Keever, Esq.
Dufford Waldeck Milburn
& Krohn, LLP
744 Horizon Court, Suite 300
Grand Junction, CO 81506
[*Palisade Irrigation District*]
keever@dwmk.com

Douglas L. Abbott, Esq.
Christopher L. Thorne, Esq.
Megan N. Winokur, Esq.
Leah K. Martinsson, Esq.
Holland & Hart, LLP-Denver
P.O. Box 8749
555 17th Street, #3200
Denver, CO 80201-8749
*[Counsel for Colorado River Water
Conservation District]*
dabbott@hollandhart.com
cthrone@hollandhart.com
mwinokur@hollandhart.com

Stephen D. Gurr,Esq.
Barry A. Schwartz, Esq.
Kamlet Shepherd & Reichert, LLP
1515 Arapahoe Street, Tower 1, Suite 1600
Denver, CO 80202
sgurr@ksrlaw.com
bschwartz@ksrlaw.com

Mary Mead Hammond, Esq.
Karl D. Ohlsen, Esq.
William A Paddock, Esq.
Carlson, Hammond & Paddock, LLC
1700 Lincoln Street, Suite 3900
Denver, CO 80203
*[Attorneys for City of Colorado Springs]*
mhammond@chp-law.com
kohlsen@chp-law.com
bpaddock@chp-law.com

David G. Hill, Esq.
Ann M. Rhodes, Esq.
Berg Hill Greenleaf & Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302
*[Attorneys for City of Englewood]*
dgh@bhgrlaw.com
amr@bhgrlaw.com

Austin Hamre, Esq.
Duncan, Ostrander & Dingess, P.C.
3600 South Yosemite Street, Suite 500
Denver, CO 80237-1829
*[Attorney for City of Aurora]*
ahamre@dodpc.com

_____/s Karel B. Moseley_____
Karel B. Moseley