IN UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-MSK-CBS
Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 2006CW255
_____

**AFFIDAVIT OF JOHN G. BICKERMAN IN SUPPORT OF APPOINTMENT AS SPECIAL MASTER**
_____

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY, COLORADO
_____

I, John G. Bickerman, being over the age of eighteen and first duly sworn, declare and affirm under oath the following:

1. I make this affidavit pursuant to Fed. R. Civ. P. 53(b)(3) and 28 U.S.C. § 455 in support of Magistrate Judge Shaffer's request that I be appointed as Special Master in the above-captioned case for the sole and limited purpose of reporting to him with respect to the status of the mediation.

2. I am the Founder and President of Bickerman Dispute Resolution, PPLC in Washington, D.C. I am licensed to practice law in state court in Maryland, as well as in various federal trial and appellate courts.

3. I have been retained by the City and County of Denver acting by and through its Board of Water Commissioners, the Colorado River Water Conservation District and other entities on the Western Slope to mediate a dispute over various water right disputes including issues involve in the litigation in this action. I have served in that capacity since January, 2007.

4. I believe that no grounds exist to disqualify me from serving as a Special Master

Affidavit of John Bickerman
Civil Action No.: 49-cv-02782-MSK-CBS

in this case in the capacity set forth above. More specifically:

a. I have no personal bias or prejudice concerning any party to this action. While I do have personal knowledge of disputed evidentiary facts concerning the proceeding (*see* 28 U.S.C. § 455(b)(1)), such knowledge is immutable to the mediation process. It will not impair my ability to serve as a Special Master in the limited capacity in which this Court seeks my service.

b. Neither I nor any person with whom I have practiced law have ever served during such association as a lawyer in the matter in controversy here.

c. I am not a material witness in the matters that are before this Court.

d. I have not served in governmental employment or otherwise participated as counsel, adviser or a material witness concerning this proceeding. Nor have I expressed an opinion concerning the merits of this particular case or the dispute among the parties to the mediation.

e. Except insofar as I am – and have been – paid to serve as mediator, neither I nor any member of my immediate family, whether individually or as a fiduciary, have any pecuniary interest in the subject matter of the litigation. Nor am I aware of any interest on the part of myself or my immediate family that could be substantially affected by the outcome of the proceeding.

f. Neither I nor my spouse or a person within the third degree of relationship to either of us, or the spouse of any such person, is a party to this case

g. Neither I nor my spouse or a person within the third degree of relationship to either of us, or the spouse of any such person, is an officer, director or trustee of

Affidavit of John Bickerman
Civil Action No.: 49-cv-02782-MSK-CBS

    any such party.

h.  Neither I nor my spouse or a person within the third degree of relationship to either of us, or the spouse of any such person, is acting as a lawyer in this case.

i.  Other than the fact that I derive income from the dispute between the various parties to the mediation in my capacity as mediator, neither I nor my spouse or a person within the third degree of relationship to either of us, or the spouse of any such person, is known by me to have an interest that could be substantially affected by the outcome of the proceeding.

j.  Neither I nor my spouse or a person within the third degree of relationship to either of us, or the spouse of any such person, is to my knowledge likely to be a material witness in the proceeding.

    I have nothing further to add.

Dated this 11th day of February 2010.

s/ John Bickerman

John Bickerman
President
Bickerman Dispute Resolution, PPLC


Subscribed and affirmed, or sworn to before me in the County of Montgomery, State of Maryland, this 11th day of February, 2010.

My commission expires: March 12, 2013.

___s/ Kathy Alishahi_____

Notary Public

(SEAL)