IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-MSK-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 2006CW255

**ORDER**

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

THIS MATTER comes before the Court on the Motion to Intervene by Northern Colorado Water Conservancy District.

The Court, having reviewed the motion and being fully advised in the matter, hereby:

ORDERS that the motion is GRANTED.

DATED this ____ day of _____, 2010.

BY THE COURT:

_____