IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 49-cv-02782- MSK-CBS
CONSOLIDATED CIVIL CASE NOS. 2782, 5016, AND 5017
and

| | |
|---|---|
| DISTRICT COURT, WATER DIVISION NO. 5, COLORADO<br><br>Garfield County Courthouse<br>109 8th Street, Suite 104<br>Glenwood Springs, CO 81601<br>(970)947-3861 | |
| CONCERNING THE APPLICATION FOR WATER RIGHTS OF:<br><br>THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY | ▲ COURT USE ONLY ▲ |
| *Attorneys for Northern Colorado Water Conservancy District:*<br>Bennett W. Raley, #13429<br>Robert V. Trout, #7190<br>Lisa M. Thompson, #35923<br>Trout, Raley, Montano, Witwer & Freeman, P.C.<br>1120 Lincoln Street, Suite 1600<br>Denver, CO 80203<br><br>Telephone: 303 861-1963<br>FAX Number: 303 832-4465<br>email:  bwraley@mac.com<br>          rtrout@troutlaw.com<br>          lthompson@troutlaw.com | Case No. 2006CW255<br><br>WATER DIVISION NO. 5 |
| **STATEMENT OF OPPOSITION OF NORTHERN COLORADO WATER CONSERVANCY DISTRICT** | |

1. Name, mailing address, email address, and telephone number of Opposer:

    Northern Colorado Water Conservancy District ("Northern Water")
    c/o Don Carlson
    220 Water Avenue
    Berthoud, Colorado  80513
    (970) 532-7700
    dcarlson@ncwcd.org

2. Facts as to why the Application should not be granted or why it should be granted only in part or on certain conditions:

    a. Northern Water is the beneficial owner of water rights in the Colorado River basin decreed to the Colorado-Big Thompson ("C-BT") Project that may be injured if appropriate terms and conditions are not included in any decree entered in this matter.

    b. Adequate terms and conditions must be included in any decree so as to prevent injury to the vested water rights of Northern Water.

    c. The Applicants must meet all applicable burdens and be held to strict proof of all elements of the Application, including without limitation, C.R.S. § 37-92-301(4)(b).

    d. At this time Northern Water does not have available enough facts surrounding the claims made in the Application so as to determine what conditions and limitations ultimately should be imposed upon the Applicant to protect the rights of Northern Water.  Northern Water accordingly reserves the right to add additional objections, whether before or during trial, as more facts and details regarding the Application become known.

    e. This Statement of Opposition is filed concurrently in the Colorado Water Court for Water Division No. 5 and the Federal District Court for the District of Colorado under that court's continuing jurisdiction pursuant to the "Order Regarding Further Proceedings Consonant with the Colorado Water Rights Determination and Administration Act of 1969" dated August 4, 1977 in Consolidated Civil Case Nos. 2782, 5016 and 5017.

    f. Northern Water further requests that this Statement of Opposition be deemed continuing and apply to any subsequent amended Application filed in this case.

Respectfully submitted this 18th day of February, 2010.

    TROUT, RALEY, MONTAÑO,
    WITWER & FREEMAN, PC

    _____
    Bennett W. Raley, #13429
    Robert V. Trout, #7190
    Lisa M. Thompson, #35923
    1120 Lincoln St., Suite 1600
    Denver, Colorado 80203
    Telephone: 303-861-1963
    Facsimile: 303-832-4465

    Attorneys for Northern Colorado
    Water Conservancy District

## VERIFICATION

STATE OF COLORADO  )
                   ) ss.
COUNTY OF LARIMER  )

    I, Don Carlson, as Assistant General Manager of the Northern Colorado Water Conservancy District, state under oath that I have read this Statement of Opposition and verify its content to the best of my knowledge, information and belief.

*/s/ Don Carlson*

Subscribed under oath before me on _February 17 2010_.

My commission expires: _April 7 2013_

SEAL

*/s/ Minerva G. Lee*
Notary Public

CERTIFICATE OF SERVICE
(Case No. 06CW255)

