# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 49-cv-02782-MSK-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** February 19, 2010 | **Courtroom Deputy:** Linda Kahoe |

USA,                                                     James J. DuBois

    Plaintiff,

    v.

WATER RIGHTS,

BOARD OF WATER COMMISSIONERS,                            Casey S. Funk
                                                         Daniel John Arnold
                                                         Barry Alan Schwartz
                                                         Stephen D. Gurr
                                                         Jeffrey Flinn Davis
                                                         Patricia L. Wells

GRAND VALLEY WATER USERS                                 Mark A. Hermundstad (via phone)
ASSOCIATION, *et al.,*

COLORADO RIVER WATER CONSERVATION                        Douglas L. Abbott
DISTRICT,                                                Peter Cheney Fleming (via phone)

PALISADE IRRIGATION DISTRICT,                            Nathan A. Keever (via phone)

GRAND VALLEY IRRIGATION COMPANY,                         Frederick G. Aldrich (via phone)

MIDDLE PARK WATER CONSERVANCY                            Stanley W. Cazier (via phone)
DISTRICT,

COLORADO SPRINGS UTILITIES,

COLORADO SPRINGS, CITY OF,                               James J. DuBois

CITY OF AURORA,

    Petitioners,

v.

| | |
|---|---|
| NORTHERN COLORADO WATER CONSERVANCY DISTRICT, | James J. DuBois<br>Bennett W. Raley |

      Defendant,

COLORADO DIVISION OF WATER RESOURCES,

      Intervenor,

COLORADO, STATE OF,

      Movant,

| | |
|---|---|
| UTE WATER CONSERVANCY DISTRICT, | Mark A. Hermundstad (via phone) |

FRISCO, TOWN OF,

      Interested Parties.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** STATUS CONFERENCE
**Court in session:** 8:02 a.m.
Court calls case. Appearances of counsel. *Also present: Brian Max Nazarenus, Olivia Denton Lucas, Robert James Pohlman representing Climax Molybdenum Company. Also on the phone is John Bickerman.*

Discussion regarding the status of the case.

For the reasons as stated on the record, it is:

**ORDERED**: The Unopposed Motion to Submit Proposed Orders for a Case Management Plan and to Appoint John Bickerman as a Special Master, doc #[307], filed 2/12/2010 is **GRANTED** to the extent it seeks to appoint Mr. Bickerman as a Special Master.

**ORDERED:** The parties are required to serve written discovery on or before **MARCH 15, 2010.** There will be no obligation to substantively answer that written discovery. All further litigation, subject to certain exceptions, is **STAYED until APRIL 15, 2010**. On **APRIL 30, 2010**, the parties must provide supplementation of their Rule 26(a)(1) disclosures. Between **APRIL 15, 2010** and **APRIL 30, 2010**, the parties must meet and confer consistent with Local Rule 7.1A, and Rule 37A to discuss objections to the written discovery. The parties should serve written objections to the discovery on or before **MAY 14, 2010.**

**ORDERED**:   A Status Conference is set for **MAY 19, 2010 at 9:15 a.m.** to address discovery objections and the handling of discovery objections.  At the conclusion of that hearing, the court will resolve objections, and based upon the court's rulings on those objections, the parties will be expected to complete negotiations with respect to e-discovery and search terms.

**ORDERED:**   All briefing, responsive pleadings, and discovery related to Climax's cross-claims and counter-claims is **STAYED** until the Status Conference on **MAY 19, 2010.**

Discussion regarding the Motion to Intervene, doc #[309], filed February 18, 2010.  Upon hearing no objections to the Motion to Intervene, the court notes that the Motion to Intervene is now unopposed.

HEARING CONCLUDED.

**Court in recess:**     9:06 a.m.
Total time in court:    01:04

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.