IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-MSK-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 2006CW255

**ENTRY OF APPEARANCE OF ROBERT V. TROUT**

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

Robert V. Trout of the law firm Trout, Raley, Montaño, Witwer & Freeman, P.C., hereby enters his appearance as co-counsel with Bennett W. Raley and Lisa M. Thompson on behalf of the Northern Colorado Water Conservancy District in these cases.

Respectfully filed this 19th day of February, 2010.

 s/ Robert V. Trout
Bennett W. Raley, #13429
Robert V. Trout, #7190
Lisa M. Thompson, #35923
Trout, Raley, Montaño, Witwer & Freeman, P.C.
1120 Lincoln St., Suite 1600
Denver, Colorado  80203
Telephone: 303-861-1963
bwraley@mac.com
rtrout@troutlaw.com
lthompson@troutlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2010, I electronically filed the foregoing *Entry of Appearance of Lisa M. Thompson* with the Clerk of the U.S. District Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Casey S. Funk, Esq.<br>Daniel J. Arnold, Esq.<br>Jeffrey F. Davis, Esq.<br>Gail Rosenschein, Esq.<br>Denver Water Department<br>1600 West 12th Avenue<br>Denver, CO 80204-3412<br>[*City and County of Denver acting by and through its Board of County Commissioners*]<br>casey.funk@denverwater.org<br>daniel.arnold@denverwater.org<br>jeff.davis@denverwater.org<br>gail.rosenschein@denverwater.org | Stephen D. Gurr, Esq.<br>Barry A. Schwartz, Esq.<br>Kamlet & Reichert, LLP<br>1515 Arapahoe St, Tower 1, Suite 1600<br>Denver, CO 80202<br>[*Attorneys for City and County of Denver, acting by and through its Board of Water Commissioners*]<br>sgurr@ksrlaw.com<br>bschwartz@ksrlaw.com |
| Austin C. Hamre, Esq.<br>Duncan, Ostrander & Dingess, P.C.<br>3600 South Yosemite St., Suite 500<br>Denver, CO 80237-1829<br>[*Attorneys for City of Aurora*]<br>ahamre@dodpc.com | Frederick G. Aldrich, Esq.<br>Aldrich, Frederick, LLC<br>601A 28 ¼ Road<br>Grand Junction, CO 81506<br>[*Attorneys for Grand Valley Irrigation Company*]<br>faldrich@aldrich-law.com |
| Peter C. Fleming, Esq.<br>Jason V. Turner, Esq.<br>Colorado River Water Conservation District<br>P.O. Box 1120<br>200 Centennial Street, Suite 200<br>Glenwood Springs, CO 81602<br>[*Attorneys for Colorado River Water Conservation District*]<br>pfleming@crwcd.org<br>jturner@crwcd.org | Mark A. Hermunstad, Esq.<br>Kirsten M. Kurath, Esq.<br>Williams, Turner & Holmes, P.C.<br>200 North 6th Street<br>P.O. Box 338<br>Grand Junction, CO 81502<br>[*Attorneys for Grand Valley Water Users Association and Orchard Mesa Irrigation District*]<br>mherm@wth-law.com |
| Chad M. Wallace, Esq.<br>Colorado Attorney General's Office<br>1525 Sherman St., 5th Floor<br>Denver, CO 80203<br>[*Attorneys for State of Colorado*]<br>chad.wallace@state.co.us | Nathan A. Keever, Esq.<br>Dufford, Waldeck, Milburn & Krohn, LLP<br>744 Horizon Court, Suite 300<br>Grand Junction, CO 81506<br>[*Attorney for Palisade Irrigation District*]<br>keever@dwmk.com |

| | |
|---|---|
| Douglas L. Abbott, Esq.<br>Christopher L. Thorne, Esq.<br>Megan N. Winokur, Esq.<br>Leah K. Martinsson, Esq.<br>Holland & Hart, LLP<br>P.O. Box 8749<br>555 17th St., #3200<br>Denver, CO  80201-8749<br>[*Attorneys for Colorado River Water Conservation District*]<br>dabbott@hollandhart.com<br>cthrone@hollandhart.com<br>mwinokur@hollandhart.com | Stanley W. Cazier, Esq.<br>John D. Walker, Esq.<br>Cazier & McGowan<br>P.O. Box 500<br>Grandby, CO 80446<br>[*Attorneys for Middle Park Water Conservancy District*]<br>cazier_mcgowan@hotmail.com |
| William A. Paddock<br>Mary M. Hammond, Esq.<br>Karl D. Ohlsen, Esq.<br>Carlson, Hammond & Paddock<br>1700 Lincoln, #3900<br>Denver, CO  80202<br>[*Attorneys for City of Colorado Springs and Colorado Springs Utilities*]<br>bpaddock@chp-law.com<br>mhammond@chp-law.com<br>kolsen@chp-law.com | Brian M. Nazarenus<br>Robert Pohlman<br>Olivia D. Lucas<br>Julie E. Mauer<br>Ryley Carlock & Applewhite<br>1999 Broadway, Suite 1800<br>Denver, CO  80202<br>[*Attorney for Climax Molybdenum Company*]<br>bnazarenus@rcalaw.com<br>rpohlman@rcalaw.com |
| James J. Dubois, Esq.<br>United States Department of Justice<br>CO – Environment<br>1961 Stout Street, 8th Floor<br>Denver, CO 80294<br>[*Attorneys for United States of America*]<br>james.dubois@usdoj.gov | David G. Hill, Esq.<br>Ann M. Rhodes, Esq.<br>Berg, Hill, Greenleaf & Ruscitti, LLP<br>1712 Pearl Street<br>P.O. Box 1719<br>Boulder, CO 80302<br>[*Attorneys for City of Englewood*]<br>dgh@bhgrlaw.com<br>amr@bhgrlaw.com |

    s/ Meichell Walsh

    Meichell Walsh