IN UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-MSK-CBS
Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 2006CW255
_____

**CERTIFICATE OF COMPLIANCE**
_____

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY, COLORADO
_____

Pursuant to the Minute Order dated February 22, 2010 (DE 317), Applicant, the City and County of Denver, acting by and through its Board of Water Commissioners ("Denver"), hereby provides notice to the Court and all parties that it has submitted to Mr. John Bickerman a copy of the Appointment of Special Master (DE 316).

Respectfully filed this 23rd day of February, 2010.

                                  **DENVER WATER**
                                  Casey S. Funk
                                  Daniel J. Arnold
                                  1600 W 12th Avenue
                                  Denver, CO 80204-3412

                                  **KAMLET REICHERT, LLP**

                                  */s/ Barry A. Schwartz*
                                  Barry A. Schwartz
                                  Stephen D. Gurr
                                  1515 Arapahoe Street, Tower 1, Suite 1600
                                  Denver, CO 80202

                                  *Counsel for Applicant City & County of Denver, acting by and through its Board of Water Commissioners*

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2010, a true and correct copy of the foregoing **CERTIFICATE OF COMPLIANCE** was served upon the following counsel:

Brian M. Nazarenus, Esq.
Robert J. Pohlman, Esq.
Roger T. Williams, Esq.
RYLEY CARLOCK & APPLEWHITE
1999 Broadway, Suite 1800
Denver, CO   80202
***Counsel for Climax Molybdenum Company***


Anne Jamieson Castle, Esq.
Douglas L. Abbott, Esq.
Christopher L. Thorne, Esq.
Holland & Hart, LLP-Denver
P.O. Box 8749
555 17th Street
#3200
Denver, CO 80201-8749
***Counsel for Colorado River Water Conservation District***

Mark A. Hermundstad, Esq.
Kirsten M. Kurath, Esq.
Williams Turner & Holmes, P.C.
200 North 6th Street
PO Box 338
Grand Junction, CO 81502
***Counsel for Grand Valley Water Users Association***
***Counsel for Orchard Mesa Irrigation District***
***Counsel for Ute Water Conservancy District***

Peter C. Fleming, Esq.
Jason V. Turner, Esq.
PO Box 1120
Glenwood Springs, CO 81602
***Counsel for Colorado River Water Conservation District***

Frederick G. Aldrich, Esq.
Aldrich Frederick, LLC
601A 28 ¼ Road
Grand Junction, CO 81506
*Counsel for Grand Valley Irrigation Company*

Stanley W. Cazier, Esq.
John D. Walker, Esq.
Cazier McGowan & Walker
PO Box 500
Granby, CO 80446
*Counsel for Middle Park Water Conservancy District*

Nathan A. Keever, Esq.
Dufford Waldeck Milburn & Krohn, LLP
744 Horizon Court, Suite 300
Grand Junction, CO 81506
*Counsel for Palisade Irrigation District*

*/s/ Diana L. Brechtel*