IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-MSK-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 06CW255
_____

**NOTICE OF CHANGE OF ADDRESS**
_____

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY
_____

PLEASE TAKE NOTICE, that co-counsel for Applicant City & County of Denver, acting by and through its Board of Water Commissioners, have relocated their office. Effective immediately, all correspondence, pleadings and/or documents should be mailed to the new address listed below. Please note that our telephone number, fax number and all email addresses will remain the same.

KAMLET REICHERT, LLP
950 Seventeenth Street, Suite 2400
Denver, Colorado 80202

{00263458.DOC / 1}

DATED this 26th day of March, 2010.

        **KAMLET REICHERT, LLP**

        */s/ Stephen D. Gurr*
        Stephen D. Gurr
        950 Seventeenth Street, Suite 2400
        Denver, CO 80202
        Telephone: (303) 825-4200
        Fax: (303) 825-1185
        sgurr@kamletlaw.com

        *Counsel for Applicant City & County of Denver,*
        *acting by and through its Board of Water*
        *Commissioners*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of March, 2010 a true and correct copy of the foregoing **NOTICE OF CHANGE OF ADDRESS**:

*Via ECF and LexisNexis under Case No 06CW255*:

Casey S. Funk
Daniel J. Arnold
1600 W 12th Avenue
Denver, CO 80204-3412
***Co-Counsel for Applicant City & County***
***of Denver, acting by and through its Board of Water Commissioners***

Brian M. Nazarenus, Esq.
Robert J. Pohlman, Esq.
Roger T. Williams, Esq.
RYLEY CARLOCK & APPLEWHITE
1999 Broadway, Suite 1800
Denver, CO   80202
***Counsel for Climax Molybdenum Company***

Douglas L. Abbott, Esq.
Christopher L. Thorne, Esq.
Holland & Hart, LLP-Denver
P.O. Box 8749
555 17th Street
#3200
Denver, CO 80201-8749
***Counsel for Colorado River Water Conservation District***

Mark A. Hermundstad, Esq.
Kirsten M. Kurath, Esq.
Williams Turner & Holmes, P.C.
200 North 6th Street
PO Box 338
Grand Junction, CO 81502
***Counsel for Grand Valley Water Users Association***
***Counsel for Orchard Mesa Irrigation District***
***Counsel for Ute Water Conservancy District***

Peter C. Fleming, Esq.
Jason V. Turner, Esq.
PO Box 1120
Glenwood Springs, CO 81602
*Counsel for Colorado River Water Conservation District*

Frederick G. Aldrich, Esq.
Aldrich Frederick, LLC
601A 28 ¼ Road
Grand Junction, CO 81506
*Counsel for Grand Valley Irrigation Company*

Stanley W. Cazier, Esq.
John D. Walker, Esq.
Cazier McGowan & Walker
PO Box 500
Granby, CO 80446
*Counsel for Middle Park Water Conservancy District*

Nathan A. Keever, Esq.
Dufford Waldeck Milburn & Krohn, LLP
744 Horizon Court, Suite 300
Grand Junction, CO 81506
*Counsel for Palisade Irrigation District*

Benett W. Raley, Esq.
Robert V. Trout, Esq.
Lisa M. Thompson, Esq.
Trout, Raley, Montano, Witwer & Freeman, P.C.
1120 Lincoln Street, Suite 1600
Denver, CO 80202
*Counsel for Northern Colorado Water Conservancy District*

>  /s/ Cheryl Thomas
>  Cheryl Thomas