IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-EWN-CBS
Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5, STATE OF COLORADO
Case No. 2006CW255

_____

**OBJECTIONS OF GRAND VALLEY IRRIGATION COMPANY TO APPLICANT'S SECOND SET OF REQUESTS FOR ADMISSIONS, INTERROGATORIES, AND REQUESTS FOR PRODUCTION**

_____

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY, COLORADO

_____

Pursuant to the Court's February 19, 2010 Minute Order, Objector Grand Valley Irrigation Company ("GVIC") adopts and incorporates herein by this reference Opposer Colorado River Water Conservation District's objections and responses to Applicant's Second Set of Requests for Admissions, Interrogatories, and Requests for Production directed to Opposer Colorado River Water Conservation District to the extent that such objections and responses apply to the Applicant's Second Set of Requests for Admissions, Interrogatories, and Requests for Production directed to GVIC as shown on the Comparison Tables attached hereto.

Dated this 14th day of May, 2010.

ALDRICH LAW FIRM, LLC

By: _____
Frederick G. Aldrich, Reg. No. 428
Attorney for Objector Grand Valley
Irrigation Company
601 A 28¼ Road
Grand Junction, Colorado 81506
Phone:  (970) 245-7950
Fax:    (970) 245-0664
E-mail:  faldrich@aldrich-law.com

COMPARISON TABLE –
REQUESTS FOR ADMISSIONS SERVED BY APPLICANT

| CRWCD | GVIC |
|---|---|
| 1 | 1 |
| 2 | - |
| 3 | - |
| 4 | - |
| 5 | - |
| 6 | 2 |
| 7 | 3 |
| 8 | 4 |
| 9 | 5 |
| 10 | 6 |
| 11 | 7 |
| 12 | 8 |
| 13 | 9 |
| 14 | 10 |
| 15 | 11 |
| 16 | 12 |
| 17 | 13 |
| 18 | 14 |
| 19 | 15 |
| 20 | 16 |
| 21 | 17 |
| 22 | - |
| 23 | 18 |
| 24 | 19 |
| 25 | 20 |
| 26 | 21 |
| 27 | 22 |
| 28 | 23 |
| 29 | 24 |
| 30 | 25 |
| 31 | 26 |
| 32 | 27 |
| 33 | 28 |
| 34 | 29 |
| 35 | 30 |
| 36 | 31 |
| 37 | 32 |

COMPARISON TABLE –
INTERROGATORIES SERVED BY APPLICANT

| CRWCD | GVIC |
|---|---|
| 1 | 1 |
| 2 | 2 |
| 3 | 3 |
| 4 | 4 |
| 5 | 5 |
| 6 | 6 |
| 7 | 7 |
| 8 | 8 |
| 9 | 9 |
| 10 | 10 |
| 11 | 11 |
| 12 | 12 |
| 13 | 13 |
| 14 | 14 |
| 15 | 15 |
| 16 | 16 |
| 17 | 17 |
| 18 | 18 |
| 19 | - |
| 20 | - |
| 21 | - |
| 22 | - |
| 23 | 19 |
| 24 | - |
| 25 | - |
| 26 | - |
| 27 | 20 |
| 28 | - |
| 29 | - |
| 30 | - |
| 31 | - |
| 32 | 21 |
| 33 | - |
| 34 | - |
| 35 | - |
| 36 | 22 |

COMPARISON TABLE –
REQUEST FOR PRODUCTION FILED BY APPLICANT

| CRWCD | GVIC |
|---|---|
| 1 | 1 |
| 2 | 2 |
| 3 | 3 |
| 4 | - |
| 5 | - |
| 6 | 4 |
| 7 | - |
| 8 | - |
| 9 | - |
| 10 | 6 |
| 11 | - |
| 12 | 7 |
| 13 | 8 |

### CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2010, a true and correct copy of the foregoing **OBJECTIONS OF GRAND VALLEY IRRIGATION COMPANY TO APPLICANT'S SECOND SET OF REQUESTS FOR ADMISSIONS, INTERROGATORIES, AND REQUESTS FOR PRODUCTION** was served upon the following counsel through ECF for the United States District Court as stated below:

Bennett W. Raley, Esq.
Robert V. Trout, Esq.
Trout Raley Montano Witwer & Freeman, P.C.
braley@troutlaw.com
rtrout@troutlaw.com
*Attorneys for Northern Colorado Water*
*Conservancy District*

Douglas L. Abbott, Esq.
Christopher L. Thorne, Esq.
Holland & Hart, LLP-Denver
Dabbot@hollandhart.com
Cthorne@lollandhart.com
*Attorneys for Colorado River Water*
*Conservation District*

Peter Fleming, Esq
Jason V. Turner, Esq.
pfleming@crwcd.org
jturner@crwcd.org
*Counsel for Colorado River Water*
*Conservation District*

State Water Engineer
Division 5 Engineer
Colorado Division of Water Resources
dick.wolfe@state.co.us
alan.martellaro@state.co.us

James J. DuBois, Esq.
U.S. Department of Justice
james.dubois@usdoj.gov
*Attorneys for City of Colorado Springs*

Marry M. Hammond, Esq.

Karl D. Ohlsen, Esq.
William A. Paddock, Esq.
Carlson, Hammond & Paddock, LLC
mhammond@chp-law.com
kohlsenchp@chp-law.com
bpaddock@chp-law.com
*Attorneys for City of Colorado Springs*

Chad M. Wallace, Esq.
Colorado Attorney General's Office
chad.wallace@state.co.us
*Attorneys for State of Colorado*

Brian M. Nazarenus, Esq.
Olivia D. Lucas, Esq.
Robert J. Pohlman, Esq.
Roger T. Williams, Esq.
Ryley Carlock & Applewhite
bnazarenus@rcalaw.com
olucas@rcalaw.com
rpohlman@rcalaw.com
rwilliams@rcalaw.com
jwatson@rcalaw.com
*Attorneys for Climax Molybdenum Company*

Mark A. Hermundstad, Esq.
Williams, Turner & Holmes, P.C.
Grand Junction, CO  81502
mherm@wth-law.com
*Attorneys for Grand Valley Water Users*
*Association, Orchard Mesa Irrigation*
*District and Ute Water Conservancy District*

Nathan A. Keever, Esq.
Dufford, Waldeck, Milburn & Krohn, LLP
*Attorneys for Palisade Irrigation District*
keever@dwmk.com

Stephen D. Gurr, Esq.
Barry A. Schwartz, Esq.
Kamlet Shepherd & Reichert, LLP
sgurr@ksrlaw.com
bschwartz@ksrlaw.com
*Attorneys for City and County of Denver,*
*acting by and through its Board of Water*

*Commissioners*

Stanley W. Cazier, Esq.
Cazier, McGowan & Walker, P.C.
Granby, CO  80446
cazier_mcgowan@hotmail.com
*Attorneys for Middle Park Water Conservancy District*

Casey S. Funk, Esq.
Daniel J. Arnold, Esq.
Jeffrey F. Davis, Esq.
Gail Rosenschein, Esq.
Denver Water
casey.funk@denverwater.org
daniel.arnold@denverwater.org
jeff.davis@denverwater.org
gail.rosenschein@denverwater.org
*Attorneys for City and County of Denver, acting by and through its Board of Water Commissioners*

David G. Hill, Esq.
Berg Hill Greenleaf & Ruscitti, LLP
dghbhgrlaw.com
*Attorneys for City of Englewood*

Austin C. Hamre, Esq.
Dunstan, Ostrander & Dingess, P.C.
*Attorneys for City of Aurora*

_____
*Donna K. Ray*