IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-MSK-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 06CW255

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

**OBJECTIONS TO WRITTEN DISCOVERY OF GRAND VALLEY WATER USERS ASSOCIATION, UTE WATER CONSERVANCY DISTRICT AND ORCHARD MESA IRRIGATION DISTRICT**

Pursuant to the Court's February 19, 2010 Minute Order, Opposers Grand Valley Water Users Association, Ute Water Conservancy District, acting by and through the Ute Water Activity Enterprise, and Orchard Mesa Irrigation District ("Grand Valley Opposers") provide the following objections to Denver Water's written discovery to the Grand Valley Opposers:

The Grand Valley Opposers adopt and incorporate as their objections to Denver Water's written discovery the objections set forth in Opposer Colorado River Water Conservation District's Objections to Written Discovery filed herein. The discovery requests served on the Colorado River Water Conservation District ("River District") were numbered differently than the discovery requests served on the Grand Valley Objectors. Accordingly, attached hereto as Exhibit A is a table showing how the numbering of the discovery requests served on the Grand

1

Valley Opposers corresponds to the numbering of the discovery requests served on the River District.

Respectfully submitted this 14th day of May, 2010.

*Mark A. Hermundstad*
Mark A. Hermundstad
WILLIAMS, TURNER & HOLMES, P.C.

ATTORNEYS FOR OPPOSERS GRAND VALLEY WATER USERS ASSOCIATION, UTE WATER CONSERVANCY DISTRICT, ACTING BY AND THROUGH THE UTE WATER ACTIVITY ENTERPRISE, AND ORCHARD MESA IRRIGATION DISTRICT

2

## CERTIFICATE OF SERVICE

I hereby certify that on this __14__ day of May, 2010, a true and correct copy of the foregoing **OBJECTIONS TO WRITTEN DISCOVERY OF GRAND VALLEY WATER USERS ASSOCIATION, UTE WATER CONSERVANCY DISTRICT AND ORCHARD MESA IRRIGATION DISTRICT** was served upon the following counsel through ECF for the United States District Court as stated below:

State Water Engineer
Division 5 Engineer
Colorado Division of Water Resources
dick.wolfe@state.co.us
alan.martellaro@state.co.us

Peter C. Fleming
Jason V. Turner
P.O. Box 1120
Glenwood Springs, CO 81602
*[Colorado River Water Conservation District]*
pfleming@crwcd.org
jturner@crwcd.org

Christopher L. Thorne
Douglas L. Abbott
Holland & Hart, LLP-Denver
P.O. Box 8749
Denver, CO 80201-8749
*[Colorado River Water Conservation District]*
cthorne@hollandhart.com
dabbott@hollandhart.com

Bennett W. Raley, Esq.
Robert V. Trout, Esq.
Trout Raley Montano Witwer & Freeman, P.C.
braley@troutlaw.com
rtrout@troutlaw.com
*Attorneys for Northern Colorado Water Conservancy District*

James J. DuBois, Esq.
U.S. Department of Justice
james.dubois@usdoj.gov
*Attorneys for City of Colorado Springs*

Austin C. Hamre, Esq.
Dunstan Ostrander & Dingess, P.C.
ahamre@dodpc.com
*Attorneys for City of Aurora*

Marry M. Hammond, Esq.
Karl D. Ohlsen, Esq.
William A. Paddock, Esq.
Carlson, Hammond & Paddock, LLC
mhammond@chp-law.com
kohlsenchp@chp-law.com
bpaddock@chp-law.com
*Attorneys for City of Colorado Springs*

Stephen D. Gurr, Esq.
Barry A. Schwartz, Esq.
Kamlet Shepherd & Reichert, LLP
sgurr@ksrlaw.com
bschwartz@ksrlaw.com
*Attorneys for City and County of Denver, acting by and through its Board of Water Commissioners*

Chad M. Wallace, Esq.
Colorado Attorney General's Office
chad.wallace@state.co.us
*Attorneys for State of Colorado*

3

David G. Hill, Esq.
Berg Hill Greenleaf & Ruscitti, LLP
dghbhgrlaw.com
*Attorneys for City of Englewood*

Brian M. Nazarenus, Esq.
Olivia D. Lucas, Esq.
Robert J. Pohlman, Esq.
Roger T. Williams, Esq.
Ryley Carlock & Applewhite
bnazarenus@rcalaw.com
olucas@rcalaw.com
rpohlman@rcalaw.com
rwilliams@rcalaw.com
jwatson@rcalaw.com
*Attorneys for Climax Molybdenum Company*

Nathan A. Keever, Esq.
Dufford, Waldeck, Milburn & Krohn, LLP
*Attorneys for Palisade Irrigation District*

Casey S. Funk, Esq.
Daniel J. Arnold, Esq.
Jeffrey F. Davis, Esq.
Gail Rosenschein, Esq.
Denver Water
casey.funk@denverwater.org
daniel.arnold@denverwater.org
jeff.davis@denverwater.org
gail.rosenschein@denverwater.org
*Attorneys for City and County of Denver, acting by and through its Board of Water Commissioners*

Frederick G. Aldrich, Esq.
Frederick G. Aldrich LLC
faldrich@aldrich-law.com
*Attorneys for Grand Valley Irrigation Company*

