IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 49-cv-2782-EWN-CBS**
(Consolidated Cases: Civil Nos. 2782, 5016 and 5017)

| | |
|---|---|
| UNITED STATES OF AMERICA | **Civil No. 2782** |
| Plaintiff, | |
| v. | |
| NORTHERN COLORADO WATER CONSERVANCY DISTRICT, et al. | |
| Defendants. | |

| | |
|---|---|
| In the Matter of the Adjudication of Priorities of Water Rights in Water District No. 36 for Purposes of Irrigation: | **Civil No. 5016** |

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

| | |
|---|---|
| In the Matter of the Adjudication of Priorities of Water Rights in Water District No. 36 for Purposes Other Than Irrigation: | **Civil No. 5017** |

**Petitioners:**
THE COLORADO RIVER WATER CONSERVANCY DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

**OBJECTIONS TO WRITTEN DISCOVERY OF PALISADE IRRIGATION DISTRICT**

Pursuant to the Court's February 19, 2010 Minute Order, Opposer Palisade Irrigation District ("PID") provide the following objections to Denver Water's written discovery to PID:

PID adopts and incorporates, as their objections to Denver Water's written discovery as they relate to, the objections set forth in Opposer Colorado River Water Conservation District's Objections to Written Discovery.

Respectfully submitted this 14th day of May, 2010.

**DUFFORD, WALDECK, MILBURN & KROHN, LLP**

*[Original signature on file at the offices of Dufford, Waldeck, Milburn & Krohn, LLP]*

By: /s/ Nathan A. Keever
    Nathan A. Keever, #24630
    Attorneys for Palisade Irrigation District

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2010 a true and correct copy of the foregoing ***OBJECTIONS TO WRITTEN DISCOVERY OF PALISADE IRRIGATION DISTRICT*** was served through ECF for the United States District Court as follows:

| | |
|---|---|
| Brian M. Nazarenus, Esq.<br>Ryley Carlock & Applewhite<br>bnazarenus@rcalaw.com<br>*Representing Petitioner-Appellant Climax Molybdenum Company* | Casey S. Funk, Esq.<br>Denver Water<br>casey.funk@denverwater.org<br>*Representing City and County of Denver acting by and through its Board of County Commissioners* |
| Mary Mead Hammond, Esq.<br>William A. Paddock, Esq.<br>Carlson Hammond & Paddock<br>mhammond@chp-law.com<br>bpaddock@chp-law.com<br>*Representing City of Colorado Springs & Colorado Springs Utilities* | Robert V. Trout, Esq.<br>Bennett W. Raley, Esq.<br>Peggy E. Montano, Esq.<br>Trout Raley Montano Witwer & Freeman, PC<br>rtrout@troutlaw.com<br>braley@troutlaw.com<br>pmontano@troutlaw.com<br>*Representing Northern Colorado Water Conservancy District* |
| David G. Hill, Esq.<br>Berg Hill Greenleaf & Ruscitti, LLP<br>dgh@bhgrlaw.com<br>*Representing City of Englewood* | Mark A. Hermundstad, Esq.<br>Williams Turner & Holmes P.C.<br>mherm@wth-law.com<br>*Representing Orchard Mesa Irrigation District* |
| Frederick G. Aldrich, Esq.<br>Frederick G. Aldrich, LLC<br>faldrich@aldrich-law.com<br>*Representing Grand Valley Irrigation Co.* | James J. Dubois, Esq.<br>U.S. Department of Justice<br>Environmental & Natural Resources Division<br>james.dubois@usdoj.gov<br>*Representing United States of America* |
| Stanley W. Cazier, Esq.<br>Cazier McGowan & Walker<br>cazier_mcgowan@hotmail.com<br>*Representing Middle Park Water Conservancy District* | Douglas L. Abbott, Esq.<br>Anne L. Castle, Esq<br>Christopher L. Thorne, Esq.<br>Holland & Hart, LLP - Denver<br>dabbott@hollandhart.com<br>acastle@hollandhart.com<br>cthorne@hollandhart.com<br>*Representing Colorado River Water Conservation District* |

Peter C. Fleming, General Counsel
Colorado River Water Conservation District
pfleming@crwcd.org
*Representing Colorado River Water Conservation District*

State Water Engineer
Division 5 Engineer
Colorado Division of Water Resources
dick.wolfe@state.co.us
alan.martellaro@state.co.us

Chad M. Wallace, Esq.
Colorado Attorney General's Office
chad.wallace@state.co.us
*Attorneys for State of Colorado*

Austin C. Hamre, Esq.
Dunstan Ostrander & Dingess, P.C.
Ahamre@dodpc.com
*Attorneys for City of Aurora*

Stephen D. Gurr, Esq.
Barry A. Schwartz, Esq.
Kamlet Shepherd & Reichert, LLP
sgurr@ksrlaw.com
bschwartz@ksrlaw.com
*Attorneys for City and County of Denver*

*[Original signature on file at the offices of Dufford, Waldeck, Milburn & Krohn, LLP]*

/s/ Amanda D. Howard
Legal Assistant