# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 49-cv-02782-MSK-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** May 19, 2010 | **Courtroom Deputy:** Linda Kahoe |

USA,             James J. DuBois

    Plaintiff,

    v.

WATER RIGHTS,

BOARD OF WATER COMMISSIONERS,      Casey S. Funk
Daniel John Arnold
Stephen D. Gurr
Patricia L. Wells

GRAND VALLEY WATER USERS ASSOCIATION, *et al.,*      Mark A. Hermundstad (via phone)

COLORADO RIVER WATER CONSERVATION DISTRICT,      Douglas L. Abbott
Peter Cheney Fleming
Jason V. Turner

PALISADE IRRIGATION DISTRICT,

GRAND VALLEY IRRIGATION COMPANY,      Frederick G. Aldrich

MIDDLE PARK WATER CONSERVANCY DISTRICT,      Stanley W. Cazier (via phone)

COLORADO SPRINGS UTILITIES,

COLORADO SPRINGS, CITY OF,      James J. DuBois

CITY OF AURORA,

    Petitioners,

v.

| | |
|---|---|
| NORTHERN COLORADO WATER CONSERVANCY DISTRICT, | James J. DuBois<br>Bennett W. Raley |

  Defendant,

COLORADO DIVISION OF WATER RESOURCES,

  Intervenor,

COLORADO, STATE OF,

  Movant,

| | |
|---|---|
| UTE WATER CONSERVANCY DISTRICT, | Mark A. Hermundstad (via phone) |

FRISCO, TOWN OF,

  Interested Parties.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   STATUS CONFERENCE**
**Court in session:      9:18 a.m.**
Court calls case.  Appearances of counsel.  *Also present: Brian Max Nazarenus, Olivia Denton Lucas, Robert James Pohlman representing Climax Molybdenum Company.  Also present on the phone is John Bickerman, Special Master.*

Discussion regarding the status of the case.

Discussion regarding the Joint Motion for Continuance of the Stay, doc #[293], filed 12/31/2009.

For the reasons as stated on the record, and hearing no objections, it is:

**ORDERED**:   The Joint Motion for Continuance of the Stay, doc #[293] is **GRANTED IN PART**.  All proceedings are **STAYED until JULY 16, 2010.**

**ORDERED**:   A Status Conference is set for **JULY 8, 2010 at 1:30 p.m. (Mountain Time).** The purpose of this conference will be for counsel to:  (1) advise the court as to whether or not they have a signed term sheet, (2) discuss a plan for moving forward, and (3) indicate what documents will be filed with the court or what steps counsel will propose to bring this case to an actual and final conclusion. The court prefers to have all counsel physically present at this hearing.  Out of town counsel *may* appear via phone.  *(Out of town counsel appearing via phone*

>    *shall coordinate a conference call among themselves prior to contacting the court at 303.844.2117 at the scheduled time.)*

The court states the second pending motion filed by Climax has not been referred.

Discussion regarding objections to outstanding discovery, and interrogatory #17. The court states this issue regarding interrogatory #17 does not need to be decided at this time.

HEARING CONCLUDED.

**Court in recess:        9:50 a.m.**
Total time in court:    00:32

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.