IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Acton No.: 49-cv-02782-MSK-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 06CW255

_____

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

### NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND WITHDRAWAL OF COUNSEL FOR OPPOSER CLIMAX MOLYBDENUM COMPANY

Opposer Climax Molybdenum Company ("Climax") hereby gives notice that John L. Watson, now with the firm of Berenbaum Weinshienk, P.C., hereby withdraws as counsel for Climax. Climax further gives notice that, effective immediately, it will continue to be represented by the following:

> Brian M. Nazarenus
> Roger T. Williams
> Robert J. Pohlman
> Olivia D. Lucas
> RYLEY CARLOCK & APPLEWHITE,
> 1999 Broadway Suite 1800
> Denver, Colorado  80202
>
> and
>
> Julie E. Maurer
> RYLEY CARLOCK & APPLEWHITE,
> One North Central Avenue, Suite 1200
> Phoenix, Arizona  85004

1255583.2
5/20/10

DATED this 20th day of May, 2010.

        /s/ Roger T. Williams
Brian M. Nazarenus
Roger T. Williams
Robert J. Pohlman
Olivia D. Lucas
RYLEY CARLOCK & APPLEWHITE
1999 Broadway Suite 1800
Denver, Colorado  80202
303-863-7500
bnazarenus@rcalaw.com
rwilliams@rcalaw.com
rpohlman@rcalaw.com
olucas@rcalaw.com

and

Julie E. Maurer
RYLEY CARLOCK & APPLEWHITE
One N. Central Avenue, Suite 1200
Phoenix, Arizona  85004
602-440-4861
jmaurer@rcalaw.com


/s/ John L. Watson
John L. Watson
BERENBAUM WEINSHIENK, P.C.
370 17th Street
Republic Plaza #4800
Denver, CO 80202
303-825-0800
jwatson@bw-legal.com

1255583.2
5/20/10

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2010, a true and correct copy of the foregoing **NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND WITHDRAWAL OF COUNSEL FOR OPPOSER CLIMAX MOLYBDENUM COMPANY** was served to the following counsel of record via ECF for the U.S. District Court as follows:

Stephen D. Gurr, Esq.
Barry A. Schwartz, Esq.
Kamlet Shepherd & Reichert, LLP
1515 Arapahoe Street, Tower 1, Suite 1600
Denver, CO 80202
*[Attorneys for City and County of Denver, acting by and through its Board of Water Commissioners]*
sgurr@ksrlaw.com
bschwartz@ksrlaw.com

Casey S. Funk, Esq.
Daniel J. Arnold, Esq.
Denver Water Department
1600 West 12th Avenue
Denver, CO 80204
*[Attorneys for City and County of Denver, acting by and through its Board of Water Commissioners]*
Casey.funk@denverwater.org
Daniel.arnold@denverwater.org

Peter C. Fleming, Esq.
Jason V. Turner, Esq.
Colorado River Water Conservation District
P.O. Box 1120
Glenwood Springs, CO 81602
*[Attorneys for Colorado River Water Conservation District]*
pfleming@crwcd.org
jturner@crwcd.org

Douglas L. Abbott, Esq.
Christopher L. Thorne, Esq.
Holland & Hart, LLP-Denver
P.O. Box 8749
555 17th Street, #3200
Denver, CO 80201-8749
*[Attorneys for Colorado River Water Conservation District]*
dabbott@hollandhart.com
cthrone@hollandhart.com

James J. DuBois, Esq.
U.S. Department of Justice-CO-Environment
1961 Stout Street, 8th Floor
Denver, CO 80294
*[Attorneys for the United States of America]*
james.dubois@usdoj.gov

Chad Matthew Wallace, Esq.
Colorado Attorney General's Office
1525 Sherman Street, 5th Floor
Denver, CO 80203
*[Attorneys for State of Colorado]*
chad.wallace@satate.co.us

Mark A. Hermundstad, Esq.
Kirsten M. Kurath, Esq.
Williams Turner & Holmes, PC
200 North 6th Street
P.O. Box 338
Grand Junction, CO 81502
*[Attorneys for Grand Valley Water Users Association; Orchard Mesa Irrigation District; Ute Water Conservancy District]*
mherm@wth-law.com

Frederick G. Aldrich, Esq.
Aldrich, Frederick, LLC
601A 281/4 Road
Grand Junction, CO 81506
*[Attorneys for Grand Valley Irrigation]*
faldrich@aldrich-law.com

Stanley W. Cazier, Esq.
John D. Walker, Esq.
Cazier McGowan & Walker
P.O. Box 500
Granby, CO 80446
*[Attorneys for Middle Park Conservancy District]*
cazier_mcgowan@hotmail.com
jdorseywalk@yahoo.com

Nathan A. Keever, Esq.
Dufford Waldeck Milburn & Krohn, LLP
744 Horizon Court, Suite 300
Grand Junction, CO 81506
*[Attorneys fo*r *Palisade Irrigation District*]
keever@dwmk.com

Mary Mead Hammond, Esq.
Karl D. Ohlsen, Esq.
William A. Paddock. Esq.
Carlson, Hammond & Paddock, LLC
1700 Lincoln Street, Suite 3900
Denver, CO  80203
*[Attorneys for City of Colorado Springs]*
mhammond@chp-law.com
hoglsen@chp-law.com
bpaddock@chp-law.com

Bennett W. Raley, Esq.
Robert V. Trout, Esq.
Lisa M. Thompson, Esq.
Trout, Raley, Montano, Witwer & Freeman, PC
1120 Lincoln Street, Suite #1600
Denver, CO 80203
*[Attorneys for Northern Colorado Water Conservancy District]*
braley@troutlaw.com
rtrout@troutlaw.com

Kathleen M. Morgan, Esq.
Moriarty Leyendecker Erben, P.C.
1123 Spruce Street, Suite 200
Boulder, CO  80302
*[Attorneys for City of Englewood]*
Kathleen@moriarty.com

James R. Montgomery
Moses Wittemyer Harrison Woodruff PC
1002 Walnut St., Ste 300
P. O. Box 1440
Boulder, CO  80302
*Attorney for Town of Frisco*
jmontgomery@mwhw.com

1255583.2
5/20/10

| | |
|---|---|
| David G. Hill, Esq.<br>Ann M. Rhodes, Esq.<br>Berg Hill Greenleaf & Ruscitti, LLP<br>1712 Pearl Street<br>Boulder, CO 80302<br>*[Attorneys for City of Englewood]*<br>dgh@bhgrlaw.com<br>amr@bhgrlaw.com | Donald E. Phillipson<br>14325 Braun Road<br>Golden, CO 80401-1431<br>*[Attorney for Northern Colorado Water Conservancy District]*<br>dbls99@comcast.net |
| State Water Engineer<br>Division 5 Engineer<br>Colorado Division of Water Resources<br>dick.wolfe@state.co.us<br>alan.martellaro@state.co.us | Austin C. Hamre<br>Duncan, Ostrander & Dingess, P.C.<br>3600 South Yosemite Street, Suite 500<br>Denver, CO 80237-1829<br>*[Attorneys for City of Aurora]*<br>ahamre@dodpc.com |

/s/ Kina A. Canjar

THE ORIGINAL SIGNED DOCUMENT IS ON FILE AT THE OFFICE OF **RYLEY CARLOCK & APPLEWHITE**