# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 49-cv-02782-MSK-CBS

Consolidated Case Nos. 2782, 5016 and 5017

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 06CW255

**NOTICE OF CHANGE OF ADDRESS AND LAW FIRM AFFILIATION**

**CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY**

PLEASE TAKE NOTICE, that Robert J. Pohlman, co-counsel for Opposer Climax Molybdenum Company, has changed his law firm affiliation. Effective immediately, all correspondence, pleadings and/or other documents should be mailed to the new address listed below. Counsel's new telephone number, fax number and email address also appears below.

Robert J. Pohlman
HOLME ROBERTS & OWEN LLP
16427 N. Scottsdale Road, Suite 300
Scottsdale, AZ 85254-1597
Telephone: (480) 624-4580
Facsimile: (480) 624-4585
E-mail: robert.pohlman@hro.com

Dated this 26th day of May, 2010.

/s/ Robert S. Pohlman
Robert J. Pohlman
HOLME ROBERTS & OWEN LLP
16427 N. Scottsdale Road, Suite 300
Scottsdale, AZ 85254-1597
*ATTORNEYS FOR Opposer*
*Climax Molybdenum Company*

#13747 v1 phx

# CERTIFICATE OF SERVICE

  I hereby certify that on May 26, 2010, I electronically filed the foregoing **NOTICE OF CHANGE OF ADDRESS AND LAW FIRM AFFILIATION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Casey S. Funk
Daniel John Arnold
Gail Rosenschein
Jeffrey Flinn Davis
Denver Water Department
1600 West 12th Avenue
Denver, CO  80204
casey.funk@denverwater.org
daniel.arnold@denverwater.org
gail.rosenschein@denverwater.org
jeff.davis@denverwater.org

Barry Alan Schwartz
Public Defender's Office-Denver
1290 Broadway, #900
Denver, CO  80203
barry_schwartz@fd.org

Stephen D. Gurr
Kamlet Reichert, LLP
950 Seventeenth Street, #2400
Denver, CO  80202
sgurr@kamletlaw.com

*Co-counsel for Board of Water Commissioners*

Austin C. Hamre
Duncan, Ostrander & Dingess, P.C.
3600 South Yosemite Street, #500
Denver, CO  80237-1829
ahamre@dodpc.com
*Counsel for City of Aurora acting by and through its other Utility Enterprise*

James J. Dubois
U.S. Department of Justice-CO-
Environmental Enforcement
1961 Stout Street, 8th Floor
Denver, CO  80294
james.dubois@usdoj.gov

#13747 v1 phx

Karl D. Ohlsen
Mary Mead Hammond
Carlson, Hammond & Paddock, L.L.C.
1700 Lincoln Street, #3900
Denver, CO 80203
kohlsen@chp-law.com
mhammond@chp-law.com

*Co-counsel for City of Colorado Springs*

William A. Paddock
Carlson, Hammond & Paddock, L.L.C.
1700 Lincoln Street, #3900
Denver, CO 80203
bpaddock@chp-law.com
*Counsel for Colorado Springs Utilities*

David G. Hill
Ann M. Rhodes
Berg Hill Greenleaf & Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302
dgh@bhgrlaw.com
amr@bhgrlaw.com

Kathleen M. Morgan
Moriarty Leyendecker Erben, P.C.
1123 Spruce Street, #200
Boulder, CO 80302
kathleen@moriarty.com

*Co-counsel for City of Englewood*

Chad Matthew Wallace
Colorado Attorney General's Office-Natural Res. & Envir
Natural Resources & Environment Section
1525 Sherman Street, 5th Floor
Denver, CO 80203
chad.wallace@state.co.us
*Counsel for Colorado Division of Water Resources and State of Colorado*

Brian Max Nazarenus
Olivia Denton Lucas
Roger T. Williams, Jr.
Ryley Carlock & Applewhite, P.A.-Denver
1999 Broadway, #1800
Denver, CO 80202
bnazarenus@rcalaw.com
olucas@rcalaw.com
rwilliams@rcalaw.com

#13747 v1 phx

Julie Elise Maurer
Ryley Carlock & Applewhite, P.A.-Phoenix
One North Central Avenue, #1200
Phoenix, AZ 85004-4417
jmaurer@rcalaw.com

John Leonard Watson
Berenbaum Weinshienk, PC
Republic Plaza
370 17th Street, #4800
Denver, CO 80202-5698
jwatson@bw-legal.com

*Co-counsel for Climax Molybdenum Company*

Douglas L. Abbott
Anne Jamieson Castle
Leah K. Martinssonn
Christopher L. Thorne
Meghan Nichols Winokur
Holland & Hart, LLP-Denver
P.O. Box 8749
555 17th Street, #3200
Denver, CO 80201-8749
dabbott@hollandhart.com
acastle@hollandhart.com
lkmartinsson@hollandhart.com
cthorne@hollandhart.com
mwinokur@hollandhart.com

Peter Cheney Fleming
Jason V. Turner
Colorado River Water Conservation District
P.O. Box 1120
201 Centennial Street, #200
Glenwood Springs, CO 81602
pfleming@crwcd.org
jturner@crwcd.org

*Co-counsel for Colorado River Water Conservation District*

Frederick G. Aldrich
Frederick G. Aldrich LLC
601 A 28 1/4 Road
Grand Junction, CO 81506
faldrich@aldrich-law.com
*Counsel for Grand Valley Irrigation Company*

4

#13747 v1 phx

Mark a. Hermundstad
Williams Turner & Holmes, P.C.
P.O. Box 338
200 North 6th Street, #103
Grand Junction, CO  81502
*Counsel for Grand Valley Water Users Association,*
*Orchard Mesa Irrigation District and*
*Ute Water Conservancy District*

John Dorsey Walker
Stanley W. Cazier
Cazier, McGowan & Walker, P.C.
62495 U.S. Highway 40
Granby, CO  80446
jdorseywalker@yahoo.com
cazier_mcgowan@hotmail.com
*Counsel for Middle Park Water Conservancy District*

Donald E. Phillipson
Donald E. Phillipson, Attorney at Law
14325 East Braun Road
Golden, CO  80401-1431
dbls99@comcast.net

Robert V. Trout
Bennet W. Raley
Lisa M. Thompson
Trout, Raley, Montano, Witwer & Freeman, P.C.
1120 Lincoln Street, #1600
Denver, CO  80203
rtrout@troutlaw.com
bwraley@mac.com
lthompson@troutlaw.com

*Co-counsel for Northern Colorado Water Conservancy District*

Nathan A. Keever
Christopher Graham McAnany
Dufford, Waldeck, Milburn & Krohn, LLP
744 Horizon Court, #300
Grand Junction, CO  81503
davis@dwmk.com
*Counsel for Palisade Irrigation District*

James R. Montgomery
Moses, Wittenmeyer, Harrison & Woodruff, P.C.
P.O. Box 1440
1002 Walnut Street, #300
Boulder, CO  80302
jmontgomery@mwhw.com
*Counsel for Town of Frisco*

5

#13747 v1 phx

        /s/ Robert S. Pohlman
Robert J. Pohlman
HOLME ROBERTS & OWEN LLP
16427 N. Scottsdale Road, Suite 300
Scottsdale, AZ  85254-1597
*ATTORNEYS FOR Opposer*
*Climax Molybdenum Company*

6

#13747 v1 phx