IN UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-MSK-CBS
Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 2006CW255
_____

**JOINT STATUS REPORT**
_____

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY, COLORADO
_____

The parties jointly file this status report to assist the Court and the parties in accomplishing the purposes of the July 8, 2010 Status Conference, set by the May 19, 2010 Minute Order (Dkt. 329), which directed:

> The purpose of this conference will be for counsel to: (1) advise the court as to whether or not they have a signed term sheet, (2) discuss a plan for moving forward, and (3) indicate what documents will be filed with the court or what steps counsel will propose to bring this case to an actual and final conclusion.

As to the enumerated purposes of the Status Conference, the parties advise:

1.     Although significant progress has been made, the parties have not yet signed a term sheet. The parties to the mediation believe that no term sheet could adequately capture the complexity of the provisions of the current draft of the agreement itself, which is approximately 40-50 pages long, not counting voluminous attachments. The number of open issues has narrowed considerably following the May 19, 2010 Status Conference. The parties anticipate that the Special Master will communicate to the Court the details of remaining open issues, but the parties remain cooperative and optimistic about a prompt resolution of the few remaining

Joint Status Report
Consolidated Civil Nos. 2782, 5016 and 5017

issues that are within their control. The parties anticipate that the Special Master also will communicate to the Court about remaining open issues that involve parties that have not participated in the mediation process. Once the parties have arrived at a resolution of the open issues the formal approval process of the various signatories will begin. The parties anticipate that a public education and approval process will be necessary to obtain formal approval of a final settlement agreement.

2. Based on the discussions and progress that have occurred since the hearing in May, the remaining issues are more focused and the path to an ultimate resolution is clearer and the chances of success have increased. As a result, the parties believe that the mediation process should continue to be the focus of their time, energy and resources. The parties would like to discuss with the Court what procedures or deadlines to establish to keep the focus on the mediation.

3. In order to bring to an end the litigation relating to this proceeding, the Applicant will file a Joint Motion for Summary Judgment, stipulated facts and proposed Consent Decree agreed to by all parties to the litigation to be entered as a judgment and decree of the Court in accordance with the provisions of the final settlement agreement or other method acceptable to the Court.

WHEREFORE, the parties respectfully submit the foregoing Status Report.

Joint Status Report
Consolidated Civil Nos. 2782, 5016 and 5017

Respectfully filed this 2nd day of July, 2010.

**Applicant City & County of Denver acting by and through its Board of Water Commissioners**

/s/ Casey S. Funk
Patricia L. Wells, General Counsel
Casey S. Funk, Esq.
Daniel J. Arnold, Esq.
1600 W 12th Avenue
Denver, CO 80204-3412

**KAMLET & REICHERT, LLP**

/s/ Stephen D. Gurr
Stephen D. Gurr, Esq.
950 17th Street, Suite 2400, Denver, CO 80202

*Counsel for Applicant City & County of Denver, acting by and through its Board of Water Commissioners*

Joint Status Report
Consolidated Civil Nos. 2782, 5016 and 5017

Brian M. Nazarenus, Esq.
Robert J. Pohlman, Esq.
Roger T. Williams, Esq.

/s/ Brian M. Nazarenus
**RYLEY CARLOCK & APPLEWHITE**
1999 Broadway, Suite 1800
Denver, CO 80202

Robert J. Pohlman, Esq.

*/s/ Robert J. Pohlman*
**HOLME ROBERTS & OWEN, LLP**
16427 N. Scottsdale Road, Suite 300
Scottsdale, Arizona 85254

*Counsel for Climax Molybdenum Company*

Joint Status Report
Consolidated Civil Nos. 2782, 5016 and 5017

Douglas L. Abbott, Esq.
Christopher L. Thorne, Esq.


*/s/ Christopher L. Thorne*
**Holland & Hart, LLP**
P.O. Box 8749
555 17th Street #3200
Denver, CO 80201-8749
*Counsel for Colorado River Water Conservation District*

Peter C. Fleming, Esq.
Jason V. Turner, Esq.


