**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 49-cv-02782-MSK-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** July 8, 2010 | **Courtroom Deputy:** Linda Kahoe |

| | |
|---|---|
| USA, | James J. DuBois |
|     Plaintiff, | |
| v. | |
| WATER RIGHTS, | |
| BOARD OF WATER COMMISSIONERS, | Casey S. Funk |
| | Daniel John Arnold |
| | Stephen D. Gurr |
| | Patricia L. Wells |
| GRAND VALLEY WATER USERS ASSOCIATION, *et al.*, | Mark A. Hermundstad (via phone) |
| COLORADO RIVER WATER CONSERVATION DISTRICT, | Douglas L. Abbott |
| | Peter Cheney Fleming |
| | Jason V. Turner (via phone) |
| PALISADE IRRIGATION DISTRICT, | Nathan A. Keever (via phone) |
| GRAND VALLEY IRRIGATION COMPANY, | Frederick G. Aldrich (via phone) |
| MIDDLE PARK WATER CONSERVANCY DISTRICT, | Stanley W. Cazier (via phone) |
| COLORADO SPRINGS UTILITIES, | |
| COLORADO SPRINGS, CITY OF, | James J. DuBois |
| CITY OF AURORA, | |
|     Petitioners, | |
| v. | |
| NORTHERN COLORADO WATER CONSERVANCY DISTRICT, | James J. DuBois |
| | Bennett W. Raley |
|     Defendant, | |

COLORADO DIVISION OF WATER
RESOURCES,

    Intervenor,

COLORADO, STATE OF,

    Movant,

| | |
|---|---|
| UTE WATER CONSERVANCY DISTRICT, | Mark A. Hermundstad (via phone) |
| FRISCO, TOWN OF, | |
| CLIMAX MOLYBDENUM COMPANY, | Brian Max Nazarenus<br>Olivia Denton Lucas<br>Robert James Pohlman |
|     Interested Parties. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session:**     1:37 p.m.

Court calls case. Appearances of counsel. *Also present on the phone is Mr. John G. Bickerman, Special Master.*

Discussion regarding the Joint Status Report, doc #[333], filed 7/2/2010.

The court suggests that the parties file a signed agreement, and then file a joint motion to administratively close this case pending discussions with the state, subject to be reopened for good cause.

**ORDERED:**     The **STAY is CONTINUED until SEPTEMBER 15, 2010**. If an agreement is not filed by **SEPTEMBER 15, 2010**, the court will issue an Order setting a scheduling conference.

The court advises the parties to contact chambers if they feel another status conference is necessary.

HEARING CONCLUDED.
**Court in recess:**     2:16 p.m.
Total time in court:     00:39

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.