IN UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-MSK-CBS
Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 2006CW255
_____

**JOINT UNOPPOSED MOTION FOR CONTINUATION OF STAY AND EXTENSION OF TIME TO FILE JOINT MOTION FOR ADMINISTRATIVE CLOSURE**
_____

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY, COLORADO
_____

The parties, pursuant to D.C.COLO.LCiv R 6.1(D), jointly move the Court to continue the existing stay of these proceedings and for an extension of time until September 24, 2010 to file a Joint Motion for Administrative Closure. In support of these requests, the parties assert:

Certificate of Compliance with D.C.COLO.LCivR. 7.1(A). The parties have conferred and join this unopposed motion for extension.

1. Pursuant to its order dated July 8, 2010 (Dkt. 334), the Court stayed this action until September 15, 2010 and suggested that the parties file a signed agreement on or before September 15, 2010 and jointly move to administratively close this case pending discussions with third parties, subject to reopening for good cause.

2. The relevant parties have substantially completed their negotiations and request a brief extension of time up to and including September 24, 2010, in which to complete the drafting of the agreement.

3. More specifically, on or before September 24, representatives of the parties who

{00274073.DOC / 1}

have negotiated the Settlement Agreement anticipate filing a joint motion for leave to file under seal the following documents: (a) the proposed settlement agreement setting forth the resolution of the disputed issues in the application and counterclaims filed in this action, and (b) the mediator's report to the Special Master on the status of the Green Mountain Reservoir and C.A. 1710 negotiations.  The parties will also move for administrative closure to allow the following activities to occur:

(a) The Settlement Agreement must still be approved by all of the parties to the Agreement.  Most of these parties are governmental entities whose approval will require formal public processes that will take additional time.

(b) Initiation of approval processes will depend upon actions and cooperation of third parties not involved in this litigation or the Settlement Agreement.  Implementation of the Settlement Agreement will also involve participation by third parties,

(c) The proposed settlement depends upon a resolution of the administration of Green Mountain Reservoir and Climax's Civil Action No.1710 water rights.  The parties have reached conceptual agreement on a resolution but have not yet reached agreement with the State Engineer.  The resolution of the Green Mountain Reservoir dispute also will require court approval.

(d) Approval depends upon the order in which various provisions of the proposed Settlement Agreement can be implemented.  The parties continue to finalize this aspect of the proposed Settlement Agreement, and will address the implementation and tiering issues during the approval phase of the settlement.

**JOINT UNOPPOSED MOTION FOR CONTINUATION OF STAY AND EXTENSION OF TIME TO FILE JOINT MOTION FOR ADMINISTRATIVE CLOSURE**
Consolidated Civil Nos. 2782, 5016 and 5017

(e)   The attorney for several of the parties to the Settlement Agreement, Glenn Porzak, is recovering from serious injuries and will be unavailable for several more weeks. His clients have requested that he be allowed to review the final draft of the document before they indicate their consent to the representations made in this motion.

(f)   Opposer, Climax Molybdenum Company is not a party to the proposed Settlement Agreement. Denver Water and Climax have agreed in principle to a proposed settlement resolving the disputed issues in the application and counterclaims filed in this action that will be finalized as part of the Green Mountain/1710 settlement.

(g)   Opposer, Northern Colorado Water Conservancy District is not a party to the proposed Settlement Agreement, but joins in this Motion.

WHEREFORE, the parties respectfully request the Court to continue the existing stay of these proceedings and to allow an extension of time until and including September 24, 2010 to file their Joint Motion for Administrative Closure with a Motion for Leave to File under Seal the proposed Settlement Agreement and Mediator's Report.

**JOINT UNOPPOSED MOTION FOR CONTINUATION OF STAY AND EXTENSION OF TIME TO FILE JOINT MOTION FOR ADMINISTRATIVE CLOSURE**
Consolidated Civil Nos. 2782, 5016 and 5017

Respectfully filed this 15th day of September, 2010.

