IN UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-MSK-CBS
Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 2006CW255
_____

**JOINT MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**
_____

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY, COLORADO
_____

The parties file this Joint Motion for Leave to File Documents Under Seal pursuant to D.C.COLO.LCivR 7.2(C), and pursuant to the Court's July 8, 2010 Minute Order (Dkt. 334), which directed:

> The court suggests that the parties file a signed agreement, and then file a joint motion to administratively close this case pending discussions with the state, subject to be reopened for good cause.

1.	In support of their Joint Motion for Administrative Closure ("Joint Motion"), which is being filed contemporaneously with this Motion, the parties desire to submit confidential documents evidencing the parties' agreements.

2.	Pursuant to Local Rule 7.2, a judicial officer may order that all or a portion of papers and documents filed in a case shall be sealed, upon motion and a showing of compelling reasons. D.C.COLO.LCivR 7.2(A). Any motion to seal should describe, at a minimum, (1) the nature of the materials at issue, (2) the legitimate private interests that warrant the relief sought, (3) the clearly defined and serious injury that would result if the relief sought is not granted, and (4) why a less restrictive alternative is not available. D.C.COLO.LCivR 7.2(C).

{00274622.DOC / 1}

3.  In this case, proposed Exhibits A and B to the parties' Joint Motion should be sealed due to their confidential and highly sensitive nature, and there are compelling reasons for limiting public access to these documents. Absent an order permitting these documents to be filed under seal and permanently remain under seal, the parties will suffer irreparable harm as described below.

4.  The confidential documents to be submitted as exhibits to the Joint Motion, their confidential and highly sensitive nature, and the harm that would result from their public disclosure are summarized as follows:

   a. **Proposed Exhibit A.** This document is a non-final, unsigned version of the most recent version of the settlement agreement between several of the parties in this case. As such, the document evidences significant non-public information pertaining to settlement of pending litigation and the mediation of complex issues involving water rights and water policy. Indeed, this agreement remains to be approved by various governmental entities. It therefore discloses terms and conditions of agreement among such entities which may be modified prior to the parties' final agreement and signature. This information, if disclosed to the public, by its very nature, would be misleading and incomplete and could lead to misperceptions among the general public about the underlying subject matter as well as commitments made by the various governmental parties.

   b. **Proposed Exhibit B.** This document is a summary to the special master, prepared by a mediator, of the parties' conceptual agreement with respect to the administration of Green Mountain Reservoir and the relative priority of Climax's

C.A. 1710 water rights raised in the counterclaims and cross claims in this matter. Like the draft agreement to be submitted as Exhibit A, this summary document contains non-public information that has not been subject to review or various required approvals by interested governmental authorities. Moreover, the information contained in this document may impact a broad spectrum of the public in terms of the operations of Green Mountain Reservoir and the water rights at issue. If such information is disclosed prior to being finally determined and approved by all parties, such information will be confusing, incomplete, and misleading.

5. Pursuant to D.C.COLO.LCivR 7.2, the parties respectfully requests that this Court permit **Proposed Exhibits A and B** to the Joint Motion to be filed under seal and to permanently remain under seal. If this Court does not permit these documents to be filed under seal, the parties will be irreparably and adversely impacted by the disclosure of this confidential, sensitive information to the public. In particular, the parties' progress towards a final resolution of the matters at issue in this case will be harmed and perhaps halted by such disclosure. Further, the public will likewise be harmed by permitting public disclosure of the foregoing information due to the potential negative impact of such disclosure on the prospects for settlement, which settlement would be of great public benefit. In addition, due to the incompleteness of the information disclosed, the public could be confused or misled with respect to the nature and scope of final settlement terms. No less restrictive alternative than sealing the documents at issue is available because once their public disclosure is made, the above described harm would occur.

JOINT MOTION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL
Consolidated Civil Nos. 2782, 5016 and 5017

**WHEREFORE**, the parties respectfully request that, pursuant to D.C.COLO.LCivR 7.2, the Court enter an order permitting the documents identified herein to be filed under seal and stating that such documents, once filed, will permanently remain sealed from public disclosure and access; and grant such other and further relief the Court deems just and proper.

Respectfully submitted this 24th day of September, 2010.

**Applicant City & County of Denver acting by and through its Board of Water Commissioners**

/s/ Casey S. Funk
Patricia L. Wells, General Counsel
Casey S. Funk, Esq.
Daniel J. Arnold, Esq.
1600 W 12th Avenue
Denver, CO 80204-3412

**KAMLET & REICHERT, LLP**

/s/ Stephen D. Gurr
Stephen D. Gurr, Esq.
950 17th Street, Suite 2400, Denver, CO 80202

*Counsel for Applicant City & County of Denver, acting by and through its Board of Water Commissioners*

{00274622.DOC / 1}                              4

JOINT MOTION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL
Consolidated Civil Nos. 2782, 5016 and 5017

Brian M. Nazarenus, Esq.
Robert J. Pohlman, Esq.
Roger T. Williams, Esq.


/s/ Brian M. Nazarenus
**RYLEY CARLOCK & APPLEWHITE**
1999 Broadway, Suite 1800
Denver, CO 80202


Robert J. Pohlman, Esq.


