**MOTION TO WITHDRAW**
Consolidated Civil Nos. 2782, 5016 and 5017

IN UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-MSK-CBS
Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 2006CW255
_____

**UNOPPOSED MOTION TO WITHDRAW**
_____

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY, COLORADO
_____

Comes now, Stephen D. Gurr, Esq. ("Attorney"), counsel for Applicant City & County of Denver acting by and through its Board of Water Commissioners ("Denver Water"), and moves for an order of the Court permitting him to withdraw as counsel of record pursuant to D.C.Colo.LCivR 83.3(D), and in support thereof states as follows:

1. <u>Certificate of Conferral</u>.  The undersigned counsel has conferred with Denver Water and counsel for all parties.  No party objects to the relief sought in this Motion.

2. Stephen D. Gurr is currently counsel of record for Denver Water in U.S. District Court for the District of Colorado, Case Number 49-cv-02782-MSK-CBS (Consolidated Civil Case Numbers 2782, 5016 and 5017), and District Court, Water Division No. 5, Case No. 06CW255.

3. On September 24, 2010, this Court granted a Joint Motion for Administrative Closure of Case Number 49-cv-02782-MSK-CBS (Consolidated Civil Case Numbers 2782, 5016 and 5017).

4.  Denver Water is, and will remain, represented in this proceeding by able and experienced in-house counsel, specifically Patricia Wells, Casey Funk and Daniel Arnold. Ongoing representation of Denver Water by the undersigned is no longer necessary given the current posture of Case Number 49-cv-02782-MSK-CBS (Consolidated Civil Case Numbers 2782, 5016 and 5017).

5.  Denver Water and its counsel may be contacted, served with notices, orders, and other papers at their record address: 1600 W 12th Avenue, Denver, Colorado 80204-3412.

6.  Denver Water has the responsibility of keeping the court and other parties informed where notices, pleadings or other papers may be served.

7.  Attorney certifies that Denver Water has been advised that they are responsible for maintaining and obtaining other legal counsel to comply with all court orders and time limitations established by the applicable rules. Attorney certifies that Denver Water has been advised it is responsible for complying with any future deadlines should this litigation be reopened, and retaining counsel at that time for any future proceedings in this case. At this time there are no pending deadlines.

8.  No party will be prejudiced by the withdrawal of Attorney.

WHEREFORE, the undersigned respectfully request this Court enter an order granting this withdrawal of its representation of Denver Water in this litigation, and to grant any and other relief in which they have shown themselves justly entitled.

Respectfully submitted this 13th day of October, 2010.

**KAMLET & REICHERT, LLP**

*s/ Stephen D. Gurr*
Stephen D. Gurr, Esq.
950 17th Street, Suite 2400
Denver, CO 80202
Telephone: (303) 825-4200
Facsimile: (303) 825-1185
Email: sgurr@kamletlaw.com

*Counsel for Applicant City & County of Denver, acting by and through its Board of Water Commissioners*

{00275622.DOC / 1}

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of October, 2010, a true and correct copy of the foregoing **UNOPPOSED MOTION TO WITHDRAW** was served via email upon the following counsel:

Casey S. Funk, Esq.
Daniel J. Arnold, Esq.
City & County of Denver
Acting by and through its Board of Water Commissioners
1600 W 12th Avenue
Denver, CO 80204-3412

Brian M. Nazarenus, Esq.
Robert J. Pohlman, Esq.
Roger T. Williams, Esq.
RYLEY CARLOCK & APPLEWHITE
1999 Broadway, Suite 1800
Denver, CO   80202
*Counsel for Climax Molybdenum Company*

Douglas L. Abbott, Esq.
Christopher L. Thorne, Esq.
Holland & Hart, LLP-Denver
P.O. Box 8749
555 17th Street , #3200
Denver, CO 80201-8749
*Counsel for Colorado River Water Conservation District*

Mark A. Hermundstad, Esq.
Kirsten M. Kurath, Esq.
Williams Turner & Holmes, P.C.
200 North 6th Street
PO Box 338
Grand Junction, CO 81502
*Counsel for Grand Valley Water Users Association*
*Counsel for Orchard Mesa Irrigation District*
*Counsel for Ute Water Conservancy District*

Peter C. Fleming, Esq.
Jason V. Turner, Esq.
PO Box 1120
Glenwood Springs, CO 81602
*Counsel for Colorado River Water Conservation District*

{00275622.DOC / 1}

4

Frederick G. Aldrich, Esq.
Aldrich Frederick, LLC
601A 28 ¼ Road
Grand Junction, CO 81506
*Counsel for Grand Valley Irrigation Company*

Stanley W. Cazier, Esq.
John D. Walker, Esq.
Cazier McGowan & Walker
PO Box 500
Granby, CO 80446
*Counsel for Middle Park Water Conservancy District*

Nathan A. Keever, Esq.
Dufford Waldeck Milburn & Krohn, LLP
744 Horizon Court, Suite 300
Grand Junction, CO 81506
*Counsel for Palisade Irrigation District*

Bennett W. Raley, Esq.
Robert V. Trout, Esq.
Lisa M. Thompson, Esq.
Trout, Raley, Montano, Witwer & Freeman, P.C.
1120 Lincoln Street, Suite 1600
Denver, CO 80202
*Counsel for Northern Colorado Water Conservancy District*

James J. DuBois, Esq.
U.S. Department of Justice
james.dubois@usdoj.gov
*Attorneys for City of Colorado Springs*

        *s/ Stephen D. Gurr*