IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 49-cv-02782

Consolidated Civil Case Nos. 2782, 5016 and 5017

and

| | |
|---|---|
| District Court<br>Water Division No. 5, Colorado<br>Garfield County Courthouse<br>109 8th Street, #104<br>Glenwood Springs, CO, 81601-3303 | |
| **CONCERNING THE APPLICATION FOR WATER RIGHTS OF**<br><br>**THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS**<br><br>**IN SUMMIT COUNTY** | ▲ COURT USE ONLY ▲ |
| Patricia L. Wells, General Counsel<br>Michael L. Walker, No. 2828<br>Casey S. Funk, No. 11638*<br>Daniel J. Arnold, No. 35458<br>1600 West 12th Avenue<br>Denver, Colorado 80204<br>Phone Number: 303-628-6460<br>Fax Number: 303-628-6478<br>Email: casey.funk@denverwater.org<br>*Counsel of Record | Case Number: 10 CW265<br><br>(Case Nos. 2782, 5016 and 5017; 1987CW376; 2003CW39)<br><br>Division 5<br>Courtroom: |
| **APPLICATION FOR FINDING OF REASONABLE DILIGENCE** | |

A.  Name, mailing address, email address, and home telephone number of applicant(s):

| Name of Applicant | Mailing Address | Home Phone Number |
|---|---|---|
| City and County of Denver acting by and through its Board of Water Commissioners ("Denver Water") | 1600 West 12th Avenue, Denver, Colorado 80204-3412 | 303/628-6460 |

B.   Name of structure: Dillon Reservoir (Refill) Type: Reservoir.

C.   Describe conditional water right (as to each structure) including the following information from the Referee's Ruling and Judgment and Decree:

   1.   Date of Original Decree: September 23, 1999 Consolidated Civil Nos. 2782, 5016 and 5017 and Case No. 1987CW376   Court: United States District Court, District of Colorado and Water Court, Water Division No. 5, State of Colorado

   2.   Subsequent decrees awarding findings of diligence (Case No. and date of decree): 2003CW039 (Part 1 of 2) November 12, 2004.

   3.   Legal description: The reservoir is located in Sections 7, 8, 17, 18, 19, 20, 21, 30, 31, Township 5 South, Range 77 West of the 6th P.M., and Sections 13, 23, 24, 25, 26, 35 and 36, Township 5 South, Range 78 West of the 6th P.M. The dam is located across the channel of the Blue River, with the easterly end located at a point whence the East ¼ corner of section 18, Township 5 South, Range 77 West of the 6th P.M. bears South 59°00' East 5507.7 feet.

   4.   Source of water: The sources of water supply for the storage in Dillon Reservoir are the Blue River, the Snake River, and Ten Mile Creek, all of which are tributaries of the Colorado River and the waters which would naturally become a part of said streams.

   5.   Appropriation Date: January 1, 1985. Amount: 13,524 acre feet ABSOLUTE, 161,476 CONDITIONAL.

   6.   Use: All municipal uses, including domestic use, mechanical use, manufacturing use, fire protection, street sprinkling, watering of parks, lawns and grounds. This water right may also be used for flood control. Denver's use of waters stored under this refill priority shall comply with and be subject to the Blue River Decree and any stipulations, orders or judicial decisions entered in Consolidated Case Nos. 2782, 5016 and 5017 including but not limited to the use solely for municipal purposes in its metropolitan area. Denver will undertake to utilize the return flows by exchange or otherwise within legal limitations and subject to economic feasibility, as provided in the Blue River Decree.

D.   Provide a detailed outline of what has been done toward completion or for completion of the appropriation and application of water to a beneficial use as conditionally decreed, including expenditures:

2

1.  Performed annual dam safety inspection of Dillon Dam with the Federal Energy Regulatory Commission (FERC) and the State Engineers Office (SEO). Also completed Surveillance Monitoring Plan (SMP) as required by the FERC.

2.  Completed the annual dam safety inspection of Dillon Dam and prepared a report.

3.  Performed annual drill of the Emergency Preparedness Plan (EPP) for Dillon Dam. The EPP defines the responsibilities and procedures in the event of a potentially hazardous situation at the dam and reservoir. Also performed annual drill of the Emergency Action Plan (EAP) for Dillon Dam. The EAP defines the responsibilities and procedures in the event of a potentially hazardous situation at the dam and reservoir.

4.  During the diligence period, Applicant performed various survey activities, including:

    a.  Monitoring of movement of Dillon Dam twice in 2004 using line of sight and ran precise levels for vertical control;

    b.  Conducted extensive control of section and property corners using the Global Positioning System (GPS) including delineation of Denver Water property lines south of Dillon Reservoir and staking of property lines in and around the Peak One Campground for property fence construction;

    c.  Topographic survey of area near the base of the dam, power plant, power house and electrical sub-station at Dillon;

    d.  Dam safety foundation investigation survey locations & elevations;

    e.  Surveying and installation of boat barriers around Dillon dam spillway;

    f.  Locating and surveying of new buried electric lines near the headquarter buildings;

    g.  Providing assistance to private survey firms with existing survey control and property corners in and around Denver Water properties in the Dillon area.

