IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Civil Action No. 49-CV-2782
Consolidated Civil Case Nos. 2782, 5016 and 5017

and

| | |
|---|---|
| DISTRICT COURT, WATER DIVISION 5, COLORADO<br>Court Address:  Garfield County Courthouse<br>109 8th Street, Suite 104<br>Glenwood Springs, CO 81601<br>(970) 947-3861 | |
| CONCERNING THE APPLICATION FOR WATER RIGHTS OF:<br><br>THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY. | ▲   COURT USE ONLY   ▲<br><br>Case Number(s):  10CW265<br>(2782, 5016 & 5017, 87CW376, 03CW39 Part 1 of 2)<br><br>Div.:         Ctrm.: |
| *Attorneys for Colorado River Water Conservation District*:<br>Name:       Peter C. Fleming, General Counsel #20805<br>              Jason V. Turner, Associate Counsel #35665<br>Address:    P.O. Box 1120<br>              Glenwood Springs, CO 81602<br>Phone #:    (970) 945-8522<br>Fax #:      (970) 945-8799<br>E-mail:     pfleming@crwcd.org<br>              jturner@crwcd.org | |
| **STATEMENT OF OPPOSITION** | |

1.   <u>Name, Address and Telephone Number of Opposer</u>:

   Colorado River Water Conservation District (the "River District")
   201 Centennial Street, Suite 200
   P. O. Box 1120
   Glenwood Springs, Colorado  81602
   Telephone: (970) 945-8522
   Facsimile:   (970) 945-8799

   Please direct all pleadings and correspondence in this matter to Peter C. Fleming and Jason V. Turner, counsel for the River District, at foregoing address.

2.   Name of ditch or other structure: Dillon Reservoir Refill.

U.S. District Court for the District of Colorado, Consolidated Civil Case Nos. 2782, 5016 and 5017
District Court, Water Division 5, Colorado, Case No. 10CW265 (87CW376, 03CW39 Part 1 of 2)
Application for Water Rights of the City and County of Denver, Dillon Reservoir (Refill)
**CRWCD's Statement of Opposition**
Page 2

3. <u>Interests of Opposer</u>:

    a. The Colorado River Water Conservation District (hereinafter "River District"), by virtue of and in compliance with its statutory powers and duties, is the owner and claimant of numerous water rights in the Colorado River and its tributaries.

    b. The River District, also by virtue of its statutory responsibility, acts herein as the representative of all those citizen inhabitants of the River District who own or use water rights from the Colorado River system and is statutorily responsible to secure and insure adequate supplies of water for present and future beneficial uses within the River District.

    c. The River District is a party to the "Blue River Decree" (Consolidated Civil Cases No. 2782, 5016 and 5017, in the Federal District Court, D. Colo.) to which the Dillon Reservoir Refill right is subject.

    d. Applicant and the River District are in the process of finalizing a comprehensive settlement agreement that, when completed, will address the River District's statement of opposition filed in this diligence case, in addition to many other outstanding issues between the parties. The River District contemplates stipulating to a consent decree in this case when the settlement agreement is finalized. Until such time as a comprehensive settlement is reached the River District opposes the application on the following grounds.

4. <u>Facts as to why the application should not be granted or why it should be granted only in part or on certain conditions</u>:

    a. Applicant must be held to strict proof of the elements of the application.

    b. Applicant must prove that it has a need for and a continuing intent to use decreed water for decreed purposes through the Denver Municipal Water System and within the Denver Metropolitan Area in accordance with C.R.S. §37-92-103(3)(a).

    c. Applicant must prove that the diligence actions identified in its Application contribute to putting its conditional right to decreed beneficial uses through the Denver Municipal Water System and within the Denver Metropolitan Area.

