IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Consolidated Civil Case Nos. 2782, 5016 and 5017
and

| | |
|---|---|
| **District Court, Water Division 5, Colorado**<br>Garfield County Combined Courts<br>109 8th Street, Suite 104<br>Glenwood Springs, CO  81601-3303 | |
| CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS,<br><br>IN SUMMIT COUNTY, COLORADO | ∆ **COURT USE ONLY** ∆ |
| Charles B. White, No. 9241<br>Nicole L. Johnson, No. 40564<br>Petros & White, LLC<br>1999 Broadway, Suite 3200<br>Denver, CO 80202<br>Phone: (303) 825-1980<br>Fax: (303) 825-1983<br>E-Mail: cwhite@petros-white.com | **Case No.:  10CW265  (2782, 5016 and 5017; 1987CW376; 2003CW39** |
| **STATEMENT OF OPPOSITION** | |

1. <u>Name and address of Objector</u>:

    Board of County Commissioners of the County of Summit ("Summit County")
    c/o Gary Martinez, County Manager
    Post Office Box 68
    Breckenridge, CO 80424

    copies of all pleadings to:

    Charles B. White
    Petros & White, LLC
    1999 Broadway, Suite 3200
    Denver, CO 80202
    (303) 825-1980

Case No. 10CW265, Water Division No. 5
Statement of Opposition of the
Board of County Commissioners for Summit County

2.	Name of ditch or other structure:  Dillon Reservoir Refill.

3.	Interests of Objector:  the Board of County Commissioners of Summit County ("Summit County") is the owner of water rights in the Colorado River Basin in Water Division No. 5.

4.	Facts as to why the application should not be granted or why it should be granted only in part or on certain conditions:

    a.	Applicant must be held to strict proof of the elements of the application.

    b.	Applicant must prove that it has a need for and a continuing intent to use decreed water for decreed purposes through the Denver Municipal Water System and within the Denver Metropolitan Area in accordance with C.R.S. §37-92-103(3)(a).

    c.	Applicant must prove that the diligence actions identified in its Application contribute to putting its conditional right to decreed beneficial uses through the Denver Municipal Water System and within the Denver Metropolitan Area.

    d.	Applicant must prove that it has a legitimate, non-speculative need for the claimed water right and that the need is being satisfied in accordance with the terms of the Blue River Decree.

    e.	Applicant must prove that the subject conditional water right is part of an "integrated system" as alleged in the Application.

    f.	Upon information and belief, Applicant is not entitled to a finding of reasonable diligence on the conditional portion of the Blue River Diversion Project water rights because it has failed to exercise diligence in developing the capacity to reuse the return flows resulting from its use of water diverted from the Colorado River Basin, as required by paragraph 4(e) of the 1955 Stipulation, as incorporated into the Blue River Decree. Applicant may have also conveyed portions of its right to reuse to third parties by means of agreements that neither satisfy Denver's municipal needs nor minimize Denver's demands upon Blue River water, in contravention of the paragraph 4(e).

    g.	Terms and conditions must be imposed as necessary to prevent any violations of decreed conditions associated with the exercise of the subject conditional water right.

    h.	Because of the lack of information in the Application, Summit County is unable to determine all of the relevant and pertinent facts necessary to adequately set forth

Case No. 10CW265, Water Division No. 5<br>
Statement of Opposition of the<br>
Board of County Commissioners for Summit County

further objections. Therefore, Summit County reserves the right to raise additional objections at a later date founded upon the information not readily ascertainable from the Application.

  i.  This Statement of Opposition is continuing in nature and shall apply to any amendments to the Application deemed necessary by the Applicant or the Court without the necessity of filing any additional statements of opposition.

5.  This Statement of Opposition is filed concurrently in the Colorado Water Court for Water Division No. 5 and the Federal District Court for the District of Colorado under that Court's jurisdiction in Consolidated Civil Case Nos. 2782, 5016 and 5017.

  Respectfully submitted this 29th day of December, 2010.

        PETROS & WHITE, LLC
        *Pursuant to Rule 121 the signed original is on file in the office of Petros & White, LLC*


        */s/ Charles B. White*
        Charles B. White, No. 9241
        Nicole L. Johnson, No. 40564

        ATTORNEYS FOR THE BOARD OF
        COUNTY COMMISSIONERS OF SUMMIT
        COUNTY

Case No. 10CW265, Water Division No. 5<br>
Statement of Opposition of the<br>
Board of County Commissioners for Summit County

## VERIFICATION

STATE OF COLORADO      )
                       ) s.s.
COUNTY OF SUMMIT       )

I, Gary Martinez, County Manager for Summit County, state under oath that I have read the foregoing Statement of Opposition and verify its content on behalf of the Board of County Commissioners of the County of Summit.

*Pursuant to Rule 121 the signed original is on file in the office of Petros & White, LLC*

[signature]

Subscribed and sworn to before me this ____ day of December, 2010 by Gary Martinez on behalf of the Board of County Commissioners of the County of Summit.

My commission expires: October 8, 2013

[SEAL]    _____
          Notary Public

Case No. 10CW265, Water Division No. 5  
Statement of Opposition of the  
Board of County Commissioners for Summit County

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2010, a copy of the foregoing Statement of Opposition was served via CM/ECF to all parties of record.

/s/ *Nicole L. Johnson*  
Nicole L. Johnson

Pursuant to "Electronic Case Filing Procedures (Civil Cases), ¶V.C.6.d.," the ink signature version of this document is available for inspection upon request.