IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Consolidated Civil Case Nos. 2782, 5016 and 5017
and

| DISTRICT COURT, WATER DIVISION No.5<br>STATE OF COLORADO<br><br>Garfield County Courthouse<br>109 8th Street, Suite 104<br>Glenwood Springs, Colorado 81601<br><br>**CONCERNING THE APPLICATION OF:**<br><br>**THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS IN SUMMIT COUNTY** | ▲ **COURT USE ONLY** ▲ |
|---|---|
| Attorneys for Opposer:<br><br>CAZIER,.MCGOWAN & WALKER<br>Stanley W. Cazier<br>John D. Walker<br>Post Office Box 500<br>Granby, Colorado 80446<br><br>Phone Number: (970) 887-3376<br>Fax Number: (970) 887-9430<br>Email: cazier_mcgowan@hotmail.com<br>Atty. Reg. #: 4648, 31286 | Case Number: 10CW265 (2782, 5016 & 5017, 87CW376, 03CW39 Part 1 of 2<br><br>Div: 5 |

**STATEMENT OF OPPOSITION**

1. Name, address and telephone number of Opposer:
   Middle Park Water Conservancy District
   c/o Stanley W. Cazier
   Post Office Box 500
   Granby, Colorado 80446
   (970) 887-3376

U.S. District Court for the District of Colorado, Consolidated Civil Case Nos. 2482, 5016 and 5017
District Court, Water Division 5, Colorado, Case No. 10CW265
Application for Water Rights of the City and County of Denver, Dillon Reservoir (Refill)
Middle Park's Statement of Opposition

        Please direct all pleadings and correspondence in this matter to the Attorneys for Opposer.

2.    Name of Ditch or other structure: Dillon Reservoir Refill

3.    Interest of Opposer.  Middle Park Water Conservancy District is the owner of Water Rights in the Colorado River Basin.  Additionally Middle Park Water Conservancy District has participated as a party in most of the Litigation involving the Decree in Consolidated Cases No. 2782, 5016 and 5017.  Opposer has entered into a comprehensive settlement which when finalized will satisfy all Opposers' concerns in this case.

4.    State Facts as to why the application should not be granted or why it should be granted only in part or on certain conditions:

    a.    Middle Park Water Conservancy District, is the owner of water rights in the Colorado River Basin that could be adversely impacted by this Application.

    b.    Middle Park Water Conservancy District has participated in the Consolidated Civil Case Nos. 2782, 5016 and 5017 and is entering a Statement of Opposition to ensure that the Applicant receives a Decree consistent with those cases.

    c.    Objector participated in 87CW367 and entered into a Stipulation with the Applicant and wants to ensure that the Applicant has complied with all the terms and conditions of that Stipulation such that it is entitled to a Decree.

    d.    Applicant must prove that the amount claimed for beneficial use is correct and allowable under its Decree and Colorado Law.

    e.    Applicant must prove that uses claimed are allowable and beneficial to Applicant as well as occurring within its Municipal Water System and within the Denver Metropolitan Area.

    f.    Applicant must prove that its use is allowable pursuant to the "Blue River Decree" as applicable to this case, as well as consistent with the limitations and requirements of the Blue River Decree.

U.S. District Court for the District of Colorado, Consolidated Civil Case Nos. 2482, 5016 and 5017
District Court, Water Division 5, Colorado, Case No. 10CW265
Application for Water Rights of the City and County of Denver, Dillon Reservoir (Refill)
Middle Park's Statement of Opposition

g. Terms and Conditions must be imposed as necessary to prevent any violations of decreed conditions associated with the exercise of the subject water right.

h. Because of lack of information in the Application, Middle Park is unable to determine all of the relevant and pertinent facts necessary to adequately set forth further objections. Therefore, Middle Park reserves the rights to raise additional objections at a later date founded upon the information not readily ascertainable from the Application.

i. This Statement of Opposition is continuing in nature and shall apply to any amendments to the Application determined necessary by the Applicant or the Court without the necessity of filing any additional statements of opposition.

5. This Statement of Opposition is filed concurrently in the Colorado Water Court for Water Division No. 5 and the Federal District Court for the Distraict of Colorado under that Court's contineuing jurisdiction in Consolidated Civil Case Nos. 2782, 5016 and 5017.

Respectfully submitted on this 30th day of December, 2010.

Stanley W. Cazier (#4648)
John D. Walker (31286)
Attorneys for Opposer
Post Office Box 500
Granby, Colorado 80446

U.S. District Court for the District of Colorado, Consolidated Civil Case Nos. 2482, 5016 and 5017
District Court, Water Division 5, Colorado, Case No. 10CW265
Application for Water Rights of the City and County of Denver, Dillon Reservoir (Refill)
Middle Park's Statement of Opposition

VERIFICATION

STATE OF COLORADO )
)ss
COUNTY OF GRAND )

I, Duane Scholl, on behalf of the Middle Park Water Conservancy District, state under oath that I have read this Statement of Opposition and verify its contents to the best of my knowledge and belief.

Duane Scholl

Subscribed and sworn to before me this 29th day of December, 2010, by Duane Scholl.

WITNESS my hand and official seal.

My commission expires: 5/27/2013.

CLAUDIA SALE NOTARY PUBLIC STATE OF COLORADO

Claudia Sale
Notary Public

U.S. District Court for the District of Colorado, Consolidated Civil Case Nos. 2482, 5016 and 5017
District Court, Water Division 5, Colorado, Case No. 10CW265
Application for Water Rights of the City and County of Denver, Dillon Reservoir (Refill)
Middle Park's Statement of Opposition

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **STATEMENT OF OPPOSITION** will be e-filed and served upon the following parties through www.lexisnexis.com within twenty-four (24) hours of this date, December 30, 2010, or deposited in the United States mail, first class, postate prepaid, as follows:

Casey S. Funk, Esq.
Michael L. Walker, Esq.
Daniel J. Arnold, Esq.
Denver Water
casey.funk@denverwater.org
michael.walker@denverwater.org
daniel.arnold@denverwater.org
*Attorneys for City and County of Denver, acting by and through its Board of Water Commissioners*
1600 West 12th Avenue
Denver, CO 80204-3412
(303) 628-6460

Dick Wolfe
Colorado State Engineer
dick.wolfe@state.co.us

Alan C. Martellaro
Colorado Division 5 Engineer
alan.martellaro@state.co.us

[signature]

**In accordance with C.R.C.P. 121§1-26(9), this document has been electronically filed via www.lexisnexis.com. A printed copy of this document with original signatures is maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*