# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NORTHERN COLORADO WATER CONSERVANCY
DISTRICT, et al.

    Defendants.

and Consolidated Cases:

**Civil Action No.**

**49-cv-02782-MSK-CBS**

**Civil Action No. 5016**

**Civil Action No. 5017**

In the Matter of the Adjudication of Priorities of Water Rights
in Water District No. 36 for Purposes of Irrigation:
Petitioners:
COLORADO RIVER WATER CONSERVATION DISTRICT,
GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD
MESA IRRIGATION DISTRICT, PALISADE IRRIGATION
DISTRICT, GRAND VALLEY IRRIGATION COMPANY, and
MIDDLE PARK WATER CONSERVANCY DISTRICT

In the Matter of the Adjudication of Priorities of Water Rights
in Water District No. 36 for Purposes Other Than Irrigation:
Petitioners;
COLORADO RIVER WATER CONSERVATION DISTRICT,
GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD
MESA IRRIGATION DISTRICT, PALISADE IRRIGATION
DISTRICT, GRAND VALLEY IRRIGATION COMPANY, and
MIDDLE PARK WATER CONSERVANCY DISTRICT.

---

## AFFIDAVIT OF BRYCE R. ROMIG

---

| | | |
|---|---|---|
| CITY AND COUNTY OF GRAND | ) | |
| | ) ss. | |
| STATE OF COLORADO | ) | |

3423295.1
11/26/13

**EXHIBIT A**

**The Affiant, after being duly sworn, states as follows:**

1. I am the Environmental Manager with Climax Molybdenum Company ("Climax"). Climax Molybdenum Company is a subsidiary of Freeport McMoRan Copper & Gold Inc. In my position I am involved in managing the water planning process for the Climax Mine.

2. Climax restarted the Climax Mine in May 2012.

3. The capital expenditure to restart the Mine was approximately $760 million. Molybdenum production from the Climax Mine totaled seven million pounds in 2012 and is targeted to produce twenty million pounds for 2013, with the potential to produce thirty million pounds per year, depending on market conditions.

4. For the Climax Mine to operate at its fullest potential, Climax must be able to exercise its water rights in priority. Water is essential to the milling process at the Climax Mine. Water is consumed at various stages of the mining and milling process.

5. The potential limitation on use of Climax's C.A. 1710 water rights could hinder the Mine's ability to operate at full capacity due to a limited water supply. It is my understanding that the reliable yield of the Climax Mine's water rights will be reduced by thirty-five to thirty-nine percent if the Green Mountain Reservoir water rights are administered as senior to Climax's C.A. 1710 water rights.

6. The investment made to restart the Climax Mine was based upon the availability of Climax's entire water rights portfolio, including the C.A. 1710 water rights. The reduction in the reliable yield of the Climax Mine's water rights will cause uncertainty and difficulty in maintaining current operations. In addition, the loss of the yield associated with the C.A. 1710 water rights would raise substantial uncertainty about the mine's ability to operate at full capacity in the future.

Further affiant sayeth naught.

_____
Bryce R. Romig

Subscribed and sworn to before me by this 26th day of November, 2013.

Witness my hand and official seal.

[Seal]

_____
Notary Public

My Commission Expires: March 27, 2015