# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 49-cv-02782-MSK-CBS

Consolidated Case Nos. Civil Action No. 5016 and Civil Action No. 5017

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NORTHERN COLORADO WATER CONSERVANCY DISTRICT, *et al.,*

    Defendants.

In the Matter of the Adjudication of Priorities of Water Rights in
Water District No. 36 for Purposes of Irrigation:

**Petitioners:**
COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT, PALISADE IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION COMPANY, and MIDDLE PARK WATER CONSERVANCY DISTRICT

In the Matter of the Adjudication of Priorities of Water Rights in
Water District No. 36 for Purposes Other Than Irrigation:

**Petitioners:**
COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT, PALISADE IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION COMPANY, and MIDDLE PARK WATER CONSERVANCY DISTRICT.

## ORDER

THIS MATTER comes before the Court on Climax Molybdenum Company's Unopposed Limited Motion to Intervene as Petitioner.

3419340.1
11/20/13

pg 2 of 2

2

The Court, having reviewed the motion and being fully advised in the matter, hereby:

ORDERS that the motion is GRANTED.

IT IS FURTHER ORDERED that Climax's intervention is for the limited purpose of determining whether Sections I, II, and III of the Administrative Protocol are consistent with the Blue River Decree, and is necessary to afford Climax the opportunity to ensure that the relief sought in the November 15, 2013 Petition, to settle and end the controversy regarding the priority of Climax's C.A. 1710 Water Rights vis-à-vis those adjudicated by the Blue River Decree, is accomplished.

DATED this ____ day of _____, 2013.

_____