UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 49-cv-02782-MSK-CBS

Consolidated Case Nos. Civil Action No. 5016 and Civil Action No. 5017

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NORTHERN COLORADO WATER CONSERVANCY DISTRICT, et al.

    Defendants.

In the Matter of the Adjudication of Priorities of Water Rights in
Water District No. 36 for Purposes of Irrigation:

**Petitioners:**
COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY
WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT,
PALISADE IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION
COMPANY, and MIDDLE PARK WATER CONSERVANCY DISTRICT

In the Matter of the Adjudication of Priorities of Water Rights in
Water District No. 36 for Purposes Other Than Irrigation:

**Petitioners:**
COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY
WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT,
PALISADE IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION
COMPANY, and MIDDLE PARK WATER CONSERVANCY DISTRICT.

---

### CLIMAX MOLYBDENUM COMPANY'S PETITION ON INTERVENTION FOR DECLARATORY RELIEF

---

Intervenor Climax Molybdenum Company ("Climax"), resumed operations at the Climax Mine in 2010. Climax's C.A. 1710 Water Rights are essential to the viability of the operations at the Climax Mine at its historic levels of production. Any limitation on use of Climax's C.A.

3417935.1
12/02/13

1710 Water Rights could hinder Climax's ability to operate the Mine at full capacity due to a limited water supply. The Petitioners, Climax, and the Ute Water Conservancy District have negotiated and agreed to the Green Mountain Reservoir Administrative Protocol ("GMR Protocol") in part to address the relative priority of the GMR water rights, the Cities' water rights, and Climax's C.A. 1710 Water Rights in a manner agreed by the Petitioners and Climax; all in a manner that is consistent with the Blue River Decree. The Petition filed in this matter on November 15, 2013 was for "the purpose of settling and ending controversies that have arisen regarding (1) the administration of the water rights decreed to GMR and the Green Mountain Reservoir Powerplant ("GMR Powerplant") by the Blue River Decree and (2) *the priority of water rights owned by Climax Molybdenum Co., a Delaware corporation ("Climax"), that were adjudicated in the decree of the Summit County District Court in Civil Action No. 1710 ("C.A. 1710") entered on October 26, 1937, vis-à-vis those adjudicated by the Blue River Decree.*" (November 15, 2013 Petition, ¶ 11)(Emphasis added)

Therefore, Climax, by and through its undersigned counsel, hereby petitions this Court as follows:

Climax supports the requested relief sought in the November 15, 2013 Petition. Climax joins the Petitioners in seeking a judicial determination of this Court that Sections I, II, and III of the GMR Protocol are consistent with the Blue River Decree.

In support of this petition, Climax states the following:

## I. PARTIES, JURISDICTION, AND VENUE

1. Intervenor-Petitioner Climax is a corporation incorporated under the laws of the State of Delaware. Climax owns and operates the Climax Mine, which is located in Summit, Lake, and Eagle Counties in the State of Colorado. Climax owns the "Climax C.A. 1710 Water

Rights" that were adjudicated on October 26, 1937 by the Summit County District court in Civil Action 1710 for use at the Climax Mine and Mill located near Leadville. The Climax C.A. 1710 Water Rights are as follows:

| Water Right | Appropriation Date | Adjudication Date | Amount |
|---|---|---|---|
| **Supply Canal No. 1** | | | |
| Humbug Creek | 08-15-1935 | 10-26-1937 | 20.0 cfs |
| Mayflower Creek | 08-15-1935 | 10-26-1937 | 30.0 cfs |
| Clinton Creek | 08-15-1935 | 10-26-1937 | 50.0 cfs |
| Other Drainages into Canal | 08-15-1935 | 10-26-1937 | 20.0 cfs |
| **Supply Canal No. 2** | | | |
| Searle Gulch | 08-15-1935 | 10-26-1937 | 35.0 cfs |
| Kokomo Gulch | 08-15-1935 | 10-26-1937 | 25.0 cfs |
| Other Drainages into Canal | 08-15-1935 | 10-26-1937 | 10.0 cfs |
| **Tenmile Diversion Ditch No. 1** | | | |
| McNulty Ditch | 06-04-1936 | 10-26-1937 | 15.0 cfs |
| Transferred to West Gravity Line | 06-04-1936 | 10-26-1937 | 20.0 cfs |
| **Tenmile Diversion Ditch No. 2** | | | |
| Transferred to West Gravity Line | 06-04-1936 | 10-26-1937 | 20.0 cfs |
| **Storage of the amounts above in:** | | | |
| Robinson Reservoir | | | 3,136 ac-ft |
| Chalk Mountain Reservoir | | | 204.1 ac-ft |

