**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE  MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy:  Patricia Glover | Date:   December 2, 2013 |
| Court Reporter:     Terri Lindblom | |

Consolidated Cases: Civil Action No. 49-cv-02782 (MSK)
　　　　　　　　　　Civil Action No. 5016
　　　　　　　　　　Civil Action No. 5017

| *Parties*: | *Counsel Appearing:* |
|---|---|
| UNITED STATES OF AMERICA, | James Dubois |
| 　　　Plaintiff, | |
| v. | |
| NORTHERN COLORADO WATER CONSERVANCY DISTRICT, *et al.*, | Bennett Raley |
| 　　　Defendants. | |

IN THE MATTER OF THE ADJUDICATION
OF PRIORITIES OF WATER RIGHTS IN
WATER DISTRICT NO. 36
FOR PURPOSES OF IRRIGATION

| PETITIONERS: | |
|---|---|
| THE COLORADO RIVER WATER CONSERVATION DISTRICT; | Peter Fleming |
| | Mary Hammond |
| THE GRAND VALLEY WATER USERS ASSOCIATION; | Daniel Arnold |
| | Casey Funk |
| ORCHARD MESA IRRIGATION DISTRICT; | Mark Hermundstad |
| PALISADE IRRIGATION DISTRICT; | Fred Aldrich |
| GRAND VALLEY IRRIGATION COMPANY; and | Michael Gustafson |
| MIDDLE PARK WATER CONSERVANCY DISTRICT | Ann Rhodes |

IN THE MATTER OF THE ADJUDICATION
OF PRIORITIES OF WATER RIGHTS IN
WATER DISTRICT NO. 36

FOR PURPOSES OTHER THAN IRRIGATION

PETITIONERS:
THE COLORADO RIVER WATER CONSERVATION
DISTRICT;
THE GRAND VALLEY WATER USERS
ASSOCIATION;
ORCHARD MESA IRRIGATION DISTRICT;
PALISADE IRRIGATION DISTRICT;
GRAND VALLEY IRRIGATION COMPANY, and
MIDDLE PARK WATER CONSERVANCY DISTRICT

## COURTROOM MINUTES

HEARING: Law and Motion

**3:03 p.m.** **Court in session.**

Brian Nazarenus appears for Interested Party Climax Molybdenum Company.

The Court addresses the Petition for Determination (**Doc. #355**).

Statement from counsel Dubois. Raley, Hammond.

The Court will set a briefing schedule for the parties to address the specific issues as set forth on the record.

**4:04 p.m.** **Court in recess**
**4:12 p.m.** **Court in session**

**ORDER:** Briefs by every party that want to express an opinion will be filed by **February 15, 2014.** The briefs will address the specific issues outlined by the Court.

**ORDER:** Motion to Intervene (**Doc. #357**) is **GRANTED.**

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

**4:28 p.m.**     **Court in recess.**

**Total Time:   1 hour 17 minutes.**
**Hearing concluded.**