# City and County of Denver Board of Water Commissioners

# Denver Water Service Area

**Exhibit A, 2006CW255, WD5**

## Attachment B

| | | |
|---|---|---|
| Service Area | | State Parks |
| City and County of Denver | | Primary Interstate |



N
S

0  2  4  8
Miles

Service Area boundaries were produced from GIS shapefiles, which can be accessed through a GIS data request to Denver Water.



DENVER WATER