**Exhibit B**
Case No. 2006CW255 WD5
Fixed Amount Contracts

| Raw Water[A] | Maximum Annual Demand (ac-ft) | Contract/Stipulation Date |
|---|---|---|
| 5K Agreement | 5,000 | 08/31/1999 |
| Agricultural Ditch | 200 | 04/02/1936 |
| Antero Contracts (delivered through High Line Canal) | 354.82 | Various dates |
| Unassigned High Line contracts | 59.18 | |
| City of Arvada | 19,000 | 05/25/1965 |
| City of Arvada | 3,000 | 12/07/1999 |
| City of Arvada | 531 | 09/01/2004 |
| Arvada/Long Lakes Ranch (Sports Complex) | 400 | 12/16/1997 |
| City of Aurora | 300 | 04/18/1995 |
| Centennial W&S District | 1,000 | 12/20/1994 |
| Consolidated Mutual | 1,853 | 05/02/2000 |
| City of Englewood | 700 | 08/11/1995 |
| City of Englewood/Cabin Meadow Creek | 3,200 | 08/11/1995 |
| City of Englewood (Replacement for 1953 Agreement) | 750 | 08/05/1991 |
| Englewood – Stipulation in Case No. 80CW039 | 60 | 02/24/1992 |
| Girl Scouts | 1.46 | 10/11/1988 |
| City of Golden/Vidler | 360 | 05/10/2007 |
| Inverness W&S District | 568 | 08/05/1997 |
| Lockheed Martin (Ridge Riders) | 6 | 06/07/1994 |
| North Table Mountain W&S District | 6,000 | 01/19/1988 |
| Rocky Mountain Arsenal | 300 | 04/09/2008 |
| U.S. Department of Energy (Rocky Flats-Dow Chemical) | 1,396 | 04/09/1985 |
| City of Westminster | 3,500 | 01/24/1984 |
| City of Westminster | 1,000 | 09/21/1993 |
| **Total Raw Water** | 49,539 | |

[A] This is a complete list of all of Denver's water delivery obligations under Fixed Contracts outside the Service Area in the South Platte River Basin. It does not include various delivery obligations Denver has in the Colorado River Basin, including:

- Grand County Water and Sanitation District dated October 6, 1960 and November 24, 1986
- Winter park Water and Sanitation District dated January 23, 1980
- Summit County dated September 18, 1985

- Clinton Reservoir – Fraser River Water Agreement dated July 21, 1992
- Colorado Division of Wildlife dated May 27, 1993
- Cyprus Climax Metals dated August 11, 1995
- Taussig Ranch (Big Lake Ditch) dated March 30, 1998

| Treated Water – Outside Service Area (Excludes Emergency Interconnect Agreements and miscellaneous Connector Agreements)[B] | Maximum Annual Demand (ac-ft) | Contract/Stipulation Date |
|---|---|---|
| City and County of Broomfield | 6,500 | 11/01/1994 |
| East Cherry Creek Valley W&S District | 771 | 10/19/2005 |
| Inverness W&S District | 598 | 08/05/1997 |
| South Adams County W&S District | 4,000 | 11/30/1998 |
| Rocky Mountain Arsenal | 50 | 11/30/1998 |
| Chatfield South | 69 | 03/23/1999 |
| **Total Treated Water** | 11,988 | |

[B] Connector Agreements provide for water service to single premises outside Denver through metered taps without specifying a fixed limit.  Water supplied under Emergency Interconnect Agreements and Connector Agreements is permissible under Article I.A of the CRCA.

| Recycled Water | Maximum Annual Demand (ac-ft) | Contract/Stipulation Date |
|---|---|---|
| Rocky Mountain Arsenal | 700 | 04/09/2008 |
| Xcel Energy (Cherokee Plant) | 5,200 | 12/16/1997 |
| Recycle Water Unassigned [C] | 500 | |
| **Total Recycle Water** | 6,400 | |

[C] Water formerly under contract to Rocky Mountain Arsenal and available for use under Article II.A of the CRCA.

**Grand Total:   67,927 acre feet**