# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 49-cv-02782-MSK-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017

UNITED STATES OF AMERICA,
    Plaintiff,
v.

NORTHERN COLORADO WATER CONSERVANCY DISTRICT, et al.
    Defendants.

In the Matter of the Adjudication of Priorities of Water Rights in
Water District No. 36 for Purposes of Irrigation:
Petitioners:
COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY
WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT,
PALISADE IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION
COMPANY, and MIDDLE PARK WATER CONSERVANCY DISTRICT

In the Matter of the Adjudication of Priorities of Water Rights in
Water District No. 36 for Purposes Other Than Irrigation:
Petitioners;
COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY
WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT,
PALISADE IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION
COMPANY, and MIDDLE PARK WATER CONSERVANCY DISTRICT.

## ENTRY OF APPEARANCE OF KIRSTEN M. KURATH

Kirsten M. Kurath of the law firm Williams, Turner & Holmes, P.C., a member of the bar of this Court, hereby enters her appearance as co-counsel with Mark A. Hermundstad on behalf of the Grand Valley Water Users Association and the Orchard Mesa Irrigation District.

Respectfully filed this 12th day of February, 2014.

**Grand Valley Water Users Association**
**Orchard Mesa Irrigation District**
**Ute Water Conservancy**

By: /s/ Kirsten M. Kurath
Mark A. Hermundstad, Reg. No. 10527
Kirsten M. Kurath, Reg. No. 24649
Williams, Turner & Holmes, P.C.
P.O. Box 338
Grand Junction, CO 81502-0338

*[Attorneys for Petitioners for Grand Valley Water Users Association and Orchard Mesa Irrigation District and Attorneys for Interested Party for Ute Water Conservancy]*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2014, I electronically filed the foregoing *Entry of Appearance of Kirsten M. Kurath* with the Clerk of the U.S. District Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Brian Max Nazarenus | bnazarenus@rcalaw.com, dstalnaker@rcalaw.com, kcanjar@rcalaw.com, pdavis@rcalaw.com |
| Frederick G. Aldrich | faldrich@aldrich-law.com, kdavis@aldrich-law.com |
| Anne Jamieson Castle | acastle@hollandhart.com, IntakeTeam@HollandHart.com |
| Stanley W. Cazier | cazier_mcgowan@hotmail.com |
| James J. DuBois | james.dubois@usdoj.gov, efile_nrs.enrd@usdoj.gov, laurie.himebaugh@usdoj.gov |
| Casey S. Funk | casey.funk@denverwater.org |
| Mark A. Hermundstad | mherm@wth-law.com, kris@wth-law.com |
| David G. Hill | dgh@bhgrlaw.com, pag@bhgrlaw.com |
| James R. Montgomery | jmontgomery@mwhw.com, rolson@mwhw.com |
| William A. Paddock | bpaddock@chp-law.com, skirschenbaum@chp-law.com |
| Donald E. Phillipson | dbls99@comcast.net |
| Bennett W. Raley | bwraley@mac.com |
| Robert V. Trout | rtrout@troutlaw.com |
| John Leonard Watson | jwatson@bw-legal.com, bbiondolillo@bw-legal.com, ssoltero@bw-legal.com |
| Charles B. White | cwhite@petros-white.com, knew@petros-white.com |
| Mary Mead Hammond | mhammond@chp-law.com, skirschenbaum@chp-law.com |
| Robert James Pohlman | rpohlman@swlaw.com |
| Austin C. Hamre | ahamre@dodpc.com, dodpc@dodpc.com |
| Barry Alan Schwartz | barry.schwartz@denvergov.org, raquel.trujillo@denvergov.org, |

| | |
|---|---|
| | stefanie.raph@denvergov.org |
| Douglas L. Abbott | dabbott@hollandhart.com, IntakeTeam@HollandHart.com, jmarsh@hollandhart.com, mmarrow@hollandhart.com |
| Peter Cheney Fleming | pfleming@crwcd.org, lnichols@crwcd.org |
| Christopher L. Thorne | cthorne@hollandhart.com, IntakeTeam@hollandhart.com |
| Christopher Graham McAnany | howard@dwmk.com, mcanany@dwmk.com |
| Gail Rosenschein | gail.rosenschein@denverwater.org |
| Roger T. Williams, Jr | rwilliams@rcalaw.com, apalius@rcalaw.com, dmrobertson@rcalaw.com, dstalnaker@rcalaw.com, kcanjar@rcalaw.com |
| Nathan A. Keever | howard@dwmk.com, keever@dwmk.com |
| Kathleen M. Morgan | kathi_M8@yahoo.com, merci@moriarty.com, myrna@moriarty.com |
| Chad Matthew Wallace | chad.wallace@state.co.us, terrie.sandoval@state.co.us |
| John Dorsey Walker | jdorseywalk@yahoo.com |
| Jeffrey Flinn Davis | jeff.davis@denverwater.org |
| Daniel John Arnold | daniel.arnold@denverwater.org, julie.whalen@denverwater.org |
| Lisa M. Thompson | lthompson@troutlaw.com |
| Meghan Nichols Winokur | mwinokur@hollandhart.com, IntakeTeam@HollandHart.com |
| Julie Elise Maurer | jmaurer@rcalaw.com |
| Olivia Denton Lucas | olivia.lucas@faegrebd.com |
| Karl D. Ohlsen | kohlsen@chp-law.com, sKirschenbaum@chp-law.com |
| Jason V. Turner | jturner@crwcd.org, lnichols@crwcd.org |
| Ann M. Rhodes | amr@bhgrlaw.com |

/s/ Kris Evers