# EXHIBIT DW-2

<u>EXHIBIT DW-2</u>

July 8, 2004
Policy 2004-4

**Administration of Green Mountain Reservoir**

**Interim Policy**

The fill season for the Green Mountain Reservoir 1935 storage starts when declared by the Secretary of the Interior between April 1 and May 15th (para.3, 1964 Blue River Decree). This action initiates the accounting for water stored in Green Mountain Reservoir or stored or diverted by upstream junior water rights. Water that is bypassed above the 60cfs of minimum bypass requirements at Green Mountain must be counted against the fill at Green Mountain as storable inflow.

The State Engineer considers the 1935 Green Mountain Reservoir storage decree satisfied when the sum of storage at the initiation of the fill season + storage since the initiation of the start of fill + all outflow in excess of 60cfs not demanded for a downstream call + depletions of HUP beneficiaries and Green Mountain contractors upstream of Green Mountain Reservoir junior to Dillon's 1946 priority + upstream Denver and Colorado Springs owed to Green Mountain accounts to the extent necessary to complete the fill of the senior decrees = 154, 645 acre feet ("paper fill").

Following the paper fill and using an October 5, 1955 priority date, Green Mountain Reservoir may continue to store tributary inflow when in priority until it physically fills the amount of the paper fill attributed to the "owed to Green Mountain accounts." The amount of water stored in Green Mountain Reservoir pursuant to the October 5, 1955 priority date shall reduce amounts Denver and Colorado Springs owe to Green Mountain Reservoir for upstream out-of-priority diversions under the terms of the Blue River Decree.

For example if on July 1, 2004 a paper fill is achieved because Green Mountain Reservoir contains 119, 000 acre feet and the total of all upstream out-of-priority storage (a.k.a. owed to Green Mountain Reservoir accounts) is 35,645 acre feet, then a paper fill will be declared. At that time the senior 1935 Green Mountain Reservoir storage decrees are deemed satisfied and the 1935 call will go off on the Blue River allowing upstream juniors to divert. Until a river call comes on, Green Mountain Reservoir will be allowed to continue to store inflows under a 1955 right with this water used to reduce the owed to Green Mountain Reservoir account. When a call comes on the river, the Division Engineer will curtail rights in priority to satisfy the calling right and if the 1955 right must be curtailed to satisfy the call then no additional storage will be allowed in Green Mountain Reservoir.

## Limited applicability of this policy

The State Engineer adopted this policy in order to give water users certainty about administrative and accounting principles concerning Green Mountain Reservoir during the 2004 fill season. The 2004 fill season is unusual because the Green Mountain Reservoir direct flow power right is not being exercised due to low flows in the Blue River basin, a physical fill of Green Mountain Reservoir is not likely to be accomplished this year and the 1941 Shosone water right may call in early to mid July of 2004. Due to the unusual circumstances concerning the 2004 fill season, the State Engineer does not intend that this interim policy create any precedent binding on the Division of Water Resources or any water user in a future year (whether or not the factual situation in the future is the same or similar to the 2004 fill season). The State Engineer has consulted with numerous water users prior to adopting this policy and understands that there is not basin-wide consensus about the administrative and accounting principles included in the interim policy. The State Engineer does not intend that this policy change, limit or in any way effect the future positions of the Division of Water Resources or any water user. The State Engineer will not construe water user acquiescence to the 2004 interim policy to be an admission, estoppel, or waiver nor will he argue that the failure of water users to challenge this interim policy is a failure to exhaust administrative remedies. Beginning in August of 2004, parties interested in Green Mountain Reservoir administration and accounting will meet with Division of Water Resources staff and discuss a permanent resolution to these issues in order to suggest a final policy to the State Engineer.