IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 49-cv-02782-MSK-CBS
Consolidated Case Nos. Civil Action No. 5016 and Civil Action No. 5017
and

| | |
|---|---|
| **DISTRICT COURT, WATER DIVISION 5, COLORADO**<br>GARFIELD COUNTY COMBINED COURTS<br>109 8TH STREET, SUITE 104<br>GLENWOOD SPRINGS, CO 81601-3303 | |
| CONCERNING THE APPLICATION OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS<br><br>IN SUMMIT COUNTY, COLORADO | <br><br>∆ **COURT USE ONLY** ∆ |
| CHARLES B. WHITE, NO. 9241<br>PETROS & WHITE, LLC<br>1999 BROADWAY, SUITE 3200<br>DENVER, CO 80202<br>PHONE: (303) 825-1980<br>FAX: (303) 825-1983<br>E-MAIL: cwhite@petros-white.com | **CASE NO.: 06CW255** |
| **STATEMENT OF OPPOSITION** | |

1.  Name and address of Objector:

    Board of County Commissioners of the County of Summit ("Summit County")
    c/o Gary Martinez, County Manager
    Post Office Box 68
    Breckenridge, CO 80424

    copies of all pleadings to:

    Charles B. White
    Petros & White, LLC
    1999 Broadway, Suite 3200
    Denver, CO 80202
    (303) 825-1980

2.  Name of structure: Blue River Diversion Project.

Statement of Opposition of Summit County
Case No. 06CW255, Water Division No. 5
Page 2

3. <u>Reasons for opposition</u>:

A. Summit County is the owner of absolute and conditional water rights, exchanges, an augmentation plan, and other interests in the Colorado River Basin in Water Division No. 5.

B. Summit County is a party to the September 19, 1985 Summit County Agreement, the July 21, 1992 Clinton Reservoir – Fraser River Water Agreement, and the September 26, 2013 Colorado River Cooperative Agreement ("CRCA"), all as described in the Second Amended Application.

C. Summit County supports the entry of a decree as requested in the Second Amended Application and wishes to participate in this case to ensure that any decree entered by the Court is consistent with the foregoing agreements.

D. This statement of opposition shall be of continuing force and effect and shall apply to all amendments to the application filed herein.

E. The application does not contain sufficient information to enable Summit County to state more specific grounds for its participation in this case. Summit County reserves the right to supplement this statement of opposition following discovery.

Respectfully submitted this 21ST day of April, 2014.

        PETROS & WHITE, LLC

        <u>/s/ Charles B. White</u>
        Charles B. White, No. 9241

        ATTORNEYS FOR THE BOARD OF
        COUNTY COMMISSIONERS OF SUMMIT
        COUNTY

Statement of Opposition of Summit County<br>
Case No. 06CW255, Water Division No. 5<br>
Page 3

## VERIFICATION

| | |
|---|---|
| STATE OF COLORADO | ) |
| | ) s.s. |
| COUNTY OF SUMMIT | ) |

I, Gary Martinez, County Manager for Summit County, state under oath that I have read the foregoing Statement of Opposition and verify its content on behalf of the Board of County Commissioners of the County of Summit.

*[signature: Gary Martinez]*

Subscribed and sworn to before me this **8** day of April, 2014 by Gary Martinez on behalf of the Board of County Commissioners of the County of Summit.

My commission expires: **10-8-2017**

**MARY JEAN GRIFFIN**
**NOTARY PUBLIC**
**STATE OF COLORADO**
NOTARY ID 20034024276
MY COMMISSION EXPIRES OCTOBER 08, 2017

*[signature]* Mary Jean Griffin
Notary Public

[SEAL]

## CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of the above **STATEMENT OF OPPOSITION**, via ICCES on the 8th day of April, 2014, by selecting all parties of record; and via CM/ECF on the 21st day of April, 2014.


_____/s/ Kari Newmyer_____

*Pursuant to Rule 121 the signed original is on file in the office of Petros & White, LLC*