IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-MSK-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 06CW255

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

**MOTION FOR WITHDRAWAL OF COUNSEL**

Opposer Colorado River Water Conservation District ("River District"), hereby moves this Court for an Order allowing the withdrawal of Leah K. Martinsson of Holland & Hart, LLP as counsel for the River District. This motion is made due to Ms. Martinsson's withdrawal from Holland & Hart LLP. The River District will continue to be represented by Christopher L. Thorne and Meghan N. Winokur of Holland & Hart, LLP and by Peter Fleming and Jason Turner of the River District.

Respectfully submitted this 23rd day of April, 2014.

*s/ Christopher L. Thorne*
Christopher L. Thorne
HOLLAND & HART LLP
P.O. Box 8749
Denver, CO  80201-8749

Peter C. Fleming
Jason V. Turner
COLORADO RIVER WATER CONSERVATION
DISTRICT

**ATTORNEYS FOR OPPOSER COLORADO RIVER WATER CONSERVATION DISTRICT**

1

Case No. 1:49-cv-02782-MSK-CBS   Document 368   filed 04/23/14   USDC Colorado
pg 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2014 a true and correct copy of the foregoing **MOTION FOR WITHDRAWAL OF COUNSEL** was served upon the following counsel through ECF for the United States District Court.

| Party Name | Party Type | Attorney Name |
| --- | --- | --- |
| City And County Of Denver Acting By And | Applicant | Stephen Gurr, Barry Schwartz, Daniel Arnold, Casey Funk |
| Climax Molybdenum Company | Opposer | Brian Nazarenus, Olivia Lucas, Robert Pohlman, Roger Williams |
| Division 5 Engineer | Division Engineer | Division 5 Water Engineer |
| Frisco, Town Of | Opposer | James Montgomery |
| Grand Valley Irrigation | Opposer | Frederick Aldrich |
| Grand Valley Water Users Association | Opposer | Mark Hermundstad, Kirsten Kurath |
| Middle Park Conservancy District | Opposer | Stanley Cazier, John Walker |
| Northern Colorado Water Conservancy Dist | Opposer | Bennett Raley, Lisa Thompson |
| Orchard Mesa Irrigation District | Opposer | Mark Hermundstad, Kirsten Kurath |
| Palisade Irrigation District | Opposer | Nathan Keever |
| State Engineer | State Engineer | Colorado Division Of Water Resources |
| Summit County Board Of Commissioners | Opposer | Charles White |
| Ute Water Conservancy District | Opposer | Mark Hermundstad, Kirsten Kurath |

*s/ Sherryl L. Enna*

*A printed copy of this document with original signature is maintained by the filing party and will be made available for inspection by other parties or the Court upon request*

2

5099846_1.DOC

3