IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-MSK-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 06CW255

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

**ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL**

The Court, having reviewed Opposer Colorado River Water Conservation District's ("River District") Motion for Withdrawal of Counsel, and being fully advised in the premises:

HEREBY ORDERS that Leah K. Martinsson be allowed and hereby is withdrawn as counsel for the River District.

Dated _____, 2014.

_____
Judge
United States District Court for the District of Colorado

5099853_1.DOC

1