# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 49-cv-02782-MSK-CBS

Consolidated Cases No. Civil Action No. 5016 and Civil Action No. 5017

And

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO

Case No. 15CW3019

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY OF COLORADO SPRINGS, COLORADO, IN SUMMIT COUNTY, COLORADO

**FILING MEMORANDUM FOR COPIES OF APPLICATION FOR FINDING OF REASONABLE DILIGENCE**

Comes now, the City of Colorado Springs by its undersigned attorneys, and pursuant to this Court's Order of August 4, 1977, in this matter (copy attached as Exhibit 1), Applicant hereby files a copy of its Application for Finding of Reasonable Diligence (attached as Exhibit 2), which has been concurrently filed in the District Court, Water Division No. 5 ("Water Court"), and has been assigned Case No. 15CW3019 in that Court, together with a copy of the proposed resume of such application for publication by the Water Court pursuant to Colo. Rev. Stat. §37-92-302(3)(a), (2014), (attached as Exhibit 3)..

DATED this 31st day of March, 2015.

CARLSON, HAMMOND & PADDOCK, L.L.C.

By: *s/Mary Mead Hammond*
William A. Paddock, Reg. No. 9478
Mary Mead Hammond, Reg. No. 9851
Johanna Hamburger, Reg. No. 45052
Carlson, Hammond & Paddock, L.L.C.
1900 Grant Street, Suite 1200
Denver, Colorado 80203
Phone: (303) 861-9000
Fax: (303) 861-9026
e-mail: bpaddock@chp-law.com
   mhammond@chp-law.com
   jhamburger@chp-law.com

By: *s/Michael Gustafson by MMH*
    Michael Gustafson, Reg. No. 37364
    City Attorney's Office-Utilities
    121 So. Tejon St., Fourth Floor
    P. O. Box 1103, Mail Code 0940
    Colorado Springs, Colorado 80947-0940
    Phone: (719) 668-8050
    Fax: (719) 668-3212
    e-mail: mgustafson@springsgov.com

ATTORNEYS FOR COLORADO SPRINGS UTILITIES