| | |
|---|---|
| DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO<br>Garfield County Courthouse<br>109 8th Street, Suite 104<br>Glenwood Springs, CO 81601-3303 | |
| | ▲COURT USE ONLY▲ |
| CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY OF COLORADO SPRINGS, COLORADO, IN SUMMIT COUNTY, COLORADO | |
| Attorneys for Colorado Springs Utilities:<br>William A. Paddock, Reg. No. 9478<br>Mary Mead Hammond, Reg. No. 9851<br>Johanna Hamburger, Reg. No. 45052<br>Carlson, Hammond & Paddock, L.L.C.<br>1900 Grant Street, Suite 1200<br>Denver, Colorado 80203<br>Phone: (303) 861-9000, Fax: (303) 861-9026<br>e-mail: bpaddock@chp-law.com<br>         jhamburger@chp-law.com<br><br>Michael Gustafson, Reg. No. 37364<br>City Attorney's Office-Utilities<br>121 So. Tejon St., Fourth Floor<br>P. O. Box 1103, Mail Code 0940<br>Colorado Springs, Colorado 80947-0940<br>Phone: (719) 668-8050, Fax: (719) 668-3212<br>e-mail: mgustafson@springsgov.com | Case Number: 15CW3019<br>   (Former Case No. 06CW132)<br><br>Division 5      Ctrm: |
| **NOTICE TO LANDOWNERS** | |

and

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

## Civil Action No. 49-cv-0782-MSK-CBS

## Consolidated Cases No. Civil Action No. 5016 and Civil Action No. 5017

The undersigned counsel for Applicant certifies that a copy of the Application was mailed, and notice thereby given, by registered or certified mail, return receipt requested, to the following owners of land upon which any new diversion or storage structure or modification to any existing storage structure or existing storage pool is or will be constructed or upon which

water is or will be stored, as determined in reliance on the real estate records of the county assessor for the county or counties in which the land is located:

    A.    United States Forest Service
           c/o District Ranger
           P. O. Box 620
           Silverthorne, Colorado 80498-0620

    B.    Board of County Commissioners, Summit County
           Box 68
           Breckenridge, Colorado, 80424-0068

    C.    City of Colorado Springs
           30 So. Nevada Ave. Suite 601
           Colorado Springs, Colorado 80903

    D.    Carolyn M. Holm
           c/o Janet C. McDermott
           P.O. Box 3716
           Breckenridge, CO 80424-3716

    E.    Eileen M. Sesson
           6142 So. Marion Way
           Littleton, Colorado 80121

DATED this 6 day of April, 2015.

                                          CARLSON, HAMMOND & PADDOCK, L.L.C.

                                          By: _____
                                          William A. Paddock, Reg. No. 9478
                                          Mary Mead Hammond, Reg. No. 9851
                                          Johanna Hamburger, Reg. No. 45052

                                          ATTORNEYS FOR COLORADO SPRINGS
                                          UTILITIES