| | |
|---|---|
| DISTRICT COURT, WATER DIVISION NO. 5<br>STATE OF COLORADO<br>Garfield County Courthouse<br>109 8th Street, Suite 104<br>Glenwood Springs, CO 81601-3303 | ▲COURT USE ONLY▲ |
| CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY OF COLORADO SPRINGS, COLORADO, IN SUMMIT COUNTY, COLORADO | |
| Attorneys for Colorado Springs Utilities:<br>William A. Paddock, Reg. No. 9478<br>Mary Mead Hammond, Reg. No. 9851<br>Johanna Hamburger, Reg. No. 45052<br>Carlson, Hammond & Paddock, L.L.C.<br>1900 Grant Street, Suite 1200<br>Denver, Colorado 80203<br>Phone: (303) 861-9000, Fax: (303) 861-9026<br>e-mail: bpaddock@chp-law.com<br>          jhamburger@chp-law.com<br><br>Michael Gustafson, Reg. No. 37364<br>City Attorney's Office-Utilities<br>121 So. Tejon St., Fourth Floor<br>P. O. Box 1103, Mail Code 0940<br>Colorado Springs, Colorado 80947-0940<br>Phone: (719) 668-8050, Fax: (719) 668-3212<br>e-mail: mgustafson@springsgov.com | Case Number: 15CW3019<br>   (Former Case No. 06CW132)<br><br>Division 5     Ctrm: |
| **NOTICE OF PROOF OF PUBLICATION** | |

and

**UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

**Civil Action No. 49-cv-0782-MSK-CBS**

**Consolidated Cases No. Civil Action No. 5016 and Civil Action No. 5017**

  Applicant, the City of Colorado Springs, by its attorneys, Carlson, Hammond & Paddock, L.L.C., hereby submits proof of publication of the resume in this matter in accordance with C.R.S. § 37-92-302. Attached is the Proof of Publication from the Daily Sentinel (Mesa County, Colorado) on April 15, 2015, the Rifle Citizen Telegram (Garfield County, Colorado) on April

24, 2015, and the Summit County Journal (Summit County, Colorado) on April 24, 2015. All fees associated with these publications have been paid by the Applicant.

DATED this 20th day of May, 2015.

                                              CARLSON, HAMMOND & PADDOCK, L.L.C.

By: _____
     William A. Paddock, Reg. No. 9478
     Mary Mead Hammond, Reg. No. 9851
     Johanna Hamburger, Reg. No. 45052

ATTORNEYS FOR COLORADO SPRINGS UTILITIES

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May 2015, a true and correct copy of the foregoing **NOTICE OF PROOF OF PUBLICATION** in Case No. 15CW3019 was electronically filed via ICCES and electronically served on counsel of record as follows:

Office of the State Engineer
Division of Water Resources
1313 Sherman St., 8th Floor
Denver, CO 80203

Division Engineer
Water Division No. 5
P.O. Box 396
Glenwood Springs, CO 81602

Glenn E. Porzak, Esq.
William D. Wombacher, Esq.
Porzak Browning & Bushong LLP
2120 13th Street
Boulder, CO 80302

*THIS DOCUMENT WAS E-FILED PURSUANT TO RULE 121.*
*DULY-SIGNED ORIGINAL IS ON FILE AT THE OFFICES*
*OF CARLSON, HAMMOND & PADDOCK, L.L.C.*