| | |
|---|---|
| DISTRICT COURT, WATER DIVISION NO. 5<br>STATE OF COLORADO<br>Garfield County Courthouse<br>109 8th Street, Suite 104<br>Glenwood Springs, CO 81601-3303<br>(970) 945-507 | |
| CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY OF COLORADO SPRINGS, COLORADO, IN SUMMIT COUNTY, COLORADO | ▲ COURT USE ONLY ▲ |
| Attorneys for Objectors:<br>Mark A. Hermundstad, #10527<br>Kirsten M. Kurath, #24649<br>WILLIAMS, TURNER & HOLMES, P.C.<br>200 North 6th Street, P.O. Box 338<br>Grand Junction, CO 81502<br>Phone Number: (970) 242-6262<br>Fax Number: (970) 241-3026<br>E-mail: mherm@wth-law.com; kmkurath@wth-law.com | Case Number: 15CW3019<br>(Former Case No. 06CW132)<br><br>Div.: 5          Ctrm.: |
| **STATEMENT OF OPPOSITION OF GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT AND UTE WATER CONSERVANCY DISTRICT, ACTING BY AND THROUGH THE UTE WATER ACTIVITY ENTERPRISE** | |

and

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

## Civil Action No. 49-cv-02782-MSK-CBS

### Consolidated Cases Civil Action No. 5016 and Civil Action No. 5017

1. Name, address and telephone number of Objectors:

   Grand Valley Water Users Association
   Attn: Mark Harris, Manager
   1147 24 Road
   Grand Junction, CO 81505
   (970) 242-5065

1

Orchard Mesa Irrigation District
Attn: Max Schmidt, Manager
668 38 Road
Palisade, CO 81526
(970) 464-7885

Ute Water Conservancy District, acting by and through the Ute Water Activity Enterprise
Attn: Steve Ryken, Assistant Manager
P.O. Box 460
Grand Junction, CO 81502
(970) 242-7491

2. State facts as to why the Application should not be granted or why it should be granted only in part or on certain conditions:

   A. The Objectors are the owners, operators and/or users of water rights which could be adversely affected by the granting of the Application filed herein.

   B. Applicant must establish that there has been a steady application of effort to complete the appropriation of the subject water rights in a reasonably expedient and efficient manner and in accordance with the stipulations, orders, judgments and decrees entered in Consolidated Civil Case Nos. 2782, 5016 and 5017, United States District Court for the District of Colorado (collectively, the "Blue River Decree") and Civil Action No. 1806, Summit County District Court, State of Colorado.

   C. Applicant must establish that the subject water rights are not and/or have not become speculative.

   D. Applicant must establish the elements required by Section 37-92-305(9)(b), C.R.S., including without limitation that the waters can and will be diverted, stored, or otherwise captured, possessed, and controlled and will be beneficially used and that the project can and will be completed with diligence and within a reasonable time.

   E. The Objectors reserve the right to raise additional grounds for objection as further information becomes available to the Objectors through discovery or otherwise.

Statement of Opposition – Grand Valley Entities
Application of The City of Colorado Springs
Case No. 15CW3019
Page 3

F.   This Statement of Opposition shall be continuing in nature. If any amendment to the Application is deemed necessary by the Water Court or by the Applicant, this Statement of Opposition shall be considered sufficient for the purposes of opposing the amended Application without the necessity of filing a further statement of opposition.

WHEREFORE, Objectors request that the Application be dismissed or that conditions be imposed which adequately protect the water rights of the Objectors and for such other and further relief as may be appropriate.

Respectfully submitted this 27th day of May, 2015.

WILLIAMS, TURNER & HOLMES, P.C.

*[signature]*

Mark A. Hermundstad, #10527
Kirsten M. Kurath, #24649
Attorneys for Grand Valley Water Users Association, Orchard Mesa Irrigation District and Ute Water Conservancy District, acting by and through the Ute Water Activity Enterprise

3

Statement of Opposition – Grand Valley Entities
Application of The City of Colorado Springs
Case No. 15CW3019
Page 4

STATE OF COLORADO )
                  ) ss.
COUNTY OF MESA    )

    Mark Harris, as Manager of Objector, Grand Valley Water Users Association, being first duly sworn deposes and states that he has read the foregoing Statement of Opposition and verifies its content.

