IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 49-cv-2782-MSK-CBS
Consolidated Case Nos. Civil Action No. 5016 and Civil Action No. 5017
and

| | |
|---|---|
| **DISTRICT COURT, WATER DIVISION 5, COLORADO**<br>GARFIELD COUNTY COMBINED COURTS<br>109 8TH STREET, SUITE 104<br>GLENWOOD SPRINGS, CO 81601-3303 | |
| CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY OF COLORADO SPRINGS<br><br>IN SUMMIT COUNTY, COLORADO | Δ **COURT USE ONLY** Δ |
| CHARLES B. WHITE, NO. 9241<br>PETROS & WHITE, LLC<br>1999 BROADWAY, SUITE 3200<br>DENVER, CO 80202<br>PHONE: (303) 825-1980<br>FAX: (303) 825-1983<br>E-MAIL: CWHITE@PETROS-WHITE.COM | **CASE NO.: 15CW3019** |
| **STATEMENT OF OPPOSITION** | |

1.  Name and address of Opposer:

    Board of County Commissioners of the County of Summit ("Summit County")
    c/o Gary Martinez, County Manager
    Post Office Box 68
    Breckenridge, CO 80424

    copies of all pleadings to:

    Charles B. White
    Petros & White, LLC
    1999 Broadway, Suite 3200
    Denver, CO 80202
    (303) 825-1980

Statement of Opposition of Summit County<br>
Case No. 15CW3019, Water Division No. 5<br>
Page 2

2. <u>Names of structures</u>:

   Lower Blue Lake Reservoir;
   Spruce Lake Reservoir; and
   Mayflower Reservoir.

3. <u>Reasons for opposition</u>:

   A. The Board of County Commissioners of the County of Summit ("Summit County") is the owner of water rights in the Blue River Basin in Water Division No. 5, which is the source of the conditional water rights described in the Application. Summit County's absolute and conditional water rights, rights of exchange, and plan for augmentation and other interests may be adversely impacted by the granting of the application.

   B. The Applicant should be placed upon strict proof of all elements of the application, including, without limitation, the exercise of reasonable diligence to perfect its conditional water rights in accordance with the original decree(s) and compliance with the "can and will" doctrine of C.R.S. §37-92-305(9)(b).

   C. The Applicant's conditional water rights are subject to the terms of the stipulations, orders, and decrees in Consolidated Case Nos. 2782, 5016, and 5017, U.S. District Court for the District of Colorado and Senate Document No. 80, 75th Congress, 1st Session (1937).

   D. Pursuant to the Order entered by the United States District Court in Consolidated Case Nos. 2782, 5016, and 5017 on August 4, 1977 (the "1977 Order"), that Court acts as the Water Judge for Water Division No. 5 in matters relating to the filing of applications for quadrennial showings of due diligence pursuant to the 1969 Water Right Determination and Administration Act. However, prior diligence applications for the conditional water rights that are the subject of the application in this case, including applications in Case Nos. 98CW42 and 06CW132, were filed only in Colorado State Court and the decrees in those cases were entered only by the State Water Judge, rather than by the United States District Court, as required by the 1977 Order.

   E. This statement of opposition shall be of continuing force and effect and shall apply to all amendments to the Application filed herein.

   F. The Application does not contain sufficient information to enable Summit County to state more specific grounds for its participation in this case. Summit County reserves the right to supplement this statement of opposition following discovery.

Respectfully submitted this 27th day of May, 2015.

Statement of Opposition of Summit County  
Case No. 15CW3019, Water Division No. 5  
Page 3

PETROS & WHITE, LLC

*/s/ Charles B. White*
Charles B. White, No. 9241
ATTORNEYS FOR THE BOARD OF COUNTY COMMISSIONERS OF SUMMIT COUNTY

Statement of Opposition of Summit County
Case No. 15CW3019, Water Division No. 5
Page 4

## VERIFICATION

STATE OF COLORADO          )
                           ) s.s.
COUNTY OF SUMMIT           )

I, Gary Martinez, County Manager for Summit County, state under oath that I have read the foregoing Statement of Opposition and verify its content on behalf of the Board of County Commissioners of the County of Summit.

*Pursuant to Rule 121 the signed original is on file in the office of Petros & White, LLC*

Subscribed and sworn to before me this 26 day of May, 2015 by Gary Martinez on behalf of the Board of County Commissioners of the County of Summit.

My commission expires:

[SEAL]

Notary Public

## CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of the above **STATEMENT OF OPPOSITION**, via ICCES and via CM/ECF on this 27th day of May, 2015, to all parties of record.

                                             */s/ Kari Newmyer*

*Pursuant to Rule 121 the signed original is on file in the office of Petros & White, LLC*