IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 49-cv-2782-MSK-CBS
Consolidated Case Nos. Civil Action No. 5016 and Civil Action No. 5017
and

DATE FILED: May 28, 2015 1:43 PM
FILING ID: 60964681E0AEF
CASE NUMBER: 2015CW3019

| | |
|---|---|
| **District Court, Water Division 5, Colorado**<br>Garfield County Combined Courts<br>109 8th Street, Suite 104<br>Glenwood Springs, CO  81601 | |
| CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY OF COLORADO SPRINGS, IN SUMMIT COUNTY, COLORADO | Δ **COURT USE ONLY** Δ |
| Peter C. Fleming, Atty. No. 20805<br>Jason V. Turner, Atty. No. 35665<br>Colorado River Water Conservation District<br>P.O. Box 1120<br>Glenwood Springs, CO 81602<br>Telephone: (970) 945-8522<br>Facsimile: (970) 945-8799<br>Email: pfleming@crwcd.org; jturner@crwcd.org | **CASE NO.:  15CW3019** |
| **STATEMENT OF OPPOSITION** | |

1.     Name, Address and Telephone Number of Opposer:

Colorado River Water Conservation District ("River District")
P. O. Box 1120
Glenwood Springs, Colorado  81602
Telephone: (970) 945-8522
Facsimile:   (970) 945-8799

Please direct all pleadings and correspondence in this matter to Peter C. Fleming and Jason V. Turner, counsel for the Opposer, at the foregoing address.

2.     Names of structures:
Lower Blue Lake Reservoir
Spruce Lake Reservoir
Mayflower Reservoir

3.     State facts as to why the application should not be granted or why it should be granted only in part or on certain conditions:

District Court, Case No. 15CW3019 (49-cv-2782-MSK-CBS); City of Colorado Springs
Statement of Opposition of CRWCD
Page 2

A.     The River District, by virtue of and in compliance with its statutory powers and duties, is the owner and claimant of absolute and conditional water rights in Water Division No. 5, and represents the interests of water users with water rights and rights to use water that may be injured by the relief requested in this Application.

B.     The Applicant's conditional water rights are subject to the terms of the stipulations, orders, and decrees in Consolidated Case Nos. 2782, 5016, and 5017, U.S. District Court for the District of Colorado and Senate Document No. 80, 75th Congress, 1st Session (1937).

C.     Pursuant to the Order entered by the United States District Court in Consolidated Case Nos. 2782, 5016, and 5017 on August 4, 1977 (the "1977 Order"), that Court acts as the Water Judge for Water Division No. 5 in matters relating to the filing of applications for quadrennial showings of due diligence pursuant to the 1969 Water Right Determination and Administration Act. However, prior diligence applications for the conditional water rights that are the subject of the application in this case, including applications in Case Nos. 98CW42 and 06CW132, appear to have been filed only in Colorado State Court and the decrees in those cases appear to have been entered only by the State Water Judge, rather than by the United States District Court, as required by the 1977 Order.

D.     The Applicant must be held to strict proof with respect to each claim made in the application.

E.     The Applicant must prove that it has been diligent in the development of the subject conditional rights as decreed and that the project is viable and can and will be completed with diligence and within a reasonable time.

F.     The Applicant must prove that it has a continuing intent to develop the decreed water rights for their decreed purposes and that it has a definite need for the water for the intended use within a reasonable time.

G.     The River District reserves the right to raise additional objections at a later date founded upon information not readily ascertainable from the Application.

H.     This Statement of Opposition is intended to be continuing in nature and to apply to any amendments to the Application deemed necessary by the Applicant or the Court without the necessity of filing any additional statements of opposition.

District Court, Case No. 15CW3019 (49-cv-2782-MSK-CBS); City of Colorado Springs
Statement of Opposition of CRWCD
Page 3

Respectfully submitted this 28th day of May, 2015.

/s/*      *Peter C. Fleming*
Peter C. Fleming, General Counsel, #20805
Jason V. Turner, Senior Counsel #35665

*Attorneys for the Colorado River Water Conservation District*

*In accordance with C.R.C.P. 121 §1-26(9), this document has been electronically filed via* the Integrated Colorado Courts E-Filing System (ICCES) https://www.jbits.courts.state.co.us/icces and CM/ECF Filer, U.S. District Court https://ecf.cod.uscourts.gov/cgi-bin/login.pl. *A printed copy of this document with original signatures is maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*

## VERIFICATION

STATE OF COLORADO            )
                             ) ss.
COUNTY OF GARFIELD           )

I, Dan Birch, Deputy General Manager for the Colorado River Water Conservation District, state that I have read the foregoing Statement of Opposition and verify its content.

/s/*      *Dan Birch*
Dan Birch, Deputy General Manager

Subscribed and sworn to before me on May 28, 2015.

WITNESS my official hand and seal.  My Commission Expires: 7/11/2015

/s/*      *Lorra Nichols*
Notary Public

District Court, Case No. 15CW3019 (49-cv-2782-MSK-CBS); City of Colorado Springs
Statement of Opposition of CRWCD
Page 4

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that a true and correct copy of the foregoing **STATEMENT OF OPPOSITION** will be e-filed and served upon the parties of record through (ICCES) https://www.jbits.courts.state.co.us/icces and CM/ECF Filer https://ecf.cod.uscourts.gov/cgi-bin/login.pl. within twenty-four (24) hours of this date, May 28, 2015, or deposited in the United States Mail, first class, postage prepaid.

                         */s/ Lorra Nichols\**

*\*In accordance with C.R.C.P. 121 §1-26(9), this document has been electronically filed via* the Integrated Colorado Courts E-Filing System (ICCES) https://www.jbits.courts.state.co.us/icces and CM/ECF Filer, U.S. District Court https://ecf.cod.uscourts.gov/cgi-bin/login.pl.  *A printed copy of this document with original signatures is maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*