# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Honorable Marcia S. Krieger

Civil Action No. 49-cv-2782-MSK-CBS

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

NORTHERN COLORADO WATER CONSERVANCY
DISTRICT et al.,

    Defendants,

In the Matter of the Adjudication of Priorities of Water Rights in
Water District No. 36 for Purposes of Irrigation:

Petitioners:
CITY OF COLORADO SPRINGS, COLORADO RIVER WATER CONSERVATION
DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA
IRRIGATION DISTRICT, PALISADE IRRIGATION DISTRICT, GRAND VALLEY
IRRIGATION COMPANY, and MIDDLE PARK WATER CONSERVANCY DISTRICT

---

## ENTRY OF APPEARANCE

---

    COMES NOW Johanna Hamburger, Associate Attorney with the law firm of Carlson, Hammond & Paddock, LLC, and enters her appearance as counsel for the City of Colorado Springs, acting through its enterprise, Colorado Springs Utilities, in the above-captioned action. Please include undersigned counsel on all future correspondence, notices, and pleadings in this case.

Respectfully submitted this 15th day of April, 2016.

                                                 *s/ Johanna Hamburger*
                                                 Johanna Hamburger
                                                 Carlson, Hammond & Paddock, LLC
                                                 1900 Grant Street, Suite 1200
                                                 Denver, CO 80203
                                                 Telephone: 303-861-9000
                                                 Email: jhamburger@chp-law.com
                                                 Attorneys for City of Colorado Springs,
                                                 acting by and through Colorado Springs
                                                 Utilities

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 15th day of April, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Ann M. Rhodes   amr@bhgrlaw.com

Anne Jamieson Castle   acastle@hollandhart.com, IntakeTeam@HollandHart.com

Austin C. Hamre   ahamre@hrodlaw.com, dodpc@dodpc.com

Barry Alan Schwartz   barry.schwartz@denvergov.org, kathleen.brand@denvergov.org, stefanie.raph@denvergov.org, veronica.blea@denvergov.org

Bennett W. Raley   bwraley@mac.com, braley@troutlaw.com, dmurray@troutlaw.com, ewhiskeyman@troutlaw.com, Sestrella@troutlaw.com

Brian Max Nazarenus   bnazarenus@rcalaw.com, dstalnaker@rcalaw.com, kcanjar@rcalaw.com, pdavis@rcalaw.com

Casey S. Funk   casey.funk@denverwater.org, tracy.gomez@denverwater.org

Chad Matthew Wallace   chad.wallace@state.co.us, terrie.sandoval@state.co.us

Charles B. White   cwhite@petros-white.com, knew@petros-white.com

Christopher Graham McAnany   howard@dwmk.com, mcanany@dwmk.com

Christopher L. Thorne   cthorne@hollandhart.com, IntakeTeam@hollandhart.com

Daniel John Arnold   daniel.arnold@denverwater.org, julie.whalen@denverwater.org

David G. Hill   dgh@bhgrlaw.com, pag@bhgrlaw.com

Donald E. Phillipson   dbls99@comcast.net

Douglas L. Abbott   dabbott@hollandhart.com, blwerner@hollandhart.com,

IntakeTeam@HollandHart.com, jmarsh@hollandhart.com, mmarrow@hollandhart.com

Frederick G. Aldrich    faldrich@aldrich-law.com, kdavis@aldrich-law.com

Gail Rosenschein    gail.rosenschein@denverwater.org

James J. DuBois    james.dubois@usdoj.gov, efile_nrs.enrd@usdoj.gov, laurie.himebaugh@usdoj.gov

James R. Montgomery    jmontgomery@mwhw.com, rolson@mwhw.com

Jason V. Turner    jturner@crwcd.org, lnichols@crwcd.org

Jeffrey Flinn Davis    jeff.davis@denverwater.org

John Dorsey Walker    jdorseywalk@yahoo.com

John Leonard Watson    jwatson@bw-legal.com, bbiondolillo@bw-legal.com, mhansen@bw-legal.com, ssoltero@bw-legal.com

Julie Elise Maurer    jmaurer@rcalaw.com

Karl D. Ohlsen    kohlsen@chp-law.com, sKirschenbaum@chp-law.com

Kathleen M. Morgan    kathi_M8@yahoo.com, merci@moriarty.com, myrna@moriarty.com

Kirsten Marie Kurath    kmkurath@wth-law.com, mbernal@wth-law.com, pmoore@wth-law.com

Lisa M. Thompson    lthompson@troutlaw.com

Mark A. Hermundstad    mherm@wth-law.com, pmoore@wth-law.com

Mary Mead Hammond    mhammond@chp-law.com, skirschenbaum@chp-law.com

Meghan Nichols Winokur    mwinokur@hollandhart.com, IntakeTeam@HollandHart.com

Michael John Gustafson    mgustafson@springsgov.com

4

Nathan A. Keever   howard@dwmk.com, keever@dwmk.com

Olivia Denton Lucas   olivia.lucas@faegrebd.com

Peter Cheney Fleming   pfleming@crwcd.org, lnichols@crwcd.org

Robert James Pohlman   rpohlman@swlaw.com

Robert V. Trout   rtrout@troutlaw.com

Roger T. Williams, Jr   rwilliams@rcalaw.com, apalius@rcalaw.com, dmrobertson@rcalaw.com, dstalnaker@rcalaw.com, kcanjar@rcalaw.com

Stanley W. Cazier   cazier_mcgowan@hotmail.com

William A. Paddock   bpaddock@chp-law.com, skirschenbaum@chp-law.com

*s/ Johanna Hamburger*
Johanna Hamburger
Carlson, Hammond & Paddock, LLC
1900 Grant Street, Suite 1200
Denver, CO 80203
Telephone: 303-861-9000
Email: jhamburger@chp-law.com

5