JAMES R. HANSPEAKER
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

JAMES R. HANSPEAKER
CLERK

CONSOLIDATED CASES

| | |
|---|---|
| UNITED STATES OF AMERICA v. NORTHERN COLORADO WATER CONSERVANCY DISTRICT, et al. | Civil No. 2782 |
| IN THE MATTER OF THE ADJUDICATION OF PRIORITIES OF WATER RIGHTS IN WATER DISTRICT NO. 36 FOR PURPOSES OF IRRIGATION<br><br>PETITIONERS: THE COLORADO RIVER WATER CONSERVATION DISTRICT, THE GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT, PALISADE IRRIGATION COMPANY | Civil No. 5016 |
| IN THE MATTER OF THE ADJUDICATION OF PRIORITIES OF WATER RIGHTS IN WATER DISTRICT NO. 36 FOR PURPOSES OTHER THAN IRRIGATION<br><br>PETITIONERS: THE COLORADO RIVER WATER CONSERVATION DISTRICT, THE GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT, PALISADE IRRIGATION DISTRICT AND GRAND VALLEY IRRIGATION COMPANY | Civil No. 5017 |

ORDER REGARDING FURTHER PROCEEDINGS
CONSONANT WITH THE COLORADO
WATER RIGHT DETERMINATION AND
ADMINISTRATION ACT OF 1969

THIS MATTER came on for hearing on July 20, 1977 after opportunity given to interested parties to comment with respect to the subject matter of this Order, and particularly with respect to suggestions made by the City and County of Denver, acting by and through its Board of Water Commissioners, in its "Motion Regarding Compliance with Colorado Water Right Determination and Administration Act of 1969," and the Court now advised in the premises,

IT IS ORDERED:

1. Chapter 37, Article 92, of the 1973 publication of Colorado Statutes will be hereinafter referred to as "the Act of 1969." This Court will act as the Water Judge provided for by the 1969 Act for Water Division No. 5 insofar as proceedings in connection with cases numbered 5016 and 5017 are concerned. The Clerk of the Water Court for Water Division No. 5 of the State of Colorado is hereby ordered to perform those functions with respect

Exhibit 1

in these proceedings required of said Clerk as if these proceedings remained before the Water Judge of Water Division No. 5. In addition to any records or requirements for publishing, distributing, or otherwise acting with respect to such proceedings before this Court, the Water Clerk for Water Division No. 5 will do all those things required by the 1969 Act and, in addition, shall furnish to this Court two copies of all papers filed in the office of the Water Clerk of Water Division No. 5 relating to these cases, together with two copies of any resume or other publication with certificate of publication with respect to matters pertaining to such proceedings in the office of the Clerk of the United States District Court for Colorado at Denver, Colorado.

2. Any party interested in such proceedings will hereafter take such steps as desired by such party with respect to said cases in accordance with this Order and those procedural requirements of the Act of 1969 as are required for jurisdiction under the Act by making any necessary filing in the office of the Water Clerk of Water Division No. 5 and also a filing of two copies of every paper filed in the office of said Water Clerk in the office of the Clerk of the District Court of the United States District Court for Colorado at Denver, Colorado. All proceedings arising under cases numbered 5016 and 5017 pursuant to the initiation of action by any party shall be before the Judge of said United States District Court without reference to any referee and any matter which the Act of 1969 automatically refers to a referee is hereby ordered re-referred to the judge of this court to which said cases are assigned.

3. All action by this court in cases numbered 5016 and 5017 which requires implementation by an officer or employee of the State of Colorado will be made effective through filing of the terms of such action with the Clerk of the Water Court of Water Division No. 5 of the State of Colorado or such other officer or employee of said state as appropriate or required by state law with respect to similar action taken by a state Water Judge.

4. The proceedings referred to herein shall be limited to those matters relating to the filing of applications for quadrennial showing of due diligence and applications for making absolute conditional decrees or portions thereof.

DATED at Denver, Colorado, this _____ day of August, 1977.

ENTERED
ON THE DOCKET

AUG 9 - 1977

BY THE COURT:

_____
ALFRED A. ARRAJ, Judge