# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Honorable Marcia S. Krieger

Civil Action No. 49-cv-2782-MSK-CBS

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

NORTHERN COLORADO WATER CONSERVANCY
DISTRICT et al.,

    Defendants,

In the Matter of the Adjudication of Priorities of Water Rights in
Water District No. 36 for Purposes of Irrigation:

Petitioners:
CITY OF COLORADO SPRINGS, COLORADO RIVER WATER CONSERVATION
DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA
IRRIGATION DISTRICT, PALISADE IRRIGATION DISTRICT, GRAND VALLEY
IRRIGATION COMPANY, and MIDDLE PARK WATER CONSERVANCY DISTRICT

_____

## NOTICE OF WITHDRAWAL
_____

    Please be advised that the City of Colorado Springs, acting through its enterprise, Colorado Springs Utilities, hereby gives notice that Mary Mead Hammond withdraws as counsel for the City of Colorado Springs, acting through its enterprise, Colorado Springs Utilities.

Respectfully submitted this 15th day of April, 2016.

    *s/ Johanna Hamburger*
Johanna Hamburger
Carlson, Hammond & Paddock, LLC
1900 Grant Street, Suite 1200
Denver, CO 80203
Telephone: 303-861-9000
Email: jhamburger@chp-law.com
Attorneys for City of Colorado Springs,
acting by and through Colorado Springs
Utilities

Case No. 1:49-cv-02782-MSK-CBS    Document 379    filed 04/15/16    USDC Colorado
pg 2 of 5

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 15th day of April, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Ann M. Rhodes    amr@bhgrlaw.com

Anne Jamieson Castle    acastle@hollandhart.com, IntakeTeam@HollandHart.com

Austin C. Hamre    ahamre@hrodlaw.com, dodpc@dodpc.com

Barry Alan Schwartz    barry.schwartz@denvergov.org, kathleen.brand@denvergov.org, stefanie.raph@denvergov.org, veronica.blea@denvergov.org

Bennett W. Raley    bwraley@mac.com, braley@troutlaw.com, dmurray@troutlaw.com, ewhiskeyman@troutlaw.com, Sestrella@troutlaw.com

Brian Max Nazarenus    bnazarenus@rcalaw.com, dstalnaker@rcalaw.com, kcanjar@rcalaw.com, pdavis@rcalaw.com

Casey S. Funk    casey.funk@denverwater.org, tracy.gomez@denverwater.org

Chad Matthew Wallace    chad.wallace@state.co.us, terrie.sandoval@state.co.us

Charles B. White    cwhite@petros-white.com, knew@petros-white.com

Christopher Graham McAnany    howard@dwmk.com, mcanany@dwmk.com

Christopher L. Thorne    cthorne@hollandhart.com, IntakeTeam@hollandhart.com

Daniel John Arnold    daniel.arnold@denverwater.org, julie.whalen@denverwater.org

David G. Hill    dgh@bhgrlaw.com, pag@bhgrlaw.com

Donald E. Phillipson    dbls99@comcast.net

Douglas L. Abbott    dabbott@hollandhart.com, blwerner@hollandhart.com,

3

IntakeTeam@HollandHart.com, jmarsh@hollandhart.com, mmarrow@hollandhart.com

Frederick G. Aldrich    faldrich@aldrich-law.com, kdavis@aldrich-law.com

Gail Rosenschein    gail.rosenschein@denverwater.org

James J. DuBois    james.dubois@usdoj.gov, efile_nrs.enrd@usdoj.gov, laurie.himebaugh@usdoj.gov

James R. Montgomery    jmontgomery@mwhw.com, rolson@mwhw.com

Jason V. Turner    jturner@crwcd.org, lnichols@crwcd.org

Jeffrey Flinn Davis    jeff.davis@denverwater.org

John Dorsey Walker    jdorseywalk@yahoo.com

John Leonard Watson    jwatson@bw-legal.com, bbiondolillo@bw-legal.com, mhansen@bw-legal.com, ssoltero@bw-legal.com

Julie Elise Maurer    jmaurer@rcalaw.com

Karl D. Ohlsen    kohlsen@chp-law.com, sKirschenbaum@chp-law.com

Kathleen M. Morgan    kathi_M8@yahoo.com, merci@moriarty.com, myrna@moriarty.com

Kirsten Marie Kurath    kmkurath@wth-law.com, mbernal@wth-law.com, pmoore@wth-law.com

Lisa M. Thompson    lthompson@troutlaw.com

Mark A. Hermundstad    mherm@wth-law.com, pmoore@wth-law.com

Mary Mead Hammond    mhammond@chp-law.com, skirschenbaum@chp-law.com

Meghan Nichols Winokur    mwinokur@hollandhart.com, IntakeTeam@HollandHart.com

Michael John Gustafson    mgustafson@springsgov.com

Nathan A. Keever     howard@dwmk.com, keever@dwmk.com

Olivia Denton Lucas     olivia.lucas@faegrebd.com

Peter Cheney Fleming     pfleming@crwcd.org, lnichols@crwcd.org

Robert James Pohlman     rpohlman@swlaw.com

Robert V. Trout     rtrout@troutlaw.com

Roger T. Williams, Jr     rwilliams@rcalaw.com, apalius@rcalaw.com, dmrobertson@rcalaw.com, dstalnaker@rcalaw.com, kcanjar@rcalaw.com

Stanley W. Cazier     cazier_mcgowan@hotmail.com

William A. Paddock     bpaddock@chp-law.com, skirschenbaum@chp-law.com

*s/ Johanna Hamburger*
Johanna Hamburger
Carlson, Hammond & Paddock, LLC
1900 Grant Street, Suite 1200
Denver, CO 80203
Telephone: 303-861-9000
Email: jhamburger@chp-law.com

5