# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Honorable Marcia S. Krieger

Civil Action No. 49-cv-2782-MSK-CBS

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

NORTHERN COLORADO WATER CONSERVANCY
DISTRICT et al.,

    Defendants,

In the Matter of the Adjudication of Priorities of Water Rights in
Water District No. 36 for Purposes of Irrigation:

Petitioners:
CITY OF COLORADO SPRINGS, COLORADO RIVER WATER CONSERVATION
DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA
IRRIGATION DISTRICT, PALISADE IRRIGATION DISTRICT, GRAND VALLEY
IRRIGATION COMPANY, and MIDDLE PARK WATER CONSERVANCY DISTRICT

## SUPPLEMENTAL JOINT STATUS REPORT

The City of Colorado Springs, acting through its enterprise, Colorado Springs Utilities, by its undersigned attorneys, respectfully files this joint supplemental status report on behalf of itself and the Grand Valley Water Users Association, the Orchard Mesa Irrigation District, the Ute Water Conservancy District, acting by and through the Ute Water Activity Enterprise, the Colorado River Water Conservation District, the Board of County Commissioners of Summit County, the Town of Breckenridge, and the Lower Arkansas Valley Water Conservancy District. The parties to this Supplemental Joint Status Report seek to update the Court on the status of the dispute raised in

the diligence proceeding for water rights owned by Colorado Springs that were jointly filed with this Court and the District Court for Water Division No. 5, Garfield County, Colorado.

As indicated in the Joint Status Report filed on April 15, 2016, the parties are working towards a stipulated resolution of the contested issues. While the parties have not yet reached resolution, the meetings to date have been fruitful and the parties believe that additional time is necessary to continue to explore settlement. Accordingly, the parties believe that briefing any contested issues at this time will frustrate further settlement discussions and will not promote efficient use of the Court's time and resources.

Wherefore, the undersigned parties propose the following:

On or before September 16, 2016, the parties will submit a stipulated resolution of the contested matters for the Court's consideration. In the event that a stipulated resolution cannot be reached the parties will propose a briefing schedule for the Court's consideration.

Respectfully submitted this 3rd day of June, 2016.

*Attorneys for City of Colorado Springs, acting by and through Colorado Springs Utilities*

s/    William A. Paddock
William A. Paddock
Johanna Hamburger
Carlson, Hammond & Paddock, LLC
1900 Grant Street, Suite 1200
Denver, CO 80203
Telephone: 303-861-9000
Email: bpaddock@chp-law.com
          jhamburger@chp-law.com

*Attorneys for Grand Valley Water Users Association, Orchard Mesa Irrigation District and*

*Ute Water Conservancy District, acting by and through the Ute Water Activity Enterprise*

s/       Kirsten M. Kurath
Mark A. Hermundstad, #10527
Kirsten M. Kurath, #24649
Williams, Turner & Holmes, P.C.
200 N. 6th St., Suite 103
Grand Junction, CO 81501
Telephone: 970-242-6262
Email: mherm@wth-law.com
          kmkurath@wth-law.com

*Attorneys for Colorado River Water Conservation District*

s/       Jason V. Turner
Peter C. Fleming, #20805
Jason V. Turner, #35665
Colorado River Water Conservation District
P.O. Box 1120
Glenwood Springs, CO 81602
Phone Number: (970) 945-8522
Email: pfleming@crwcd.org
          jturner@crwcd.org

*Attorneys for the Board of County Commissioners of Summit County*

s/       Charles B. White
Charles B. White, #9241
Petros & White, LLC
1999 Broadway, Suite 3200
Denver, CO 80202
Phone Number: (303) 825-1980
Email: cwhite@petros-white.com

*Attorneys for the Town of Breckenridge*
s/       Glenn E. Porzak
Glenn E. Porzak, #2793
William D. Wombacher, #42354

2120 13th Street
Boulder, CO 80302
Telephone Number: (303)-443-6800
Email: gporzak@pbblaw.com
bwombacher@pbblaw.com

*Attorneys for Lower Arkansas Valley Water Conservancy District*

s/      Leah K. Martinsson
Leah K. Martinsson
Peter D. Nichols
Berg Hill Greenleaf Ruscitti LLP
1712 Pearl Street
Boulder, CO 80302
Telephone: 303-402-1600
Email: lkm@bhgrlaw.com
pdn@bhgrlaw.com

H. Barton Mendenhall
Mendenhall & Malouf
805 Chestnut Avenue
Rocky Ford, CO 81067
Telephone: 719-254-7606
Email: bmendenhall@centurytel.net

