**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 49-cv-2782-MSK-CBS

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

NORTHERN COLORADO WATER CONSERVANCY
DISTRICT et al.,

    Defendants,

In the Matter of the Adjudication of Priorities of water Rights in
Water District No. 36 for Purposes of Irrigation:

Petitioners:

CITY OF COLORADO SPRINGS, COLORADO RIVER WATER CONSERVATION
DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA
IRRIGATION DISTRICT, PALISADE IRRIGATION DISTRICT, GRAND VALLEY
IRRIGATION COMPANY and MIDDLE PARK WATER CONSERVANCY DISTRICT

### MOTION TO WITHDRAW ON BEHALF OF CLIMAX MOLYBDENUM COMPANY

Undersigned counsel, pursuant to D.C.COLO.AttyR 5, respectfully submits the following motion to withdraw as counsel on behalf of Climax Molybdenum Company ("Climax"). As grounds for this motion, undersigned counsel states as follows:

1. Undersigned counsel, formally of the law firm Ryley Carlock & Applewhite, previously entered his appearance as counsel for Climax as co-counsel with Brian M. Nazarenus of Ryley Carlock & Applewhite.

2. Since joining the law firm of Berenbaum Weinshienk PC, approximately six years ago, undersigned counsel has never represented Climax nor has the law firm of Berenbaum Weinshienk PC entered its appearance as counsel for Climax.

{00537982:}

-2-

3. Additionally, it is our understanding that Climax, as Intervenor, was terminated on March 25, 2008 and as Cross Claimant and Counter Claimant on January 19, 2010.

WHEREFORE, undersigned counsel respectfully requests that this Court allow John L. Watson and the firm of Berenbaum Weinshienk PC to withdraw as counsel for Climax Molybdenum Company.

Dated: June 7, 2016.

*s/ John L. Watson*
John L. Watson
Berenbaum Weinshienk PC
370 17th Street
Suite 4800
Denver, CO 80202
(303) 825-0800
(303) 629-7610 (Fax)
jwatson@bw-legal.com

{00537982:} -2-

## CERTIFICATE OF SERVICE

  I certify that on June 7, 2016, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Brian Max Nazarenus   bnazarenus@rcalaw.com

Frederick G. Aldrich   faldrich@aldrich-law.com

Anne Jamieson Castle   acastle@hollandhart.com

Stanley W. Cazier   cazier_mcgowan@hotmail.com

James J. DuBois   james.dubois@usdoj.gov

Casey S. Funk   casey.funk@denverwater.org

Mark A. Hermundstad   mherm@wth-law.com

David G. Hill   dgh@bhgrlaw.com

James R. Montgomery   jmontgomery@mwhw.com

William A. Paddock   bpaddock@chp-law.com

Donald E. Phillipson   dbls99@comcast.net

Bennett W. Raley   bwraley@mac.com

Robert V. Trout   rtrout@troutlaw.com

Charles B. White   cwhite@petros-white.com

Mary Mead Hammond   mhammond@chp-law.com

Robert James Pohlman   rpohlman@swlaw.com

Austin C. Hamre   ahamre@hrodlaw.com

Barry Alan Schwartz   barry.schwartz@denvergov.org

Douglas L. Abbott   dabbott@hollandhart.com

Peter Cheney Fleming   pfleming@crwcd.org

Christopher L. Thorne  cthorne@hollandhart.com

Christopher Graham McAnany  howard@dwmk.com

Gail Rosenschein  gail.rosenschein@denverwater.org

Kirsten Marie Kurath  kmkurath@wth-law.com

Roger T. Williams, Jr.  rwilliams@tristategt.org

Nathan A. Keever  howard@dwmk.com

Kathleen M. Morgan  kathi_M8@yahoo.com

Chad Matthew Wallace  chad.wallace@state.co.us

John Dorsey Walker  jdorseywalk@yahoo.com

Jeffrey Flinn Davis  jeff.davis@denverwater.org

Daniel John Arnold  daniel.arnold@denverwater.org

Lisa M. Thompson  lthompson@troutlaw.com

Meghan Nichols Winokur  mwinokur@hollandhart.com

Julie Elise Maurer  jmaurer@rcalaw.com

Olivia Denton Lucas  olivia.lucas@faegrebd.com

Michael John Gustafson  mgustafson@springsgov.com

Karl D. Ohlsen  kohlsen@chp-law.com

Jason V. Turner  jturner@crwcd.org

Ann M. Rhodes  annmrhodes@yahoo.com

Johanna Hamburger  jhamburger@chp-law.com

          *s/ Barbara Biondolillo*
          Barbara Biondolillo, Paralegal