**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 49-cv-2782-MSK-CBS

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

NORTHERN COLORADO WATER CONSERVANCY
DISTRICT et al.,

    Defendants,

In the Matter of the Adjudication of Priorities of Water Rights in
Water District No. 36 for Purposes of Irrigation:

Petitioners:

CITY OF COLORADO SPRINGS, COLORADO RIVER WATER CONSERVATION DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA IRRIGATION DISTRICT, PALISADE IRRIGATION DISTRICT, GRAND VALLEY IRRIGATION COMPANY, and MIDDLE PARK WATER CONSERVANCY DISTRICT

_____

**MOTION TO WITHDRAW AS COUNSEL**
_____

    Undersigned counsel, pursuant to D.C.COLO.Atty.R5, respectfully submits the following motion to withdraw as counsel on behalf of the City of Englewood ("Englewood"). As grounds for this motion, undersigned counsel states as follows:

    1.    Undersigned counsel, formally of the law firm of Berg Hill Greenleaf & Ruscitti LLP, previously entered her appearance as counsel for Englewood as co-counsel with David Hill and Ann Rhodes of Berg Hill Greenleaf & Ruscitti LLP.

    2.    Since leaving the law firm of Berg Hill Greenleaf & Ruscitti LLP in approximately July, 2004, undersigned counsel has never represented Englewood. Undersigned

counsel joined the firm of Moriarty Leyendecker Erben, P.C. but left that law firm in 2006. Upon information and belief, the firm of Moriarty Leyendecker Erben, P.C. never entered its appearance on behalf of Englewood.

3. Upon information and belief, David G. Hill of the law firm of Berg Hill Greenleaf & Ruscitti LLP currently represents Englewood in this matter.

4. Upon information and belief, the law firm of Moriarty Leyendecker Erben P.C. has dissolved.

WHEREFORE, undersigned counsel respectfully requests that this Court allow Kathleen M. Morgan to withdraw as counsel for Englewood.

Dated this 16th day of June, 2016.

*s/ Kathleen M. Morgan*
_____
Kathleen M. Morgan
Colorado Bar No. 22322
917 Grant Place
Boulder, CO 80302

kathi_m8@yahoo.com

**CERTIFICATE OF SERVICE**

  I certify that on June 16, 2016, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Kathleen M. Morgan*

_____

Kathleen M. Morgan