**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger**

Civil Action No. 49-cv-2782-MSK-CBS

THE UNITED STATES OF AMERICA,

      Plaintiff,

v.

NORTHERN COLORADO WATER CONSERVANCY
DISTRICT et al.,

      Defendants,

In the Matter of the Adjudication of Priorities of Water Rights in
Water District No. 36 for Purposes of Irrigation:

Petitioners:
CITY OF COLORADO SPRINGS, COLORADO RIVER WATER CONSERVATION
DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA
IRRIGATION DISTRICT, PALISADE IRRIGATION DISTRICT, GRAND VALLEY
IRRIGATION COMPANY, and MIDDLE PARK WATER CONSERVANCY DISTRICT

---

**SUPPLEMENTAL JOINT STATUS REPORT**

---

The City of Colorado Springs, acting through its enterprise, Colorado Springs Utilities,

by its undersigned attorneys, respectfully files this joint supplemental status report on behalf of itself

and the Grand Valley Water Users Association, the Orchard Mesa Irrigation District, the Ute Water

Conservancy District, acting by and through the Ute Water Activity Enterprise, the Colorado

River Water Conservation District, the Board of County Commissioners of Summit County, the

Town of Breckenridge, and the Lower Arkansas Valley Water Conservancy District. The parties to

this Supplemental Joint Status Report seek to update the Court on the status of the dispute raised in

the diligence proceeding for water rights owned by Colorado Springs that were jointly filed with this Court and the District Court for Water Division No. 5, Garfield County, Colorado.

As indicated in the Joint Status Report filed on June 3, 2016, the parties are working towards a stipulated resolution of the contested issues.  While the parties have not yet reached resolution, the parties have drafted proposed settlement terms and meetings to date have been fruitful.  The parties therefore believe that additional time is necessary to continue to explore settlement.  Additional time is particularly important in light of a recent change in senior leadership within Colorado Springs Utilities.

Accordingly, the parties believe that briefing any contested issues at this time will frustrate further settlement discussions and will not promote efficient use of the Court's time and resources.

Wherefore, the undersigned parties request additional time to continue settlement discussions and propose the following:

On or before January 13, 2017, the parties hope to submit a stipulated resolution of the contested matters for the Court's consideration.  In the event that a stipulated resolution cannot be reached the parties will propose a briefing schedule for the Court's consideration.

Respectfully submitted this 6th day of September, 2016.

*Attorneys for City of Colorado Springs, acting by and through Colorado Springs Utilities*

*s/      Johanna Hamburger*
William A. Paddock
Johanna Hamburger
Carlson, Hammond & Paddock, LLC
1900 Grant Street, Suite 1200
Denver, CO 80203
Telephone: 303-861-9000

Email: bpaddock@chp-law.com
jhamburger@chp-law.com

*Attorneys for Grand Valley Water Users Association, Orchard Mesa Irrigation District and Ute Water Conservancy District, acting by and through the Ute Water Activity Enterprise*

s/      *Kirsten M. Kurath*
Mark A. Hermundstad, #10527
Kirsten M. Kurath, #24649
Williams, Turner & Holmes, P.C.
200 N. 6th St., Suite 103
Grand Junction, CO 81501
Telephone: 970-242-6262
Email: mherm@wth-law.com
kmkurath@wth-law.com

*Attorneys for Colorado River Water Conservation District*

s/      *Jason V. Turner*
Peter C. Fleming, #20805
Jason V. Turner, #35665
Colorado River Water Conservation District
P.O. Box 1120
Glenwood Springs, CO 81602
Phone Number: (970) 945-8522
Email: pfleming@crwcd.org
jturner@crwcd.org

*Attorneys for the Board of County Commissioners of Summit County*

s/      *Charles B. White*
Charles B. White, #9241
Petros & White, LLC
1999 Broadway, Suite 3200
Denver, CO 80202
Phone Number: (303) 825-1980
Email: cwhite@petros-white.com

*Attorneys for the Town of Breckenridge*

s/  *Glenn E. Porzak*
_____

Glenn E. Porzak, #2793
William D. Wombacher, #42354
2120 13th Street
Boulder, CO 80302
Telephone Number: (303)-443-6800
Email: gporzak@pbblaw.com
bwombacher@pbblaw.com

*Attorneys for Lower Arkansas Valley Water Conservancy District*

s/  *Leah K. Martinsson*
_____

Leah K. Martinsson
Peter D. Nichols
Berg Hill Greenleaf Ruscitti LLP
1712 Pearl Street
Boulder, CO 80302
Telephone: 303-402-1600
Email: lkm@bhgrlaw.com
pdn@bhgrlaw.com

