IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-MSK-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 2006CW255

**STIPULATION BETWEEN APPLICANT AND CLIMAX MOLYBDENUM COMPANY**

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

Applicant, City and County of Denver, acting by and through its Board of Water Commissioners ("Denver Water"), by and through its attorneys, and Climax Molybdenum Company ("Climax"), by and through its attorneys, Ryley Carlock & Applewhite, hereby stipulate and agree as follows:

1.      Climax hereby consents to the entry of the proposed decree dated July 14, 2014 attached hereto as **Exhibit 1**. Climax will not object to the entry of any modified form of decree ultimately entered by the Court so long as its terms and conditions are no less restrictive than those in **Exhibit 1**.

Stipulation between Denver Water and Climax Molybdenum Company
Case No. 49-cv-02782-MSK-CBS/2006CW255 WD5
(Consolidated Civil Case Nos. 2782, 5016 and 5017)

2. Climax shall be provided the opportunity to review any changes to subsequent versions of **Exhibit 1** in order to verify the terms and conditions in any changed version of **Exhibit 1** remain consistent with this stipulation.

3. This Stipulation shall not restrict or affect the ability of Climax to participate in any proceedings related to this matter for the purpose of ensuring Denver Water's compliance with the obligations of the Green Mountain Reservoir Administrative Protocol, the Green Mountain Reservoir Administrative Protocol Agreement, and the Settlement Agreement entered into between Climax and Denver Water dated September 25, 2013.

4. Both Climax and Denver Water agree this stipulation shall bind and benefit them and will be binding upon and benefit their assigns and successors in interest; however, except as may be expressly provided in any decree which may be entered by the Court in this matter, individuals other than the signatories to this stipulation are neither bound by nor are they intended to benefit from this stipulation.

5. Climax and Denver Water further stipulate that each will bear its own costs and fees associated with their appearance in this matter.

6. The parties hereto represent and affirm the signatories to this stipulation are legally authorized to bind the parties.

7. This stipulation shall be enforceable by the parties as an agreement.

Stipulation between Denver Water and Climax Molybdenum Company
Case No. 49-cv-02782-MSK-CBS/2006CW255 WD5
(Consolidated Civil Case Nos. 2782, 5016 and 5017)

Executed this 9th day of December, 2016.

| | |
|---|---|
| *Ryley Carlock & Applewhite* | PATRICIA L. WELLS, General Counsel<br>Casey S. Funk, No. 11638<br>Daniel J. Arnold, No. 35458 |
| By: *[signature]*<br>Brian M. Nazarenus, #16984<br>Sheela S. Stack, #32768 | By: *[signature]* Casey S Funk<br><br>*Attorneys for Applicant, the City and County* |
| *Attorneys for Climax Molybdenum Company*<br>*1700 Lincoln Street, Suite 3500*<br>*Denver, Colorado 80203*<br>*(303) 863-7500*<br>*bnazarenus@rcalaw.com*<br>*sstack@rcalaw.com* | *of Denver, acting by and through its Board of*<br>*Water Commissioners*<br>*1600 West 12th Avenue*<br>*Denver, Colorado 80204*<br>*(303) 628-6460*<br>*Casey.Funk@denverwater.org* |