# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December 2016, I electronically filed the foregoing **STIPULATION BETWEEN APPLICANT AND OPPOSER COLORADO RIVER WATER CONSERVATION DISTRICT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| Party Name | Party Type | Attorney Name |
| --- | --- | --- |
| Climax Molybdenum Company | Opposer | Brian M Nazarenus<br>Sheela S Stack |
| Colorado River Water Conservation District | Opposer | Jason Victor Turner<br>Peter Cheney Fleming |
| Division 5 Engineer | Division Engineer | Division 5 Water Engineer |
| Grand County Board of Commissioners | Opposer | David C Taussig<br>Mitra Marie Pemberton |
| Grand Valley Irrigation | Opposer | Frederick G Aldrich |
| Grand Valley Water Users Association | Opposer | Kirsten Marie Kurath<br>Mark Allen Hermundstad |
| Middle Park Conservancy District | Opposer | Ian Wesley Ferrell<br>Stanley W Cazier |
| Northern Colorado Water Conservancy District | Opposer | Bennett William Raley<br>Lisa M Thompson |
| Orchard Mesa Irrigation District | Opposer | Kirsten Marie Kurath<br>Mark Allen Hermundstad |
| Palisade Irrigation District | Opposer | Nathan A. Keever |
| State Engineer | State Engineer | Colorado Division Of Water Resources |
| Summit County Board of Commissioners | Opposer | Charles Byron White |
| Ute Water Conservancy District | Opposer | Kirsten Marie Kurath<br>Mark Allen Hermundstad |

__s/Lori Fraser_____
Lori Fraser

eFiled per C.R.C.P. Rule 121 with a duly signed original on file at the Denver Water Department, Legal Division.