IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-MSK-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 2006CW255

---

**STIPULATION BETWEEN APPLICANT AND GRAND VALLEY WATER USERS ASSOCIATION**

---

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

---

Applicant, City and County of Denver, acting by and through its Board of Water Commissioners ("Denver Water"), by and through its attorneys, and Grand Valley Water Users Association, by and through its attorneys, Williams, Turner & Holmes, P.C., hereby stipulate and agree as follows:

1.    Grand Valley Water Users Association hereby consents to the entry of the proposed decree dated July 14, 2014 attached hereto as **Exhibit 1**.  Grand Valley Water Users Association will not object to the entry of any modified form of decree ultimately entered by the Court so long as its terms and conditions are no less restrictive on Denver Water than those in **Exhibit 1**.

2.    Grand Valley Water Users Association shall be provided the opportunity to review any changes to subsequent versions of **Exhibit 1** in order to verify the terms and conditions in any changed version of **Exhibit 1** remain consistent with this stipulation. Denver

Water shall provide Grand Valley Water Users Association with a redlined version of any revised decree in this matter before it submits the revised decree to the Court, showing the changes that have been made to the proposed decree attached hereto as **Exhibit 1**.

3.      Both Grand Valley Water Users Association and Denver Water agree this stipulation shall bind and benefit them and will be binding upon and benefit their assigns and successors in interest; however, except as may be expressly provided in any decree which may be entered by the Court in this matter, individuals other than the signatories to this stipulation are neither bound by nor are they intended to benefit from this stipulation.

4.      Grand Valley Water Users Association and Denver Water further stipulate that each will bear its own costs and fees associated with their appearance in this matter.

5.      The parties hereto represent and affirm the signatories to this stipulation are legally authorized to bind the parties.

6.      This stipulation shall be enforceable by the parties as an agreement.

[SIGNATURES ON NEXT PAGE]

Stipulation between Denver Water and Grand Valley Water Users Association
Case No. 49-cv-02782-MSK-CBS/2006CW255 WD5
(Consolidated Civil Case Nos. 2782, 5016 and 5017)

Executed this ___25th___ day of ___July___, 2014.

Williams, Turner & Holmes, P.C.

By: _Mark A. Hermundstad_ 7/17/2014
    Mark A. Hermundstad, #10527
    Kirsten M. Kurath, #24649
*Attorneys for Grand Valley Water Users*
*Association*
*200 North 6th Street*
*P.O. Box 338*
*Grand Junction, Colorado 81502*
*(970) 242-6262*
*mherm@wth-law.com*
*kmkurath@wth-law.com*

PATRICIA L. WELLS, General Counsel
Casey S. Funk, No. 11638
Daniel J. Arnold, No. 35458

By: _Casey S Funk_

*Attorneys for Applicant, the City and County*
*of Denver, acting by and through its Board of*
*Water Commissioners*
*1600 West 12th Avenue*
*Denver, Colorado 80204*
*(303) 628-6460*
*Casey.Funk@denverwater.org*