# City and County of Denver Board of Water Commissioners

# Denver Water Service Area



**Exhibit A, 2006CW255, WD5**

## Attachment B

- Service Area
- City and County of Denver
- State Parks
- Primary Interstate



N

S

0   2   4   8
Miles

Service Area boundaries were produced from GIS shapefiles, which can be accessed through a GIS data request to Denver Water.


DENVER WATER