IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-MSK-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 2006CW255

---

**STIPULATION BETWEEN APPLICANT AND ORCHARD MESA IRRIGATION DISTRICT**

---

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

---

Applicant, City and County of Denver, acting by and through its Board of Water Commissioners ("Denver Water"), by and through its attorneys, and Orchard Mesa Irrigation District, by and through its attorneys, Williams, Turner & Holmes, P.C., hereby stipulate and agree as follows:

1.   Orchard Mesa Irrigation District hereby consents to the entry of the proposed decree dated July 14, 2014 attached hereto as **Exhibit 1**.  Orchard Mesa Irrigation District will not object to the entry of any modified form of decree ultimately entered by the Court so long as its terms and conditions are no less restrictive on Denver Water than those in **Exhibit 1**.

2.   Orchard Mesa Irrigation District shall be provided the opportunity to review any changes to subsequent versions of **Exhibit 1** in order to verify the terms and conditions in any changed version of **Exhibit 1** remain consistent with this stipulation.  Denver Water shall provide Orchard Mesa Irrigation District with a redlined version of any revised decree in this

Stipulation between Denver Water and Orchard Mesa Irrigation District
Case No. 49-cv-02782-MSK-CBS/2006CW255 WD5
(Consolidated Civil Case Nos. 2782, 5016 and 5017)

matter before it submits the revised decree to the Court, showing the changes that have been made to the proposed decree attached hereto as **Exhibit 1**.

3. Both Orchard Mesa Irrigation District and Denver Water agree this stipulation shall bind and benefit them and will be binding upon and benefit their assigns and successors in interest; however, except as may be expressly provided in any decree which may be entered by the Court in this matter, individuals other than the signatories to this stipulation are neither bound by nor are they intended to benefit from this stipulation.

4. Orchard Mesa Irrigation District and Denver Water further stipulate that each will bear its own costs and fees associated with their appearance in this matter.

5. The parties hereto represent and affirm the signatories to this stipulation are legally authorized to bind the parties.

6. This stipulation shall be enforceable by the parties as an agreement.

[SIGNATURES ON NEXT PAGE]

Stipulation between Denver Water and Orchard Mesa Irrigation District
Case No. 49-cv-02782-MSK-CBS/2006CW255 WD5
(Consolidated Civil Case Nos. 2782, 5016 and 5017)

Executed this 25th day of July, 2014.

Williams, Turner & Holmes, P.C.

By: *Mark A. Hermundstad* 7/17/2014
  Mark A. Hermundstad, #10527
  Kirsten M. Kurath, #24649
*Attorneys for Orchard Mesa Irrigation District*
*200 North 6th Street*
*P.O. Box 338*
*Grand Junction, Colorado 81502*
*(970) 242-6262*
*mherm@wth-law.com*
*kmkurath@wth-law.com*

PATRICIA L. WELLS, General Counsel
Casey S. Funk, No. 11638
Daniel J. Arnold, No. 35458

By: *Casey S Funk*
*Attorneys for Applicant, the City and County*
*of Denver, acting by and through its Board of*
*Water Commissioners*
*1600 West 12th Avenue*
*Denver, Colorado 80204*
*(303) 628-6460*
*Casey.Funk@denverwater.org*

Page 3 of 3