IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-MSK-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 2006CW255

**STIPULATION BETWEEN APPLICANT AND PALISADE IRRIGATION DISTRICT**

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY

Applicant, City and County of Denver, acting by and through its Board of Water Commissioners ("Denver Water"), by and through its attorneys, and Palisade Irrigation District ("PID"), by and through its attorneys, Dufford, Waldeck, Milburn & Krohn, LLP, hereby stipulate and agree as follows:

1. PID hereby consents to the entry of the proposed decree dated July 14, 2014 attached hereto as **Exhibit 1**. PID will not object to the entry of any modified form of decree ultimately entered by the Court so long as its terms and conditions are no less restrictive than those in **Exhibit 1**.

2. PID shall be provided the opportunity to review any changes to subsequent versions of **Exhibit 1** in order to verify the terms and conditions in any changed version of **Exhibit 1** remain consistent with this stipulation.

3. Both PID and Denver Water agree this stipulation shall bind and benefit them and will be binding upon and benefit their assigns and successors in interest; however, except as may

Stipulation between Denver Water and Palisade Irrigation District
Case No. 49-cv-02782-MSK-CBS/2006CW255 WD5
(Consolidated Civil Case Nos. 2782, 5016 and 5017)

be expressly provided in any decree which may be entered by the Court in this matter, individuals other than the signatories to this stipulation are neither bound by nor are they intended to benefit from this stipulation.

4. PID and Denver Water further stipulate that each will bear its own costs and fees associated with their appearance in this matter.

5. The parties hereto represent and affirm the signatories to this stipulation are legally authorized to bind the parties.

6. This stipulation shall be enforceable by the parties as an agreement.

Executed this 8th day of December 2016.

Dufford, Waldeck, Mulburn & Krohn, LLP

By: _____
Nathan A. Keever, #24630
*Attorneys for Palisade Irrigation District*
*744 Horizon Court #300*
*Grand Junction, Colorado 81506*
*(970) 241-5500*
howard@dwmk.com

PATRICIA L. WELLS, General Counsel
Casey S. Funk, No. 11638
Daniel J. Arnold, No. 35458

By: Casey S Funk
*Attorneys for Applicant, the City and County*
*of Denver, acting by and through its Board of*
*Water Commissioners*
*1600 West 12th Avenue*
*Denver, Colorado 80204*
*(303) 628-6460*
Casey.Funk@denverwater.org