# City and County of Denver Board of Water Commissioners

# Denver Water Service Area



**Exhibit A, 2006CW255, WD5**

## Attachment B

| | |
|---|---|
| ▨ Service Area | ▨ State Parks |
| ▨ City and County of Denver | — Primary Interstate |

0   2   4   8
Miles

Service Area boundaries were produced from GIS shapefiles, which can be accessed through a GIS data request to Denver Water.

N
S

