IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 49-cv-02782-MSK-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and

DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO
Case No. 2006CW255

_____

**STIPULATION BETWEEN APPLICANT AND GRAND COUNTY BOARD OF COMMISSIONERS**
_____

CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS, IN SUMMIT COUNTY
_____

Applicant, City and County of Denver, acting by and through its Board of Water Commissioners ("Denver Water"), by and through its attorneys, and Grand County Board of Commissioners, ("Grand County"), by and through its attorneys, White & Jankowski, LLP, hereby stipulate and agree as follows:

1. Grand County hereby consents to the entry of the proposed decree dated July 14, 2014 attached hereto as **Exhibit 1**. Grand County will not object to the entry of any modified form of decree ultimately entered by the Court so long as its terms and conditions are no less restrictive than and are not otherwise inconsistent with, those in **Exhibit 1**.

2. Denver Water shall provide notice to Grand County of any changes to the Proposed Decree prior to submitting the final Proposed Decree to the Court for entry.

Stipulation between Denver Water and Grand County Board of Commissioners
Case No. 49-cv-02782-MSK-CBS/2006CW255 WD5
(Consolidated Civil Case Nos. 2782, 5016 and 5017)

3. Grand County shall be provided notice of, and the opportunity to review any changes to subsequent versions of **Exhibit 1** in order to verify the terms and conditions in any changed version of **Exhibit 1** remain consistent with this stipulation.

4. Both Grand County and Denver Water agree this stipulation shall bind and benefit them and will be binding upon and benefit their assigns and successors in interest; however, except as may be expressly provided in any decree which may be entered by the Court in this matter, individuals other than the signatories to this stipulation are neither bound by nor are they intended to benefit from this stipulation.

5. This stipulation was entered into by way of compromise and settlement and Grand County's agreement not to oppose entry of the proposed decree attached hereto as **Exhibit 1** shall not be construed as concurrence beyond the decree adjudicated herein with any findings of fact or conclusions of law contained therein or with the engineering methodologies utilized by Denver Water, and nothing contained in said proposed decree shall be binding upon either party in any proceeding other than the current proceeding and any subsequent proceeding involving the same rights adjudicated herein.

6. Grand County and Denver Water further stipulate that each will bear its own costs and fees associated with their appearance in this matter.

7. The parties hereto represent and affirm the signatories to this stipulation are legally authorized to bind the parties.

8. This stipulation shall be enforceable by the parties as an agreement.

Stipulation between Denver Water and Grand County Board of Commissioners
Case No. 49-cv-02782-MSK-CBS/2006CW255 WD5
(Consolidated Civil Case Nos. 2782, 5016 and 5017)

Executed this 13th day of December, 2016.

| | |
|---|---|
| *White & Jankowski, LLP* | PATRICIA L. WELLS, General Counsel<br>Casey S. Funk, No. 11638<br>Daniel J. Arnold, No. 35458 |
| By: __s/ David C. Taussig_____<br>   David C. Taussig, #16606<br>   Mitra M. Pemberton, #37833 | By: _____s/Casey S. Funk_____<br>*Attorneys for Applicant, the City and County of Denver, acting by and through its Board of Water Commissioners*<br>*1600 West 12th Avenue*<br>*Denver, Colorado 80204*<br>*(303) 628-6460*<br>Casey.Funk@denverwater.org |
| *Attorneys for Grand County Board Of Commissioners*<br>*511 Sixteenth Street, Suite 500*<br>*Denver, Colorado 80202*<br>*(303) 595-9441*<br>davet@white-jankowski.com<br>mitrap@white-jankowski.com<br>adamd@white-jankowski.com | |