# City and County of Denver Board of Water Commissioners

# Denver Water Service Area



**Exhibit A, 2006CW255, WD5**



## Attachment B

- Service Area
- City and County of Denver
- State Parks
- Primary Interstate

0    2    4    8
Miles

Service Area boundaries were produced from GIS shapefiles, which can be accessed through a GIS data request to Denver Water.



N
S



DENVER WATER