# City and County of Denver Board of Water Commissioners

# Denver Water Service Area



**Exhibit A, 2006CW255, WD5**



## Attachment B

| | |
|---|---|
| Service Area | State Parks |
| City and County of Denver | Primary Interstate |



N
S

0    2    4    8
Miles

Service Area boundaries were produced from GIS shapefiles, which can be accessed through a GIS data request to Denver Water.

DENVER WATER