**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 49-cv-02782-MSK-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and
District Court, Water Division No. 5 State of Colorado Case No. 2006CW255

---

**NOTICE OF ENTRY OF APPEARANCE**

---

Leah K. Martinsson of the law firm of Berg Hill Greenleaf Ruscitti LLP, and a member in good standing of the Bar of this Court, hereby enters her appearance on behalf of the City of Englewood.

Respectfully submitted this 21st day of December, 2016.

*s/ Leah K. Martinsson*
Leah K. Martinsson
Berg Hill Greenleaf Ruscitti LLP
1712 Pearl Street
Boulder, Colorado  80302
Tel:  303-402-1600
Fax:  303-402-1601
Email:  lkm@bhgrlaw.com

*Counsel for the City of Englewood*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 21st day of December, 2016, the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Party Name | Attorney |
| --- | --- |
| City and County of Denver Board of Water Commissioners | Barry Alan Schwartz<br>Casey S. Funk<br>Daniel John Arnold<br>Gail Rosenschein<br>Jeffrey Flinn Davis |
| Grand Valley Water Users Association | Mark A. Hermundstad<br>Kirsten Marie Kurath |
| Orchard Mesa Irrigation District | Mark A. Hermundstad<br>Kirsten Marie Kurath |
| Colorado River Water Conservation District | Anne Jamieson Castle<br>Christopher L. Thorne<br>Douglas L. Abbott<br>Meghan Nichols Winokur<br>Peter Cheney Fleming<br>Jason V. Turner |
| Palisade Irrigation District | Nathan A. Keever<br>Christopher Graham McAnany |
| Grand Valley Irrigation Company | Frederick G. Aldrich |
| Middle Park Water Conservancy District | John Dorsey Walker<br>Stanley W. Cazier |
| City of Englewood | David Hill<br>Ann M. Rhodes |
| Colorado Springs Utilities | William A. Paddock<br>Johanna Hamburger<br>Mary Mead Hammond |
| City of Colorado Springs | James J. DuBois<br>Karl D. Ohlsen<br>Mary Mead Hammond<br>Michael John Gustafson<br>Johanna Hamburger<br>William A. Paddock |
| City of Aurora | Austin C. Hamre |

| Summit County, Board of County Commissioners | Charles B. White |
|---|---|
| Northern Colorado Water Conservancy District | Donald E. Phillipson |
| | James J. DuBois |
| | Robert V. Trout |
| | Bennett W. Raley |
| | Lisa M. Thompson |
| Colorado Division of Water Resources | Chad Matthew Wallace |
| State of Colorado | Chad Matthew Wallace |
| Ute Water Conservancy District | Mark A. Hermundstad |
| | Kirsten Marie Kurath |
| Town of Frisco | James R. Montgomery |
| USA | James J. DuBois |

*s/ Meribeth Wheatley*