**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 49-cv-02782-MSK-CBS

Consolidated Civil Case Nos. 2782, 5016 and 5017 and
District Court, Water Division No. 5 State of Colorado Case No. 2006CW255

**MOTION FOR WITHDRAWAL OF APPEARANCE**

Pursuant to D.C.Colo.LAttyR 5(b) David G. Hill, of the law firm of Berg Hill Greenleaf Ruscitti LLP, respectfully requests this Court enter an order granting his withdrawal as counsel for the City of Englewood and to terminate his electronic service for filings in this case. As grounds for this motion, the undersigned counsel states as follows:

1. Peter D. Nichols and Leah K. Martinsson of the law firm of Berg Hill Greenleaf Ruscitti LLP have both entered an appearance in this case on behalf of the City of Englewood effective December 21, 2016. There will be no lapse in the representation of the City of Englewood.

2. David G. Hill has retired as lead outside water counsel for the City of Englewood.

3. The City of Englewood has been notified and agrees to this withdrawal.

WHEREFORE, undersigned counsel, David G. Hill, respectfully requests the Court issue an Order granting his withdrawal and the removal of his name from future notifications of filings.

Respectfully submitted this 29th day of December 2016.

          *s/ David G. Hill*
David G. Hill
Berg Hill Greenleaf Ruscitti LLP
1712 Pearl Street
Boulder, Colorado 80302
Tel: 303-402-1600
Fax: 303-402-1601
Email: dgh@bhgrlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of December, 2016, the foregoing **MOTION FOR WITHDRAWAL OF APPEARANCE** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Party Name | Attorney |
|---|---|
| City and County of Denver Board of Water Commissioners | Barry Alan Schwartz<br>Casey S. Funk<br>Daniel John Arnold<br>Gail Rosenschein<br>Jeffrey Flinn Davis |
| Grand Valley Water Users Association | Mark A. Hermundstad<br>Kirsten Marie Kurath |
| Orchard Mesa Irrigation District | Mark A. Hermundstad<br>Kirsten Marie Kurath |
| Colorado River Water Conservation District | Anne Jamieson Castle<br>Christopher L. Thorne<br>Douglas L. Abbott<br>Meghan Nichols Winokur<br>Peter Cheney Fleming<br>Jason V. Turner |
| Palisade Irrigation District | Nathan A. Keever<br>Christopher Graham McAnany |
| Grand Valley Irrigation Company | Frederick G. Aldrich |
| Middle Park Water Conservancy District | John Dorsey Walker<br>Stanley W. Cazier |
| City of Englewood | David Hill<br>Ann M. Rhodes |
| Colorado Springs Utilities | William A. Paddock<br>Johanna Hamburger<br>Mary Mead Hammond |
| City of Colorado Springs | James J. DuBois<br>Karl D. Ohlsen<br>Mary Mead Hammond<br>Michael John Gustafson<br>Johanna Hamburger<br>William A. Paddock |
| City of Aurora | Austin C. Hamre |

| Summit County, Board of County Commissioners | Charles B. White |
|---|---|
| Northern Colorado Water Conservancy District | Donald E. Phillipson |
| | James J. DuBois |
| | Robert V. Trout |
| | Bennett W. Raley |
| | Lisa M. Thompson |
| Colorado Division of Water Resources | Chad Matthew Wallace |
| State of Colorado | Chad Matthew Wallace |
| Ute Water Conservancy District | Mark A. Hermundstad |
| | Kirsten Marie Kurath |
| Town of Frisco | James R. Montgomery |
| USA | James J. DuBois |

*s/ Meribeth Wheatley*