# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 49-cv-2782-EWN-CBS**
(Consolidated Cases: Civil Nos. 2782, 5016 and 5017)

UNITED STATES OF AMERICA                                    **Civil No. 2782**

      Plaintiff,

v.

NORTHERN COLORADO WATER
CONSERVANCY DISTRICT, et al.

      Defendants.

In the Matter of the Adjudication of Priorities of          **Civil No. 5016**
Water Rights in Water District No. 36 for Purposes
of Irrigation:

**Petitioners:**
THE COLORADO RIVER WATER CONSERVATION DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

In the Matter of the Adjudication of Priorities of          **Civil No. 5017**
Water Rights in Water District No. 36 for Purposes
Other Than Irrigation:

**Petitioners:**
THE COLORADO RIVER WATER CONSERVANCY DISTRICT
THE GRAND VALLEY WATER USERS ASSOCIATION
ORCHARD MESA IRRIGATION DISTRICT
PALISADE IRRIGATION DISTRICT
GRAND VALLEY IRRIGATION COMPANY, AND
MIDDLE PARK WATER CONSERVANCY DISTRICT

## NOTICE OF ATTORNEY WITHDRAWAL

Please take notice that Christopher G. McAnany is withdrawing as attorney of record in the above mentioned matter for Palisade Irrigation District. Nathan A. Keever remains as counsel for Palisade Irrigation District and all pleadings and correspondence should be directed to him.

Respectfully submitted this 15th day of March, 2017.

**DUFFORD, WALDECK, MILBURN & KROHN, LLP**

By: /s/ Christopher G. McAnany
  Christopher G. McAnany,  #21962
  Nathan A. Keever, #24630
  Attorneys for Palisade Irrigation District

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2017, a true and correct copy of the foregoing *NOTICE OF ATTORNEY WITHDRAWAL* was served through ECF for the United States District Court as follows:

| Party Name | Party Type | Attorney Name |
| --- | --- | --- |
| Climax Molybdenum Company | Opposer | Brian M Nazarenus<br>Sheela S Stack |
| Colorado River Water Conservation District | Opposer | Jason Victor Turner<br>Peter Cheney Fleming |
| Division 5 Engineer | Division | Division 5 Water Engineer |
| Grand County Board of Commissioners | Opposer | David C Taussig<br>Mitra Marie Pemberton |
| Grand Valley Irrigation | Opposer | Frederick G Aldrich |
| Grand Valley Water Users Association | Opposer | Kirsten Marie Kurath<br>Mark Allen Hermundstad |
| Middle Park Conservancy District | Opposer | Ian Wesley Ferrell<br>Stanley W Cazier |
| Northern Colorado Water Conservancy District | Opposer | Bennett William Raley<br>Lisa M Thompson |
| Orchard Mesa Irrigation District | Opposer | Kirsten Marie Kurath<br>Mark Allen Hermundstad |
| City & County of Denver | Applicant | Casey S. Funk |
| State Engineer | State Engineer | Colorado Division Of Water Resources |

| Summit County Board of Commissioners | Opposer | Charles Byron White |
|---|---|---|
| Ute Water Conservancy District | Opposer | Kirsten Marie Kurath<br>Mark Allen Hermundstad |
|  |  |  |

/s/ Amanda D. Howard
Amanda D. Howard, Paralegal

*Pursuant to C.R.C.P. 121 §1-26(7), the signed original of this document is maintained at the offices of the filing attorney and will be made available for inspection by other parties or the Court upon request.*