| | |
|---|---|
| DISTRICT COURT, WATER DIVISION NO. 5<br>STATE OF COLORADO, Garfield County Courthouse<br>109 8th Street, Suite 104<br>Glenwood Springs, CO 81601-3303<br>(970) 928-3065 | |
| **CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY OF COLORADO SPRINGS, COLORADO,**<br><br>**IN SUMMIT COUNTY, COLORADO** | ▲ COURT USE ONLY ▲ |
| Attorneys for the Grand Valley Objectors:<br>Kirsten M. Kurath, Atty. Reg. No. 24649<br>WILLIAMS, TURNER & HOLMES, P.C.<br>744 Horizon Court, Suite 115<br>Grand Junction, CO 81506<br>Phone Number: (970) 242-6262<br>Fax Number: (970) 241-3026<br>E-mail: kmkurath@wth-law.com | Case Number: 15CW3019<br>(Former Case No. 06CW132)<br><br>Div.: 5          Ctrm.: |
| **NOTICE OF ADDRESS CHANGE** | |

and

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
**Civil Action No. 49-cv-02782-MSK-CBS**
**Consolidated Cases Civil Action No. 5016 and Civil Action No. 5017**

Please take notice that, effective immediately, the undersigned Counsel's new address is as follows:

Williams, Turner & Holmes, P.C.
744 Horizon Court
Suite 115
Grand Junction, Colorado 81506

The telephone number, fax number, and email addresses remain the same and are without change.

Respectfully submitted this 5th day of May, 2017.

WILLIAMS, TURNER & HOLMES, P.C.
By: */s/ Kirsten M. Kurath*
Kirsten M. Kurath, Reg. No. 24649
Attorneys for Grand Valley Water Users
Association, Orchard Mesa Irrigation
District and Ute Water Conservancy District,
acting by and through the Ute Water
        Activity
Enterprise

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2017, a true and correct copy of the foregoing **NOTICE OF ADDRESS CHANGE**, was served via ICCES File & Serve, upon the following parties:

| NAME OF PARTY | TYPE OF PARTY | ATTORNEY | ORGANIZATION | METHOD OF SERVICE |
|---|---|---|---|---|
| Board of Commissioners of Summit County | Opposer | Charles Byron White | Petros and White, LLC | E-Service |
| Town of Breckenridge | Opposer | Glenn Edward Porzak; William Doran Wombacher | Porzak, Browning & Bushong, LLP | E-Service |
| CO River Water Conservation District | Opposer | Jason Victor Turner; Peter Cheney Fleming | CO River Water Conservation District | E-Service |
| City of Colorado Springs | Applicant | Johanna Hamburger; William Arthur Paddock | Carlson, Hammond & Paddock, LLC | E-Service |
| Division 5 Engineer | Division Engineer | Division 4 Water Engineer | State of Colorado, Division of Water Resources, Division 5 | E-Service |
| State Engineer | State Engineer | Colorado Division of Water Resources | State of Colorado, Division of Water Resources | E-Service |
| Lower Arkansas Valley Water Conservancy | Opposer | Leah K. Martinsson; Peter D. Nichols; Megan Gutwein | Berg Hill Greenleaf & Ruscitti, LLP | E-Service |
| Lower Arkansas Valley Water Conservancy | Co-Counsel Opposer | H. Barton Mendenhall | Mendenhall & Malouf | E-Service |

*/s/ Paula Illian Moore, Legal Assistant*

Notice of Address Change
1 5 C W 3 0 1 9  and  4 9 - c v - 0 7 8 2 - M S K - C B S
City of Colorado Springs
P a g e | 3

