| | |
|---|---|
| DISTRICT COURT, WATER DIVISION NO. 5 STATE OF COLORADO, Garfield County Courthouse 109 8th Street, Suite 104 Glenwood Springs, CO 81601-3303 (970) 928-3065 | |
| **CONCERNING THE APPLICATION FOR WATER RIGHTS OF THE CITY OF COLORADO SPRINGS, COLORADO,** <br><br> **IN SUMMIT COUNTY, COLORADO** | ▲ COURT USE ONLY ▲ |
| Attorneys for the Grand Valley Objectors: <br> Kirsten M. Kurath, Atty. Reg. No. 24649 <br> WILLIAMS, TURNER & HOLMES, P.C. <br> 744 Horizon Court, Suite 115 <br> Grand Junction, CO 81506 <br> Phone Number: (970) 242-6262 <br> Fax Number: (970) 241-3026 <br> E-mail: kmkurath@wth-law.com | Case Number: 15CW3019 <br> (Former Case No. 06CW132) <br><br> Div.: 5    Ctrm.: |
| **NOTICE OF WITHDRAWAL OF COUNSEL** | |

and

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
**Civil Action No. 49-cv-02782-MSK-CBS**
**Consolidated Cases Civil Action No. 5016 and Civil Action No. 5017**

Please be advised that the Objectors, Grand Valley Water Users Association, Orchard Mesa Irrigation District, and Ute Water Conservancy District, acting by and through the Ute Water Activity Enterprise ("Grand Valley Objectors"), hereby give notice of a withdrawal of counsel.

Effective immediately, the Grand Valley Objectors will be represented in this case only by Kirsten M. Kurath. Mark A. Hermundstad is no longer counsel for the Grand Valley Objectors in this case and should be removed from the service list.

Respectfully submitted this 5th day of May, 2017.

<div style="margin-left:50%">

WILLIAMS, TURNER & HOLMES, P.C.
By: */s/ Kirsten M. Kurath*
Kirsten M. Kurath, Reg. No. 24649
Attorneys for Grand Valley Water
Users Association, Orchard Mesa
Irrigation District and Ute Water
Conservancy District, acting by and
through the Ute Water Activity
Enterprise

</div>

Notice of Withdrawal of Counsel
15CW3019 and 49-cv-0782-msk-cbs
City of Colorado Springs
Page |2

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2017, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL**, was served via ICCES File & Serve, upon the following parties:

| NAME OF PARTY | TYPE OF PARTY | ATTORNEY | ORGANIZATION | METHOD OF SERVICE |
|---|---|---|---|---|
| Board of Commissioners of Summit County | Opposer | Charles Byron White | Petros and White, LLC | E-Service |
| Town of Breckenridge | Opposer | Glenn Edward Porzak; William Doran Wombacher | Porzak, Browning & Bushong, LLP | E-Service |
| CO River Water Conservation District | Opposer | Jason Victor Turner; Peter Cheney Fleming | CO River Water Conservation District | E-Service |
| City of Colorado Springs | Applicant | Johanna Hamburger; William Arthur Paddock | Carlson, Hammond & Paddock, LLC | E-Service |
| Division 5 Engineer | Division Engineer | Division 4 Water Engineer | State of Colorado, Division of Water Resources, Division 5 | E-Service |
| State Engineer | State Engineer | Colorado Division of Water Resources | State of Colorado, Division of Water Resources | E-Service |
| Lower Arkansas Valley Water Conservancy | Opposer | Leah K. Martinsson; Peter D. Nichols; Megan Gutwein | Berg Hill Greenleaf & Ruscitti, LLP | E-Service |
| Lower Arkansas Valley Water Conservancy | Co-Counsel Opposer | H. Barton Mendenhall | Mendenhall & Malouf | E-Service |

/s/ Paula Illian Moore, Legal Assistant *PIM*

Notice of Withdrawal of Counsel
15CW3019 and 49-cv-0782-msk-cbs
City of Colorado Springs
Page | 3

