**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger**

Civil Action No. 49-cv-2782-MSK-CBS

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

NORTHERN COLORADO WATER CONSERVANCY
DISTRICT et al.,

    Defendants,

In the Matter of the Adjudication of Priorities of Water Rights in
Water District No. 36 for Purposes of Irrigation:

Petitioners:
CITY OF COLORADO SPRINGS, COLORADO RIVER WATER CONSERVATION
DISTRICT, GRAND VALLEY WATER USERS ASSOCIATION, ORCHARD MESA
IRRIGATION DISTRICT, PALISADE IRRIGATION DISTRICT, GRAND VALLEY
IRRIGATION COMPANY, and MIDDLE PARK WATER CONSERVANCY DISTRICT

---

**SUPPLEMENTAL JOINT STATUS REPORT**

---

The City of Colorado Springs, acting through its enterprise, Colorado Springs Utilities, by its undersigned attorneys, respectfully files this joint supplemental status report on behalf of itself and the Grand Valley Water Users Association, the Orchard Mesa Irrigation District, the Ute Water Conservancy District, acting by and through the Ute Water Activity Enterprise, the Colorado River Water Conservation District, the Board of County Commissioners of Summit County, the Town of Breckenridge, and the Lower Arkansas Valley Water Conservancy District. The parties to this Supplemental Joint Status Report seek to update the Court on the status of the

dispute raised in the diligence proceeding for water rights owned by Colorado Springs that were jointly filed with this Court and the District Court for Water Division No. 5, Garfield County, Colorado.

As discussed in the Joint Status Report filed on January 11, 2017, the parties are continuing to work towards a stipulated resolution of the contested issues. While the parties have not yet reached resolution, the parties have continued to draft and exchange proposed settlement terms as well as counterproposals, and meetings to date have been fruitful. The parties therefore believe that additional time is necessary to continue to explore settlement and to negotiate the terms of any such settlement. Accordingly, the parties believe that briefing any contested issues at this time will frustrate further settlement discussions and will not promote efficient use of the Court's time and resources.

On March 31, 2017, the Court entered an Opinion and Order Granting, in Part, Motion for Entry of Decree, Vacating Order Reserving Future Jurisdiction, and Closing Case in Consolidated Case No. 49-cv-2782 ("Order"). This Order administratively closed Consolidated Case No. 49-cv-2782. In light of this ruling, the undersigned parties will not continue to submit supplemental joint status reports in this Colorado Springs diligence proceeding in Consolidated Case No. 49-cv-2782 unless requested or otherwise ordered by the Court.

Respectfully submitted this 8th day of June, 2017.

*Attorneys for City of Colorado Springs, acting by and through Colorado Springs Utilities*

s/      Johanna Hamburger
William A. Paddock
Johanna Hamburger
Carlson, Hammond & Paddock, LLC
1900 Grant Street, Suite 1200
Denver, CO 80203
Telephone: 303-861-9000
Email: bpaddock@chp-law.com
         jhamburger@chp-law.com

*Attorneys for Grand Valley Water Users Association, Orchard Mesa Irrigation District and Ute Water Conservancy District, acting by and through the Ute Water Activity Enterprise*

s/      Kirsten M. Kurath
Kirsten M. Kurath, #24649
Williams, Turner & Holmes, P.C.
744 Horizon Court, Suite 115
Grand Junction, CO 81506
Telephone: 970-242-6262
Email: kmkurath@wth-law.com

*Attorneys for Colorado River Water Conservation District*

s/      Jason V. Turner
Peter C. Fleming, #20805
Jason V. Turner, #35665
Colorado River Water Conservation District
P.O. Box 1120
Glenwood Springs, CO 81602
Phone Number: (970) 945-8522
Email: pfleming@crwcd.org
         jturner@crwcd.org

*Attorneys for the Board of County Commissioners of Summit County*

*s/*     *Charles B. White*
Charles B. White, #9241
Petros & White, LLC
1999 Broadway, Suite 3200
Denver, CO 80202
Phone Number: (303) 825-1980
Email: cwhite@petros-white.com

*Attorneys for the Town of Breckenridge*

*s/*     *Glenn E. Porzak*
Glenn E. Porzak, #2793
2120 13th Street
Boulder, CO 80302
Telephone Number: (303)-443-6800
Email: gporzak@pbblaw.com

*Attorneys for Lower Arkansas Valley Water Conservancy District*

*s/*     *Peter D. Nichols*
Peter D. Nichols
Megan Gutwein
Berg Hill Greenleaf Ruscitti LLP
1712 Pearl Street
Boulder, CO 80302
Telephone: 303-402-1600
Email: pdn@bhgrlaw.com
        mg@bhgrlaw.com