I HEREBY CERTIFY that the foregoing STATEMENT OF OPPOSITION OF NORTHERN COLORADO WATER CONSERVANCY DISTRICT was served electronically through LexisNexis E-File this 18th day of February, 2010, on the following:

| | |
|---|---|
| Casey S. Funk, Esq.<br>Daniel J. Arnold, Esq.<br>Jeffrey F. Davis, Esq.<br>Gail Rosenschein, Esq.<br>Denver Water Department<br>1600 West 12th Avenue<br>Denver, CO 80204-3412<br>*[City and County of Denver acting by and through its Board of County Commissioners]*<br>casey.funk@denverwater.org<br>daniel.arnold@denverwater.org<br>jeff.davis@denverwater.org<br>gail.rosenschein@denverwater.org | Stephen D. Gurr, Esq.<br>Barry A. Schwartz, Esq.<br>Kamlet & Reichert, LLP<br>1515 Arapahoe St, Tower 1, Suite 1600<br>Denver, CO 80202<br>*[Attorneys for City and County of Denver, acting by and through its Board of Water Commissioners]*<br>sgurr@ksrlaw.com<br>bschwartz@ksrlaw.com |
| Austin C. Hamre, Esq.<br>Duncan, Ostrander & Dingess, P.C.<br>3600 South Yosemite St., Suite 500<br>Denver, CO 80237-1829<br>*[Attorneys for City of Aurora]*<br>ahamre@dodpc.com | Frederick G. Aldrich, Esq.<br>Aldrich, Frederick, LLC<br>601A 28 ¼ Road<br>Grand Junction, CO 81506<br>*[Attorneys for Grand Valley Irrigation Company]*<br>faldrich@aldrich-law.com |
| Peter C. Fleming, Esq.<br>Jason V. Turner, Esq.<br>Colorado River Water Conservation District<br>P.O. Box 1120<br>200 Centennial Street, Suite 200<br>Glenwood Springs, CO 81602<br>*[Attorneys for Colorado River Water Conservation District]*<br>pfleming@crwcd.org<br>jturner@crwcd.org | Mark A. Hermunstad, Esq.<br>Kirsten M. Kurath, Esq.<br>Williams, Turner & Holmes, P.C.<br>200 North 6th Street<br>P.O. Box 338<br>Grand Junction, CO 81502<br>*[Attorneys for Grand Valley Water Users Association, Orchard Mesa Irrigation District and Ute Water Conservancy District]*<br>mherm@wth-law.com |
| Chad M. Wallace, Esq.<br>Colorado Attorney General's Office<br>1525 Sherman St., 5th Floor<br>Denver, CO 80203<br>*[Attorneys for State of Colorado]*<br>chad.wallace@state.co.us | Nathan A. Keever, Esq.<br>Dufford, Waldeck, Milburn & Krohn, LLP<br>744 Horizon Court, Suite 300<br>Grand Junction, CO 81506<br>*[Attorney for Palisade Irrigation District]*<br>keever@dwmk.com |

| | |
|---|---|
| Douglas L. Abbott, Esq.<br>Christopher L. Thorne, Esq.<br>Megan N. Winokur, Esq.<br>Leah K. Martinsson, Esq.<br>Holland & Hart, LLP<br>P.O. Box 8749<br>555 17th St., #3200<br>Denver, CO  80201-8749<br>*[Attorneys for Colorado River Water Conservation District]*<br>dabbott@hollandhart.com<br>cthrone@hollandhart.com<br>mwinokur@hollandhart.com | Stanley W. Cazier, Esq.<br>John D. Walker, Esq.<br>Cazier & McGowan<br>P.O. Box 500<br>Grandby, CO 80446<br>*[Attorneys for Middle Park Water Conservancy District]*<br>cazier_mcgowan@hotmail.com |
| William A. Paddock<br>Mary M. Hammond, Esq.<br>Karl D. Ohlsen, Esq.<br>Carlson, Hammond & Paddock<br>1700 Lincoln, #3900<br>Denver, CO  80202<br>*[Attorneys for City of Colorado Springs and Colorado Springs Utilities]*<br>bpaddock@chp-law.com<br>mhammond@chp-law.com<br>kolsen@chp-law.com | Brian M. Nazarenus<br>Robert Pohlman<br>Olivia D. Lucas<br>Julie E. Mauer<br>Ryley Carlock & Applewhite<br>1999 Broadway, Suite 1800<br>Denver, CO  80202<br>*[Attorney for Climax Molybdenum Company]*<br>bnazarenus@rcalaw.com<br>rpohlman@rcalaw.com |
| James J. Dubois, Esq.<br>United States Department of Justice<br>CO – Environment<br>1961 Stout Street, 8th Floor<br>Denver, CO 80294<br>*[Attorneys for United States of America]*<br>james.dubois@usdoj.gov | David G. Hill, Esq.<br>Ann M. Rhodes, Esq.<br>Berg, Hill, Greenleaf & Ruscitti, LLP<br>1712 Pearl Street<br>P.O. Box 1719<br>Boulder, CO 80302<br>*[Attorneys for City of Englewood]*<br>dgh@bhgrlaw.com<br>amr@bhgrlaw.com |
| State Water Engineer<br>Division 5 Engineer<br>Colorado Division of Water Resources<br>dick.wolfe@state.co.us<br>alan.martellaro@state.co.us | |

Meichell Walsh