Stanley W. Cazier, Esq.
Cazier, McGowan & Walker, P.C.
Granby, CO  80446
cazier_mcgowan@hotmail.com
*Attorneys for Middle Park Water Conservancy District*

*Sandy Richardson* (signature)

4

EXHIBIT A

Abbreviations:

| | |
|---|---|
| CRWCD | Colorado River Water Conservation District |
| GVWUA | Grand Valley Water Users Association |
| Ute | Ute Water Conservancy District, acting by and through the Ute Water Activity Enterprise |
| OMID | Orchard Mesa Irrigation District |
| RFA | Request for Admission |
| Int. | Interrogatory |
| RFP | Request for Production of Documents |

Section II.A. of CRWCD's Objections to Written Discovery:

CRWCD Int. No. 17 is the same as Int. No. 17 served on GVWUA, Ute and OMID

Section II.B.1 of CRWCD's Objections to Written Discovery:

| *CRWCD RFA No.:* | *Grand Valley Opposers Equivalents:* |
|---|---|
| 1 | OMID RFA No.1<br>No equivalent for GVWUA or Ute |
| 2-5 | No equivalent for GVWUA, Ute or OMID |
| 6-18, 33 | GVWUA RFA Nos. 1-13, 27<br>Ute RFA Nos. 1-13, 27<br>OMID RFA Nos. 2-14, 28 |
| 20 | No equivalent for GVWUA, Ute or OMID |
| 21 | GVWUA RFA No. 15<br>Ute RFA No. 15<br>OMID RFA No. 16 |
| 22 | GVWUA RFA No. 16<br>Ute RFA No. 16<br>OMID RFA No. 17 |
| 23-24 | GVWUA RFA Nos. 17-18<br>Ute RFA Nos. 17-18<br>OMID RFA Nos. 18-19 |

1

| *CRWCD RFA No.:* | *Grand Valley Opposers Equivalents:* |
|---|---|
| 25 | GVWUA RFA No. 19<br>Ute RFA No. 19<br>OMID RFA No. 20 |
| 26 | GVWUA RFA No. 20<br>Ute RFA No. 20<br>OMID RFA No. 21 |
| 27 | GVWUA RFA No. 21<br>Ute RFA No. 21<br>OMID RFA No. 22 |
| 28 | GVWUA RFA No. 22<br>Ute RFA No. 22<br>OMID RFA No. 23 |
| 31-32 | GVWUA RFA Nos. 25-26<br>Ute RFA Nos. 25-26<br>OMID RFA Nos. 26-27 |
| 34, 36, 37 | GVWUA RFA Nos. 28, 30, 31<br>Ute RFA Nos. 28, 30, 31<br>OMID RFA Nos. 29, 31, 32 |

Section II.B.2 of CRWCD's Objections to Written Discovery:

| *CRWCD Int. No.:* | *Grand Valley Opposers Equivalents:* |
|---|---|
| 1 | GVWUA, Ute and OMID Int. No. 1 |
| 3-4 | GVWUA, Ute and OMID Int. Nos. 3-4 |
| 6-7 | GVWUA, Ute and OMID Int. Nos. 6-7 |
| 5, 8, 9, 11, 12 & 13 | GVWUA, Ute and OMID Int. Nos. 5, 8, 9, 11, 12 & 13 |
| 14 | GVWUA, Ute and OMID Int. No. 14 |
| 15 | GVWUA, Ute and OMID Int. No. 15 |

2

| *CRWCD Int. No.:* | *Grand Valley Opposers Equivalents:* |
|---|---|
| 16 & 18 | GVWUA, Ute and OMID Int. Nos. 16 & 18 |
| 19, 20, 21 & 22 | No equivalent for GVWUA, Ute or OMID |
| 23 | GVWUA, Ute and OMID Int. No. 19 |
| 24 | No equivalent for GVWUA, Ute or OMID |
| 25-26 | No equivalent for GVWUA, Ute or OMID |
| 27 | GVWUA, Ute and OMID Int. No. 20 |
| 28-31 | No equivalent for GVWUA, Ute or OMID |
| 32 | GVWUA, Ute and OMID Int. No. 21 |
| 33 | No equivalent for GVWUA, Ute or OMID |
| 34-35 | No equivalent for GVWUA, Ute or OMID |
| 36 | GVWUA, Ute and OMID Int. No. 22 |

<u>Section II.B.3 of CRWCD's Objections to Written Discovery:</u>

| *CRWCD RFP No.:* | *Grand Valley Opposers Equivalents:* |
|---|---|
| 1-2 | GVWUA, Ute and OMID RFP Nos. 1-2 |
| 4 | No equivalent for GVWUA, Ute or OMID |
| 5 | No equivalent for GVWUA, Ute or OMID |
| 7-8 | No equivalent for GVWUA, Ute or OMID |
| 9 | No equivalent for GVWUA, Ute or OMID |
| 10 | GVWUA, Ute and OMID RFP No. 5 |
| 11 | No equivalent for GVWUA, Ute or OMID |
| 12 | GVWUA, Ute and OMID RFP No. 6 |

3

| *CRWCD RFP No.:* | *Grand Valley Opposers Equivalents:* |
|---|---|
| 13 | GVWUA, Ute and OMID RFP No. 7 |
| 14 | No equivalent for GVWUA, Ute or OMID |

4