*/s/ Jason V. Turner*
P. O. Box 1120
Glenwood Springs, CO 81602
*Counsel for Colorado River Water Conservation District*

{00269855.DOC / 1}5

Joint Status Report
Consolidated Civil Nos. 2782, 5016 and 5017

Mark A. Hermundstad, Esq.
Kirsten M. Kurath, Esq.


*/s/ Mark A. Hermundstad*
**Williams Turner & Holmes, P.C.**
200 North 6th Street
P. O. Box 338
Grand Junction, CO 81502
*Counsel for Grand Valley Water Users Association Counsel for Orchard Mesa Irrigation District Counsel for Ute Water Conservancy District*

Joint Status Report
Consolidated Civil Nos. 2782, 5016 and 5017

Frederick G. Aldrich, Esq.

*/s/ Frederick G. Aldrich*
**Frederick Aldrich, LLC**
601A 28 1/4 Road
Grand Junction, CO 81506
*Counsel Grand Valley Irrigation Company*

Joint Status Report
Consolidated Civil Nos. 2782, 5016 and 5017

Stanley W. Cazier, Esq.
John D. Walker, Esq.


*/s/ Stanley W. Cazier*
**Cazier McGowan & Walker**
P. O. Box 500
Granby, CO 80446
*Counsel for Middle Park Water Conservancy District*

{00269855.DOC / 1}8

Joint Status Report
Consolidated Civil Nos. 2782, 5016 and 5017

Nathan A. Keever, Esq.

/s/ Nathan A. Keever
**Dufford Waldeck Milburn & Krohn, LLP**
744 Horizon Court, Suite 300
Grand Junction, CO 81506
*Counsel for Palisade Irrigation District*

Joint Status Report<br>
Consolidated Civil Nos. 2782, 5016 and 5017

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2010, a true and correct copy of the foregoing **JOINT STATUS REPORT** was served upon the following counsel:

Brian M. Nazarenus, Esq.
Robert J. Pohlman, Esq.
Roger T. Williams, Esq.
RYLEY CARLOCK & APPLEWHITE
1999 Broadway, Suite 1800
Denver, CO   80202
***Counsel for Climax Molybdenum Company***

Douglas L. Abbott, Esq.
Christopher L. Thorne, Esq.
Holland & Hart, LLP-Denver
P.O. Box 8749
555 17th Street , #3200
Denver, CO 80201-8749
***Counsel for Colorado River Water Conservation District***

Mark A. Hermundstad, Esq.
Kirsten M. Kurath, Esq.
Williams Turner & Holmes, P.C.
200 North 6th Street
PO Box 338
Grand Junction, CO 81502
***Counsel for Grand Valley Water Users Association***
***Counsel for Orchard Mesa Irrigation District***
***Counsel for Ute Water Conservancy District***

Peter C. Fleming, Esq.
Jason V. Turner, Esq.
PO Box 1120
Glenwood Springs, CO 81602
***Counsel for Colorado River Water Conservation District***

Frederick G. Aldrich, Esq.
Aldrich Frederick, LLC
601A 28 ¼ Road
Grand Junction, CO 81506
***Counsel for Grand Valley Irrigation Company***

Joint Status Report<br>
Consolidated Civil Nos. 2782, 5016 and 5017

Stanley W. Cazier, Esq.
John D. Walker, Esq.
Cazier McGowan & Walker
PO Box 500
Granby, CO 80446
***Counsel for Middle Park Water Conservancy District***

Nathan A. Keever, Esq.
Dufford Waldeck Milburn & Krohn, LLP
744 Horizon Court, Suite 300
Grand Junction, CO 81506
***Counsel for Palisade Irrigation District***

Benett W. Raley, Esq.
Robert V. Trout, Esq.
Lisa M. Thompson, Esq.
Trout, Raley, Montano, Witwer & Freeman, P.C.
1120 Lincoln Street, Suite 1600
Denver, CO 80202
***Counsel for Northern Colorado Water Conservancy District***

James J. DuBois, Esq.
U.S. Department of Justice
james.dubois@usdoj.gov
***Attorneys for City of Colorado Springs***

*s/Michele Bradbury*

Joint Status Report
Consolidated Civil Nos. 2782, 5016 and 5017

00269855.DOC

{00269855.DOC / 1} 12