**Applicant City & County of Denver acting by and through its Board of Water Commissioners**

/s/ Casey S. Funk
Patricia L. Wells, General Counsel
Casey S. Funk, Esq.
Daniel J. Arnold, Esq.
1600 W 12th Avenue
Denver, CO 80204-3412

**KAMLET & REICHERT, LLP**

/s/ Stephen D. Gurr
Stephen D. Gurr, Esq.
950 17th Street, Suite 2400, Denver, CO 80202

*Counsel for Applicant City & County of Denver, acting by and through its Board of Water Commissioners*

**JOINT UNOPPOSED MOTION FOR CONTINUATION OF STAY
AND EXTENSION OF TIME TO FILE JOINT MOTION
FOR ADMINISTRATIVE CLOSURE**
Consolidated Civil Nos. 2782, 5016 and 5017

Brian M. Nazarenus, Esq.
Robert J. Pohlman, Esq.
Roger T. Williams, Esq.

*/s/ Brian M. Nazarenus*
**RYLEY CARLOCK & APPLEWHITE**
1999 Broadway, Suite 1800
Denver, CO 80202

Robert J. Pohlman, Esq.

*/s/ Robert J. Pohlman*
**HOLME ROBERTS & OWEN, LLP**
16427 N. Scottsdale Road, Suite 300
Scottsdale, Arizona  85254

*Counsel for Climax Molybdenum Company*

**JOINT UNOPPOSED MOTION FOR CONTINUATION OF STAY AND EXTENSION OF TIME TO FILE JOINT MOTION FOR ADMINISTRATIVE CLOSURE** Consolidated Civil Nos. 2782, 5016 and 5017

Douglas L. Abbott, Esq.
Christopher L. Thorne, Esq.

*/s/ Christopher L. Thorne*
**Holland & Hart, LLP**
P.O. Box 8749
555 17th Street #3200
Denver, CO 80201-8749
*Counsel for Colorado River Water Conservation District*

Peter C. Fleming, Esq.
Jason V. Turner, Esq.

*/s/ Jason V. Turner*
P. O. Box 1120
Glenwood Springs, CO 81602
*Counsel for Colorado River Water Conservation District*

{00274073.DOC / 1}

6

**JOINT UNOPPOSED MOTION FOR CONTINUATION OF STAY AND EXTENSION OF TIME TO FILE JOINT MOTION FOR ADMINISTRATIVE CLOSURE** Consolidated Civil Nos. 2782, 5016 and 5017

Mark A. Hermundstad, Esq.
Kirsten M. Kurath, Esq.

*/s/ Mark A. Hermundstad*
**Williams Turner & Holmes, P.C.**
200 North 6th Street
P. O. Box 338
Grand Junction, CO 81502
*Counsel for Grand Valley Water Users Association Counsel for Orchard Mesa Irrigation District Counsel for Ute Water Conservancy District*

**JOINT UNOPPOSED MOTION FOR CONTINUATION OF STAY AND EXTENSION OF TIME TO FILE JOINT MOTION FOR ADMINISTRATIVE CLOSURE** Consolidated Civil Nos. 2782, 5016 and 5017

Frederick G. Aldrich, Esq.

*s/ Frederick G. Aldrich*
**Frederick Aldrich, LLC**
601A 28 1/4 Road
Grand Junction, CO 81506
*Counsel Grand Valley Irrigation Company*

{00274073.DOC / 1}

8

**JOINT UNOPPOSED MOTION FOR CONTINUATION OF STAY AND EXTENSION OF TIME TO FILE JOINT MOTION FOR ADMINISTRATIVE CLOSURE** Consolidated Civil Nos. 2782, 5016 and 5017

Stanley W. Cazier, Esq.
John D. Walker, Esq.