*/s/ Robert J. Pohlman*
**HOLME ROBERTS & OWEN, LLP**
16427 N. Scottsdale Road, Suite 300
Scottsdale, Arizona  85254


*Counsel for Climax Molybdenum Company*

Douglas L. Abbott, Esq.
Christopher L. Thorne, Esq.

*/s/ Christopher L. Thorne*
**Holland & Hart, LLP**
P.O. Box 8749
555 17th Street #3200
Denver, CO 80201-8749
*Counsel for Colorado River Water Conservation District*

Peter C. Fleming, Esq.
Jason V. Turner, Esq.

*/s/ Jason V. Turner*
P. O. Box 1120
Glenwood Springs, CO 81602
*Counsel for Colorado River Water Conservation District*

JOINT MOTION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL
Consolidated Civil Nos. 2782, 5016 and 5017

Mark A. Hermundstad, Esq.
Kirsten M. Kurath, Esq.


*/s/ Mark A. Hermundstad*
**Williams Turner & Holmes, P.C.**
200 North 6th Street
P. O. Box 338
Grand Junction, CO 81502
*Counsel for Grand Valley Water Users Association Counsel for Orchard Mesa Irrigation District Counsel for Ute Water Conservancy District*

JOINT MOTION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL
Consolidated Civil Nos. 2782, 5016 and 5017

Frederick G. Aldrich, Esq.

---

**Frederick Aldrich, LLC**
601A 28 1/4 Road
Grand Junction, CO 81506
*Counsel Grand Valley Irrigation Company*

JOINT MOTION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL
Consolidated Civil Nos. 2782, 5016 and 5017

Stanley W. Cazier, Esq.
John D. Walker, Esq.

_____

**Cazier McGowan & Walker**
P. O. Box 500
Granby, CO 80446
*Counsel for Middle Park Water Conservancy District*

9

JOINT MOTION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL
Consolidated Civil Nos. 2782, 5016 and 5017

TROUT, RALEY, MONTAÑO,
WITWER & FREEMAN, PC


*/s/ Bennett W. Raley*

_____
Bennett W. Raley, #13429
Robert V. Trout, #7190
Lisa M. Thompson, #35923
1120 Lincoln St., Suite 1600
Denver, Colroado 80203
Telephone:  303-861-1963
Facsimile:   303-832-4465

Attorneys for Northern Colorado
Water Conservancy District

JOINT MOTION FOR LEAVE TO FILE<br>DOCUMENTS UNDER SEAL<br>Consolidated Civil Nos. 2782, 5016 and 5017

Nathan A. Keever, Esq.

---

**Dufford Waldeck Milburn & Krohn, LLP**
744 Horizon Court, Suite 300
Grand Junction, CO 81506
*Counsel for Palisade Irrigation District*

JOINT MOTION FOR LEAVE TO FILE<br>DOCUMENTS UNDER SEAL<br>Consolidated Civil Nos. 2782, 5016 and 5017

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of September, 2010, a true and correct copy of the foregoing **JOINT MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** was served upon the following counsel:

Brian M. Nazarenus, Esq.
Robert J. Pohlman, Esq.
Roger T. Williams, Esq.
RYLEY CARLOCK & APPLEWHITE
1999 Broadway, Suite 1800
Denver, CO  80202
***Counsel for Climax Molybdenum Company***

Douglas L. Abbott, Esq.
Christopher L. Thorne, Esq.
Holland & Hart, LLP-Denver
P.O. Box 8749
555 17th Street , #3200
Denver, CO 80201-8749
***Counsel for Colorado River Water Conservation District***

Mark A. Hermundstad, Esq.
Kirsten M. Kurath, Esq.
Williams Turner & Holmes, P.C.
200 North 6th Street
PO Box 338
Grand Junction, CO 81502
***Counsel for Grand Valley Water Users Association***
***Counsel for Orchard Mesa Irrigation District***
***Counsel for Ute Water Conservancy District***

Peter C. Fleming, Esq.
Jason V. Turner, Esq.
PO Box 1120
Glenwood Springs, CO 81602
***Counsel for Colorado River Water Conservation District***

Frederick G. Aldrich, Esq.
Aldrich Frederick, LLC
601A 28 ¼ Road
Grand Junction, CO 81506
***Counsel for Grand Valley Irrigation Company***

{00274622.DOC / 1}                               12

Stanley W. Cazier, Esq.
John D. Walker, Esq.
Cazier McGowan & Walker
PO Box 500
Granby, CO 80446
*Counsel for Middle Park Water Conservancy District*

Nathan A. Keever, Esq.
Dufford Waldeck Milburn & Krohn, LLP
744 Horizon Court, Suite 300
Grand Junction, CO 81506
*Counsel for Palisade Irrigation District*

Bennett W. Raley, Esq.
Robert V. Trout, Esq.
Lisa M. Thompson, Esq.
Trout, Raley, Montano, Witwer & Freeman, P.C.
1120 Lincoln Street, Suite 1600
Denver, CO 80202
*Counsel for Northern Colorado Water Conservancy District*

James J. DuBois, Esq.
U.S. Department of Justice
james.dubois@usdoj.gov
*Counsel for United States of America*

*s/Michele Bradbury*