5.  Assisted government conservation agency with information on the floodplain in the Town of Dillon.

3

6.  Participated in cooperative stream gauging program with USGS since October, 2004 in the amount of $308,360. The relevant gauges in this program include:

    a.  Blue River near Dillon

    b.  Snake River near Montezuma

    c.  Keystone Gulch near Dillon

    d.  Tenmile Creek below North Tenmile

    e.  Blue River below Dillon

    f.  Straight Creek below Laskey Gl.

7.  Worked with Summit County, the Town of Dillon, the Town of Frisco and the USFS on a multi-jurisdictional weed eradication project around Dillon Reservoir.

8.  Performed general dam maintenance to clear trash, replace or repair riprap areas, cut weeds etc.

9.  Cooperated with the Town of Silverthorne and the local Council of Governments to restore and improve fish habitat in the Blue River for recreationally important game-fish below Dillon Dam.

10. Discussed the sale of Denver Water properties to the Town of Dillon for use as Open Space and collaborated in the master planning of properties owned within Dillon town limits.

11. Discussed with Town of Dillon the requirements necessary for an additional caretaker's house. Constructed third Caretakers residence which was completed in 2005.

12. Continued checking parcel maps of Denver Water property for sale, purchase, trade, and/or retain around Dillon Reservoir.

13. Replace the roof on the Roberts Tunnel Access Shaft House.

14. Replaced the roof on the Dillon Dam Control house.

15. In 2005, inspected the new stainless steel liner in the vertical spillway.

16. Removed trees by beetle infestation and transported them to Antero Reservoir. Also assisted the Colorado State Forester investigating the extent of beetle infested trees. Over 1,000 additional trees were found on the property that will need to be removed in 2005.

17. In June of 2010 the Board and the USFS entered into an MOU to work together to improve forest and watershed health by reducing the risk of forest fires. The USFS will match the Board's $16.5 million expenditure of additional forestry work in Denver Water's priority watersheds for the years 2011- 2015.

18. Prepared a study for the installation of a new stand-by generator for the Roberts Tunnel hydroelectric facility.

19. Engineered upgrades to the elevator at the West Portal of the Roberts Tunnel to address safety and reliability concerns and hired a contractor.

20. In 2006, conducted Potential Failure Mode Analysis Study (PFMA) as of the Part 12 Independent Consultant Inspection of Dillon Dam.

21. Installed a new pre-cast concrete bridge deck on the access road to the Montezuma vent shaft, necessary for access to Montezuma shaft.

22. In 2006 began removal of demised steel armor plate in stilling basin at the east portal of the Roberts Tunnel outlet works. Completed replacement of armor in 2007. Performed one year warranty inspection of stilling basin steel plate installations. Performed vertical monitoring of newly established control points near the power plant.

23. Established grade and line on existing toe drains at base of Dillon dam.

24. Studies were continued in conjunction with the Summit Water Quality Committee concerning water quality in Dillon Reservoir.

25. Denver Water's representatives worked with the Colorado Department of Transportation (CDOT) and Summit County to reduce phosphorus and sediment loading in Straight Creek which ensures the betterment of water quality in Dillon Reservoir should Straight Creek flows ever be diverted into Dillon Reservoir.

26. Implemented additional security measures at Dillon, Roberts Tunnel, including:

    a. Installation of security gate on spillway at Dillon Dam;

    b. Installation of chain link security fence and access control at the Dillon Dam gate control house;

  c. Installation of guard shack and hired guard service to provide around-the-clock presence on the dam crest;

  d. After temporarily closing the Dillon Dam Road due to vulnerability concerns, reached agreement with Summit County that the Dillon Dam road will be closed to vehicle traffic during the overnight period except for emergency vehicles;

  e. Installation of remotely controlled automated barriers in the Dillon Dam road to provide a convenient means for controlling traffic;

  f. Placed boulders and installed bollards along the Dillon Dam Road and adjacent recreational trails in several places to prevent vehicles from accessing the crest of the dam via recreational paths. Survey assisted with property line identification to limit removal from Denver Water property only;

  g. Acquired Special Use Permit from Colorado Department of Transportation for installation of security fence at the Roberts Tunnel Outlet Valve House. Contracted Steelock to install the fence and automated gate to be installed in 2010; and

  h. Awarded a contract of $2,500,000 for a contract period of July 2010 through April 30, 2012 for armed guard security services from Specialized Protective Services, LLC.

27. Exercised both 27" slide gates to the penstock of the Dillon Hydropower Plant. Inspected the Montezuma shaft and the Keystone Ski Area's pump installation in 2007.

28. Purchase and place road base on 1.3 miles of road at the west portal of the Roberts Tunnel. Survey assisted in placement and location of road base.

29. Began dam seismic stability evaluation or "deformation analysis" as new regulations have been adopted by the FERC and Colorado State Engineer-Dam Safety Section.

30. Performed one year warranty inspection of stilling basin steel plate installations.

31. Closed all hand launch boat ramps at Dillon Reservoir and entered into IGAs with the Towns of Frisco and Dillon to provide mandatory boat inspections for aquatic nuisance species, particularly Quagga and Zebra Mussels.