U.S. District Court for the District of Colorado, Consolidated Civil Case Nos. 2782, 5016 and 5017
District Court, Water Division 5, Colorado, Case No. 10CW265 (87CW376, 03CW39 Part 1 of 2)
Application for Water Rights of the City and County of Denver, Dillon Reservoir (Refill)
**CRWCD's Statement of Opposition**
Page 3

      d.      Applicant must prove that it has a legitimate, non-speculative need for the claimed water right and that the need is being satisfied in accordance with the terms of the Blue River Decree.

      e.      Applicant must prove that the subject conditional water right is part of an "integrated system" as alleged in the Application.

      f.      Upon information and belief, Applicant is not entitled to a finding of reasonable diligence on the conditional portion of the Blue River Diversion Project water rights because it has failed to exercise diligence in developing the capacity to reuse the return flows resulting from its use of water diverted from the Colorado River Basin, as required by paragraph 4(e) of the 1955 Stipulation, as incorporated into the Blue River Decree. Applicant may have also conveyed portions of its right to reuse to third parties by means of agreements that neither satisfy Denver's municipal needs nor minimize Denver's demands upon Blue River water, in contravention of the paragraph 4(e).

      f.      Terms and conditions must be imposed as necessary to prevent any violations of decreed conditions associated with the exercise of the subject conditional water right.

      g.      Because of the lack of information in the Application, the River District is unable to determine all of the relevant and pertinent facts necessary to adequately set forth further objections. Therefore, the River District reserves the right to raise additional objections at a later date founded upon the information not readily ascertainable from the Application.

      h.      This Statement of Opposition is continuing in nature and shall apply to any amendments to the Application deemed necessary by the Applicant or the Court without the necessity of filing any additional statements of opposition.

5.      This Statement of Opposition is filed concurrently in the Colorado Water Court for Water Division No. 5 and the Federal District Court for the District of Colorado under that court's continuing jurisdiction in Consolidated Civil Case Nos. 2782, 5016 and 5017.

U.S. District Court for the District of Colorado, Consolidated Civil Case Nos. 2782, 5016 and 5017
District Court, Water Division 5, Colorado, Case No. 10CW265 (87CW376, 03CW39 Part 1 of 2)
Application for Water Rights of the City and County of Denver, Dillon Reservoir (Refill)
**CRWCD's Statement of Opposition**
Page 4

      Respectfully submitted on December 28, 2010.

                              /s/* *Jason V. Turner*
                              Peter C. Fleming, #20805
                              Jason V. Turner, #35665

                              *Attorneys for the Colorado River Water Conservation District*

## VERIFICATION

STATE OF COLORADO      )
                                   ) ss.
COUNTY OF GARFIELD      )

    I, R. Eric Kuhn, General Manager for the Colorado River Water Conservation District, state that I have read the foregoing Statement of Opposition and verify its content.

                              /s/* *R. Eric Kuhn*
                              R. Eric Kuhn, General Manager

Subscribed and sworn to before me on December 28, 2010.

WITNESS my official hand and seal. My Commission Expires: 7/11/2011

                            /s/*   *Lorra Nichols*
                            Lorra Nichols, Notary Public

U.S. District Court for the District of Colorado, Consolidated Civil Case Nos. 2782, 5016 and 5017
District Court, Water Division 5, Colorado, Case No. 10CW265 (87CW376, 03CW39 Part 1 of 2)
Application for Water Rights of the City and County of Denver, Dillon Reservoir (Refill)
**CRWCD's Statement of Opposition**
Page 5

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **STATEMENT OF OPPOSITION** will be e-filed and served upon the following parties through www.lexisnexis.com within twenty-four (24) hours of this date, December 28, 2010, or deposited in the United States Mail, first class, postage prepaid, as follows:

| | |
|---|---|
| Casey S. Funk, Esq. | Dick Wolfe |
| Michael L. Walker, Esq. | Colorado State Engineer |
| Daniel J. Arnold, Esq. | dick.wolfe@state.co.us |
| Denver Water | |
| casey.funk@denverwater.org | Alan C. Martellaro |
| michael.walker@denverwater.org | Colorado Division 5 Engineer |
| daniel.arnold@denverwater.org | alan.martellaro@state.co.us |
| *Attorneys for City and County of Denver, acting by and through its Board of Water Commissioners* | |

/s/*  *Lorra Nichols*
Lorra Nichols

*\*In accordance with C.R.C.P. 121 §1-26(9), this document has been electronically filed via www.lexisnexis.com. A printed copy of this document with original signatures is maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*