2. Climax adopts and incorporates by reference Section II of the November 15, 2013 Petition.

## II. GENERAL STATEMENT OF THE NATURE OF THE CONTROVERSY

1. Climax adopts and incorporates by reference Section III of the November 15, 2013 Petition.

## III. CLAIMS FOR RELIEF

Climax supports the requested relief sought in the November 15, 2013 Petition and seeks a judicial determination of this Court that Sections I, II, and III of the GMR Protocol are consistent with the Blue River Decree.

Respectfully submitted this 2nd day of December 2013.

RYLEY CARLOCK & APPLEWHITE

/s Brian M. Nazarenus
Brian M. Nazarenus
Sheela S. Stack
1700 Lincoln Street, Suite 3500
Denver, Colorado 80203
Telephone: (303) 863-7500
Facsimile: (303) 595-3159

ATTORNEYS FOR PETITIONER-INTERVENOR
CLIMAX MOLYBDENUM COMPANY

Petitioner-Intervenor's Address:
1746 County Road 202
P.O. Box 68
Empire, CO 80438

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 2, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Ann M. Rhodes amr@bhgrlaw.com
Anne Jamieson Castle acastle@hollandhart.com
Austin C. Hamre ahamre@dodpc.com
Barry Alan Schwartz barry.schwartz@denvergov.org
Bennett W. Raley bwraley@mac.com
Casey S. Funk casey.funk@denverwater.org
Chad Matthew Wallace chad.wallace@state.co.us
Charles B. White cwhite@petros-white.com
Christopher Graham McAnany howard@dwmk.com
Christopher L. Thorne cthorne@hollandhart.com
Daniel John Arnold daniel.arnold@denverwater.org
David G. Hill dgh@bhgrlaw.com
Donald E. Phillipson dbls99@comcast.net
Douglas L. Abbott dabbott@hollandhart.com
Frederick G. Aldrich faldrich@aldrich-law.com
Gail Rosenschein gail.rosenschein@denverwater.org
James J. DuBois james.dubois@usdoj.gov
James R. Montgomery jmontgomery@mwhw.com
Jason V. Turner jturner@crwcd.org
Jeffrey Flinn Davis jeff.davis@denverwater.org
John Dorsey Walker jdorseywalk@yahoo.com
John Leonard Watson jwatson@bw-legal.com
Julie Elise Maurer jmaurer@rcalaw.com
Karl D. Ohlsen kohlsen@chp-law.com
Kathleen M. Morgan kathi_M8@yahoo.com
Lisa M. Thompson lthompson@troutlaw.com
Mark A. Hermundstad mherm@wth-law.com
Mary Mead Hammond mhammond@chp-law.com
Meghan Nichols Winokur mwinokur@hollandhart.com
Michael J. Gustafson mgustafson@springsgov.com
Nathan A. Keever howard@dwmk.com , keever@dwmk.com
Olivia Denton Lucas olivia.lucas@faegrebd.com
Patricia Wells patricia.wells@denverwater.org
Peggy Montano pmontano@troutlaw.com
Peter Cheney Fleming pfleming@crwcd.org
Robert James Pohlman rpohlman@swlaw.com
Robert V. Trout rtrout@troutlaw.com

Stanley W. Cazier cazier_mcgowan@hotmail.com
William A. Paddock bpaddock@chp-law.com

/s/ Patricia L. Davis