*[signature]*
Mark Harris

Subscribed and sworn to before me this 27th day of May, 2015.

WITNESS my hand and official seal.

My Commission Expires: 05/08/2017

NICOLETTA M. MOSCHETTI
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID #19874142770
My Commission Expires May 8, 2017

*[signature]* Nicolette M. Moschetti
Notary Public

4

Statement of Opposition – Grand Valley Entities
Application of The City of Colorado Springs
Case No. 15CW3019
Page 5

STATE OF COLORADO  )
                   ) ss.
COUNTY OF MESA     )

Max Schmidt, as Manager of Objector, Orchard Mesa Irrigation District, being first duly sworn deposes and states that he has read the foregoing Statement of Opposition and verifies its content.

_____
Max Schmidt

Subscribed and sworn to before me this 27th day of May, 2015.

WITNESS my hand and official seal.

My Commission Expires: 05/08/2017

_____
Notary Public

NICOLETTA M. MOSCHETTI
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID #19874142770
My Commission Expires May 8, 2017

5

STATE OF COLORADO )
) ss.
COUNTY OF MESA )

Steve Ryken, as Assistant Manager of Objector, Ute Water Conservancy District, acting by and through the Ute Water Activity Enterprise, being first duly sworn deposes and states that he has read the foregoing Statement of Opposition and verifies its content.

_____
Steve Ryken

Subscribed and sworn to before me this 27th day of May, 2015.

WITNESS my hand and official seal.

My Commission Expires: 05/05/2017

_____
Notary Public

NICOLETTA M. MOSCHETTI
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID #19874142770
My Commission Expires May 8, 2017

-6-

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2015, a true and correct copy of the foregoing **Statement of Opposition of Grand Valley Water Users Association, Orchard Mesa Irrigation District and Ute Water Conservancy District, acting by and through the Ute Water Activity Enterprise**, was served via ICCES on the following:

| Name | Type | Attorney | Organization | Method |
|---|---|---|---|---|
| Breckenridge, Town of | Opposer | Glenn Edward Porzak | Porzak Browning & Bushong LLP | E-Service |
| Breckenridge, Town of | Opposer | William Doran Wombacher | Porzak Browning & Bushong LLP | E-Service |
| Colorado Springs, City of | Applicant | Johanna Hamburger | Carlson, Hammond & Paddock, L.L.C. | E-Service |
| Colorado Springs, City of | Applicant | Mary Mead Hammond | Carlson, Hammond & Paddock, L.L.C. | E-Service |
| Colorado Springs, City of | Applicant | William Arthur Paddock | Carlson, Hammond & Paddock, L.L.C. | E-Service |
| Division 5 Engineer | Division Engineer | Division 5 Water Engineer | State of Colorado DWR Division 5 | E-Service |
| State Engineer | State Engineer | Colorado Division of Water Resources | State of Colorado - Division of Water Resources | E-Service |

*/s/ Stefanie Scardigno*  
Stefanie Scardigno

Statement of Opposition – Grand Valley Entities
Application of The City of Colorado Springs
Case No. 15CW3019
Page 8