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 3rd day of June, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Ann M. Rhodes    amr@bhgrlaw.com

Anne Jamieson Castle     acastle@hollandhart.com, IntakeTeam@HollandHart.com

Austin C. Hamre    ahamre@hrodlaw.com, dodpc@dodpc.com

Barry Alan Schwartz     barry.schwartz@denvergov.org, kathleen.brand@denvergov.org, stefanie.raph@denvergov.org, veronica.blea@denvergov.org

Bennett W. Raley     bwraley@mac.com, braley@troutlaw.com, dmurray@troutlaw.com, ewhiskeyman@troutlaw.com, Sestrella@troutlaw.com

Brian Max Nazarenus     bnazarenus@rcalaw.com, dstalnaker@rcalaw.com, kcanjar@rcalaw.com, pdavis@rcalaw.com

Casey S. Funk    casey.funk@denverwater.org, tracy.gomez@denverwater.org

Chad Matthew Wallace     chad.wallace@state.co.us, terrie.sandoval@state.co.us

Charles B. White     cwhite@petros-white.com, knew@petros-white.com

Christopher Graham McAnany     howard@dwmk.com, mcanany@dwmk.com

Christopher L. Thorne     cthorne@hollandhart.com, IntakeTeam@hollandhart.com

Daniel John Arnold     daniel.arnold@denverwater.org, julie.whalen@denverwater.org

David G. Hill    dgh@bhgrlaw.com, pag@bhgrlaw.com

Donald E. Phillipson    dbls99@comcast.net

Douglas L. Abbott    dabbott@hollandhart.com, blwerner@hollandhart.com,

IntakeTeam@HollandHart.com, jmarsh@hollandhart.com, mmarrow@hollandhart.com

Frederick G. Aldrich    faldrich@aldrich-law.com, kdavis@aldrich-law.com

Gail Rosenschein    gail.rosenschein@denverwater.org

James J. DuBois     james.dubois@usdoj.gov, efile_nrs.enrd@usdoj.gov, laurie.himebaugh@usdoj.gov

James R. Montgomery    jmontgomery@mwhw.com, rolson@mwhw.com

Jason V. Turner    jturner@crwcd.org, lnichols@crwcd.org

Jeffrey Flinn Davis    jeff.davis@denverwater.org

Johanna Hamburger    jhamburger@chp-law.com

John Dorsey Walker    jdorseywalk@yahoo.com

John Leonard Watson    jwatson@bw-legal.com, bbiondolillo@bw-legal.com, mhansen@bw-legal.com, ssoltero@bw-legal.com

Julie Elise Maurer    jmaurer@rcalaw.com

Karl D. Ohlsen    kohlsen@chp-law.com, sKirschenbaum@chp-law.com

Kathleen M. Morgan    kathi_M8@yahoo.com, merci@moriarty.com, myrna@moriarty.com

Kirsten Marie Kurath    kmkurath@wth-law.com, mbernal@wth-law.com, pmoore@wth-law.com

Lisa M. Thompson    lthompson@troutlaw.com

Mark A. Hermundstad    mherm@wth-law.com, pmoore@wth-law.com

Meghan Nichols Winokur    mwinokur@hollandhart.com, IntakeTeam@HollandHart.com

Michael John Gustafson    mgustafson@springsgov.com

Nathan A. Keever     howard@dwmk.com, keever@dwmk.com

Olivia Denton Lucas     olivia.lucas@faegrebd.com

Peter Cheney Fleming     pfleming@crwcd.org, lnichols@crwcd.org

Robert James Pohlman     rpohlman@swlaw.com

Robert V. Trout     rtrout@troutlaw.com

Roger T. Williams , Jr     rwilliams@rcalaw.com, apalius@rcalaw.com, dmrobertson@rcalaw.com, dstalnaker@rcalaw.com, kcanjar@rcalaw.com

Stanley W. Cazier     cazier_mcgowan@hotmail.com

William A. Paddock     bpaddock@chp-law.com, skirschenbaum@chp-law.com

*s/ Johanna Hamburger*
Johanna Hamburger
Carlson, Hammond & Paddock, LLC
1900 Grant Street, Suite 1200
Denver, CO 80203
Telephone: 303-861-9000
Email: jhamburger@chp-law.com

*\*In accordance with C.R.C.P. 121 §1-26(9), this document has been electronically filed via the the CM/ECF system https://ecf.cod.uscourts.gov/cgi-bin/login.pl.  A printed copy of this document with original signatures is maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*