H. Barton Mendenhall
Mendenhall & Malouf
805 Chestnut Avenue
Rocky Ford, CO 81067
Telephone: 719-254-7606
Email: bmendenhall@centurytel.net

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 6th day of September, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Ann M. Rhodes    amr@bhgrlaw.com

Anne Jamieson Castle    acastle@hollandhart.com, IntakeTeam@HollandHart.com

Austin C. Hamre    ahamre@hrodlaw.com, dodpc@dodpc.com

Barry Alan Schwartz    barry.schwartz@denvergov.org, kathleen.brand@denvergov.org, stefanie.raph@denvergov.org, veronica.blea@denvergov.org

Bennett W. Raley    bwraley@mac.com, braley@troutlaw.com, dmurray@troutlaw.com, ewhiskeyman@troutlaw.com, Sestrella@troutlaw.com

Brian Max Nazarenus    bnazarenus@rcalaw.com, dstalnaker@rcalaw.com, kcanjar@rcalaw.com, pdavis@rcalaw.com

Casey S. Funk    casey.funk@denverwater.org, tracy.gomez@denverwater.org

Chad Matthew Wallace    chad.wallace@state.co.us, terrie.sandoval@state.co.us

Charles B. White    cwhite@petros-white.com, knew@petros-white.com

Christopher Graham McAnany    howard@dwmk.com, mcanany@dwmk.com

Christopher L. Thorne    cthorne@hollandhart.com, IntakeTeam@hollandhart.com

Daniel John Arnold    daniel.arnold@denverwater.org, julie.whalen@denverwater.org

David G. Hill    dgh@bhgrlaw.com, pag@bhgrlaw.com

Donald E. Phillipson     dbls99@comcast.net

Douglas L. Abbott     dabbott@hollandhart.com, blwerner@hollandhart.com,
IntakeTeam@HollandHart.com, jmarsh@hollandhart.com, mmarrow@hollandhart.com

Frederick G. Aldrich     faldrich@aldrich-law.com, kdavis@aldrich-law.com

Gail Rosenschein     gail.rosenschein@denverwater.org

James J. DuBois     james.dubois@usdoj.gov, efile_nrs.enrd@usdoj.gov,
laurie.himebaugh@usdoj.gov

James R. Montgomery     jmontgomery@mwhw.com, rolson@mwhw.com

Jason V. Turner     jturner@crwcd.org, lnichols@crwcd.org

Jeffrey Flinn Davis     jeff.davis@denverwater.org

Johanna Hamburger     jhamburger@chp-law.com

John Dorsey Walker     jdorseywalk@yahoo.com

John Leonard Watson     jwatson@bw-legal.com, bbiondolillo@bw-legal.com, mhansen@bw-legal.com, ssoltero@bw-legal.com

Julie Elise Maurer     jmaurer@rcalaw.com

Karl D. Ohlsen     kohlsen@chp-law.com, sKirschenbaum@chp-law.com

Kathleen M. Morgan     kathi_M8@yahoo.com, merci@moriarty.com, myrna@moriarty.com

Kirsten Marie Kurath     kmkurath@wth-law.com, mbernal@wth-law.com, pmoore@wth-law.com

Lisa M. Thompson     lthompson@troutlaw.com

Mark A. Hermundstad     mherm@wth-law.com, pmoore@wth-law.com

Meghan Nichols Winokur      mwinokur@hollandhart.com, IntakeTeam@HollandHart.com

Michael John Gustafson      mgustafson@springsgov.com

Nathan A. Keever      howard@dwmk.com, keever@dwmk.com

Olivia Denton Lucas      olivia.lucas@faegrebd.com

Peter Cheney Fleming      pfleming@crwcd.org, lnichols@crwcd.org

Robert James Pohlman      rpohlman@swlaw.com

Robert V. Trout      rtrout@troutlaw.com

Roger T. Williams , Jr      rwilliams@rcalaw.com, apalius@rcalaw.com,
dmrobertson@rcalaw.com, dstalnaker@rcalaw.com, kcanjar@rcalaw.com

Stanley W. Cazier      cazier_mcgowan@hotmail.com

William A. Paddock      bpaddock@chp-law.com, skirschenbaum@chp-law.com

*s/  Johanna Hamburger*
Johanna Hamburger
Carlson, Hammond & Paddock, LLC
1900 Grant Street, Suite 1200
Denver, CO 80203
Telephone: 303-861-9000
Email: jhamburger@chp-law.com

*In accordance with C.R.C.P. 121 §1-26(9), this document has been electronically filed via the the CM/ECF system https://ecf.cod.uscourts.gov/cgi-bin/login.pl.   A printed copy of this document with original signatures is maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*