## CERTIFICATE OF SERVICE

I hereby certify that on this 5ᵗʰ day of May, 2017, I electronically filed the foregoing **NOTICE OF ADDRESS CHANGE** with the Clerk of the U.S. District Court in Civil Action No. 49-cv-02782-MSK-CBS, using the CM/ECF system which will send notification of such filing to the following parties:

| | |
|---|---|
| Ann M. Rhodes | amr@bhgrlaw.com |
| Anne Jamieson Castle | acastle@hollandhart.com, IntakeTeam@HollandHart.com |
| Austin C. Hamre | ahamre@hrodlaw.com, dodpc@dodpc.com |
| Barry Alan Schwartz | barry.schwartz@denvergov.org, kathleen.brand@denvergov.org, stefanie.raph@denvergov.org, veronica.blea@denvergov.org |
| Bennett W. Raley | bwraley@mac.com, braley@troutlaw.com, dmurray@troutlaw.com, ewhiskeyman@troutlaw.com, Sestrella@troutlaw.com |
| Brian Max Nazarenus | bnazarenus@rcalaw.com, dstalnaker@rcalaw.com, kcanjar@rcalaw.com, pdavis@rcalaw.com |
| Casey S. Funk | casey.funk@denverwater.org, tracy.gomez@denverwater.org |
| Chad Matthew Wallace | chad.wallace@state.co.us, terrie.sandoval@state.co.us |
| Charles B. White | cwhite@petros-white.com, knew@petros-white.com |
| Christopher Graham McAnany | howard@dwmk.com, mcanany@dwmk.com |
| Christopher L. Thorne | cthorne@hollandhart.com, IntakeTeam@hollandhart.com |
| Daniel John Arnold | daniel.arnold@denverwater.org, julie.whalen@denverwater.org |
| David G. Hill | dgh@bhgrlaw.com, pag@bhgrlaw.com |
| Donald E. Phillipson | dbls99@comcast.net |
| Douglas L. Abbott | dabbott@hollandhart.com, blwerner@hollandhart.com, IntakeTeam@HollandHart.com, jmarsh@hollandhart.com, mmarrow@hollandhart.com |
| Frederick G. Aldrich | faldrich@aldrich-law.com, kdavis@aldrich-law.com |
| Gail Rosenschein | gail.rosenschein@denverwater.org |
| Glenn E. Porzak | gporzak@pbblaw.com |
| H. Barton Mendenhall | bmendenhall@centurytel.net |
| James J. DuBois | james.dubois@usdoj.gov, efile_nrs.enrd@usdoj.gov, laurie.himebaugh@usdoj.gov |
| James R. Montgomery | jmontgomery@mwhw.com, rolson@mwhw.com |
| Jason V. Turner | jturner@crwcd.org, lnichols@crwcd.org |
| Jeffrey Flinn Davis | jeff.davis@denverwater.org |
| Johanna Hamburger | jhamburger@chp-lw.com |
| John Dorsey Walker | jdorseywalk@yahoo.com |

| | |
|---|---|
| John Leonard Watson | jwatson@bw-legal.com, bbiondolillo@bw-legal.com, mhansen@bw-legal.com, ssoltero@bw-legal.com |
| Julie Elise Maurer | jmaurer@rcalaw.com |
| Karl D. Ohlsen | kohlsen@chp-law.com, sKirschenbaum@chp-law.com |
| Kathleen M. Morgan | kathi_M8@yahoo.com, merci@moriarty.com, myrna@moriarty.com |
| Leah K. Martinsson | lkm@bhgrlaw.com |
| Lisa M. Thompson | lthompson@troutlaw.com |
| Mary Mead Hammond | mhammond@chp-law.com, skirschenbaum@chp-law.com |
| Meghan Nichols Winokur | mwinokur@hollandhart.com, IntakeTeam@HollandHart.com |
| Michael John Gustafson | mgustafson@springsgov.com |
| Nathan A. Keever | howard@dwmk.com, keever@dwmk.com |
| Olivia Denton Lucas | olivia.lucas@faegrebd.com |
| Peter Cheney Fleming | pfleming@crwcd.org, lnichols@crwcd.org |
| Peter D. Nichols | pdn@bhgrlaw.com |
| Robert James Pohlman | rpohlman@swlaw.com |
| Robert V. Trout | rtrout@troutlaw.com |
| Roger T. Williams., Jr. | rwilliams@rcalaw.com, apalius@rcalaw.com, dmrobertson@rcalaw.com, dstalnaker@rcalaw.com, kcanjar@rcalaw.com |
| Stanley W. Cazier | cazier_mcgowan@hotmail.com |
| William A. Paddock | bpaddock@chp-law.com, skirschenbaum@chp-law.com |
| William D. Wombacher | bwombacher@pbblaw.com |

/s/ Paula Illian Moore
Legal Assistant