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2017, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** with the Clerk of the U.S. District Court in Civil Action No. 49-cv-02782-MSK-CBS, using the CM/ECF system which will send notification of such filing to the following parties:

| | |
|---|---|
| Ann M. Rhodes | amr@bhgrlaw.com |
| Anne Jamieson Castle | acastle@hollandhart.com, IntakeTeam@HollandHart.com |
| Austin C. Hamre | ahamre@hrodlaw.com, dodpc@dodpc.com |
| Barry Alan Schwartz | barry.schwartz@denvergov.org, kathleen.brand@denvergov.org, stefanie.raph@denvergov.org, veronica.blea@denvergov.org |
| Bennett W. Raley | bwraley@mac.com, braley@troutlaw.com, dmurray@troutlaw.com, ewhiskeyman@troutlaw.com, Sestrella@troutlaw.com |
| Brian Max Nazarenus | bnazarenus@rcalaw.com, dstalnaker@rcalaw.com, kcanjar@rcalaw.com, pdavis@rcalaw.com |
| Casey S. Funk | casey.funk@denverwater.org, tracy.gomez@denverwater.org |
| Chad Matthew Wallace | chad.wallace@state.co.us, terrie.sandoval@state.co.us |
| Charles B. White | cwhite@petros-white.com, knew@petros-white.com |
| Christopher Graham McAnany | howard@dwmk.com, mcanany@dwmk.com |
| Christopher L. Thorne | cthorne@hollandhart.com, IntakeTeam@hollandhart.com |
| Daniel John Arnold | daniel.arnold@denverwater.org, julie.whalen@denverwater.org |
| David G. Hill | dgh@bhgrlaw.com, pag@bhgrlaw.com |
| Donald E. Phillipson | dbls99@comcast.net |
| Douglas L. Abbott | dabbott@hollandhart.com, blwerner@hollandhart.com, IntakeTeam@HollandHart.com, jmarsh@hollandhart.com, mmarrow@hollandhart.com |
| Frederick G. Aldrich | faldrich@aldrich-law.com, kdavis@aldrich-law.com |
| Gail Rosenschein | gail.rosenschein@denverwater.org |
| Glenn E. Porzak | gporzak@pbblaw.com |
| H. Barton Mendenhall | bmendenhall@centurytel.net |
| James J. DuBois | james.dubois@usdoj.gov, efile_nrs.enrd@usdoj.gov, laurie.himebaugh@usdoj.gov |
| James R. Montgomery | jmontgomery@mwhw.com, rolson@mwhw.com |
| Jason V. Turner | jturner@crwcd.org, lnichols@crwcd.org |
| Jeffrey Flinn Davis | jeff.davis@denverwater.org |
| Johanna Hamburger | jhamburger@chp-lw.com |
| John Dorsey Walker | jdorseywalk@yahoo.com |

Notice of Withdrawal of Counsel
15CW3019 and 49-cv-0782-msk-cbs
City of Colorado Springs
Page | 4

| | |
|---|---|
| John Leonard Watson | jwatson@bw-legal.com, bbiondolillo@bw-legal.com, mhansen@bw-legal.com, ssoltero@bw-legal.com |
| Julie Elise Maurer | jmaurer@rcalaw.com |
| Karl D. Ohlsen | kohlsen@chp-law.com, sKirschenbaum@chp-law.com |
| Kathleen M. Morgan | kathi_M8@yahoo.com, merci@moriarty.com, myrna@moriarty.com |
| Leah K. Martinsson | lkm@bhgrlaw.com |
| Lisa M. Thompson | lthompson@troutlaw.com |
| Mary Mead Hammond | mhammond@chp-law.com, skirschenbaum@chp-law.com |
| Meghan Nichols Winokur | mwinokur@hollandhart.com, IntakeTeam@HollandHart.com |
| Michael John Gustafson | mgustafson@springsgov.com |
| Nathan A. Keever | howard@dwmk.com, keever@dwmk.com |
| Olivia Denton Lucas | olivia.lucas@faegrebd.com |
| Peter Cheney Fleming | pfleming@crwcd.org, lnichols@crwcd.org |
| Peter D. Nichols | pdn@bhgrlaw.com |
| Robert James Pohlman | rpohlman@swlaw.com |
| Robert V. Trout | rtrout@troutlaw.com |
| Roger T. Williams, Jr. | rwilliams@rcalaw.com, apalius@rcalaw.com, dmrobertson@rcalaw.com, dstalnaker@rcalaw.com, kcanjar@rcalaw.com |
| Stanley W. Cazier | cazier_mcgowan@hotmail.com |
| William A. Paddock. | bpaddock@chp-law.com, skirschenbaum@chp-law.com |
| William D. Wombacher | bwombacher@pbblaw.com |

/s/ Paula Illian Moore
Legal Assistant