H. Barton Mendenhall
Mendenhall & Malouf
805 Chestnut Avenue
Rocky Ford, CO 81067
Telephone: 719-254-7606
Email: bmendenhall@centurytel.net

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 8th day of June, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Ann M. Rhodes    annmrhodes@yahoo.com

Anne Jamieson Castle    acastle@hollandhart.com, IntakeTeam@HollandHart.com

Austin C. Hamre    ahamre@hrodlaw.com, dodpc@dodpc.com

Barry Alan Schwartz    barry.schwartz@denvergov.org, kathleen.brand@denvergov.org, stefanie.raph@denvergov.org

Bennett W. Raley    bwraley@mac.com, braley@troutlaw.com, dmurray@troutlaw.com, ewhiskeyman@troutlaw.com, Sestrella@troutlaw.com

Brian Max Nazarenus    bnazarenus@rcalaw.com, tjohnson@rcalaw.com

Casey S. Funk    casey.funk@denverwater.org, tracy.gomez@denverwater.org, lori.fraser@denverwater.org

Chad Matthew Wallace    chad.wallace@state.co.us, terrie.sandoval@state.co.us

Charles B. White    cwhite@petros-white.com, knew@petros-white.com

Christopher Graham McAnany    howard@dwmk.com, mcanany@dwmk.com

Christopher L. Thorne    cthorne@hollandhart.com, IntakeTeam@hollandhart.com

Daniel John Arnold    daniel.arnold@denverwater.org, julie.whalen@denverwater.org

David G. Hill    dgh@bhgrlaw.com, pag@bhgrlaw.com

Donald E. Phillipson    dbls99@comcast.net

Douglas L. Abbott    dabbott@hollandhart.com, blwerner@hollandhart.com, IntakeTeam@HollandHart.com

Frederick G. Aldrich    faldrich@aldrich-law.com, kdavis@aldrich-law.com

Gail Rosenschein    gail.rosenschein@denverwater.org

James J. DuBois    james.dubois@usdoj.gov, efile_nrs.enrd@usdoj.gov, seth.allison@usdoj.gov

James R. Montgomery    jmontgomery@mwhw.com, rolson@mwhw.com

Jason V. Turner    jturner@crwcd.org, lnichols@crwcd.org

Jeffrey Flinn Davis    jeff.davis@denverwater.org

Johanna Hamburger    jhamburger@chp-law.com, rstpeter@chp-law.com

John Dorsey Walker    jdorseywalk@yahoo.com

Julie Elise Maurer    jmaurer@rcalaw.com

Karl D. Ohlsen    kohlsen@chp-law.com, skirschenbaum@chp-law.com

Kirsten Marie Kurath    kmkurath@wth-law.com, mbernal@wth-law.com, pmoore@wth-law.com, sscard@wth-law.com

Lisa M. Thompson    lthompson@troutlaw.com

Mark A. Hermundstad    mherm@wth-law.com, pmoore@wth-law.com, sscard@wth-law.com

Meghan Nichols Winokur    mwinokur@hollandhart.com, IntakeTeam@HollandHart.com

Michael John Gustafson    mgustafson@springsgov.com

Nathan A. Keever    howard@dwmk.com, keever@dwmk.com

Olivia Denton Lucas    olivia.lucas@faegrebd.com

Peter Cheney Fleming    pfleming@crwcd.org, lnichols@crwcd.org

Peter David Nichols    pdn@bhgrlaw.com, mjw@bhgrlaw.com, tmg@bhgrlaw.com

Robert James Pohlman    rpohlman@swlaw.com

Robert V. Trout    rtrout@troutlaw.com

Roger T. Williams , Jr.    rwilliams@tristategt.org, apalius@rcalaw.com, dmrobertson@rcalaw.com, dstalnaker@rcalaw.com, kcanjar@rcalaw.com

Stanley W. Cazier    cazier_mcgowan@hotmail.com

William A. Paddock    bpaddock@chp-law.com, skirschenbaum@chp-law.com

        *s/   Johanna Hamburger*
        Johanna Hamburger
        Carlson, Hammond & Paddock, LLC
        1900 Grant Street, Suite 1200
        Denver, CO 80203
        Telephone: 303-861-9000
        Email: jhamburger@chp-law.com

*\*In accordance with C.R.C.P. 121 §1-26(9), this document has been electronically filed via the the CM/ECF system https://ecf.cod.uscourts.gov/cgi-bin/login.pl. A printed copy of this document with original signatures is maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*