*/s/ John D. Walker*
**Cazier McGowan & Walker**
P. O. Box 500
Granby, CO 80446
*Counsel for Middle Park Water Conservancy District*

{00274073.DOC / 1}

9

**JOINT UNOPPOSED MOTION FOR CONTINUATION OF STAY AND EXTENSION OF TIME TO FILE JOINT MOTION FOR ADMINISTRATIVE CLOSURE** Consolidated Civil Nos. 2782, 5016 and 5017

TROUT, RALEY, MONTAÑO,
WITWER & FREEMAN, PC


*/s/ Bennett W. Raley*
_____
Bennett W. Raley, #13429
Robert V. Trout, #7190
Lisa M. Thompson, #35923
1120 Lincoln St., Suite 1600
Denver, Colorado 80203
Telephone:  303-861-1963
Facsimile:   303-832-4465

Attorneys for Northern Colorado
Water Conservancy District

**JOINT UNOPPOSED MOTION FOR CONTINUATION OF STAY AND EXTENSION OF TIME TO FILE JOINT MOTION FOR ADMINISTRATIVE CLOSURE** Consolidated Civil Nos. 2782, 5016 and 5017

Nathan A. Keever, Esq.

---

**Dufford Waldeck Milburn & Krohn, LLP**
744 Horizon Court, Suite 300
Grand Junction, CO 81506
*Counsel for Palisade Irrigation District*

**JOINT UNOPPOSED MOTION FOR CONTINUATION OF STAY AND EXTENSION OF TIME TO FILE JOINT MOTION FOR ADMINISTRATIVE CLOSURE** Consolidated Civil Nos. 2782, 5016 and 5017

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2010, a true and correct copy of the foregoing **JOINT UNOPPOSED MOTION FOR CONTINUATION OF STAY AND EXTENSION OF TIME TO FILE JOINT MOTION FOR ADMINISTRATIVE CLOSURE** was served upon the following counsel:

Brian M. Nazarenus, Esq.
Robert J. Pohlman, Esq.
Roger T. Williams, Esq.
RYLEY CARLOCK & APPLEWHITE
1999 Broadway, Suite 1800
Denver, CO 80202
*Counsel for Climax Molybdenum Company*

Douglas L. Abbott, Esq.
Christopher L. Thorne, Esq.
Holland & Hart, LLP-Denver
P.O. Box 8749
555 17th Street , #3200
Denver, CO 80201-8749
*Counsel for Colorado River Water Conservation District*

Mark A. Hermundstad, Esq.
Kirsten M. Kurath, Esq.
Williams Turner & Holmes, P.C.
200 North 6th Street
PO Box 338
Grand Junction, CO 81502
*Counsel for Grand Valley Water Users Association*
*Counsel for Orchard Mesa Irrigation District*
*Counsel for Ute Water Conservancy District*

Peter C. Fleming, Esq.
Jason V. Turner, Esq.
PO Box 1120
Glenwood Springs, CO 81602
*Counsel for Colorado River Water Conservation District*

Frederick G. Aldrich, Esq.
Aldrich Frederick, LLC
601A 28 ¼ Road
Grand Junction, CO 81506
*Counsel for Grand Valley Irrigation Company*

{00274073.DOC / 1}

**JOINT UNOPPOSED MOTION FOR CONTINUATION OF STAY AND EXTENSION OF TIME TO FILE JOINT MOTION FOR ADMINISTRATIVE CLOSURE** Consolidated Civil Nos. 2782, 5016 and 5017

Stanley W. Cazier, Esq.
John D. Walker, Esq.
Cazier McGowan & Walker
PO Box 500
Granby, CO 80446
*Counsel for Middle Park Water Conservancy District*

Nathan A. Keever, Esq.
Dufford Waldeck Milburn & Krohn, LLP
744 Horizon Court, Suite 300
Grand Junction, CO 81506
*Counsel for Palisade Irrigation District*

Bennett W. Raley, Esq.
Robert V. Trout, Esq.
Lisa M. Thompson, Esq.
Trout, Raley, Montano, Witwer & Freeman, P.C.
1120 Lincoln Street, Suite 1600
Denver, CO 80202
*Counsel for Northern Colorado Water Conservancy District*

James J. DuBois, Esq.
U.S. Department of Justice
james.dubois@usdoj.gov
*Attorneys for City of Colorado Springs*

                                                                  *s/Cheryl Thomas*

00269855.DOC