6

32. Performed an additional vertical monitor (partial) on the east dam at request of dam safety engineers.

33. Hired John Thibault for electrical construction services support through December 31, 2010. Consultant will provide electrical, instrumentation and control construction inspection services and submittal document secondary review.

34. Entered into an agreement in August of 2007 with AMEC Earth & Environmental, Inc. for a complete water quality spill analysis for Dillon Reservoir. The Board has agreed to a fourth amendment in 2009 for additional chemicals, improved user interface and possibly tie the model to stream travel times.

35. Awarded a contract in February 2010 to USA Construction, Inc. of Timnath Colorado for the Dillon Dam Hydroelectric Power Plant 10-year Maintenance Project. The work consists of various maintenance activities on the 1.8MW turbine and generator including: hydraulic accumulator system modifications, bearing lubrication system maintenance, 30-inch cone valve maintenance, 30-inch Howell-Bunger valve maintenance, and painting of the piping, turbines and valves. The project was awarded at a cost of $196,400. This activity has been completed.

36. Awarded a contract in June 2010 to CH2M Hill, Inc. for On-Call Construction Management Services for the Roberts Tunnel East Portal Outlet Works Upgrades.

37. Awarded a contract in July 2010 to Garney Companies, Inc. for the Roberts Tunnel East Portal Outlet Works Upgrades, Alternative B, in the amount of $691,000. The work includes replacing four valves, modification of two existing valves, structural modifications on building exterior, placement of concrete support bases, demolition of existing valves oil hydraulic system and controls, installation of new electrical system and controls, modifications to existing grating and structural supports, modifications to 42-inch pipe and lining of steel pipe in outlet works. The total project cost will be $1,515,172 as the valves were purchased by the Board ahead of time and were not reflected in the contractor costs.

38. Expended a total of $8,565,603 on activities needed to maintain and improve the Dillon Reservoir and Roberts Tunnel collection system during diligence period.

E. Names(s) and address(es) of owner(s) or reputed owners of the land upon which any new diversion or storage structure, or modification to any existing diversion or storage structure is or will be constructed or upon which water is or will be stored, including any modification to the existing storage pool.

Denver Water's Application for<br>Finding of Reasonable Diligence

| Name of Owner |
|---|
| Applicant is the owner of all facilities to which modifications were made as described in this application. |

F.   Remarks or any other pertinent information:

The previous diligence case 2003CW039 was bifurcated into two parts. On or about October 29, 2004, the Water Court approved a diligence decree in Case No. 2003CW039 (Part 1 of 2). The Federal Court approved the decree on November 15, 2004. On or about November 4, 2005, Denver served a copy of a proposed decree on its remaining claim to make absolute to all parties. During the preparation of the proposed decree, Denver discovered it had inadvertently omitted water bypassed for flood control. On February 10, 2006, Denver filed an amended application claiming that during the period of April 1, 1996 – March 31, 1997, 141,712 acre feet was stored under the refill decree. This claim is still pending under Case No. 2003CW039 part 2 of 2. No additional amount is claimed to have been put to beneficial use and made absolute under this application.

DATED: October 29, 2010.

>PATRICIA L. WELLS, General Counsel
>MICHAEL L. WALKER, No. 2828
>**CASEY S. FUNK, No. 11638\***
>DANIEL J. ARNOLD, No. 35458
>
>By: _s/ Casey S. Funk_
>Attorneys for Applicant, the City and County of Denver, acting by and through its Board of Water Commissioners
>1600 West 12th Ave.
>Denver, CO 80204-3412
>Phone Number: (303) 628-6460
>Fax Number: (303) 628-6478
>**\*Counsel of Record**

Denver Water's Application for
Finding of Reasonable Diligence

---

**VERIFICATION AND ACKNOWLEDGMENT OF APPLICANT OR OTHER PERSON HAVING KNOWLEDGE OF THE FACTS STATED IN THIS APPLICATION**

I, William G. Bates hereby state that I have read this Application, that I have personal knowledge of the facts stated and verify its contents to the best of my knowledge, information, and belief.

_____
William G. Bates

29 OCT 2010
_____
Date


The foregoing instrument was acknowledged before me in the City and County of Denver, State of Colorado, this 29th day of October, 2010, by the person whose signature appears above.

My Commission Expires: 2/17/2014

_____
Notary Public/Deputy Clerk

[Notary seal: JUDY A. WHALEN, STATE OF COLORADO]

The person signing this verification is:   ☐ Applicant   ☒ Engineer   ☐ Other (describe) _____

---

Verifications of other persons having knowledge of the facts may be attached to this Application.

Denver Water's Application for<br>Finding of Reasonable Diligence

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2010, I electronically served the foregoing Application for Finding of Reasonable Diligence via Lexis/Nexis File and Serve on the following:

District Court
Water Division 5, Colorado
109 18th Street, #104
Glenwood Springs, Colorado 81601-3303


                                             *s/ Mari Deiss*
                                              Mari Deiss

E-filed per Rule 121; a duly signed original is on file in the Legal Division of Denver Water.