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2015, I electronically filed the foregoing **Statement of Opposition of Grand Valley Water Users Association, Orchard Mesa Irrigation District and Ute Water Conservancy District, acting by and through the Ute Water Activity Enterprise** with the Clerk of the U.S. District Court in Civil Action No. 49-cv-02782-MSK-CBS, using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Ann M. Rhodes | amr@bhgrlaw.com |
| Anne Jamieson Castle | acastle@hollandhart.com, IntakeTeam@HollandHart.com |
| Austin C. Hamre | ahamre@hrodlaw.com, dodpc@dodpc.com |
| Barry Alan Schwartz | barry.schwartz@denvergov.org, kathleen.brand@denvergov.org, stefanie.raph@denvergov.org, veronica.blea@denvergov.org |
| Bennett W. Raley | bwraley@mac.com, braley@troutlaw.com, dmurray@troutlaw.com, ewhiskeyman@troutlaw.com, Sestrella@troutlaw.com |
| Brian Max Nazarenus | bnazarenus@rcalaw.com, dstalnaker@rcalaw.com, kcanjar@rcalaw.com, pdavis@rcalaw.com |
| Casey S. Funk | casey.funk@denverwater.org, tracy.gomez@denverwater.org |
| Chad Matthew Wallace | chad.wallace@state.co.us, terrie.sandoval@state.co.us |
| Charles B. White | cwhite@petros-white.com, knew@petros-white.com |
| Christopher Graham McAnany | howard@dwmk.com, mcanany@dwmk.com |
| Christopher L. Thorne | cthorne@hollandhart.com, IntakeTeam@hollandhart.com |
| Daniel John Arnold | daniel.arnold@denverwater.org, julie.whalen@denverwater.org |
| David G. Hill | dgh@bhgrlaw.com, pag@bhgrlaw.com |
| Donald E. Phillipson | dbls99@comcast.net |
| Douglas L. Abbott | dabbott@hollandhart.com, blwerner@hollandhart.com, IntakeTeam@HollandHart.com, jmarsh@hollandhart.com, mmarrow@hollandhart.com |
| Frederick G. Aldrich | faldrich@aldrich-law.com, kdavis@aldrich-law.com |
| Gail Rosenschein | gail.rosenschein@denverwater.org |
| James J. DuBois | james.dubois@usdoj.gov, efile_nrs.enrd@usdoj.gov, laurie.himebaugh@usdoj.gov |
| James R. Montgomery | jmontgomery@mwhw.com, rolson@mwhw.com |
| Jason V. Turner | jturner@crwcd.org, lnichols@crwcd.org |
| Jeffrey Flinn Davis | jeff.davis@denverwater.org |

| | |
|---|---|
| John Dorsey Walker | jdorseywalk@yahoo.com |
| John Leonard Watson | jwatson@bw-legal.com, bbiondolillo@bw-legal.com, mhansen@bw-legal.com, ssoltero@bw-legal.com |
| Julie Elise Maurer | jmaurer@rcalaw.com |
| Karl D. Ohlsen | kohlsen@chp-law.com, sKirschenbaum@chp-law.com |
| Kathleen M. Morgan | kathi_M8@yahoo.com, merci@moriarty.com, myrna@moriarty.com |
| Kirsten Marie Kurath | kmkurath@wth-law.com, mbernal@wth-law.com, pmoore@wth-law.com |
| Lisa M. Thompson | lthompson@troutlaw.com |
| Mark A. Hermundstad | mherm@wth-law.com, pmoore@wth-law.com |
| Mary Mead Hammond | mhammond@chp-law.com, skirschenbaum@chp-law.com |
| Meghan Nichols Winokur | mwinokur@hollandhart.com, IntakeTeam@HollandHart.com |
| Michael John Gustafson | mgustafson@springsgov.com |
| Nathan A. Keever | howard@dwmk.com, keever@dwmk.com |
| Olivia Denton Lucas | olivia.lucas@faegrebd.com |
| Peter Cheney Fleming | pfleming@crwcd.org, lnichols@crwcd.org |
| Robert James Pohlman | rpohlman@swlaw.com |
| Robert V. Trout | rtrout@troutlaw.com |
| Roger T. Williams, Jr | rwilliams@rcalaw.com, apalius@rcalaw.com, dmrobertson@rcalaw.com, dstalnaker@rcalaw.com, kcanjar@rcalaw.com |
| Stanley W. Cazier | cazier_mcgowan@hotmail.com |
| William A. Paddock | bpaddock@chp-law.com, skirschenbaum@chp-law.com |

Stefanie Scardigno